George Frederick Delaney #374390
Powhatan Correctional Center
3600 Woods Way
State Farm, Virginia 23160
in propria personam

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

MAR 02 2009

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

George Frederick Delaney,
         plaintiff,

V.

MOTION FOR AN ORDER COMPELLING
DISCOVERY

Daniel A. Braxton, Warden,
Dr. Robert Marsh, M.D.,
Carolyn Maclam, RNCB,
Fred Schillings, Director of Health Services,
         Defendents

CASE NO. 7:08-cv-00465

   Plaintiff, George Frederick Delaney, moves this court for an order pursuant to Rule 37(a) of the Federal Rules of Civil Procedure compelling Ms. K. Poe, mirc who refused to produce requested documents answer hereto or to produce for inspection and copying the following documents:

1. All medical records of the above plaintiff in your possession.

   Plaintiff submitted a typed request for these documents, pursuant to Rule 34(c) of the Federal Rules of Civil Procedure on Febuary 12, 2009.

   Ms. K. Poe, mirc refused to produce the requested documents upon request had no substantial jurisdiction.

   The requested documents is relevant to the above styled case.

Date: Febuary 24, 2009

George Fredrick Delaney #374390
Powhatan Correctional Center
3600 Woods Way
State Farm, Virginia 23160

GEORGE FREDERICK DELANEY #374390
POWHATAN CORRECTIONAL CENTER
3600 WOODS WAY
STATE FARM, VIRGINIA 23160

LEGAL MAIL
CONFIDENTIAL

LEGAL MAIL

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
P.O. BOX 1234
ROANOKE, VIRGINIA 24006

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 02 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

UNITED STATES POSTAGE
$ 00.42⁰
02 1A
0004364559   FEB 26 2009
MAILED FROM ZIPCODE 23160
PITNEY BOWES