IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GEORGE FREDERICK DELANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:08cv465 |
| ) | |
| ROBERT MARSH, M.D., ) | |
| CAROLYN MACLAM, RN, ) | |
| DANIEL BRAXTON and ) | |
| FRED SCHILLINGS ) | |
| ) | |
| Defendants ) | |

### DECLARATION OF CAROLYN MACLAM, RN

The undersigned, Carolyn Maclam, RN, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I have no authority to determine whether any inmate, including plaintiff George Frederick Delaney ("Inmate Delaney"), is placed on or removed from a special or restricted diet.

2. Any action taken by me relative to an inmate's diet, including that of Inmate Delaney, is solely at and in furtherance of the express direction of a medical doctor.

3. I am not responsible for providing meals to inmates.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 17th day of May, 2009.

_____
Carolyn Maclam, RN



EXHIBIT
A