IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

GEORGE FREDERICK DELANEY,          )
                                   )
          Plaintiff,               )
                                   )
v.                                 )        Case No. 7:08cv465
                                   )
ROBERT MARSH, M.D.,                )
CAROLYN MACLAM, RN,                )
DANIEL BRAXTON and                 )
FRED SCHILLINGS                    )
                                   )
          Defendants               )

## DECLARATION OF          POWELL

The undersigned,          Powell, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am the custodian of medical records at Powhatan Correctional Center.

2.      The attached documents are true copies of records that reflect the treatment of Inmate George Delaney and are maintained at Powhatan Correctional Center.

3.      The attached medical records are kept in the ordinary course of business. It is the regular practice of facility employees and/or doctors to make these records. They were made at or near the time of treatment by a person with knowledge of the Inmate George Frederick Delaney's condition.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this __1__ day of April, 2009.

Powell MCT

EXHIBIT
B

[ 00001 ]

03/31/2009 TUE  8:52  FAX 540 389 2350 Guynn, Memmer & Dillon                  ☑001/002

# Guynn, Memmer & Dillon, P.C.

ATTORNEYS AT LAW
415 S. COLLEGE AVENUE
SALEM, VA 24153
TELEPHONE (540) 387-2320
FACSIMILE (540) 389-2350

JIM H. GUYNN, JR.
jim.guynn@g-mpc.com
C. KAILANI MEMMER
kai.memmer@g-mpc.com
ELIZABETH K. DILLON
elizabeth.dillon@g-mpc.com

March 31, 2009

SUSAN A. WADDELL
susan.waddell@g-mpc.com
ERIN W. HAPGOOD
erin.hapgood@g-mpc.com
ADAM G. SWANN
adam.swann@g-mpc.com

*VIA FACSIMILE 804-403-3495*

1506-8

Powhatan Correctional Center
Attention: Medical Department
3600 Woods Way
State Farm, VA 23160

> Re:     George Fredrick Delaney v. Robert Marsh, M.D., et al.
>          USDC, Roanoke, Case No. 7:08cv465

Dear Ms. Maclam:

Our firm has been retained by the Division of Risk Management to represent Head Nurse Carolyn Maclam of the Augusta Correctional Center in a lawsuit brought by George Frederick Delaney.

This letter is to request the medical records of George Frederick Delaney, Inmate number #374390, who is currently housed at your facility. These records are necessary for the defense of Ms. Maclam. Mr. Guynn, the attorney for Carolyn Maclam, has requested the records be faxed if possible. If they are too voluminous, we ask that you please forward them to us as soon as you possibly can.

I have also attached a declaration authenticating the records. Please sign this and return it with the medical records. We appreciate your kind assistance with this case.

Very truly yours,

GUYNN, MEMMER & DILLON, P.C.

Kris

Kristeen T. Counts
Paralegal

/ktc
Enclosure

cc:    Carolyn Maclam

[ 00002 ]

**LabCorp**  LabCorp Burlington
1447 York Court, Burlington, NC 27215-3361

Phone: 888-200-5439

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| | S | BN | COMPLETE | Page #: | 1 |

ADDITIONAL INFORMATION

FASTING: N
DOB: )

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| DELANEY,GEORGE | M | 48 / 7 |

PT. ADD.:

| CLINICAL INFORMATION |
|---|
| CD- 20182902944 |

| PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|
| KUMP  L | | 374390 |

ACCOUNT: Powhatan Correctional Center

P O Box 709-9202 Inf 3328
State Farm        VA  23160-0000
ACCOUNT NUMBER:  45813625

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 10/20/2008   12 16 | 10/20/2008 | 10/21/2008 | 8:44 | 4428 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

CMP12+LP+TP+TSH+6AC+CBC/D/Plt

Chemistries | | | 01
Glucose, Serum | 68 | mg/dL | 65 - 99 | 01
Uric Acid, Serum | 4.5 | mg/dL | 2.4 - 8.2 | 01
BUN | 11 | mg/dL | 5 - 26 | 01
Creatinine, Serum | 0.79 | mg/dL | 0.76 - 1.27 | 01
Glom Filt Rate, Est | >59 | mL/min/1.73 | 60 - 137
  ***EFFECTIVE OCTOBER 27, 2008 the reference interval***
    on 'Glom Filt Rate, Est' and 'If African-American'
    will be changing to >59 mL/min/1.73.
If African-American | >59 | mL/min/1.73 | 60 - 137
Note:  Persistent reduction for 3 months or more in an eGFR
<60 mL/min/1.73 m2 defines CKD.  Patients with eGFR values
>/=60 mL/min/1.73 m2 may also have CKD if evidence of persistent
proteinuria is present. Additional information may be found at
www.kdoqi.org.
BUN/Creatinine Ratio | 14 | | 8 - 27
Sodium, Serum | 140 | mmol/L | 135 - 145 | 01
Potassium, Serum | 3.9 | mmol/L | 3.5 - 5.2 | 01
Chloride, Serum | 103 | mmol/L | 97 - 108 | 01
Calcium, Serum | 9.1 | mg/dL | 8.5 - 10.6 | 01
Phosphorus, Serum | 3.5 | mg/dL | 2.5 - 4.5 | 01
Protein, Total, Serum | 7.0 | g/dL | 6.0 - 8.5 | 01
Albumin, Serum | 4.1 | g/dL | 3.5 - 5.5 | 01
Globulin, Total | 2.9 | g/dL | 1.5 - 4.5
A/G Ratio | 1.4 | | 1.1 - 2.5
Bilirubin, Total | 0.4 | mg/dL | 0.1 - 1.2 | 01
Alkaline Phosphatase, S | 75 | IU/L | 25 - 150 | 01
LDH | 175 | IU/L | 100 - 250 | 01
AST (SGOT) | 27 | IU/L | 0 - 40 | 01
ALT (SGPT) | 27 | IU/L | 0 - 55 | 01
GGT | 22 | IU/L | 0 - 65 | 01
Iron, Serum | 48 | ug/dL | 40 - 155 | 01
| | | | 01

Lipids | | | 01
Cholesterol, Total | 167 | mg/dL | 100 - 199 | 01
> Triglycerides | 151 H | mg/dL | 0 - 149 | 01
HDL Cholesterol | 53 | mg/dL | 40 - 59 | 01
  ***EFFECTIVE NOVEMBER 3, 2008 the reference***
    interval for HDL-C will be changing to:  >39 mg/dL

| Pat Name: DELANEY,GEORGE | Pat ID: 374390 | Spec #: | Seq #: 4428 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

LCM Version: 03.21.00

**LabCorp**  LabCorp Burlington
1447 York Court, Burlington, NC 27215-3361

Phone: 888-200-5439

| SPECIMEN | TYPE S | PRIMARY LAB BN | REPORT STATUS COMPLETE | Page #:  2 |
|----------|--------|----------------|------------------------|-----------|

**ADDITIONAL INFORMATION**

FASTING: N
DOB:  1/1960

**CLINICAL INFORMATION**
CD-20182902944

| PHYSICIAN ID. KUMP   L | NPI | PATIENT ID. 374390 |
|---|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|--------------|-----|---------------|
| DELANEY,GEORGE | M | 48 / 7 |

PT. ADD.:

ACCOUNT:  Powhatan Correctional Center

P O Box 709-9202 Inf 3328
State Farm          VA  23160-0000

ACCOUNT NUMBER:   45813625

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|--------------------|------|---------------|---------------|------|---|
| 10/20/2008 | 12:16 | 10/20/2008 | 10/21/2008 | 8:44 | 4428 |

| TEST | RESULT | | LIMITS | LAB |
|------|--------|---|--------|-----|
| VLDL Cholesterol Cal | 30 | mg/dL | 5  -  40 | |
| LDL Cholesterol Calc | 84 | mg/dL | 0  -  99 | |
| T. Chol/HDL Ratio | 3.2 | ratio units | 0.0  -  5.0 | |
| Estimated CHD Risk | < 0.5 | times avg. | 0.0  -  1.0 | |

T. Chol/HDL Ratio

| | Men | Women |
|---|-----|-------|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |
| 3X Avg.Risk | 23.4 | 11.0 |

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| | | | | | LAB |
|---|---|---|---|---|---|
| | | | | | 01 |
| | | | | | 01 |
| Thyroid | | | | | 01 |
| TSH | 1.541 | uIU/mL | 0.450 - 4.500 | | 01 |
| Thyroxine (T4) | 7.6 | ug/dL | 4.5 - 12.0 | | 01 |
| T3 Uptake | 34 | % | 24 - 39 | | 01 |
| Free Thyroxine Index | 2.6 | | 1.2 - 4.9 | | 01 |
| | | | | | 01 |
| CBC, Platelet Ct, and Diff | | | | | 01 |
| WBC | 6.0 | x10E3/uL | 4.0 - 10.5 | | 01 |
| RBC | 4.22 | x10E6/uL | 4.10 - 5.60 | | 01 |
| > Hemoglobin | 11.9L | g/dL | 12.5 - 17.0 | | 01 |
| > Hematocrit | 35.9L | % | 36.0 - 50.0 | | 01 |
| MCV | 85 | fL | 80 - 98 | | 01 |
| MCH | 28.1 | pg | 27.0 - 34.0 | | 01 |
| MCHC | 33.0 | g/dL | 32.0 - 36.0 | | 01 |
| > RDW | 16.4H | % | 11.7 - 15.0 | | 01 |
| Platelets | 238 | x10E3/uL | 140 - 415 | | 01 |
| Neutrophils | 56 | % | 40 - 74 | | 01 |
| Lymphs | 33 | % | 14 - 46 | | 01 |
| Monocytes | 9 | % | 4 - 13 | | 01 |
| Eos | 1 | % | 0 - 7 | | 01 |
| Basos | 1 | % | 0 - 3 | | 01 |
| Neutrophils (Absolute) | 3.4 | x10E3/uL | 1.8 - 7.8 | | 01 |
| Lymphs (Absolute) | 2.0 | x10E3/uL | 0.7 - 4.5 | | 01 |
| Monocytes(Absolute) | 0.5 | x10E3/uL | 0.1 - 1.0 | | 01 |

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

LCM Version:  03.21.00

[ 00004 ]

**LabCorp**  LabCorp Burlington
1447 York Court, Burlington, NC 27215-3361

Phone: 888-200-5439

| SPECIMEN | TYPE S | PRIMARY LAB BN | REPORT STATUS COMPLETE | Page #: | 3 |
|----------|--------|----------------|------------------------|---------|---|

| ADDITIONAL INFORMATION |
|---|

FASTING  N
DOB:  ./1960

| CLINICAL INFORMATION |
|---|
| CD- 20182902944 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|--------------|-----|---------------|
| DELANEY,GEORGE | M | 48  /  7 |

| PHYSICIAN ID. KUMP  L | NPI | PATIENT ID. 374390 |
|---|---|---|

PT. ADD.:

ACCOUNT:  Powhatan Correctional Center

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|-------------------------|---------------|---------------|------|---|
| 10/20/2008    12:16 | 10/20/2008 | 10/21/2008 | 8:44 | 4428 |

P O Box 709-9202 Inf 3328
State Farm                VA  23160-0000
ACCOUNT NUMBER:   45813625

| TEST | RESULT | | LIMITS | LAB |
|------|--------|---|--------|-----|
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.4 | O1 |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.2 | O1 |

LAB: 01 BN   LabCorp Burlington              DIRECTOR: William F Hancock  MD
1447 York Court, Burlington,  NC 27215-3361

*LK 10-21-08*

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

L_00005_1
LCM Version:  03.21.00

02/11/2009 13:34 FAX                                                    ☑ 002/004
02/10/2009 23:46 FAX 804 598 6805              PRCC                     ☑ 004
                                                                        ☑ 002/003
FROM                                                   (MON)FEB  8 2009 12:58/ST. 12:57/No. 7628382E '6 P  4

Printed: 02/03/09 01:30
Pt:       DELANEY, GEORGE          Loc:     Hand Secure C1
MRN:      6185429                  RegDt:   02/02/2009 DischDt:
FinNum:   796157807032            Att MD:  ISAACS MD, JONATHAN E          **VCU Health System**
Gender:   M   Age: 48 years        Serv:    OP-Orthopedics                 Hospitals and Physicians
Hm Phone  5409977000               PCP:     MARSH MD, ROBERT L             Richmond , Va 23298
Wk Phone                          RefMD:   GORE MD, VINCENT M

## Outpatient Lab and Ancillary Results

### *Diagnostic Radiology*

| Accession # | Test Name | Exam Date | Ordering MD |
|---|---|---|---|
| DG-09-17496 | Hand: 3 views-Lt | 02/02/2009 14:09:42 | ISAACS MD, JONATHAN E |

**Reason for Exam**
eval

**Report**
Ordering Physician:ISAACS MD, JONATHAN E

CLINICAL STATEMENT: pain

TECHNIQUE: Three views of the left hand were obtained.

FINDINGS: There is normal bone mineralization. There is no evidence for displaced fracture.

Narrowing and sclerosis demonstrated at the fifth proximal interphalangeal joint, consistent with osteoarthritis. There is minimal ulnar subluxation of the joint, as well. This may represent a sequela of old trauma. There is otherwise preservation of joint space without significant osteoarthritis or evidence for dislocation or subluxation.

There is normal bone mineralization. There is no evidence for displaced fracture.

No focal soft tissue swelling is apparent.

No prior studies are available for comparison.

IMPRESSION:
Possible posttraumatic osteoarthritis at the fifth proximal interphalangeal joint.

Dictated By: Hoover, Kevin B.
Electronically Verified by: Hoover, Kevin B.

[ 00006 ]

| | | |
|---|---|---|
| **NAME:** | DELANEY , GEORGE | **UNIVERSITY OF VIRGINIA** |
| **MED REC NO:** | 1368840 | **HEALTH SYSTEM** |
| **SEX:** | M | **DEPARTMENT OF RADIOLOGY** |
| **DOB:** | /1959   49Y | **CHARLOTTESVILLE, VIRGINIA** |
| **ATTENDING MD:** | DAKE,MICHAEL D | |
| **ORDERING MD:** | OKIKOGBO,VICTOR | |
| **LOCATION:** | OUTPATIENT | **TELERADIOLOGY** |
| **PT ACCT NO:** | 003119518664 | **CONSULTATION REPORT** |
| | | Page 1 of 2 |

## SIGNED FINAL REPORT

### ORDER NO: 90001

### EXAMINATION:
**TEL   0229 - GREEN CC, OTHER**      **EXAM DT/TIME:** Jul 31 2008 12;21PM
**Accession No: 7442592**    **CPT:**00000. . . 00000000

**CLINICAL DATA:**  GREN, DOS 7-30-08,GREN374390,L 5TH FINGER, INJURY ON 4-30-08

FULL RESULT: Exam: 3 views of the fifth digit.

Comparison: No prior studies for comparison.

Findings: Avulsion fragments off the volar plate at the base of the middle phalanx of the 5th digit with mild dorsal ulnar subluxation. No other fractures or malalignment identified. Soft tissues are unremarkable.

IMPRESSION:
1. Avulsion fragments off the volar plate at the base of the middle phalanx of the 5th digit with mild dorsal ulnar subluxation suggesting capsular injury, age indeterminant.

Curtis Anderson M.D. PhD
Resident Physician, Radiology

| | | |
|---|---|---|
| **TECHNOLOGIST:** | ac3og | |
| **TRANSCRIBED BY:** | PS4 | **DATE/TIME:** Aug 5 2008 1:23P |
| **READING MD:** | CURTIS ANDERSON | **DATE/TIME:** Aug 4 2008 2:52P |
| **SIGNING MD:** | CHRISTOPHER M GASKIN | **DATE/TIME:** Aug 5 2008 1:22P |

THIS DOCUMENT WAS SIGNED ELECTRONICALLY
A COPY OF THIS DOCUMENT IS ON-LINE IN THE CARECAST ARCHIVE SYSTEM.

BY ELECTRONICALLY SIGNING THIS REPORT, I THE SIGNING PHYSICIAN ATTEST THAT I HAVE PERSONALLY REVIEWED THE FILMS FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDING(S) AS DOCUMENTED ABOVE.

NAME:              DELANEY , GEORGE              UNIVERSITY OF VIRGINIA
MED REC NO:        1368840                       HEALTH SYSTEM
SEX:               M                             DEPARTMENT OF RADIOLOGY
DOB:                    /1959   49Y              CHARLOTTESVILLE, VIRGINIA
ATTENDING MD:      DAKE,MICHAEL D
ORDERING MD:       OKIKOGBO,VICTOR
LOCATION:          OUTPATIENT                    TELERADIOLOGY
PT ACCT NO:        003119518664                  CONSULTATION REPORT
                                                 Page 2 of 2

Christopher Gaskin M.D.
Attending Physician, Radiology

TECHNOLOGIST:      ao3og
TRANSCRIBED BY:    PS4
READING MD:        CURTIS ANDERSON               DATE/TIME: Aug 5 2008 1:23P
SIGNING MD:        CHRISTOPHER M GASKIN          DATE/TIME: Aug 4 2008 2:52P
                                                 DATE/TIME: Aug 5 2008 1:22P

THIS DOCUMENT WAS SIGNED ELECTRONICALLY
A COPY OF THIS DOCUMENT IS ON-LINE IN THE CARECAST ARCHIVE SYSTEM.

BY ELECTRONICALLY SIGNING THIS REPORT, I THE SIGNING PHYSICIAN ATTEST THAT I HAVE PERSONALLY REVIEWED THE
FILMS FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDING(S) AS DOCUMENTED ABOVE.

05/30/2008  23:08   54   98478        MOBILE DIAGNOSTICS 1              PAGE  16/17

**MOBILE DIAGNOSTICS, P.C.**
**P.O. Box 861**
**VERONA , VA 24482**
**(540) 248-8477**

Delaney, George        05-06-08  Augusta Correctional Center  ID# 374390

CLINICAL INDICATION: Pain

LEFT HAND:  No fracture or dislocation is identified.

AFK/jcs

Thank you for this referral.

_____
Alan F. Knull, M.D.

05-10-08                                                        6/16/y

[ 00009 ]

5-1

**LabCorp**
Laboratory Corporation of America

LabCorp Burlington
1447 York Court, Burlington, NC 27215-3361

Phone: 888-200-5439

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 13 | S | BN | COMPLETE | Page #: | 1 |

## ADDITIONAL INFORMATION

FASTING: N

'1960

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| DELANEY,GEORGE | M | 48 / 2 |

PT. ADD.:

**CLINICAL INFORMATION**
CD- 20108608543

| PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|
| MARSH  D | | 374390 |

ACCOUNT: Augusta Correctional Center

1821 ESTALINE VALLEY RD PO BOX1000
Craigsville         VA  24430-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/13/2008 | 7:15 | 5/13/2008 | 5/23/2008 | 7:39 | 7156 |

ACCOUNT NUMBER:   45718025

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|

Allergens, Zone 2                                                            01
Class Description

| Levels of Specific IgE | Class | Description of Class |
|---|---|---|
| <0.05 | 0 | Negative |
| 0.05 -    0.07 | 0/I | Equivocal |
| 0.08 -    0.15 | I | Increasing |
| 0.16 -    0.50 | II | levels |
| 0.51 -    2.50 | III | of |
| 2.51 -   12.50 | IV | Specific IgE |
| 12.51 -   62.50 | V | Antibody |
| 62.51 - >100.00 | VI | |

| | | | | | |
|---|---|---|---|---|---|
| > | D001 D pteronyssinus | 0.27> | kU/L | CLASS | II  0.16- 0.50 | 01 |
| > | D002 D farinae Mite | 0.61> | kU/L | CLASS | III 0.51- 2.50 | 01 |
| | E001 Cat Hair/Dander,Standard | <0.05 | kU/L | CLASS | 0  <0.05 | 01 |
| | E002 Dog Epithelia | <0.05 | kU/L | CLASS | 0  <0.05 | 01 |
| | G002 Bermuda Grass | <0.05 | kU/L | CLASS | 0  <0.05 | 01 |
| | G006 Timothy | <0.05 | kU/L | CLASS | 0  <0.05 | 01 |
| | G010 Johnson Grass | <0.05 | kU/L | CLASS | 0  <0.05 | 01 |
| | G017 Bahia Grass | <0.05 | kU/L | CLASS | 0  <0.05 | 01 |
| | I100 Cockroach,American | <0.05 | kU/L | CLASS | 0  <0.05 | 01 |
| | M001 Penicillium notatum | <0.05 | kU/L | CLASS | 0  <0.05 | 01 |
| | M002 Cladosporium herbarum | <0.05 | kU/L | CLASS | 0  <0.05 | 01 |

CBC With Differential/Platelet

| | | | | |
|---|---|---|---|---|
| WBC | 8.1 | x10E3/uL | 4.0 - 10.5 | 01 |
| RBC | 4.84 | x10E6/uL | 4.10 - 5.60 | 01 |
| Hemoglobin | 14.1 | g/dL | 12.5 - 17.0 | 01 |
| Hematocrit | 42.7 | % | 36.0 - 50.0 | 01 |
| MCV | 88 | fL | 80 - 98 | 01 |
| MCH | 29.1 | pg | 27.0 - 34.0 | 01 |
| MCHC | 33.0 | g/dL | 32.0 - 36.0 | 01 |
| RDW | 14.2 | % | 11.7 - 15.0 | 01 |
| Platelets | 217 | x10E3/uL | 140 - 415 | 01 |
| Neutrophils | 65 | % | 40 - 74 | 01 |
| Lymphs | 26 | % | 14 - 46 | 01 |
| Monocytes | 8 | % | 4 - 13 | 01 |
| Eos | 1 | % | 0 - 7 | 01 |
| Basos | 0 | % | 0 - 3 | 01 |
| Neutrophils (Absolute) | 5.3 | x10E3/uL | 1.8 - 7.8 | 01 |
| Lymphs (Absolute) | 2.1 | x10E3/uL | 0.7 - 4.5 | 01 |

| Pat Name: DELANEY,GEORGE | Pat ID: 374390 | Spec #: | Seq #: 7156 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

[ 00010 ]
LCM Version:  03.21.00



**LabCorp** LabCorp Burlington
Laboratory Corporation of America   1447 York Court, Burlington, NC 27215-3361

Phone: 888-200-5439

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| | S | BN | COMPLETE | Page #:  2 |

ADDITIONAL INFORMATION

FASTING: N
DOB:        960

CLINICAL INFORMATION
CD- 20108608543

PATIENT NAME
DELANEY,GEORGE

SEX
M

AGE(YR./MOS.)
48 / 2

PHYSICIAN ID.
MARSH  D

NPI

PATIENT ID.
374390

PT. ADD.:

ACCOUNT: Augusta Correctional Center

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/13/2008 | 7:15 | 5/13/2008 | 5/23/2008 | 7:39 | 7156 |

1821 ESTALINE VALLEY RD PO BOX1000
Craigsville        VA  24430-0000
ACCOUNT NUMBER:  45718025

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Monocytes(Absolute) | 0.6 | x10E3/uL | 0.1 - 1.0 | O1 |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.4 | O1 |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | O1 |
| Basic Metabolic Panel (8) | | | | |
| Glucose, Serum | 81 | mg/dL | 65  - 99 | O1 |
| BUN | 13 | mg/dL | 5  - 26 | O1 |
| Creatinine, Serum | 1.04 | mg/dL | 0.50 - 1.50 | O1 |
| Glom Filt Rate, Est | >60 | mL/min | 60  - 137 | |
| If African-American | >60 | mL/min | 60  - 137 | |

Note:  Persistent reduction for 3 months or more in an eGFR
<60 mL/min/1.73 m2 defines CKD.  Patients with eGFR values
>/=60 mL/min/1.73 m2 may also have CKD if evidence of persistent
proteinuria is present.

Additional information may be found at www.kdoqi.org.

| | | | | |
|---|---|---|---|---|
| BUN/Creatinine Ratio | 13 | | 8  - 27 | |
| Sodium, Serum | 135 | mmol/L | 135  - 145 | O1 |
| Potassium, Serum | 3.9 | mmol/L | 3.5 - 5.2 | O1 |
| Chloride, Serum | 98 | mmol/L | 97  - 108 | O1 |
| Carbon Dioxide, Total | 24 | mmol/L | 20  - 32 | O1 |
| Calcium, Serum | 9.4 | mg/dL | 8.5 - 10.6 | O1 |

Request Problem
    Quantity was not sufficient for analysis.

| TEST: | 069260 | M003 | Aspergillus fumigatus | Panel: 676528 |
|---|---|---|---|---|
| | 069294 | M004 | Mucor racemosus | Panel: 676528 |
| | 069252 | M006 | Alternaria tenuis | Panel: 676528 |
| | 650309 | M010 | Stemphylium botryosum | Panel: 676528 |
| | 069336 | T030 | Birch, White | Panel: 676528 |
| | 068718 | T007 | Oak, White | Panel: 676528 |
| | 068676 | T008 | Elm, American (White) | Panel: 676528 |
| | 068700 | T027 | Maple, Red | Panel: 676528 |
| | 069922 | T041 | Hickory, White | Panel: 676528 |
| | 068742 | T061 | Sycamore, American | Panel: 676528 |
| | 067397 | T071 | Mulberry,Red | Panel: 676528 |
| | 066910 | T211 | Sweet Gum | Panel: 676528 |
| | 060921 | T219 | Cedar, Red | Panel: 676528 |
| | 069013 | W001 | Ragweed, Short/Common | Panel: 676528 |
| | 068981 | W006 | Mugwort | Panel: 676528 |
| | 068940 | W009 | Plantain, English | Panel: 676528 |
| | 069005 | W014 | Pigweed, Rough | Panel: 676528 |

| Pat Name:  DELANEY,GEORGE | Pat ID: 374390 | Spec #: | Seq #: 7156 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

[ 00011 ]
LCM Version: 03.21.00

**LabCorp**  Laboratory Corporation of America
LabCorp Burlington
1447 York Court, Burlington, NC 27215-3361

Phone: 888-200-5439

| SPECIMEN | TYPE S | PRIMARY LAB BN | REPORT STATUS COMPLETE | Page #: 3 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

CLINICAL INFORMATION
CD- 20108608543

FASTING- N
D        /1960

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| DELANEY,GEORGE | M | 48 / 2 |

PT. ADD.:

| PHYSICIAN ID. MARSH  D | NPI | PATIENT ID. 374390 |
|---|---|---|

ACCOUNT: Augusta Correctional Center

1821 ESTALINE VALLEY RD PO BOX1000
Craigsville          VA   24430-0000
ACCOUNT NUMBER:  45718025

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | 7156 |
|---|---|---|---|---|---|
| 5/13/2008 | 7:15 | 5/13/2008 | 5/23/2008 | 7:39 | |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| 069070  W018 Sheep Sorrel(Dock) | | Panel: 676528 | |
| 068999  W020 Nettle | | Panel: 676528 | |
| *F284 Turkey | <0.05    kU/L  CLASS   0  <0.05 | | 01 |

*

Tests with asterisk (*) were developed and had performance
characteristics determined by LabCorp.  These tests have not been
cleared or approved by the U.S. Food and Drug Administration.

The FDA has determined that such clearance or approval is not
necessary.  These tests are used for clinical purposes.  These tests
should not be regarded as investigational or for research.

| LAB: 01 BN    LabCorp Burlington | DIRECTOR: Frank Hancock  MD |
|---|---|
| 1447 York Court, Burlington,  NC 27215-3361 | |

| Pat Name:  DELANEY,GEORGE | Pat ID:  374390 | Spec #: | Seq #: 7156 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

[ 00012 ]
LCM Version:  03.21.00

 LabCorp Burlington
1447 York Court, Burlington, NC 27215-2230

Phone: 888-200-5439

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| | S | BN | COMPLETE | Page #:  l |

### ADDITIONAL INFORMATION

C BRYANT RN I/M374390                FASTING: Y

**CLINICAL INFORMATION**

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| DELANEY,GEORGE | M | / |

PT. ADD.:

| PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|
| MARSH | | 374390 |

ACCOUNT: Augusta Correctional Center

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 4/11/2008 | 6:50 | 4/11/2008 | 4/14/2008 | 11:36 | 6940 |

1821 ESTALINE VALLEY RD PO BOX1000
Craigsville          VA  24430-0000
ACCOUNT NUMBER:  45718025

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| **Basic Metabolic Panel (8)** | | | | |
| Glucose, Serum | 86 | mg/dL | 65 – 99 | 01 |
| BUN | 10 | mg/dL | 5 – 26 | 01 |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 – 1.5 | 01 |
| BUN/Creatinine Ratio | 10 | | 8 – 27 | |
| Sodium, Serum | 137 | mmol/L | 135 – 145 | 01 |
| Potassium, Serum | 3.9 | mmol/L | 3.5 – 5.2 | 01 |
| Chloride, Serum | 101 | mmol/L | 97 – 108 | 01 |
| Carbon Dioxide, Total | 27 | mmol/L | 20 – 32 | 01 |
| Calcium, Serum | 8.9 | mg/dL | 8.5 – 10.6 | 01 |
| **CBC, No Differential/Platelet** | | | | |
| WBC | 5.7 | x10E3/uL | 4.0 – 10.5 | 01 |
| RBC | 4.58 | x10E6/uL | 4.10 – 5.60 | 01 |
| Hemoglobin | 13.3 | g/dL | 12.5 – 17.0 | 01 |
| Hematocrit | 39.9 | % | 36.0 – 50.0 | 01 |
| MCV | 87 | fL | 80 – 98 | 01 |
| MCH | 29.0 | pg | 27.0 – 34.0 | 01 |
| MCHC | 33.3 | g/dL | 32.0 – 36.0 | 01 |
| RDW | 14.2 | % | 11.7 – 15.0 | 01 |
| **Hepatic Function Panel (7)** | | | | |
| Protein, Total, Serum | 7.3 | g/dL | 6.0 – 8.5 | 01 |
| Albumin, Serum | 4.6 | g/dL | 3.5 – 5.5 | 01 |
| Bilirubin, Total | 0.4 | mg/dL | 0.1 – 1.2 | 01 |
| Bilirubin, Direct | 0.11 | mg/dL | 0.00 – 0.40 | 01 |
| Alkaline Phosphatase, S | 65 | IU/L | 25 – 160 | 01 |
| > AST (SGOT) | 42 H | IU/L | 0 – 40 | 01 |
| ALT (SGPT) | 23 | IU/L | 0 – 55 | 01 |
| **Lipid Panel** | | | | |
| Cholesterol, Total | 173 | mg/dL | 100 – 199 | 01 |
| Triglycerides | 110 | mg/dL | 0 – 149 | 01 |
| HDL Cholesterol | 50 | mg/dL | 40 – 59 | 01 |
| VLDL Cholesterol Cal | 22 | mg/dL | 5 – 40 | 01 |
| > LDL Cholesterol Calc | 101 H | mg/dL | 0 – 99 | |
| Comment | | | | 01 |

If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors.

| TSH | 2.691 | uIU/mL | | 01 |
|---|---|---|---|---|
| | Cord Blood | | <17.400 | |
| | 1-3 Days | | <13.300 | |
| | 1-4 Weeks | | 0.600 – 10.000 | |

Pat Name:  DELANEY,GEORGE          Pat ID: 374390          Spec #:          Seq #: 6940

Results are Flagged in Accordance with Age Dependent Reference Ranges          [ 00013 ]
Continued on Next Page          LCM Version: 03.21.00


**LabCorp**
LabCorp Burlington
1447 York Court, Burlington, NC 27215-2230

Phone: 888-200-5439

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|----------|------|-------------|---------------|--|
| 052-501-1018-0 | S | BN | COMPLETE | Page #: 1 |

ADDITIONAL INFORMATION

FASTING: N
DOB:    960

CLINICAL INFORMATION
CD- 20108608085

| PATIENT NAME | SEX | AGE(YR./MOS.) | PHYSICIAN ID. | NPI | PATIENT ID. |
|--------------|-----|---------------|---------------|-----|-------------|
| DELANEY,GEORGE | M | 47 / 11 | MARSH D | | 374390 |

PT. ADD.:

ACCOUNT:  Augusta Correctional Center

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | | |
|--------------------|------|---------------|---------------|------|--|--|
| 2/21/2008 | 7:30 | 2/21/2008 | 2/22/2008 | 7:40 | 6660 | |

1821 ESTALINE VALLEY RD PO BOX1000
Craigsville          VA  24430-0000
ACCOUNT NUMBER:    45718025

| TEST | RESULT | | LIMITS | LAB |
|------|--------|--|--------|-----|
| CBC With Differential/Platelet | | | | |
| WBC | 6.8 | x10E3/uL | 4.0 - 10.5 | 01 |
| RBC | 4.72 | x10E6/uL | 4.10 - 5.60 | 01 |
| Hemoglobin | 13.5 | g/dL | 12.5 - 17.0 | 01 |
| Hematocrit | 40.6 | % | 36.0 - 50.0 | 01 |
| MCV | 86 | fL | 80 - 98 | 01 |
| MCH | 28.6 | pg | 27.0 - 34.0 | 01 |
| MCHC | 33.3 | g/dL | 32.0 - 36.0 | 01 |
| > RDW | 15.2H | % | 11.7 - 15.0 | 01 |
| Platelets | 274 | x10E3/uL | 140 - 415 | 01 |
| Neutrophils | 53 | % | 40 - 74 | 01 |
| Lymphs | 39 | % | 14 - 46 | 01 |
| Monocytes | 7 | % | 4 - 13 | 01 |
| Eos | 1 | % | 0 - 7 | 01 |
| Basos | 0 | % | 0 - 3 | 01 |
| Neutrophils (Absolute) | 3.6 | x10E3/uL | 1.8 - 7.8 | 01 |
| Lymphs (Absolute) | 2.7 | x10E3/uL | 0.7 - 4.5 | 01 |
| Monocytes(Absolute) | 0.5 | x10E3/uL | 0.1 - 1.0 | 01 |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | 01 |
| Basic Metabolic Panel (8) | | | | |
| Glucose, Serum | 89 | mg/dL | 65 - 99 | 01 |
| BUN | 10 | mg/dL | 5 - 26 | 01 |
| Creatinine, Serum | 0.9 | mg/dL | 0.5 - 1.5 | 01 |
| BUN/Creatinine Ratio | 11 | | 8 - 27 | |
| Sodium, Serum | 139 | mmol/L | 135 - 148 | 01 |
| Potassium, Serum | 3.8 | mmol/L | 3.5 - 5.5 | 01 |
| Chloride, Serum | 103 | mmol/L | 96 - 109 | 01 |
| Carbon Dioxide, Total | 26 | mmol/L | 20 - 32 | 01 |
| Calcium, Serum | 9.4 | mg/dL | 8.5 - 10.6 | 01 |

LAB: 01 BN   LabCorp Burlington
1447 York Court, Burlington,  NC 27215-2230

DIRECTOR:  Frank Hancock  MD

Pat Name:  DELANEY,GEORGE          Pat ID:  374390        Spec #:  052-501-1018-0        Seq #:  6660

Results are Flagged in Accordance with Age Dependent Reference Ranges        [ 00014 ]
Last Page of Report                                          LCM Version:  03.20.00

PRINT DATE: 11/19/07        LABORATORY REPORT        PAGE:    3
PRINT TIME: 1203

## Integrated Regional Laboratories
5361 NW 33rd Avenue, Ft. Lauderdale, FL 33309
    954 777-0018      Marcelino Alvarez, M.D. Medical Director      800 522-0232

**Patient:** DELANEZ,GEORGE       #RF0002079553     (Continued)

**Specimen:** 1116:IRL:U00138R     **Collected:** 11/16/07-1400        (Continued)

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| Nitrite | Negative | | Negative | |
| Leukocyte Esterase | Negative | | Negative /mcl | |
| Microscopic? | Micro Following | | | |
| Amorphous Sediment | Present | | /HPF | |
| Mucus. | 1+ | | /HPF | |

*FPChai, MD*
*11-21-2007*

PRINT DATE: 11/19/07
PRINT TIME: 1203

LABORATORY REPORT

**Integrated Regional Laboratories**
5361 NW 33rd Avenue, Ft. Lauderdale, FL 33309
Marcelino Alvarez, M.D. Medical Director

954 777-0018

PAGE:

800 522-023?

Patient: DELANEZ,GEORGE
Ord Phy: Ohai, Paul MD          *Delaney*
Oth Phy:

DOB:
Reg Date: 11/17/07    Sex: M    Client: ARMCOLCC
Acces No: RF0002079553    Loc: ARMOR CORRECTNL LUNENBURG
MR#: RF01107678

Req #: 0319957F
ID   :
Pt.Ph: **# 374390**
Order: Comp Metabolic

Coll: 11/16/07-1400
Recd: 11/17/07-1156
Rm:

Spec#: 1116:IRL:C00548R [FH506672] Status: COM
Client: ARMOR - VA - LUNENBURG

Test

| CMP | Result | Flag | Reference | Site |
|-----|--------|------|-----------|------|
| Sodium | 141 | | 135-145 mmol/L | |
| Potassium. | 4.5 | | 3.5-5.5 mmol/L | |
| Chloride | 101 | | 95-110 mmol/L | |
| Carbon Dioxide | 29 | | 19-34 mmol/L | |
| Anion Gap | 15.5 | | 10-20 mmol/L | |
| Glucose | 72 | | 70-110 mg/dL | |
| Calcium | 9.4 | | 8.4-10.2 mg/dL | |
| Protein, Total | 7.9 | | 5.5-8.7 g/dL | |
| Albumin | 5.1 | | 3.2-5.0 g/dL | |
| Bilirubin Total | 1.5 | H | 0.1-1.1 mg/dL | |
| Alkaline Phos | 79 | H | 20-130 Units/L | |
| AST (SGOT) | 23 | | 10-40 Units/L | |
| ALT (SGPT) | 34 | | 7-55 Units/L | |
| Urea Nitrogen | 18 | | 6-22 mg/dL | |
| Creatinine Serum | | | | |
| Creatinine.. | 1.3 | | 0.6-1.3 mg/dL | |

Following the National Kidney Foundations recommendations,
the GFR has not been validated in patients who are <18
years or >70 years. Therefore, it is not reported in this
patient.

eGFR NonAfrican Am          50

eGFR African Amer          60

eGFR less than 60 (ml/min/1.73) square meters may indicate
chronic kidney disease.  This is an estimated GFR based on
the Modification of Diet in Renal Disease (MDRD) equation
(Ann Intern Med 1999;130:461-70.), results for which depend
on race.  This estimate should not be used for renal-dosing
of medications or dosing adjustments of radiocontrast dye
without patient-specific correction for height and weight.
Limitations of the eGFR, guidelines on chronic kidney
disease definitions, and clinical action plans can be found
at www.kidney.org and NEJM 2006;354:2473-83.
An estimated GFR cannot be calculated, because the patient's
age was not provided.  See
http://www.kidney.org/professionals/KDOQI/gfr_calculator.cfm
to calculate the eGFR with the appropriate age.

*F.P.Ohai, MD*
*11-21-07*

[ 00016 ]

PAGE:    2

## LABORATORY REPORT

PRINT DATE: 11/19/07
PRINT TIME: 1203

**Integrated Regional Laboratories**
5361 NW 33rd Avenue, Ft. Lauderdale, FL 33309
Marcelino Alvarez, M.D. Medical Director

800 522-0232

954 777-0018

#RF0002079553        (Continued)

Patient: DELANEZ, GEORGE

---

Req #: 0319957F
ID   :
Pt.Ph:
Order: CBC

Coll: 11/16/07-1400    Spec#: 1116:IRL:H00340R [FH506673] Status: COMP
Recd: 11/17/07-1156    Client:ARMOR - VA - LUNENBURG
Rm:

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| *CBC* | | | | |
| WBC | 5.7 | | 3.6-11.0 K/mcL | |
| RBC | 4.98 | | 4.50-5.90 M/mcL | |
| Hemoglobin | 14.1 | | 13.0-18.0 g/dL | |
| Hematocrit | 41.5 | | 40.0-52.0 % | |
| MCV | 83.0 | | 81-97 fL | |
| MCH | 28.4 | | 26.0-34.0 pg | |
| MCHC | 34.0 | | 31.0-37.0 % | |
| RDW | 14.0 | | 11.5-15.0 % | |
| Platelet Count | 228 | | 150-400 K/mcL | |
| Mean Platelet Vol | 9.1 | | 7.4-10.4 fL | |
| Neutrophil % | 59.7 | | 36.0-66.0 % | |
| Lymphocyte % | 32.1 | | 23.0-43.0 % | |
| Monocyte % | 7.6 | | 0.0-10.0 % | |
| Eosinophil % | 0.3 | | 0.0-5.0 % | |
| Basophil % | 0.3 | | 0.0-1.0 % | |
| Neutrophil Abs# | 3.4 | | 1.6-8.2 K/mcL | |
| Lymphocyte Abs # | 1.8 | | 1.1-4.7 K/mcL | |
| Monocyte Abs # | 0.4 | | 0.0-1.1 K/mcL | |
| Eosinophil Abs # | 0.0 | | 0.0-0.5 K/mcL | |
| Basophil Abs # | 0.0 | | 0.0-0.4 K/mcL | |

---

Req #: 0319957F
ID   :
Pt.Ph:
Order: Urinalysis

Coll: 11/16/07-1400    Spec#: 1116:IRL:U00138R [FH506674] Status: COM
Recd: 11/17/07-1156    Client:ARMOR - VA - LUNENBURG
Rm:

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| *Urinalysis w/Micro* | | | | |
| Color | Yellow | | Yellow | |
| Character | Cloudy | H | Clear | |
| Sp Gr Urine | 1.028 | | 1.008-1.022 | |
| UA pH | 5.5 | | 5.0-7.0 | |
| Protein | 10 (Trace) | | Negative mg/dL | |
| Urine Glucose | Normal | * | Negative mg/dL | |
| Ketone Bodies | 40 (2+) | | Negative mg/dL | |
| Bilirubin | Negative | | Negative mg/dL | |
| Urobilinogen | Norm (Neg) | | Norm (Neg) mg/dL | |
| Occult Blood | Negative | | Negative /mcl | |

*PCChai, MD*
11-21-2007

# LabCorp
Laboratory Corporation of America

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Account Delivery Route |
|---|---|---|---|---|---|
| 228-778-0274-0 | 374390 | M33907305 | 45500515 | 434-738-6114 | |

**Account Address**

| Patient Last Name | | |
|---|---|---|
| DELANEY | | |

Mecklenburg Correctional Cente
PO Box 500
Boydton, VA 23917

| Patient First Name | Patient Middle Name |
|---|---|
| GEORGE | |

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|

| Age (Y/M/D) | Date of Birth | Sex | Fasting | Additional Information |
|---|---|---|---|---|
| 47/5/12 | /60 | M | No | |

**Patient Address**

| | | | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| | | | classify, meck | | |

| Date and Time Collected | Date Entered | Date and Time Reported | | | |
|---|---|---|---|---|---|
| 08/15/07 14:22 ET | 08/16/07 | 08/17/07 06:40 ET | | | |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | Negative | | | Negative | BN |
| Bilirubin | Negative | | mg/dL | 0.0-1.9 | BN |
| Urobilinogen, Semi-Qn | 0.2 | | | Negative | BN |
| Nitrite, Urine | Negative | | | | BN |
| Microscopic Examination | | | | | |
| Microscopic follows if indicated. | | | | | |
| **Basic Metabolic Panel (8)** | | | mg/dL | 65-99 | BN |
| Glucose, Serum | 96 | | mg/dL | 5-26 | BN |
| BUN | 14 | | mg/dL | 0.5-1.5 | BN |
| Creatinine, Serum | 1.0 | | | 8-27 | BN |
| BUN/Creatinine Ratio | 14 | | | 135-148 | BN |
| Sodium, Serum | 142 | | mmol/L | 3.5-5.5 | BN |
| Potassium, Serum | 4.0 | | mmol/L | 96-109 | BN |
| Chloride, Serum | 102 | | mmol/L | 20-32 | BN |
| Carbon Dioxide, Total | 25 | | mmol/L | 8.5-10.6 | BN |
| Calcium, Serum | 8.9 | | mg/dL | | BN |
| **RPR** | | | | Non Reactive | BN |
| RPR | Non Reactive | | | | |

*DW)*
*8.22.0)*

Dir: HANCOCK, FRANK MD

BN: LABCORP BURLINGTON
1447 YORK COURT, BURLINGTON, NC 272152230
For inquiries, the physician may contact:  Branch: 888-200-5439   Lab: 888-200-5439

| | 374390 | 228-778-0274-0 | Seq # 13 |
|---|---|---|---|

Page 2 o

| DELANEY, GEORGE | FINAL REPORT | All Rights I |
|---|---|---|

08/17/07 06:58

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-222-7566

[ 00018 ]

**Provider Consultation Report**
(Complete and return in SEALED envelope with Correctional Officer)

Reference #: _____                                    Date of Service: _____

Inmate: *Delaney, George Frederick*   Inmate ID: *601 2006*      DOB: *4/5/59*

Institution: *VBCC*        Institution ID: *0650*               Phone: *481-1175*

Provider *Va Bch Radiology*   Provider Type: *Radiology*        Location: *Office*

***See Attached Consultation Request for Health Services Authorized***

*For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, all recommended tests and treatments are to be scheduled by CMS.*

---

Review of Case: (Chief complaint, exam findings etc.)

*hx ⊕ PPD*
*reading of x-ray films*

---

Diagnosis and Prescription Suggestions (To be reviewed by CMS Medical Director)

## Chest PA/lat *13 Nov* 20*06*:
## No significant cardiomegaly
## or active pulmonary process.
## Jack Lowdon M.D.

Can equivalent medication substitution be used? ☑Yes  ☐No   Follow-up needed? ☐Yes  ☐No

If follow-up needed, explain:

---

Provider Name (print): _____   Provider Signature: _____   Date: _____

To be completed by CMS provider

Recommendation after review of consultant's report:   ☐No further action        ☐Implement the following

Implement:

*CM 12/14/0*

CMS Provider Name (print): _____   CMS Provider Signature: _____   Date: _____

---

Correctional Medical Services
File: 401B 9.9.04 MRS shared drive DMRS folder

401B 9/9/04

[ 00019 ]

# PHYSICIAN'S ORDERS

C2F   C3F

| | NAME: George Delony |
|---|---|
| | ID #: |
| | LOCATION: 3-3-59 |
| | FACILITY: |

Drug Allergies: NKDA

| Date & Time | Another brand of drug identical in form and content may be dispensed unless checked ☐ | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS ➤ | Nurse's Initials |
|---|---|---|---|

1/25/07
1205
① Guiatuss ī bid × 7
② Actifed ī bid × 7
③ Septra DS ī bid × 7
④ Rifampin 600/d × 7
(Rifampin)

noted Dubhur, RN
1/25/07 1210

12:0?
10:17 AM
Guiatuss ī PO BID × 7d
Actifed ī PO BID × 7d
noted X White 2/12/07 @ 1308

3/9/07
0825 AM
Naprosyn 500mg ī PO BID × 21d
noted X White 3/9/07 @ 0949

3/27/07
13:23 PM
Nutamval 1 pack BID × 90d
noted White 3/27/07 @ 1330

1/13/07
17:40
① Prednisone 40mg ī PO × 2 weeks
② Prednisone 30mg ī PO × 2 weeks
③ Prednisone 20mg ī PO × 2 weeks
④ Prednisone 10mg ī PO × 2 weeks
Per current RX

**PLEASE! USE BALL POINT PEN ONLY**
**PHYSICIAN'S ORDER**

# PHYSICIAN'S ORDERS

NAME  George Delany

ID #

LOCATION:

FACILITY:  3-3-59

Drug Allergies    NKDA

| Date & Time | Another brand of drug identical in form and content may be dispensed unless checked ☐ | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS ➤ | Nurse's Initials |
|---|---|---|---|
| 4/16/07 900 | Shakes died liquid diet ī no appt | | noted competer 4/16/07 |
| 4/20/07 1530 | ① A back to regular diet. *Joyce* <br> ② medical bottom bunk *Joyce* Jodyh Jackson, PA-S <br> ③ Shake ī each meal — *Joyce* <br> ④ regular diet *Joyce* <br> Noel 4/20/07 | | |
| 4/23/07 0730 | Resume ct order diet <br> VO. Dr. Jeraluder /B. Haber 8 RN | | |
| 5/8/07 1550 | Zantac 150. bid x 14 <br> ī week | | noted 5/8/07 BSS 1550 |
| 5/18/07 1220 | Colace ī daily <br> Tylenol īīī bid prn x90 <br> ī week appt | | noted 00man 5/18/07 Thennder 8 675 |

[ 00021 ]

PLEASE! USE BALL POINT

7703                                                    PHYSICIAN'S ORDER

1222996 MC407

# PHYSICIAN'S ORDERS

NAME *George Delaney*

ID #

LOCATION:

FACILITY: *VBCC*

Drug Allergies *NKDA*

| Date & Time | Another brand of drug identical in form and content may be dispensed unless checked ☐ | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS ➡ ( **1** ) | Nurse's Initials |
|---|---|---|---|
| 8/8/07 | Pen Vk 500 mg, 1 QID, x 7 days | | |
| | | *f Q P* | |
| | | *noted/given* 8/8/07 *cee* | |

[ 00022

7703                    **PLEASE! USE BALL POINT**                    **PHYSICIAN'S ORDER**

# MEDICAL DIET ORDER

Delaney, George
INMATE'S NAME

INMATE'S ID NUMBER

INMATE'S LOCATION

9-8-06
DIET START DATE

til BTB
DIET END DATE

| | |
|---|---|
| ☐ | BLAND |
| ☐ | CARDIAC (LOW FAT, LOW SODIUM, LOW CHOLESTEROL) |
| ☐ | 3000 ADA |
| ☐ | 2500 ADA |
| ☐ | 2000 ADA |
| ☐ | HI PROTEIN |
| ☐ | PREGNANCY |
| ☐ | BROKEN JAW/ FULL LIQUID |
| ☐ | CLEAR LIQUID |
| ☐ | GASTRIC SOFT |
| ☐ | RENAL |
| ☐ | OTHER _____ |

*Chicken, fish, tuna, rice, potatoes with no skin, pasta, canned fruit, peaches, banana and health shake. No beef, cheese carrots, corn, red beans, turkey patties, potatoes skin. Steamed vegetables green peppers or onions.*

*Include condiments as available to make food palatable and vegetable for his residue die...*

MD Jamaluden Jm
AUTHORIZED SIGNATURE

9-8-06
DATE REQUESTED

[ 00023 ]

Institut

**INMATE NAME:** Delaney, George        *rederick*

**VITAL SIGNS**

HT 70⁴  WT 159  BP 160/90/75
PULSE 70  RESP 16  TEMP 97.5

**TYPE OF ASSESSMENT:** INITIAL ☐   OTHER ☐

**FAMILY HISTORY:** F/FATHER, M/MOTHER, B/BROTHER, S/SISTER
☐ ASTHMA ☐ CANCER ☐ DIABETES ☐ EPILEPSY/SEIZURES ☐
HEART DISEASE ☐ HYPERTENSION ☐ KIDNEY DISEASE
☐ SICKLE CELL ☐ TB ☐ MENTAL ILLNESS
☐ OTHER   *Cancer*

**VISION (SNELLEN CHART)**
Rt: 20/40 with glasses _____
Lt: 20/25 with glasses _____

**PHYSICAL ASSESSMENT**

| Please ✓: Normal (WNL) Not Present (NP) Abnormal (Make a comment) | WNL | NP | Abnormal/Comment |
|---|---|---|---|
| **SKIN:** Color / Condition / Turgor / Recent Injury | | | *breathing out of chest - wood allergy - dry skin* |
| **HEAD:** Hair / Scalp | | | *dandruff* |
| **NECK:** Veins / Mobility | | | |
| **EARS:** Appearance / Canals | | | *C dizziness Ⓧ when turns his head* |
| **NOSE:** Obstruction / Drainage | | ✓ | |
| **MOUTH:** Throat / Tongue / Tonsils | | | *Tonsilectomy 7/8/06 - state still hurts* |
| **CHEST:** Configuration / Auscultation / Respirations / Cough/Sputum | | | *C/O chest pain R/T exertion* |
| **BREASTS:** Palpation / Nipples / Symmetry | N/A | | |
| **HEART:** Auscultation / Radial pulse / Apical pulse / Rhythm | | ✓ | |
| **ABDOMEN:** Shape / Bowel Sounds / Palpation / Hernia | | | *Total 12/97 colectomy* |
| **SPINE** | | | |
| **NEUROLOGICAL:** Reflexes | N/A | | |
| **EXTREMITIES:** Pulses / Edema / Joints | | | *Knees, ankles, hands swell arthritis* |

**FEMALES:**
Date of last mammogram: _____
Done where? _____
Results: _____

**PELVIC EXAM:**
Pap Smear Obtained   YES ___   NO ___
Gonorrhea Culture Obtained   YES ___   NO ___
Stool for Occult Blood   + – Not Obtained ___
Hemorrhoids   YES ___   NO ___
Warts YES ___   NO ___
Lesions YES ___   NO ___
Discharge YES ___   NO ___

**MALES:**

**GENITAL/URINARY:**
Warts YES ___   NO ✓
Lesions YES ___   NO ✓
Discharge YES ___   NO ✓
(RECTAL EXAM if age 40 yrs. or older)
Prostate: _____
Stool for Occult Blood   + – Not Obtained ___
Hemorrhoids   YES ___   NO ✓

**ORAL SCREENING:**
Pain/Discomfort   YES ___   NO ✓
Condition of teeth: (poor) fair good
Condition of gums: (poor) healthy
False teeth:   partial plate   upper lower
Oral Hygiene Instructions given: yes

**IMMUNIZATION STATUS:**
Date of last Tetanus: *unk*
Other: _____

**PPD STATUS:**
✓ Previous Positive  *NCJ 1984 10th grade*
___ Implanted /Read/Documented in Medical Record  *X 6 m*
___ Implanted/Results Pending
___ Needs Implant/Implant Ordered  *LCXR 200*

**PPD FOLLOW UP:**
___ None Indicated
___ Needs Interpretation
___ Follow Up Indicated/Ordered

**REFERRAL:**
*NOVDOC*

Assessed by: *Mooney RN*
Date: 9/5/10        Time: 13:05

Physician Review: *G*
Date: 9505        Time: _____

CMS 7710J Revised 08/31/04

CORRECTIONAL MEDICAL SERVICES
2501 JAMES MADISON BLVD.
VA BEACH, VA 23456
(757) 385-8393

**Inmate Transfer Out of System**

| | |
|---|---|
| Transferred From: | VIRGINIA BEACH CORRECTIONAL CENTER |
| Transferred to: | Mecklenburg |

| | | |
|---|---|---|
| Inmate Name Delaney, George Fredrik | ID Number | 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 |
| Date of Birth 3-3-50 | | |

Acute Problems: ☒ None Known o List

Chronic Problems: o None Known o List  Colectomy Stricture Sm. Bowel @
Connection, Chronic Constipation, Sp. Diet

Acute Mental Health Problems ☒ None Known o List

Chronic Mental Health Problems ☒ None Known o List

Acute Dental Health Problems ☒ None Known o List

Chronic Dental Health Problems ☒ None Known o List  Recent Ext Inaction

| | |
|---|---|
| Date last TB Screening and results H/O Pos PPD | Chek X-Ray 11-13-06 Neg |
| Following up | o None Indicated o List |

Known suicide attempts or ideation  ☒ None Indicated o List

**Current Medications**

Medication Allergies: ☒ None Indicated o List

| Medication/Dose | Frequency/Duration | Last time taken | # of pills sent |
|---|---|---|---|
| Pen VK 500 mg | ✝ qid x7d | Ends 8/16/09 | Healing |
| Colace ✝ | qd | | OTC |
| Tylenol #T | Bed prn | | OTC |
| Dis. Metamucil 1 phs | Bid | | OTC |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| Prepared by (Signature and Title) | M McWay |
| Date 8/13/09 | Time M/P |

CMS 7191 Reviewed 10/03

Original Record: Medical Record      Copy: With Inmate

[ 00025 ]