Department of Corrections
Mecklenburg Correctional Center Classification Center
Intake History/Information

| Inmate Name: _Delaney, George_ | | | Number: _374390_ |
|---|---|---|---|
| LAST | FIRST | MI | DOC |

| Date | | Signature/Title |
|---|---|---|
| 8/14/07 | Received at Mecklenburg Correctional Center for Classification from: _Va. Beach_ with confidential medical records delivered to the Medical Department. Were records sealed? ☑ Yes  ☐ No | |
| | Allergies:  _NKA_ | |
| | Last PPD with results:  _Hx Past Positive_ | |
| | Temperature: _97⁴_ Pulse: _60_ Respirations: _16_ Blood Pressure: _110/58_  Weight: _174_ | |
| | Current Medical Problems: _Chronic constipation Colectomy Stricture Sm bowel @ Connection_ | |
| | Current Medications: _Pen VK 500mg QIDx 7days_ _Colace i qd_ _Tylenol Tii BID PRP_ _Metamucil i pkg BID_ | |
| | Mental Health History: ☐ Yes ☑ No | |
| | Pending Appointments: ☐ Yes ☑ No : | |
| | Routine Chest X-Ray: ☐ Yes ☐ No | |
| 8/16/07 | CBC, RBS, RPR & BMP/8 – Drawn  _today._ Urinalysis Specimen Obtained  _today._ | _A. Day MT (Lab Tech)_ |
| | Oriented to Medical Procedures/copy given. ☐ Yes ☐ No | |
| | Inmate's Signature: _George Delaney_ | |
| | Nurse's Signature: _Rull_ | |

Revised: 01/06

[ 00026 ]



VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date:
**Operating Procedure# 718_2**

**Commonwealth of Virginia**
**Department of Corrections**

**Complaint and Treatment Form (DOC 711)**

Inmate Name *Delaney* , *George*
        Last        First

Inmate Number   *374390*

Mecklenburg C.C.

| Institution/Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 8/15/07 10:00 | Spoke with Dr. Wray, will give bottom bunk x 30 days pending classification. J. Wickman RN | RN 8-22-07 |
| 8·22·07 1410 | C-To medical for classification 98' 116/75  64  20 | B. Smith LPN |
| 8-22-07 | Classification | |
| | ① Low sodium food / medical records to V + VA head General | |
| | ② Id water ✓ | |
| | ③ Nutramed + Hep ✓ Por water BID x 30 dy | |
| | ④ Do not give any vegetables please ✓ | |
| | ⑤ Do not give apples or oranges but try to provide other types of fruit | |
| | ⑥ Ensure (? ) + Bcela x 30 dys [crossed out: Ensure] for juice ✓ | |
| | ⑦ Arnica/OTC supp meal + as tol ✓ ? x 30 dys | |
| | ⑧ FSU if TB had ✓ x 2 wks | |
| | ⑨ College rosy bis (x 2 wks) ✓ | |
| | ⑩ Neo no wacker x 29  | G. Smith LPN |
| | ⑪ Bactin Scrub ✓ | |
| | Noted 8-22-07 G. Smith LPN @ 1555 | |

[ 0007 ]

VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
Operating Procedure #720.1   Attachment #1

**Facility:** Mecklenburg Correctional Center

**Offender Name:** DELANEY (Last)   GEORGE (First)   **Number:** 374390

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 8/28/07 | 1) RTC  SEE 8/22/07  2) T-98° P-64 R-16 B/P 113/68 | |
| 8-28-07 | States that he got appeal DC pkgs - only today & that if he still no please give things fish, chickasaw, anything of jestin, rice dinner fruit bar provided. Requested ½ Diet Diet not to Inmate M P/C police - DO no need for this. M WC Notified. Noted ____ RN 8 28 07 0730 | ½ Diet Diet not to Inmate |
| 8-29-07  2200 | C- I/m to medical c/o excoriation  S) rectum due to diet problems.  O- V/s BP 120/68  p 70 - R - 18  I/m presents c/o excoriation of rectum & back pain from twisting in shower due to burning on rectum - Rectal area shows slight swelling & only marginal erythema in area. Diet order of 8-28-07 re-issued to kitchen copy given to I/m  I- Per nursing guidelines vaseline tubes (3) issued to I/m for relief of excoriation. Suggested F/u c medical if problem continues | |

[ 00028 ]



VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
Operating Procedure #720.1    Attachment #1

**Facility:** Mecklenburg Correctional Center

**Offender Name:** Delaney _____ / Last    George / First    **Number:** 374376

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 9/7/07 | c) the swelling / pain rectal area ORE: 8/27/07 – 9/28/07 <br> 0) T-98 P- 65 R- 16 <br> B/P 115/66 O₂sat-97% <br> P) 1. Ref to MD | _____ |
| 9-12-07 | For Hx on Rectal pain and swelling B R-18 T-97.4 P 60 BP 90/60 | George |
| 9-12-07 | F/V on rectal pain. States that he is generally much better + has no further abdominal pain but has some rectal burning. Requests a refill on Tylenol. <br> (1) EST Π Tab then given x 30 days <br> (2) Answered HC request ment ī Rectal B/P x 10 days | |
| 9/12/07 | note to RAR Bankston | |
| 9/27/07 | F/m is due to ensure due to unavailability for 11 days. Just received today, therefore shipping some can g with them. | Birkett R.N. |

**Commonwealth of Virginia**

**DOP 719**

**Department of Corrections**

**Attachment #1 (Revised: 10/06)**

## Medical Transfer Comments

Name: _Delaney, George_

Date: _9-28-07_

Allergies: _NKDA_

DOB: _-60_

Med. Code: _A-12_

Loc. Code: _B-1_

MH. Code: _O_

Number: _37.4390_

DNA: _8·29·07_

T/D: _8·22·07_

PPD: _chx past (4) PPE -tx 19D_

CRX: _____

Last Physical: _8·22·07_

Comments: _Dental code 2._
_Currently on following Diet- give tuna fish, Chicken any kind_
_of pasta, potato, rice and fruit_

Current Medical Problems requiring attention:
_Hx total colectomy due to ulcerative_
_colitis. On supplementary nutrition- Ensure_

| Current Medications | Date | Current Medications | Date |
|---|---|---|---|
| 1. EST ii TID PRN (9-12+07) | 10-12-07 | 6. Was using stock | |
| 2. | | 7. | |
| 3 | | 8. | |
| 4 | | 9. | |
| 5. Ensure 28 cans | | 10. | |

Pending Appointments, Prosthesis on order, etc.:

Signed: _O. adams_

Name          Title

Facility: _Mecklenburg Correctional Center_

Phone Number & Ext.: 434-738-6114 Ext: 3123

VIRGINIA DEPARTMENT OF CORRECTIONS
(Intrasystem Transfer Medical Review
DOC Form 726-B)

Operating Procedure 719

Effective Date: September 2004
Attachment 2

| Inmate Name | Inmate Number | Date |
|---|---|---|
| Delaney- George | 374390 | 9-28-07 |
| **Received At** | **Received From** | **Allergies** |
| LCC | MCC | NKDA- |
| **Medical Code** | **Location Code** | **Mental Health Code** |
| A-1a | B-1 | O |
| **Last PPD (Date and Results)** | **Date of last Tetanus diphtheria** | **DNA Drawn** |
| PAST ⊕   (1984) | 8-22-07 | Yes: ✓  No: ___  Date 8-29-07 |

## Vital Signs

Temperature: 98  Pulse: 80  Respiration: 18

Weight: 159 lbs  Blood pressure: 136/82  Pox 97%

DOE    60    H+P 8-22-07

## Special Diet

Yes: ✓  No: _____  Diet Chicken - pasta potatoes, fruit

Type: _____  Date: _____

## Current Medications

| Drug | Amount Sent | Drug | Amount Sent |
|---|---|---|---|
| 1. FST 2  1 | ∅ | 5. | |
| 2. Ensure | 28 cans | 6. | |
| 3. | | 7. | |
| 4. | | 8. | |

**Current Medical/Dental Problems:** - colectomy

**Mental Health problems:**
1. Any current M. H. Complaints?  ∅
2. Any history of Substance Abuse? Yes
3. Any history of Treatment? Yes

**Mental Health Screening:** ✓
1. Present Suicidal Ideations?  ∅
2. Observed Symptoms of Psychosis? ∅ ; Depression? ∅ ; Anxiety? ∅ ; or Aggression? ∅
3. History of Suicidal Behavior? ∅
4. History of Inpatient/outpatient treatment? ∅
5. Current Mental Health Treatment? ∅

**Pending Appointments:** - CC  MD.

**Overall Comments:** (i.e. – general appearances& behavior, physical deformities, abuse, trauma, etc.) A&O - calm - cooperative well groomed

**Medical Disposition of Inmate:**
General Population: ✓  Segregation: _____  GP with MH Referral: _____

Emergency referral for MH Care: _____  Date: _____  Time: _____
(Name of QMHP notified)

Referral for Emergency Treatment: _____

Nurse Signature/Date:  9-28-07

_(signature)_ BN

Medical Handout Orientation Issued: ✓

Dental Hygiene Handout Issued: ✓

[ 00031 ]

1 of 1

Revised Date: November 2004



VIRGINIA DEPARTMENT OF COR~~RECTIONS~~ IONS
**Complaint and Treatment ~~Form~~ a (DOC 711)**

Effective Date:
Operating Procedure# 718_2

Commonwealth of Virginia
Department of Corrections

Complaint and Treatment Form (DOC 711)

Inmate Name _Delaney_____ _George_____   Inmate Number   _374390_
         Last       First

| Institution/Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| LCC  9-28-07 | C: Intake to LCC | |
| 1450 | O: See Intrasystem Transfer Form | |
| | I: Chronic Care Nurse Referral -  (yes)  no | |
| | MD Appointment  (yes)  no   10-8-07 | |
| | Sick Call Appointment  yes  (no) | |
| | Psychology Referral  yes  (no) | |
| | Orientation Packet Given  (yes)  no | |
| | Viewed Health Eating Video  (yes)  no | |
| | Medication  (yes)  no | |
| | - Orders: (Medications Placed on NOS) (yes)  no | |
| | (1) Ensure- 1 can  Bid- X 30 days- | _MAR_ |
| | (2) EST. 2 Tabs- Tid- Prn- X 30 days- | |
| | (3) Bottom Bunk- X 30 days- | |
| | NO: Obai (P. Treatods. ve) | _PEOhaithMD_ |
| 9-28-07 | ·leg assessed- I'm decided | |
| 1450 | to go to housing unit to | |
| | notes commander jailbed a | |
| | time | |
| 9-29-07 | (1) Emergency Grievance received | |
| 10:30A | r/t not taking Metamucil daily. | |
| | (2) No order for Metamucil noted in | |
| | chart prior to transfer to LCC and/or | |
| | at transfer. | |
| 10-8-07 → | (1) MD appt scheduled. I/M was informed to ↑fluids | |
| | & exercise and informed to put in SC request | |
| | if BM continues. ——— W. Williams RN | |

Revision Date

[ 00032 ]



VIRGINIA DEPARTMENT OF ~~ONS~~                    Operating Procedure #720.1   Attachment #1
Complaint and Treatment Form (DOC 711)

Effective Date: June 1, 2007

| Facility: | Lunenburg Correctional Center | |
|---|---|---|
| Offender Name: | Delaney          George | Number: 374390 |
| | Last          First | |

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 9-30-07 12N | C) Emergency Grievance received r/t his request for Metamucil. (See 9/29/07 Grievance charting). I) MD was called + informed. MD will discuss I/m's request during his upcoming MD appt. — N. Williams RN | |
| 10-8-07 1300 WT 182 HT 5'10" BP 124/82 P 72 R 18 T 97² NKDA Baseline WT 174 lbs on 08-14-07 | New Intake physical — Hx total colectomy 47 y/o, O², h/o Ulcerative Colitis c Total Colectomy Ello stomy 1997. Closure of Ileostomy 04/1998. S/ Rectal discomfort — States that BM ↑ 15 x daily. Denies Fever, vomiting or Abdominal Pain. Bowel frequency now less. 2. I've eating Tuna Fish only since I arrived here. I can't eat any vegetables at all. Ensure has always been approved ~~for me~~ by Dr Thompson (2003) I can't eat the food here. I want the diets given to me since I arrived the jail this time around, referring to diet order dated 09-08-2006. Actually, he also wanted "reassignment to another facility" based on my medical condition since I'm in the bathroom often, I'm really a security risk! 3. States that "my Rectum has been swollen + raw since I arrived here and metamucil was stopped. I not to allow any    contd→ "Digital Rectal Exam for my condition" by my Surgeons! | was informed/instructed JCChair MD |

[ 00033 ]



VIRGINIA DEPARTMENT OF COI        s
Complaint and Treatment Form (~OC 711)

Effective Date: June 1, 2007
Operating Procedure #720.1   Attachment #1

**Facility:** Lunenberg Correctional Center

**Offender Name:** Delaney            George          **Number:** 374390.
                    Last              First

| Date/Time | Complaint and Treatment | Signature and Title |
|-----------|------------------------|---------------------|
| 10-08-2007 | MD Intake Evaluation | |
| | O/ Well-dev., A x Ox3, AVSS. | |
| | Wt ↑ 8 lbs noted, Comfortable, | |
| | Not Pale o Anicteric. Hydration | |
| | good. Ambulant c̄ steady | |
| | gait. | |
| | HEENT Neck; - Unremarkable | |
| | Chest - Lungs CTA (B) | |
| | CV - RRR - S₁ S₂, NL S̄ (m) | |
| | Abd - Not distended, well | |
| | healed Ant. abdominal old | |
| | Surgical Scar, soft, Nontender, | |
| | ∅ Masses. BS ⊕ | |
| | Rectal Area Inspection only, Limited as he | |
| | refused DRE anal orifice is not | |
| | dry c̄ any lesion, anal protrusion, blood | |
| | No bld or hemorrhoids, or | |
| | evidence of bleeding Ext - ⊕edema ⊘ club- | |
| | A/ 1. Ulcerative Colitis S/P Colectomy, | |
| | clinically stable with | |
| | wt gain since arriving in the syst | |
| | There is no surrounding medical indication for | |
| | Ensure or Bottom Bunk at the present | |
| | [crossed out] time. Threatening taking things | |
| | up at higher level since Ensure | |
| | was "approved by Richmond in the past" | |
| martinos [?] | 2. MucoMucil 1 packet/scoop bid c̄ H₂O | |
| PO/PASS | x 90 days | |
| | 3. RTC - PRN- | |
| | | [signature] MD |
| | noted Dk. Chai PA. 10-8-07-1440 | |

Revision Date: 2/23/07

VIRGINIA DEPARTMENT OF CORR____S
Complaint and Treatment Form (DOC 711)

Effective Date: June 1, 2007
Operating Procedure #720.1    Attachment #1

Facility: _Lunenburg Correctional Center_

Offender Name: _____   Number: __374545__
                     Last          First

| Date/Time | Complaint and Treatment | Signature and Title |
|-----------|-------------------------|---------------------|
| 11-7-20 | c) diet. problem. | |
| 11 15- | _unreadable_ | |
| 1701 08- | nursing cramps. | |
| 1/22/08- | _unreadable_ | |
| | | |

[ 00035 ]



VIRGINIA DEPARTMENT OF CORRECTIONS
LUNENBURG CORRECTION... CENTER
Complaint and Treatm...n (DOC 711)

Effective Date:  January 16, 2006
...ting Procedure 718   Attachment 2

**Commonwealth of Virginia**
**Department of Corrections**

**Complaint and Treatment Form (DOC 711)**

Inmate Name: _Delaney George_     Inmate Number: _374390_
    Last      First

| Institution/Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| LCC/ 11-8-07 | per graham NSA  Assess for extra toilet paper | |
| Allergies: NKDA | S: (chief complaint) 47 y/o, O, S/P Ulcerative Colitis, S/P Colectomy done 1997. C/O Abdominal Pain, intermittent, colicky. Bowel movt. has increased a lot since 2003. Denies Vomiting. No fever. | |
| PMHx: Colectomy 2003 | O: T: 97  HR: 64  RR: 18  Wt:  BP: 100/90  ☑VSS  ☑NAD | |
| | NEURO: ☑WNL ☐ABNL | |
| | HEENT: ☑WNL ☐ABNL | |
| MHHx: ☐MH0 ☐MH1 ☐MH2 | NECK: ☑WNL ☐ABNL | |
| | LUNGS: ☑WNL ☐ABNL | |
| | HEART: ☑WNL ☐ABNL | |
| | ABD/GI: ☑WNL ☐ABNL   Abdomen - full, soft, Nontender, borborygmi ↑ bowel sounds (+) | |
| | GU: ☑WNL ☐ABNL | |
| | GENITALS: N/A ☐WNL ☐ABNL | |
| | EXTREMITIES: ☑WNL ☐ABNL | |
| | DRE: N/A ☐WNL ☐ABNL | |
| | A: General Condition ☑Good ☐Fair ☐Poor | |
| | - h/o Ulcerative Colitis c̄ Total Colectomy assoc with partial bowel Obstruction 2° stricture. Clinically stable | |
| | P: 1. GI Consult; evaluate for Colonoscopy to further evaluate Ileal stricture for dilatation. This procedure was canceled prior to his transfer to LCC. He is still symptomatic without overt clinical signs of Obstruction at this time  2. Dietary Counseling done 2° Dietary indiscretion; eating all types of food from the | - Needs UMM approval for GI Consult. RN |

memo to Elm...   ...mmissary...   3. Provide (3) rolls of Toilet Paper 2 weekly x 3mo...

VIRGINIA DEPARTMENT OF CORR...    S
Complaint and Treatment Form (~OC 711)

Effective Date: June 1, 2007
Operating Procedure #720.1    Attachment #1

Facility: _Lunenburg Correctional Center_

Offender Name: _Delaney_          _George_          Number: _374390_
                      Last              First

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| LCC  1700 | C) Segregation assessment | |
| 11-8-07 | O) VS 118/80, T 97.6°, P78, R16, Pox 97%. No skin impairments or discolorations noted. | |
| | I) Escorted to Segregation by C/o Gennings. | G. Ogburn... |

[ 00037 ]



VIRGINIA DEPARTMENT OF CORR.
Complaint and Treatment Form (DOC 711)

Effective Date: June 1, 2007
Operati_ rocedure #720.1   Attachment #1

Facility: _Lunenburg Correctional Center_

Offender Name: _Delaney_ (Last)   _George_ (First)   Number: _374390_

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 11-09-2007 9:00 Am | MD Review: Diet Order Inmate Delaney has been abusing "Special Diet order," has been eating whatever he desires; confirmed by recent Dining Hall activity and Commissary List(s) his manipulative behavior was brought to his attention at yesterday's visit by myself and Mr. Graham. His clinical condition at this time does not warrants any Special Diet — that is, Special Diet or Ensure is Not medically indicating. Plan: to D/C Special Diet order 2. Mr. Delaney is advised to avoid whatever food items is not good for his bowels, as he has suffered from Bowel Condition for >10 years and knows this food items he doesn't tolerate well.  TChai, MD | |
| 11-9-07 1345 | C) Emergency Grievance O) C/o not recieving medications I) I/m was on self-medication and has been changed to be given by nurse. O) | |
| 11/14/07 LCC OHU | O) ABD Series completed — | NPShupp CPT/RN |

[ 00038 ]

VIRGINIA DEPARTMENT OF CORRECTIONS
Complaint and Treatment Form (DOC 711)

Effective Date: June 1, 2007
Operating Procedure #720.1   Attachment #1

Facility: _Lunenburg Correctional Center_

Offender Name: _Delaney_ (Last)   _George_ (First)

Number: _374390_

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 11-14-07 1120 | Per Sgt. Hurt - inmate has refused all meals - today and dinner last night. | [illegible] LPN |
| LCC 11/14/07 @ 1426 WT-176. | C) Seg. Assessment for de-clared Hunger Strike. O). I/m standing being very verbal c low tone and obviously upset talking to Sgt. Hurt & Major Gabriold. I/m very co-operative c medical staff at this time. I) VS taken & I/m encouraged to calm down. Hardy RN re-assured I/m that chart would go back to M.D. for another review. | Hardy RN. |
| LCC 11-14-07 1715 | C) Emergency Grievance O) Inmate Registering his own opinion of MD d/t his recent abuse of his diet order and consequent DC of special diet I) Communicated opinion to MD | G. Osborne |

[ 00039 ]

VIRGINIA DEPARTMENT OF CORR...      S
Complaint and Treatment Form (DOC 711)

Effective Date: June 1, 2007
Operating Procedure #720.1    Attachment #1

Facility: _Lunenburg Correctional Center_

Offender Name: _Delaney_         _George_        Number: _374390_
                Last              First

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| LCC  11-15-07 | C) HUNGER STRIKE | |
| 0440 | O) WAS INFORMED BY INMATE THAT HE WAS ON HUNGER STRIKE - REQUESTED AND TOOK METAMUCIL - INFORMED OFF. LEWIS ABOUT HUNGER STRIKE - SGTS WALTON AND THOMPSON AWARE - INMATE TO BE OFFERED MEALS + WILL CONTINUE TO OBSERVE | _Huenterun_ |
| LCC 11-15-07 10:40am | Called prenes to MCV for GI Surgery Consult - | _R Robed NP_ |
| LCC 11-15-07 1:30Am | ✓Abd Xray; Erect and Supine in Am, Save Films for V.CC med Cfr. GI Surgery appt. | _J Chen, md_ |

[ 00040 ]



VIRGINIA DEPARTMENT OF CORRE...   S
Complaint and Treatment Form (...OC 711)

Effective Date: June 1, 2007
Operating Procedure #720.1   Attachment #1

Facility: _Lunenburg Correctional Center_

Offender Name: _DELANEY_      _GEORGE_      Number: _374390_
                   Last            First

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| LCC | C) HUNGER STRIKE | |
| 11-14-07 | O) INMATE ESCORTED TO SCALE | |
| 0430 | BY SGT. THOMPSON - WEIGHS 172 lbs | |
| | CONTINUES TO REFUSE FOOD - | |
| | I) WILL CONTINUE TO MONITOR - | |
| | J. Shaater LPN | |
| | | |
| LCC 11-15-07 | faxed Paenos to MCV for | |
| 11:45am | G.T. Surgery Consult appt - | R Baker RN |
| | | |
| LCC 11-16-07 | Medical Committee Meeting regarding | |
| 12:00 | Modified "Hunger Strike" by inmate. | |
| | Captain Anderson, Sgt. Harte, AW Graham, Major | |
| | Labriola, HSA Gary Graham, MD Paul Ohai, | |
| | Senior Psychologist Lee, DON Short All | |
| | IN Attendance. After thorough review of | |
| | IM chart, A brief discussion of IM's | |
| | medical hx was discussed. Indication | |
| | for special diet discussed. Upon | |
| | Conclusion - IM will be sent to GI | |
| | Sx Specialist to determine Current status | |
| | of VC & Needs for special diet. Until | |
| | Appt. IM will be given A low-residue | |
| | diet. DON Short will provide information | |
| | to food Service regarding A low-residue | |
| | diet until DOC Dietician CAN direct | |
| | this effort, expected Next week. Thereafter, | |
| | the DOC Dietician CAN direct food service | |
| | in preparation of A low residue diet. | S. Shotwell, RN, DON |



VIRGINIA DEPARTMENT OF C          S                                    Effective Date: June 1, 2007
Complaint and Treatment Form (DOC 711)              Operating Procedure #720.1   Attachment #1

Facility: _Lunenburg Correctional Center_

Offender Name: _Delaney_ _____ _George_ _____   Number: _374390_
                   Last                    First

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| LCC 11-16-07<br>1:00p | Medical Notified IM refused low reschu diet lunch tray offered to him, which makes his 9th consecutive missed meal. Medical to send MD to SEG for physical exam & collection of labs (initial hunger strike). Will continue to monitor | _S.J. Phelon, DON_ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

L_00042_

Revision Date: 2/23/07



VIRGINIA DEPARTMENT OF CORRECTIONS
LUNENBURG CORRECTIONAL CENTER
**Complaint and Treatment Form (DOC 711)**

Effective Date:  January 16, 2006
Operating Procedure 718   Attachment 2

**Commonwealth of Virginia**
**Department of Corrections**

**Complaint and Treatment Form (DOC 711)**

Inmate Name: _Delaney      George_        Inmate Number: _374390_
         Last     First

| Institution/Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| LCC/ 11-16-2007 2:15 PM<br>Allergies: NKDA<br><br>PMHx:<br><br><br>MHHx: ☐ MH0 ☐ MH1 ☐ MH2 | 47 y/o, ♂, c̄ h/o Ulcerative Colitis S/P GI Surgery. S: (chief complaint) April, 1988. Declared Hunger Strike 3 days. Denies Bowel movt. or vomiting assoc. with ? Abdominal Pain. Hunger Strike demand — want to be transferred out of LCC.<br>O: T 97.9, HR: 58  RR:   Wt: 169.75  BP: 150/90  VSS ☑NAD 99%<br>NEURO: ☑WNL ☐ABNL   Talkative, comfortable, A&O X 3 on RA<br>HEENT: ☑WNL ☐ABNL   Not pale, Anicteric.<br>NECK: ☑WNL ☐ABNL   Hydration - good, Skin Turgor - WNL<br>LUNGS: ☑WNL ☐ABNL<br>HEART: ☑WNL ☐ABNL<br>ABD/GI: ☑WNL ☐ABNL   Abdomen is soft, NT, ∅ masses<br>GU: ☑WNL ☐ABNL<br>GENITALS: N/A ☐WNL ☐ABNL<br>EXTREMETIES: ☑WNL ☐ABNL<br>DRE: N/A ☐WNL ☐ABNL<br><br>A: General Condition ☒Good ☐ Fair ☐ Poor<br>h/o Ulcerative Colitis S/p Abdominal Surgery, Hunger strike continues. No evidence of Dehydration<br>P: he is clinically stable & clinically — I've reassured him that medically indicated low Residual Diet is being offered to him now. He understands this but still "wants to be transferred out of this facility." He is upset c̄ the institution "as a whole" he stated<br>1. ☑ CBC  ☑ CMP  and ☑ urinalysis.<br>drawn & sent to the lab<br>3. RTC — as per protocol<br>noted O B Kelehaum — 11-16-07 1530 PCC hai, MD | clothing<br>Boxers<br>T-shirt<br>orange jumpsuit<br>socks<br>shower shoes<br>Handcuffs<br>leg irons<br><br>Hand cuffs on<br>Leg irons<br>weigh 2 lbs |



VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
Operating Procedure #720.1    Attachment #1

**Facility:**      Lunenburg Correctional Center

**Offender Name:** Delaney _____ George _____    **Number:** 374390
                   Last                          First

| Date/Time | Complaint and Treatment | Signature and Title |
|-----------|------------------------|---------------------|
| | **C: Hunger Strike Medical Evaluation** | |
| | **O: Weight -** Refused | |
| | **Skin Turgor -** Ø tenting noted. | |
| | I'm referred to speak and take meds. Officer stated "In bed next day food or fluid intake. I'm moved around in bed but wouldn't sit up. Officer Boise reported Defac. I got to Bld#7 (a little earlier) "I'm was moving around in bed. I will continue to monitor. — D Jackson | |

Revision Date: 2/23/07



VIRGINIA DEPARTMENT OF CO    TIONS
Complaint and Treatment F...  (DOC 711)

Effective Date: June 1, 2007
O,   ating Procedure #720.1    Attachment #1

**Facility:** Lunenburg Correctional Center

**Offender Name:** Delaney                George                **Number:** 374390
                        *Last*                    *First*

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 11-17-7 1250 | C: Hunger Strike Medical Evaluation | |
| | O: Weight - Refused | |
| skin checked for turgor forehead, B forearm + R hand | Skin Turgor - No tenting noted. Skin springs back when pinched C.O.s report I/M has refused all food intake today and are not aware that I/M has received any fluid intake while in his cell. I/M refused to get off her bunk. He opened his eyes when Lt. Sanford was in cell and asking questions of I/M, when Lt. Sanford informed I/M that this RN was here to take VS, I/M nodded "no" by moving head back + forth. I/M refused to extend arm for BP or to speak to this RN. I) Continue to monitor. — N. Williams RN | |



VIRGINIA DEPARTMENT O   RRECTIONS
Complaint and Treatme... Form (DOC 711)

Effective Date: June 1, 2007
Operating Procedure #720.1   Attachment #1

**Facility:** Lunenburg Correctional Center

**Offender Name:** Delaney _____ George _____ **Number:** 374390
                         Last              First

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| LCC  10-17-07  0435 | **C:** Hunger Strike Medical Evaluation<br>**O:** Weight - 169 ¼<br>Skin Turgor - FAIR<br>INMATE HAS STEADY GAIT — RELUCTANTLY WALKED TO SCALE FOR Wt ALERT AND ORIENTED - CONTINUES TO REFUSE FOOD - ESCORTED BY SGTS. THOMPSON & WALTON -<br>**I:** WILL CONTINUE TO MONITOR — J. Shoatia LPN | |

 VIRGINIA DEPARTMENT OF COR: .ONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
Operating Procedure #720.1    Attachment #1

**Facility:**   Lunenburg Correctional Center

**Offender Name:** Delaney        George                    **Number:** 374390
                    _Last_          _First_

| Date/Time | Complaint and Treatment | Signature and Title |
|-----------|------------------------|---------------------|
|  | C: Hunger Strike Medical Evaluation |  |
|  | O: Weight - 168.5 |  |
|  | Skin Turgor - Fair |  |
|  | "Im stated he was not going to eat or drink because he "dont like water" and "we" are not givens him the "right" diet. OX3. Ø AMS. "Im ® metamucil and offer of H₂O d/t above statement. Placed 2 emergency grievance in and asked to IV "food." Nurse Shortt RN notified. I: Will continue to moniter. — D Jaakesen RN |  |

_Revision Date: 2/23/07_



VIRGINIA DEPARTMENT OF CO⎯⎯TIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
Op⎯ating Procedure #720.1    Attachment #1

**Facility:**   Lunenburg Correctional Center

**Offender Name:** Delaney          George          **Number:** 374390
                   _Last_            _First_

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| LCC 11/18/07 0500 | C: **Hunger Strike Medical Evaluation** | |
| | O: **Weight -** Refused | |
| | **Skin Turgor -** Ø discoloration noted. I/M lying in bed on Ⓡ side. Refuses to respond to any verbal stimuli. Noted √buttocks moving and back Moving up and down. Appears in NO distress @ this time. Refuses v/s | |
| | T: Will continue to monitor. | N McKelvey, LPN |
| LCC 11-18-07 1015 | Ⓟ Report from C.O. on I/M status O) Lt. Sanford reported to this RN at 1015 That he 'Lt. Sanford, had a 20 min conversation c̅ Mr. Delaney from 0938 - 1000 during which Mr. Delaney spoke frequently, lucidly, clearly and without any s/s confusion to Lt. Sanford regarding I/M's thoughts and feelings. Per Lt Sanford, I/M opened his eyes during this time and evidenced no difficulty in expressing his views and thoughts. No slurring of speech was noted. T) Continue to monitor. — | R. Williams RN |

Revision Date: 2/23/07



VIRGINIA DEPARTMENT OF CORRECTIONS
Complaint and Treatment Form (DOC 711)

Effective Date: June 1, 2007
Operating Procedure #720.1    Attachment #1

**Facility:** Lunenburg Correctional Center

**Offender Name:** Delaney                George                **Number:** 374390

Last                        First

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| LCC 11-19-07 0510 | C: Hunger Strike Medical Evaluation<br>O: Weight - Office Goose told I/m he would get weight later in the<br>Skin Turgor - O signs of distress, warm<br>dry and intact. VS - BP 110/72,<br>PO₂ 99 P76 R18. | get weight later in the |
| | I: Will continue to monitor — | A. Simons, LPN |
| LCC 11-19-07 0922 | C) Security reports IM is experiencing<br>dizziness & demands medical 4x.<br>O) Will Assess inmate c̄ daily hunger<br>strike monitoring.<br>I) Noted reported symptom -- deemed<br>NON-emergent; dizziness to be<br>Assessed with daily monitoring — | ___ RN, DON |
| LCC 11-19-07 0930 | C) Ms. Lee, psychology, reports IM<br>states having rectal bleeding.<br>O) Will Assess inmate c̄ daily<br>hunger strike monitoring.<br>I) Noted reported symptom -- deemed<br>NON-emergent; rectal bleeding to<br>be Assessed with daily monitoring — | ___ RN, DON |
| LCC 11-20-07 2145 | C) Emergency grievance received<br>O) Offender a/o food service not sending<br>him his correct diet<br>I) Offender aware by response that<br>Medical has met their obligation for<br>his law residue diet and his concerns<br>need to be addressed to Food Service — A. Ognera | |



VIRGINIA DEPARTMENT OF COP       ONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
Operating Procedure #720.1   Attachment #1

**Facility:** LUNENBURG CORRECTIONAL CENTER

**Offender Name:** Delaney     George     **Number:** 374390
                    *Last*        *First*

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 11-20-07 2355 | C) Emergency Grievance. O) C/o unable to have bowel movement or pass gas. I) Building called & instructions to ask I/m if he wanted a laxative to assist & bowel movement. I/m refused offer of a laxative per building officer. | ERBell |
| Lcc    0430 11-21-07 | C) RECEIVED REPORT INMATE WAS GOING TO RESUME HUNGER STRIKE. O) UPON ARRIVAL TO SEG, INMATE STATED THAT HE WAS NOT ON A HUNGER STRIKE - TOLERATED MED S DIFFICULTY - c/o STOMACH PAIN - I) WILL CONTINUE TO OBSERVE - J. Shorter LPN | |
| 11-22-7 0455 | C) Emergency Grievance O) c/o passing lg. chunks of food & blood, & abd. pain. I/M stated he has to hit himself in the back to help move his bowels. I) Nurse Powell could not confirm blood in stool I/m Brn due to it was settled in the bottom of toilet. Blood noted on toilet paper sm amount. O distress noted. Will continue to monitor G Powell RN | |