

VIRGINIA DEPARTMENT OF CC[illegible]TIONS
Complaint and Treatment Form (DOC 711)

Effective Date: June 1, 2007
Operating Procedure #720.1 Attachment #1

**Facility:** LUNENBURG CORRECTIONAL CENTER

**Offender Name:** Delaney (Last) George (First) **Number:** 374390

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 11-22-07 | C) Bleeding from rectum | |
| 1330 | O) T-98² P-64 R-18 BP-118/82 | Pox-98% |
| | Slight swelling noted around anus. | Small |
| | red area on (L) side of anus noted. | No |
| | blood noted on anus. | |
| | I) Continue to monitor | [signature] |
| 11-24-07 | C) Sick call appt for request for | |
| 1400 | Ensure( white in Seg) | |
| unable to obtain | O) T P R | |
| | BP Pox | |
| | I/M refused VS and sick call | |
| | visit after being told he would be | |
| | charged for visit when I/M asked | |
| | if he would be charged. I/M | |
| | took Pulse Ox off his finger and | |
| | walked out of exam room en | |
| | route to his cell. | |
| | I) Continue to monitor. — | D. Williams RN |
| LCC 2055 | C) RECEIVED PHONE CALL FROM | |
| 11-25-07 | OFFICER LEWIS STATING THAT | |
| | INMATE STATES THAT HE'S SEEING | |
| | THINGS IN HIS CELL — | |
| | O) UPON ARRIVING TO SEG, INMATE | |
| | WAS ASKED WHAT HE SAW - | |
| | HE STATED THAT HE DIDN'T | |
| | KNOW BUT WHEN HE TURNED | |
| | HIS BACK IT WOULD COME OUT | |
| | OF TOILET - | |
| | I) THIS NURSE REQUESTED LT. | |
| | NEWMAN TO COME TO SEG | |



VIRGINIA DEPARTMENT OF CO[illegible]IONS
Complaint and Treatment Form (DOC 711)

Effective Date: June 1, 2007
Operating Procedure #720.1 Attachment #1

**Facility:** LUNENBURG CORRECTIONAL CENTER

**Offender Name:** DELANEY (Last) GEORGE (First) **Number:** 374396

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| LCC 2055 | SO THAT INMATE COULD | |
| CONT'D | BE ASSESSED — INMATE WAS | |
| | ASSURED THAT THERE WAS | |
| | NOTHING IN TOILET BUT STATED | |
| | THAT HE WOULD FEEL BETTER | |
| | IF TOILET WAS PLUNGED — | |
| | AFTERWARDS INMATE WAS | |
| | OBSERVED LYING QUIETLY IN | |
| | BED c̄ NO FURTHER COMPLAINTS — | |
| | ——— J. Shoate LPN | |
| | | |
| LCC 0420 | C) INMATE RESTING IN BED — | |
| 11-26-07 | O) ∅ COMPLAINTS AT THIS TIME | |
| | I) OBSERVATION REPORT WRITTEN | |
| | BY OFFICER LEWIS — J. Shoate LPN | |
| LCC 900p | c) Inmate in Special Housing | |
| 11-26-07 | O) no complaints at this | |
| | time | |
| | I) I/m accepted [illegible] meds [illegible] | |
| | [illegible] to A/M. | |
| | Cont to monitor I/m Refer | |
| | if needed. ——— N. [illegible] | |
| | | |
| LCC 0945 | C) Emergency Grievance | |
| | O) Requesting to have medical diet | |
| | lifted. | |
| | I) Deemed Not emergent As | |
| | diet is medically prescribed for | |
| | Chronic condition by Dr. Ohai ——— | [illegible], DON |
| | | |
| | | |



VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
**Operating Procedure #720.1 Attachment #1**

**Facility:** LCC

**Offender Name:** Delaney (Last) George (First) **Number:** 374390

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 11-30-07 1211 | C) Emergency Grievance | |
| | O) Subjective c/o Abd. pain c̄ constipation. | |
| | I) Deemed non-emergent, & instructed | |
| | I/M to put in a sick call request. | [signature], DON |
| 12-1-7 | (C) Sick Call visit in Seg c̄ c/o | |
| 1210 | constipation x several days | |
| | O) I/M refused VS. | |
| | I) MD was called & orders received: | |
| (WW) I/M refused | Colace 100 mg po BID x 30 days > on MAR | |
| I/M refused (S) | MOM 30 cc po NOW and BID x | |
| | 5 days | |
| | V.O. Dr. Ohai/N. Williams RN | |
| | noted N Williams RN 1355 12-1-7 | |
| 12-2-7 | (C) I/M requested to sign refusal | |
| 1200 | form for refusing MD order for MOM. | |
| | I) I/M refused to sign and reported | |
| | to C.O. Neal that he was not | |
| | refusing the MOM order although | |
| | he refused it 12-1-07 to this RN | |
| | & C.O. Wilmer. Continue to monitor. — N. Williams | |
| LCC 12/4/07 | I/m to transfer in AM — [signature] RN | |

DOC 726-A

DOP 719
January 1, 2001
Attachment #1

Commonwealth of Virginia
DEPARTMENT OF CORRECTIONS

MEDICAL TRANSFER COMMENTS

Name: Delaney, George
Date: 12-4-07
Allergies: NKDA

Number: 374390
Medical Class: A-12
DNA: 8-22-07
TET: 8-22-07
PPD: past (+) - 1984
CXR: —

Comments:

Current medical problems requiring attention: ulcerative Colitis - 1997
Colectomy 2003
had a Colostomy in Dec 1997 & reconnected bowel
- Chronic Constipation.

Current Medications: Colace 100mg i po BID  Amount Sent: Stock
Metamucil i pkt ē 2oz. 8 $H_2O$ BID  Stock

Pending Appointments, Prosthesis on order, etc.:
I/m follows a low residue diet ✗

Signed: [signature] Name /Title
Facility: LCC
Phone Number: 434-696-2045

VIRGINIA DEPARTMENT OF CORR[illegible]ONS
(Intrasystem Transfer Medical Review DOC Form 726)

Effective Date: September 2004
Operating Procedure#719 Attachment 3

| Inmate Name | Inmate Number | Date |
|---|---|---|
| DELANEY G. | 374390 | 12-5-07 |
| Received At | Received From | Allergies |
| ACC | PRCC | NKA |
| Medical Code | Location Code | Mental Health Code |
| A-1-2 | A | O |
| Last PPD (Date and Results) | Date of last Tetanus diphtheria | DNA Drawn |
| Past (+) 1984 | 8-22-07 | Yes: ✓ No: ____ Date: 8-22-07 |

**Vital Signs**

[T]emperature: 98.4 Pulse: 72 Respiration: 12

[W]eight: 174 Blood pressure: 108/60

O2 sat = 99%

**Special Diet**

Yes: ✓ No: ____

Type: LO RESIDUE DIET Date: 12-4-07

**Current Medications**

| Drug | Amount Sent | Drug | Amount Sent |
|---|---|---|---|
| Colace 100mg | | 5. | |
| Metamucil | | 6. | |
| | | 7. | |
| | | 8. | |

[Cu]rrent Medical/Dental Problems:

Ulcerative Colitis Hx Colectomy - 2003, Chronic Constipation

[Me]ntal Health problems:

1. Any current M. H. Complaints? No
2. Any history of Substance Abuse? ✓
3. Any history of Treatment? ✓

**Mental Health Screening:** No

1. Present Suicidal Ideations? ____
2. Observed Symptoms of Psychosis? ____; Depression? ____; Anxiety? ____; or Aggression? ____
3. History of Suicidal Behavior? ____
4. History of Inpatient/outpatient treatment? ____
5. Current Mental Health Treatment? ✓

[Pen]ding Appointments: MCU Recommend BARIUM ENEMA

[Gener]al Comments: (i.e. – general appearances& behavior, physical deformities, abuse, trauma, etc.)

Alert - Cooperative

[Fin]al Disposition of Inmate:

[General] Population: X Segregation: ____ GP with MH Referral: ____

[Emerge]ncy referral for MH Care: ____ (Name of QMHP notified) Date: ____ Time: ____

[Referred] for Emergency Treatment: ____

[S]ignature/Date: R Miller RN 12-5-07

Medical Handout Orientation Issued: YES

Dental Hygiene Handout Issued: YES

[ 00055 ]

Revised Date: November 2004

DC-0-599

COMMONWEALTH OF VIRGINIA
Department of Corrections

NAME: DELANEY G. — Last, First, MI — DOC Number: 374390

| Institution and Date | Complaint and Treatment | Signature and Title |
|---|---|---|
| 12-5-07 | New arrival to HCC | |
| | New arrival orientation given verbally & in writing. Has many medical problems. | |
| | 1. Ulcerative Colitis - 97 - Hx Colostomy 2003. | |
| | 2. Chronic Constipation | |
| | 3. Intermittent Obstruction | |
| | 4. Pouchitis at Times | |
| | 5. Chronic small bowel obstruction | |
| | 6. Hx Ileostomy Take down & Ileo anal Pouch in 1998 | |
| | He is on the following meds | |
| | 1. Metamucil SF Orange Bid | |
| | 2. Colace 100mg Bid | |
| | per Inmate Records | [illegible] |
| | Schedule for MD to See on [illegible] | |
| 12/6/07 | MD appt - colitis | |
| 98.1 93 | S/P [illegible] [illegible] [illegible] [illegible] | |
| 108/70 57 | [illegible] [illegible] [illegible] | |
| | [illegible] [illegible] [illegible] | |
| O | [illegible] [illegible] | |
| A/P | Meds [illegible] diet [illegible] ~~[illegible]~~ | dietician already in kitchen |
| | Zantac(?) 100 mg bid x 180 | |
| | Metamucil 1 pkt bid x 180 | |
| | Cont diet as [illegible] [illegible] [illegible] diet | |
| | ~~[illegible]~~ + Boost 1 can ~~[illegible]~~ [illegible] x 180 d | |
| | Needs BE and MCV(?) | |
| | Bottle Boost x 180 d. | [illegible] |

DC-01-599

COMMONWEALTH OF VIRGINIA
Department of Corrections

NAME Delaney, George (Last, First, MI) DOC Number 374390

| Institution and Date | Complaint and Treatment: | Signature and Title |
|---|---|---|
| [illegible] 12.6.07 | | |
| | (1) [illegible] inmate [illegible] copy of [illegible] diet [illegible] | |
| | (2) [illegible] has [illegible] extensively [illegible] this inmate [illegible] | Given to Ms Flint |
| 12.14.07 | hydrocortisone suppository - Anusol HC after each bowel movement x 60 days (crossed out) | [illegible] error [illegible] |
| 12/14/07 | Anusol HC supp BID x 60 days | noted 12/14/07 |
| 12/14/07 | Anusol supp BID x 5 days to be used until Anusol HC comes from pharmacy. | noted 12/14/07 J. King [illegible] |
| 12/15/07 | C/o no food on trays - Reviewed diet + c/o diet rec'd from kitchen - referred to security | N. Richmond LPN |
| 12-16-07 11:45 PM | I/M seen in response to Emergency [illegible]. C/o pain in rectum due to frequent BM's C/o diet as cause of pain. I/M states he is on sick call list to see MD as pertains to diet. Will discuss I/m's c/o c DON | [illegible] RN |
| 12-16-07 11:45 PM | Motrin 400mg [illegible] x 5 DAYS noted [illegible] RN 12-17-07 | [illegible] RN |

DC-0-599

COMMONWEALTH OF VIRGINIA
Department of Corrections

NAME DALANEY GEORGE (Last, First, MI) DOC Number 374390

| Institution and Date | Complaint and Treatment | Signature and Title |
|---|---|---|
| 12-19-07 | C- Constipation | |
| 8 30pm | O - When making segregation medicate | |
| T 97.3 | rounds this 8pm I/M c/o constipation | |
| P 73 | Requested that shift commander move I/M | |
| R 20 | to medical observation for evaluation | |
| B/P 120/94 | I/M abdomen soft, slightly distended | |
| | US wnl Bowel sounds positive x 4 | |
| | quadrants. I/M c/o severe pain | |
| | MD paged @ this time | [illegible] |
| 8 45pm | I/M continues to c/o abdominal pain | |
| | small amt of emesis dark brown | |
| | undigested food continues to c/o pain | |
| | Motrin 400mg po BID x 5 days | [illegible] LPN |
| | [illegible] 12-19-07 | |
| 12/19/07 | @ 9:40PM Call received from Dr Marsh. | |
| | I/M status reported. Per Dr Marsh will | |
| | keep I/M on observation in Medical | |
| | tonight and he will see in AM. J[illegible] LPN | |
| 12/19/07 | C- Back to check on Inmate | |
| 11 30p | O- Inmate laying on side facing | |
| | wall, has blanket. Resp | |
| | Easy appears to be sleeping | |
| | eyes closed. Noticed LIGHT BROWN emesis | |
| | on floor next to Bed near | |
| | the Door, with Brown chunks | |
| | which appears to be undigested | |
| | food. Inmate awaken easily | |
| | Sgt Bryant offered to cuff so | |
| | inmate could wipe up floor. | |
| | Inmate states he has settled down | |
| | and is not going to move to be cuffed | |
| | So this Nurse or Security could | |
| | wipe the floor. | |
| | I- Inmate turned Back over and | E. Stewart LPN |

DC-0-599

**COMMONWEALTH OF VIRGINIA**
**Department of Corrections**

NAME Delaney George DOC Number 374390

| Institution and Date | Complaint and Treatment | Signature and Title |
|---|---|---|
| ACC | | |
| Cont. | Closed eyes. | |
| 12/19/07 | I – moniter as needed — | E Stewart LPN |
| 12/20/07 4AM | – C Inmate appears to be Sleeping eyes closed Resp Easy. | |
| | I – To be Seen By MD in AM — | E Stewart LPN |
| 12/20/07 AM | dr. appt. rectal pain | |
| B/P 108/60 | [illegible] | |
| P-72 | [illegible] | |
| R-16 | [illegible] | |
| O2 sat 97% | [illegible] | |
| | [illegible] | |
| | Amend HC [illegible] tid prn x30 d. | [signature] |
| | [illegible] x-ray of [illegible] | [signature] |
| | Noted V. Hall [illegible] 12/20/07 | |
| 12/20/07 9:00A | C/O obstruction noted he says "I have an obstruction and need to [illegible] down to get it out. Talked to dr and sent to X-ray AMC — | [signature] |
| 12-20-07 11:30P | Transferred From AMC To MCU — | [signature] |

DC-01-599

COMMONWEALTH OF VIRGINIA
Department of Corrections

NAME Delaney, George (Last, First, MI) DOC Number 324370

| Institution and Date | Complaint and Treatment: | Signature and Title |
|---|---|---|
| ACC | | |
| 12-27-07 | Called MCV Holding Unit & spoke to Tanya. Inmate scheduled for BE on 12-28-07, he is admitted to MCV, let Tanya know about appt. | [illegible] Whitlock |
| 1-2-07 | Report from MCV - Inmate to return when transport arranged: Hx of small bowel obstruction. Past NGT, TPN & Lipids Bowel sounds all quads BM 1/2/08 Slight distention, eating low residue diet No pain currently, No nausea or vomiting Voiding no difficulty. Transport to pickup this PM | [illegible] |
| 1-2-08 @ 8:45PM | Returned from MCV s/p small bowel obstruction, resolved c̄ conservative management. Per discharge information was receiving Dilaudid 2MG po Q3hrs PRN. Currently c/o pain. Dr Marsh contacted and order received for Tylenol #3 two tabs po QID for 4days T.O. Dr Marsh 1/2/08 @ 9 PM. | J Sparks LPN |
| 94/60 1-3-08 98.8 88-20 POX 97% | appt. F/u MCV visit. [illegible] [illegible] [illegible] [illegible] c̄ [illegible] [illegible] had SBO [illegible] [illegible] [illegible] is tolerating some food. VSS [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] B.S. [illegible] [illegible] [illegible] [illegible] | [illegible] |

DC-0-599

**COMMONWEALTH OF VIRGINIA**
**Department of Corrections**

NAME Delaney, George (Last, First, MI) DOC Number 374390

| Institution and Date | Complaint and Treatment | Signature and Title |
|---|---|---|
| ACC 1-3-08 1:15 p | Report that inmate had eaten an orange. (He's on a low residue diet). P. Kalmz 2 tbsp. for nausea x 5 days. | J Kengkie |
| 1/3/08 1:30 p | Refused Kalmz – I'm not nauseated – will D/C Kalmz. | J. Kengkie |
| | → 01/03/08 2100 Noted [illegible] | |
| | [illegible] | |
| 1/3/08 | Copy of VCU Recommendations of no processed, spicy foods, raw vegetables oranges, apples, corn flakes, boiled eggs cheese, beans, peanut butter, any type of nuts | [illegible] |

DC-0-599

COMMONWEALTH OF VIRGINIA
Department of Corrections

NAME Delaney, George DOC Number 374390

| Institution and Date | Complaint and Treatment | Signature and Title |
| --- | --- | --- |
| ACC | | |
| 1-3-08 AM | | |
| | (1) Hx multiple small bowel obstruction. Is stable | |
| | (2) No pain meds | |
| | (1) Boost 1 can tid x90 | |
| | (2) Tylenol #3 I-II qid prn x3 day | |
| | (3) CBC, Ch7, [illegible] - [illegible] | [signature] |
| | (4) [illegible] will observe in infirmary | |
| | noted V. Hall LPN 1-3-08 9AM | |
| 1-3-08 0745a | Back to give AM meds including Tylenol #3 to inmate. I/M got OOB grunting continuously. When given the tylenol #3 in cup to inmate c $H_2O$ I/M became verbally abusive c foul language towards me. Stated "didn't want that nasty ass water" and refused [illegible] and sips. | [signature] |
| 1-3-08 1215p T-98 P-104 R-18 BP-110/78 | Notified by officer in medical - Inmate vomited on floor & that he feels ill. O.T. inmate examined abdomen c bowel sounds in all 4 quadrants. Emesis on floor at foot of bed. Smells like Boost. Had a Boost + 2 Tylenols at 12n. C/o of abdominal pain & feeling distended. | J. King [illegible] |

DC-0-599

**COMMONWEALTH OF VIRGINIA**
**Department of Corrections**

NAME Delaney, George (Last, First, MI) DOC Number 374390

| Institution and Date | Complaint and Treatment | Signature and Title |
|---|---|---|
| ACC | | |
| 1-4-08 | Approval from OHS for diet. Supervisor notified & advised medical to fax to Mr Saunders office for review Monday | |
| 1/4/08 6pm | Refused Boost - whining & complaining only when officers/nurses in vicinity to witness otherwise quiet and goes on about routine. Asking about when he'll be seeing someone about stomach etc. | N. Beckman LPN |
| ~~1/5/08 0100~~ | ~~S Back to ✓ I/m~~ ~~O Voiced ∅ c/os - "I'm OK"~~ ~~lying on bed - resp deep & even - ∅ s+s cardiac distress~~ ~~P Cont to monitor~~ | [illegible] |
| 1/5/08 0100 | S Back to ✓ I/m O lying on bed C/o pain earlier - was given sched. Tyl. #3 Now voiced ∅ c/o's P Cont to monitor | [illegible] |
| 1/5/08 12³⁰pm | T/O / V/O Dr Marsh Continue Liquid Diet and Boost until Diet is Started from from Food Service Lo - Residue Diet. | E. Stewart LPN |
| 1/6/08 10³⁰pm | C - Back to check on Inmate O - Inmate Laying on Bunk reading. This Nurse asked if he needed anything. Inmate Stated No. pleasant and Cooperative. I - monitor as needed | E Stewart LPN |

DC-0-599

COMMONWEALTH OF VIRGINIA
Department of Corrections

NAME Delaney George DOC Number 374398

| Institution and Date | Complaint and Treatment | Signature and Title |
|---|---|---|
| ACC | | |
| 1-7-08 | Progress diet to Regular tray until low residual diet arranged and MD recommendation noted OMach 1-7-08 | |
| 1/8/08-0830A | I would like to speak to Ms Maclam - since food service can't provide me the diet - I would like to get permission to get chicken & tuna from the commissary. Inmate seen on rounds - given medication - Refused annual H.C - stated he doesn't need it for now, afraid he's going to get ill w/o proper diet. Took Boost c meds - | J. Kingery |
| 1/8/08-1PM | Inmate c/o about lunch consisting of rice, green beans, meat patty, 1 orange. Took away orange, not on menu. Talked to Saunders dietary supervisor about low residue diet. Inmate drank Boost. | J. Kingery |
| 1-9-08 10AM | meds admin. c/o mild abdominal cramps + bloating. will monitor. | C Bryant RN |
| 1-10-08 | Gave AM meds this AM. Discussed ability to take Percogesic ii TID x30 days (discussed pain control c Dr Marsh) Inmate refused - explained Tylenol #3 not available. Inmate reports vague abdominal pain. Also refusing. Reports some vomiting, none reported by security or nursing staff. Will note to Dr Marsh | G Security / Mach |

DC-0-599

**COMMONWEALTH OF VIRGINIA**
**Department of Corrections**

NAME Delaney, George DOC Number 374390

| Institution and Date | Complaint and Treatment | Signature and Title |
|---|---|---|
| ACC | | |
| 1-10-08 AM 9 [illegible] 08 | appt "Doing well no [illegible] [illegible] [illegible] [illegible]" [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] SBU [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] noted V. Hall [illegible] 1-10-08 9[30] AM | [illegible signature] |
| 1/11/08 9[30] pm | Seen inmate in SHU c/o abd pain. Bowel sounds in all four quadrants, states pain is on (R) side, states they do not have my diet right, states it is tender to touch, not much facial grimacing when palpated. abd. was not distended, or hard. paged provider. T.O. Dr Mars / [illegible] LPN Percogesic ii P.O. TID x 5 days Liquid diet x 24 hours Noted [illegible] 1-12-08 | [illegible] LPN [illegible signature] 12:20 |
| 1/12/08 8[45] Am | "I'm extremely upset, threw percogesic on floor. "What is this?" They're giving me a liquid diet and processed food." Refused metamucil because "it's not real". When told it would be charted as refused took it. Told him I would check chart. | [illegible signature] |

[ 00065 ]

DC-0-599

COMMONWEALTH OF VIRGINIA
Department of Corrections

NAME Delaney, George (Last, First, MI) DOC Number 374390

| Institution and Date | Complaint and Treatment | Signature and Title |
|---|---|---|
| 1/12/08 8A | Spoke c Ms Hinkle. He is made special hamburgers and patties. He is not to get oranges but got one @ lunch. Man still c/o harming his health. | [illegible] Roach |
| 1/12/08 | continues to write grievances regarding food trays. Also states that rectum is quite swollen + as having pain @ this time | N. Richmond LPN |
| 1/15/08 | T/m to see MD - re- abd pain [illegible] c/o of abd pain, hematuria [illegible] VSS [illegible] [illegible] MB @ BS [illegible] WT [illegible] Ax [illegible] hemorrhoids [illegible] [illegible] HC [illegible] [illegible] [illegible] HC [illegible] [illegible] [illegible] cream [illegible] noted V. Hall RN 1-15-08 | [illegible] |
| 1/19/07 9pm | Called to inmates cell while doing pill call rounds, inmate raising concerns about diet, stating he can not eat the processed turkey patty, states it is causing him problems. showed nurse chunks of BM that appeared to be undigested food and a paper towel with blood on it that inmate stated came from his rectum. advised inmate that he is receiving foods from the low residue diet, and he is prescribed meds for his rectal bleeding and he (cont | |

DC-0-599

COMMONWEALTH OF VIRGINIA
Department of Corrections

NAME Delaney, George (Last, First, MI) DOC Number 374390

| Institution and Date | Complaint and Treatment | Signature and Title |
|---|---|---|
| ACC | | |
| Cont. | refused his anneal HC cream earlier today inmate stated he would like to have it now. instructed inmate that to not eat foods he shouldn't be getting. Inmate stated "I am hungry and have to eat this stuff". Offered a liquid diet to inmate till can diet can be fixed inmate stated No and also stated he is allergic to turkey no documentation to support this, will leave cream in a/l box to give to inmate | |
| 1/21/08 5:45pm | Inmate stating concern about diet and states he is having problems with BM, asked Inmate when he had last BM he stated this morning. will ✓ bowel sounds @ HS pill call. | [signature] LPN |
| 1-21-08 10:00P | Asked I/M if I could check his bowel sounds - he stated earlier that he had only one BM today and usually has 12. He refused to have his bowel sounds checked stating "I already know I can't go, I don't need you to tell me that so you can charge me another $5.00." | |
| ~~1/21/08~~ | ~~Clr Liquid diet x 24 hours~~ error | C Miller LPN |
| 1-21-08 | Late Entry - given copy of letter to assist inmate understanding of offering of diet "I just will eat everything, get sick and sue this place". attempted to explain low residue / and ability to meet MCV recommendations | |
| 2307 | S had Security Call officer c/o abd pain. | C Mc[illegible] |
| 6 pm | O. Seen during pill call - stated he had no problems now - His problem | |
| N Building | was early in the day. He wanted to convey how important it was to see him as soon as he calls - | |
| | P No Tx. at this time | [signature] Miller RN |

DC-0-599

COMMONWEALTH OF VIRGINIA
Department of Corrections

| Institution and Date | NAME Delaney George (Last, First, MI) DOC Number 374390 — Complaint and Treatment | Signature and Title |
|---|---|---|
| ACC 6:15pm | C- I/M c/o chills + fever, stomach | |
| T-100.9 | pain | |
| P-108 | O- VS ↑T stomach distended slightly | |
| BP- 100/52 | c/o no BM for 24 hours | |
| R- 22 | P- Call to Medical to Assess | |
| | further Progression ?? no BM x 5 days | |
| 2-2-08 | C- I/M continues to c/o stomach | |
| 7:30 PM | pain | |
| T 97.5 | O- stomach slightly distended not hardened | |
| P-82 | VS WNL @ this time BS (+) x 4 | |
| R-18 | P- I/M to go thru sick call if | |
| | problems persist | [illegible signature] RN |
| | [illegible signature] CN 2-2-08 | |
| 2-5-08 8A | Vid I/M on SHU rounds this AM | |
| | states "I feel alright". T-98.6 orally. | |
| | Ø c/o voiced. On MD list for this | |
| | week | Nancy |
| 2/6/08 | TO See M.D. Re: Bowel Sounds | |
| | Abdominal pain f/u | |
| T. 97.9 | [illegible] | |
| O2 sat 100% | [illegible] | |
| P 92 | [illegible] | |
| 100/78 | [illegible] | |
| | VSS [illegible] | |
| | [illegible] BS | |
| | [illegible] VS [illegible] | |
| | [illegible] BS [illegible] | |
| | ⊖R ⊖[illegible] | |
| | c̄ | |
| | Hx [illegible] | |

JC-0-599

COMMONWEALTH OF VIRGINIA
Department of Corrections

| Institution and Date | NAME Delaney George DOC Number 374390 (Last / First / MI) Complaint and Treatment | Signature and Title |
|---|---|---|
| ACC | | |
| 2-6-08 Am (cont) | meds [illegible] under diet | |
| | seems to be doing well | |
| | has been [illegible] for past | |
| | several weeks | |
| | Discussed c inmate's [illegible] | |
| | importance of self | |
| | [illegible] [illegible] | |
| | Will monitor [illegible] | |
| | closely to [illegible] for | |
| | possible SBI | |
| | N/ wt 2x [illegible]. Called N-2-4 note on appt | [illegible] |
| 2-6-08 | Medical Commonfare Diet | [signature] |
| | VO: Dr Marsh/CMoolan | |
| 2-8-08 | Discussed commissary, unable to | |
| | Write medical need for this, will | |
| | Write for single cell x90 days | CMoolan |
| 2/21/08 @ | 0850 Blood drawn for CBC, chem7 | [signature] |
| 2/23/08 | Called to get weight done. No show | [signature] |
| 2/28/08 | Copies given | D. Hepler, Sec. |
| 3/3/08 | I/m has not been going through | |
| | approp line to pick up special | |
| | diet tray. When told that | |
| | tray would not be made | |
| | due to inmate picking up | |
| | a reg diet tray I/m became | |
| | upset & verbally abusive | |
| | to staff - medical tray will | |

DC-0-599

COMMONWEALTH OF VIRGINIA
Department of Corrections

| Institution and Date | NAME Delaney George (Last / First / MI) DOC Number 374390 — Complaint and Treatment | Signature and Title |
|---|---|---|
| ACC | not be offered unless inmate agrees to be more compliant | [signature] |
| 3-7-08 | BP 102/60. | C Mack |
| 3-10-08 | Wt 175 | C Mack |
| 3-17-08 | Wt 170 | [signature] |
| 3/27/08 | Wt 165 | D. Beckmondi RN |
| 3-28-08 | Asked inmate for weight this AM! resistive she already weighed – Unclear of weight on 3/27 – Refused Will note to Dr Marsh – Continue supervised, witnessed weights | C Mack |
| 3/28/08 | States nurse wrote weight on calendar @ 169#. Also had weights of 160/165# | [signature] |
| 4/8/08 | States that he didn't put in a sick call request | [signature] |
| | Refuses to be seen | [signature] |
| 4-8-08 12N | To medical, asked for witnessed weight Walked away | C Mack |
| 4-8-08 | Boost ↑ bid X30days VO: Dr Marsh / C Mack | Mack |
| 4/10/08 10:00 | T.O. Labs in AM: CBC Chem 7 LFT's TSH, LIPIDS Very Important! If I/M refuses you are to contact Dr. Marsh. Pod officer called to send in AM! T/O Dr Marsh / D. Beckmondi RN | [signature] |
| 4/11/08 0650 | in medical for fasting BW. Stated he drank metamucil this AM. Refused to let nurse use 22g vacutainer – insisted on use of butterfly. States "I can't be still | |

DC-0-599

COMMONWEALTH OF VIRGINIA
Department of Corrections

| Institution and Date | NAME Delaney George (Last, First, MI) — DOC Number # 374390 | Signature and Title |
|---|---|---|
| | Complaint and Treatment | |
| 4-11-08 | cont... you will not draw my blood w/ that needle." Stated had x1 bad experience c̄ vacutainer. Very rude, stated "I don't care what you do you will not draw my blood c̄ that." Phoned Dr. Marsh, wasted x1 needle + used butterfly. Complained about holding pressure on site to ↓ bruising very verbally unacceptable. Asked Co to remove him from medical. | C Bryant LPN |
| 4-17-08 Am | appt. F/u | |
| 97.3 | No need [illegible] use of [illegible] | |
| 120/70 | [illegible] is [illegible] is [illegible] | |
| 56 | diet c̄ [illegible] | |
| 14 | | |
| [illegible] 99% RA | S) [illegible] | |
| 184 | [illegible] | |
| | [illegible] good B | |
| | [illegible] | |
| | [illegible] RS [illegible] | |
| | ⊖ Rebound ⊖ [illegible] | |
| | Blood [illegible] | |
| | CBC, LFTs, A1c, [illegible] | ok. |
| | A) Colitis - stable | |
| | P) Cont Remicade [illegible] | 8:20 called kitchen |
| | Cont his special diet | Re[illegible] |
| | no processed foods, no raw vegetables, no spicy foods | |
| | no peanut butter, no nuts | copy |
| | no apples no oranges - no corn flakes | Ms. [illegible] |
| | inmate is to self select diet | |
| | F/u c̄ MD 1 month | |

Noted V. Hall RN 4-17-08 10Am.

[signature]

DC-0-599

**COMMONWEALTH OF VIRGINIA**
**Department of Corrections**

NAME Delaney, George (Last, First, MI) DOC Number 374390

| Institution and Date | Complaint and Treatment | Signature and Title |
|---|---|---|
| 4-17-08 Am | (cont) No Beef or Pork per inmate request Kitchen notified | |
| | C/O Skin rash ~ Aveeno [illegible] Aveeno soap ~ x 90 [illegible] ~~[illegible]~~ lotion x 90 d Aveeno lotion bid x 90 d Tylenol 1000 [illegible] tid prn x 60 d | [illegible] |
| | Noted V. [illegible] 4-17-08 9:45 Am | |
| 4-17-08 | Request to Ms Shear OHS for alone diet — diet slip to Kitchen— | [illegible] |
| 4/18/08 5pm | I/m @ gate c/o diet not what he was supposed to get - claimed he was told he is only to get chicken or fish + this was ok'd by Warden Braxton. Kitchen called discussed c̄ them - states is getting what he is supposed to get. I/m told his tray is available - take it or do w/o. | [illegible] Richardson |
| 22 Apr 08 | Gastrograph Enema [illegible] to [illegible] of [illegible] [illegible] | [illegible] |
| | [illegible] MD to [illegible] ✓ | [illegible] |
| | noted 4/22/08 [illegible] @ 0740 | |

DC-0-599

COMMONWEALTH OF VIRGINIA
Department of Corrections

NAME Delaney George (Last, First, MI) DOC Number 374390

| Institution and Date | Complaint and Treatment | Signature and Title |
|---|---|---|
| ACC | | |
| 4-23-08 (late entry for 4-20-08) | I/M stated to nurse that Dr Marol ordered him aveeno soap and lotion. But I/M states that he is not to have just regular aveeno lotion - he is to have aveeno facial moisturizing lotion - "I put it on my face only, not my body". "This is what the dermatologist recommended for my face". | [illegible] |
| 4/24/08 | Copies given. | D. Hepler [illegible] |
| 4/24/08 | Wt refusal today | [illegible] |
| 5/1/08 - AM | Dr's Appt - Discuss enema | |
| 5-1-08 102/60 97-56-16 99% wt 187 | [illegible handwritten notes] | |
| | [illegible handwritten notes] | |
| | schedule Gastrografin enema at MCV (has been approved). | |
| | [illegible] CBC, [illegible], RAST [illegible] and [illegible] | [signature] |
| | noted V. Hall RN 5-1-08 10 AM | |

DC-0-599

COMMONWEALTH OF VIRGINIA
Department of Corrections

NAME Delaney, George DOC Number 374390

| Institution and Date | Complaint and Treatment | Signature and Title |
|---|---|---|
| 5-1-08 AM | (cont) Pt denies not to have Turkey products. | |
| | injury (L) hand 5th digit | [illegible] |
| | pain [illegible] of (L) [illegible] | |
| | Buddy tape / splint 1 mo pass VH | |
| | X-ray (L) hand | |
| | Noted V. Hall RN 5-1-08 | 10:20 Am. |
| 5-1-08 1:[illegible] pm | (L) 5th Finger splinted & buddy taped to 4th Finger per order above. | V. Hall RN |
| | pass given to 5/31/08 | V. Hall RN |
| 5-4-08 10:50 p | (L) 5th finger splinted and rewrapped as before. I/M had showered and dressing was wet. | [illegible] RN |
| 5-6-08 | Xray of left hand [illegible] | [illegible] |
| 5/7/08 @ | 8 AM Did not come for lab work - turkey allergy testing, CBC, C7, common allergens | J Sparks LPN |
| 5/10/08 | Wt #185 | [illegible] |
| 5/12/08 8pm | [illegible] | [illegible] |
| 5/13/08 @ 9 AM | No show for lab work | J Sparks LPN |
| 5-13-08 | After several attempts to have inmate come to Medical - here for lab. At first signed refusal - then agreed to have CBC, Chem 7, Turkey & common allergy [illegible] | |

DC-0-599

COMMONWEALTH OF VIRGINIA
Department of Corrections

NAME Delaney George (Last, First, MI) DOC Number 374390

| Institution and Date | Complaint and Treatment | Signature and Title |
|---|---|---|
| A cc 5/15/08 | C: Wrap finger<br>O: Buddy tape. Has wet drsg and 1 splint. Removed splint. Instructed could take shower and put back on. New gauze and coban applied. | [illegible] |
| 5/15/08 | IM scheduled for transfer (in AM). Transfer form completed. | [illegible] |