Commonwealth of Virginia
DEPARTMENT OF CORRECTIONS

DOC 712
Revised 11/93

MEDICAL TRANSFER COMMENTS

Name: Delaney, George

Date: 5/15/08

Allergies: NKDA

Number: 374390

Medical Class: A-12 E

DNA: 8-29-07

TET: 8-22-07

PPD: Hx Past (+) PPD 4x 1986

CXR: 8-22-07

Comments:

Current Medical problems requiring attention:

Ulcerative Colitis - Im currently on low residue diet
(See MCV note)
Colostomy 1997- Reversed
Colectomy 2003
Chronic Constipation

Current Medications:

Metamucil 1 pkt in 8oz H2o bid #42

Colace 100mg bid #41

Tylenol - 500mg ii tid prn #198

Boost drink 1 can tid

Aveeno har 1UAD (on person) +1

Aveeno lotion UAD (on person) +1

Amount Sent: _____

Pending Appointments, Prosthesis on order, etc.:

Signed: _____

Name/Title

Facility: ACC

Phone Number (540) 997-7000



VIRGINIA DEPARTMENT OF CC   CTIONS
**Intrasystem Transfer Medic.. Review, DOC 726-B**

Effective Date: June 1, 2007
Operating Procedure #720.2   Attachment #4

| Offender Name | Offender Number | Date |
|---|---|---|
| 374390 | Delaney, George | 5-16-08 |
| **Received At**  GRCC-S3 | **Received From**  ACC | **Allergies**  Phenergan  ~~Nicotine~~ |
| **Medical Code**  A 12 | **Location Code**  E | **Mental Health Code**  mH O |
| **Last PPD (Date and Results)**  Past ⊕  Tx 1984 | **Date of last Tetanus Diphtheria**  8-22-07 | **DNA Drawn**  No: ☐ Yes: ☒ Date: 8-29-07 |

### Vital Signs / Special Diet

Temperature: 98.3  Pulse: 80  Respiration: 18
Weight: 183 lbs  Blood pressure: 118/72

Yes: ☒ No: ☐   States he is on
Type: special diet — MCV
wrote for low residual diet

### Current Medications

| Drug | Amount Sent | Drug | Amount Sent |
|---|---|---|---|
| 1. metamucil pkt. BID | 4 2 | 5. | |
| 2. colace 100mg BID | 4 1 | 6. | |
| 3. Tylenol 1000mg TID | 198 | 7. | |
| 4. | | 8. | |

**Current Medical/Dental Problems:**
ulcerative colitis, reversed colostomy

| **Mental Health Problems:** | **Mental Health Screening:** NO |
|---|---|
| 1. Any current M. H. Complaints? NO | 1. Present Suicidal Ideations? NO |
|  | 2. Observed Symptoms of Psychosis ☐  Depression ☐  Anxiety ☐  Aggression ☐? none |
| 2. Any history of Substance Abuse? NO | 3. History of Suicidal Behavior? NO |
| 3. Any history of Treatment? NO | 4. History of Inpatient/outpatient treatment? |
|  | 5. Current Mental Health Treatment? NO |

**Pending Appointments:**
Flu c̄ MD

**Overall Comments:** (i.e. – general appearances & behavior, physical deformities, abuse, trauma, etc.)
a+o x 3. appears agitated. No obvious deformities or abnormalities noted.

**Medical Disposition of Offender:**
General Population: ☒   Special Housing Unit: ☐   GP with MH Referral: ☐

Emergency referral for MH Care: _____ Date: _____ Time: _____
(Name of QMHP notified)

Referral for Emergency Treatment: _____

| **Nurse Signature/Date:**  5/16/08  Stajour | **Medical Handout Orientation Issued:** yes |
|---|---|
|  | **MRSA:** yes |
|  | **Dental Hygiene Handout Issued:** |



VIRGINIA DEPART...       ...CTIONS                                    Effective Date: June 1, ...
Complaint and T...       (DOC 711)                      ...ling Procedure #720.1   Attachmen...

**Facility:** Greensville Correctional Center S-3

**Offender Name:** Delaney        George                    **Number:** 374 390
Last               First

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| GrCC 5/16/08 @14:45 Gucc | O - rec'd as inmate for ACC<br>O - VSS - Bp 118/72 p 80 RR 18<br>temp 98.3 wt. 183# orientation<br>matural amesa matural<br>gucu, multiple needs verbally<br>by inmate concern to diet & the<br>need for a single cell due to multiple<br>bathroom visits per day to have BM's<br>hx or ulcerative colitis c reversed<br>colonosty. Also c/o pain ④ 5th finger sprain<br>① Chart to FNP for review<br>② Schedule for MD sick call<br>for diet & single cell request assessment.<br>③ meds as follows:<br>metamucil 1 packet in 8oz H₂O BID x 180 days<br>Colace 100mg po BID X 180 days<br>Tylenol 500mg po BID X 7 days | 5/16/08 @14:45 5/16/08 1305 |

Revision Date: 2



| VIRGINIA DEPARTMENT | CTIONS | Effective Date: June 1, 2007 |
| Complaint and Treatment | (DOC 711) | ting Procedure #720.1   Attachment #1 |

**Facility:** Greensville Correctional Center S-3

**Offender Name:** Delaney (Last)    George (First)    **Number:** 374390

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 5/19/08 22:35 | Officer brought offender one to wrap fingers. He had a pass from another MD from another facility and that we should honor it and not charge him for sick call request. I informed offender anything anytime he comes to medical for sick call he's going to be charged for sick call request. Offender did not want to be charged said "that's alright" and walked out of medical ō being seen. | M Koleznicon [signature] |
| 5/22/08 11:00 | Med-Surg client REVIEW - Dx ō U.C. $\bar{S}$ revent of colostomy 2003 on low-residue ; $\bar{S}$ R/H repair - Will issue B/P X 12 mths - fat do [illegible] not see indication for single cell at this time. | [signature] |

[ 00079 ]



VIRGINIA DEPARTMENT OF ... RECTIONS
Medical Transfer Comments

Effective Date: June 1, 2007
Operating Procedure #720.2    Attachment #9

# Medical Transfer Comments

| Offender Name: | Delaney, George | Number: | 374390 |
|---|---|---|---|
| Date: | 5-21-08 | | Date of Most Recent |
| Allergies: | NKDA | DNA: | 8-29-07 |
| DOB: | -60 | Td: | 8-22-07 |
| Medical Code: | A 12 | PPD: | Past ⊕ Tx 1984 |
| Location Code: | E | CXR: | |
| Mental Health Code: | MH-O | Physical: | |

**Comments:**


**Current Medical Problems Requiring Attention:**

ulcerative colitis
reversed colostomy
Chronic constipation

| Current Medications | Amount | Current Medications | Amount |
|---|---|---|---|
| 1. metamucil | | 6. | |
| 2. colace | | 7. | |
| 3. Tylenol | | 8. | |
| 4. | | 9. | |
| 5. | | 10. | |

**Pending Appointments, Prosthesis on order, etc.:**


| Name: | PBrockwell | Signed: | PBrock | |
|---|---|---|---|---|
| Title: | LPN | Facility: | GREENSVILLE CORRECTIONAL CENTER S-3 | |
| Phone Number & Ext.: | 434-535-7000 EXT 6240 | | | |

*Revision Date: 6/14/07*

Commonwealth of Virginia
## DEPARTMENT OF CORRECTIONS

# *INTERNAL TRANSFER MEDICAL CHART REVIEW*

| INMATE NAME | INMATE NUMBER | DOB: |
|---|---|---|
| *Delaney, George* | *374390* | *6C* |
| Received At:  GRCC – S1 | Date Received: *5/21/08* | |

---

| RECEIVED FROM:   ( ) S2  (✓) S3  ( ) Hu10  ( ) Hu11  ( ) Mental Health  ( ) Work Camp |
|---|
| *Use Intrasystem Transfer Medical Review Form if inmate is not from one of the above six areas here at GRCC* |

| LISTED IN PPD BOOK    ( ) Yes | Last PPD Date *Past* | Results |
|---|---|---|

CHRONIC CARE CLINIC:   *Chronic Constipation*
*Ulcerative Colitis*
*Reversed Colostomy*

| DATE OF LAST CHRONIC CARE CLINIC VISIT:  *5/22/08* | BY ( ) NURSE   (✓) MD |
|---|---|

| MENTAL HEALTH REFERRAL MADE  ( ) Yes | MH Code *O* |
|---|---|

Pending Appointments:

| Nurse Signature:  *Bettencier, LPN* | Date of Review: *5/22/08* |
|---|---|

[ 00081 ]



VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
Operating Procedure #720.1   Attachment #1

**Facility:** GRCC

**Offender Name:** _Delaney, George_    **Number:** 374390
Last        First

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 5/30/08 | KITCHEN CLEARANCE: _approved_ <br> PPD: 8/22/07   HEP A: _Ø_ <br> MEDICAL CODE: _A_ <br> RESPIRATORY: _Ø_   SKIN INFECTION: _Ø_ | _Hamlin_ |
| 6/2/08 1130 | low residue diet — approval 1/12/08 <br> per Dr. Stephens forbid 12/20/07 <br> VCU hospitalized. <br> Diet enters x 12 weeks: <br> No processed foods, spicy foods, raw <br> vegetables, oranges, apples, corn, fibers <br> boiled eggs, cheese, heavy, peanut butter <br> or any nuts. | |
| | Smb 6/2/08 KHamlin ℞ 11 to? pm | |
| 6/3/08 250 pm | X-ray (L) hand (left 5th <br> digit) <br> Y/o Dr. Garcia / KHamlin | |
| | Smb KHamlin ℞ 6/3/08 | |
| Pm | Offender | |

**Nursing Evaluation Tool:**                     <u>**General Sick Call**</u>

Facility: GREENSVILLE CORRECTIONAL CENTER - S1

Inmate Name: _Delaney_ _____ _George_ _____ MI
         Last         First

Inmate Number: _374390_

178/65

Date of Report: _6_ _14_ _08_         Time Seen: _1050_ (AM)/PM  Circle One
         MM   DD   YYYY

**Complaint**  Chief Complaint(s): _Wants results of x-ray + single cell pass_
         Onset: _____
Brief History: _Reports Broke little finger on (L) hand at Augusta_
_____
_____
_____

**Observation:**  Vital Signs: (As Indicated) 96.8  P: _57_  RR: _18_  B/P: _104_, _65_

Examination Findings: _Finger re-wrapped buddy taped and supplies_
(Continue on back if necessary) _given to cont. wrapping if needed. Informed_
_would be scheduled to see m.d. about single_
_cell pass. Wants Ensure. Also informed m.d. most_
_address this. Weight into DOC 170 lbs on 8/14/07._

**Intervention: (Referral Status):** _today 178 lbs weight done per this_
☐ Referral **NOT REQUIRED** _nurse did try to tell nurse much_
                       _less when re weight myself_
☐ Referral **REQUIRED** due to the following: (Check all that apply)
     ☐ Recurrent Complaint (More than 2 visits for the same complaint)
     ☐ Other: _____ _offender weight 178 lbs_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
         (Describe)
OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☐ YES (If Yes, Whom/Where): _____ MD: _____
Referral Type: ☐ Routine  ☐ Emergent  (if emergent who was contacted?): _____ Time _____

x _B. Shrader_                    Name: _____          [ 00083 ]
    Nurses Signature

 VIRGINIA DEPARTMENT OF C   ECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
Operating Procedure #720.1   Attachment #1

**Facility:**   Grcc-S-1 Medical

**Offender Name:**   *Delaney*                 *George*
Last                              First

**Number:** ~~324667~~
374390

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 6/16/08 | Offender informed that X-ray results of (L) Hand received from Augusta CC, reviewed by Unit MD, and revealed no fracture or dislocation. | KHamlant (RN) |

Nursing Evaluation T                                    <u>General Sick Call</u>

Facility: GREENSVILLE CORRECTIONAL CENTER - S1

Inmate Name: _De laney_____ _George_____

                 Last            First                MI

Inmate Number: _324067 374310_____

Date of Report: _7_ / _2_ / _2008_      Time Seen: _1430_ AM (PM) Circle One
           MM   DD   YYYY

**Complaint**  Chief Complaint(s): _C/O © 5th digit. broken_____

Onset: _____

Brief History: _Offender stated "he doesn't need to_
_be seen by the nurse @ this time. He_
_will await his MD appt._____

**Observation:** Vital Signs: (As indicated) T:___  P:_____  RR:_____  B/P:_____ / _____

Examination Findings: _n/a_____
(Continue on back if necessary)

_____
_____
_____
_____

**Intervention:** (Referral Status): _____

   ☑ Referral **NOT REQUIRED**

   ☐ Referral **REQUIRED** due to the following: (Check all that apply)
      ☐ Recurrent Complaint (More than 2 visits for the same complaint)
      ☑ Other: _Offender already has an appt_
_c̄ MD_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

Check All That Apply:
☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other:_____
     (Describe)
OTC Medications given  ☑ NO  ☐ YES (If Yes List): _____

Referral:  ☐ NO  ☐ YES (If Yes, Whom/Where): _____  MD: _____

Referral Type: ☐ Routine  ☐ Emergent (if emergent who was contacted?): _____  Time ___/___

x _C Ma_____  Name: _C Malone NP__  _____
    Nurses Signature                                 7/2/08

VIRGINIA DEPARTMENT OF C... ...ONS
Complaint and Treatment (DOC 711)

Effective Date: June 1, 2007
...ing Procedure #720.1 Attachment #1

...ility: Grcc-S-1 Medical

...ffender Name: DeFoney (Last) George (First) Number: 374390

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 7/23/08 3:15p | S 48 y/o c/o deformity | |
| | (R) pinky finger playing | |
| | soft ball (R) hand at | |
| BP 97/57 | Correction Center April 31 2008. | |
| P 95 | Was seen by MD May 1 and | |
| R 18 | Xray ordered and bone tape | |
| wt 165 lbs | it. Pt was transferred to | |
| | GRCC May 16. Xrays | |
| | report negative for fracture | |
| | or dislocation 5/10/08 | |
| | Pt states it hurts. Pt is | |
| | (R) handed. | |
| | O: NAD | |
| | Ext. (R) hand | |
| | (-) swelling note 5th finger | |
| | deformity noted DIP 5th finger | |
| | A/P: MSK. s/p injury 5th finger | |
| | [illegible] DIP deformity | |
| | 2. F/U with MD - hand | |
| | 3. Continue Ibuprofen as scheduled | |
| | for re-evaluation. | |
| Noted 7/28/08 [illegible] 2006 | 4) Continue to bone tape finger | B [illegible] |
| | | |
| 7/29/08 1010 | (C) 5th finger xray completed | C Mosely [illegible] |

[ 00086 ]

Revision Date: 2/23/07



VIRGINIA DEPARTMENT OF CORRECTIONS
Complaint and Treatment Form (DOC 711)

Effective Date: June 1, 2007
Operating Procedure #720.1   Attachment #1

**Facility:** Grcc-S-1 Medical

**Offender Name:** Delaney          George         **Number:** 374390
Last                First

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 7/25/08 | MD appt. scheduled for 7/28/08 to discuss deformity 4th digit and request for single cell | [signature] RN |
| grcc 7/25/08 B/P 110/71 P-55 R-16 T-98.0 WT 160 1540 | Pt seen for request of single cell (3rd) sys(ums) Dewill prutim (B) finger. | |
| | PMD — alternative chart s/p excision a removal existing 1998 and prevows hx BD treated conservative. | |
| | — no facial maintenance complained of frequent BM/floaters claimed he needs enema because he can not eat food here. | |
| | Wt about 20 lbs (may lost). | |
| | — trying to get little finger s/p PIP (MS) deformity of PIP. | |
| | ♄ Ident rt — 149 — 160/63 hx r eachache well smult nr pale amidenm chesr — CTA CVS — S₁S₂ rrr Ø m ASM — B S+ sign heola shnod gm Ext — MRFF little finger extended PIP able to flex — DIP m swelling m tender | |



VIRGINIA DEPARTMENT OF C___IONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
Op___ing Procedure #720.1   Attachment #1

**Facility:**       Grcc-S-1 Medical

**Offender Name:**   DELANEY               GEORGE          **Number:** 374390
                     _Last_                _First_

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 7/28/08 | O/P — ulcerative colitis<br>s/p surgery — 1998<br>— KUB — BS film.<br>— To see Dr Grove<br>for single cell<br>— Double portion meal<br>ordered.<br>— Surgery to (R) finger<br>— X-Ray (MD)<br>— film Poor nothing...<br>... | |
| 4/29/08 | D/C Double Portion Meal<br>Order   v/o Dr Mughal | KHamlin |
| 7/30/08<br>30 pm | Offender informed that<br>order for double portion<br>meal has been discontinued<br>per the Medical Director.<br>Food service informed to<br>continue previous diet<br>issued 6/2/08 (diet 6/2/08<br>refaxed to Kitchen. — | KHamlin |
| 8/14/08<br>10:00 | ... | |
| 8/14/08 | (UMD) to Han Cheese M(D) accepted<br>sma g Hamlin fax 8/14/08 | B... |

**Nursing Evaluation Tool:**                    **General Sick Call**

Facility: GREENSVILLE CORRECTIONAL CENTER - S1

Inmate Name: _Delaney_ _George_

Inmate Number: _137439D_

Date of Report: _8_ / _17_ / _2008_         Time Seen: _4:30_ AM (PM) Circle One

**Complaint** Chief Complaint(s): _Abdominal pain_

Onset: _Evening 8/16/08_

Brief History: _Offender c/o sharp abdominal pain. NBVa ~~3.~~ "Nothin but white stuff." No meals tolerated today. Pain rating "10" on (1-10) scale. States previous bowel obstruction Dec 0_

**Observation:** Vital Signs: (As Indicated) T: _98.3_ P: _73_ RR: _18_ B/P: _121/80_

Examination Findings: _Facial grimacing accompanied w/_
(Continue on back if necessary) _hemes. One noted episode of vomit_
_emesis yellow bile. appox 100ml. Frequent_
_outbursts moaning w/ c/o abdominal pain_
_Abdomen tense, rigid. No bowel tones hrsa_
_at this time. MD contacted._ (over

**Intervention:** (Referral Status):

☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)

   ☐ Other: _____

_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure o the appropriate care to be given.

Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
        (Describe)
OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Mnghal_    MD: _N_

Referral Type: ☑ Routine ☑ Emergent (if emergent who was contacted?): _Mngral_    Time _5:30p_

x_____     Name: _____   [ 00089 ]
   Nurses Signature



VIRGINIA DEPARTMENT OF CORRECTIONS
Complaint and Treatment Form (DOC 711)

Effective Date: June 1, 2007
Operating Procedure #720.1   Attachment #1

**Facility:** Grcc-S-1 Medical

**Offender Name:** DELANEY _(Last)_   GEORGE _(First)_   **Number:** 374590

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 8/22/08 1340 | FW Ulcerative Colitis | MAP? 7/20/09 |
| | h/o IBD — resolved c conservative Rx | |
| 103/70 HR Rp | dcg 8/18 → 8/14/08 hospitalization. | |
| T 98 RW 16 | Ⓑ frequ BMs — loose stool 15-20 x day (worse at night) | |
| | ↑ bowel control c now food / vegetables | |
| WT 157 lb H 5'11" | Says painful c cellulitis 2d freq. BMs, | |
| | ⒶPAIN | |
| | | |
| | Ⓐ U.C. sp colon resection (? Short gut) | |
| | Ⓑ — Voiced for GI eval ? | |
| | Pass for BSP / single cell | |
| | | |
| | get from DR II | |
| | noted 8/22/08 | |



VIRGINIA DEPARTMENT OF ... CTIONS
**Medical Transfer Comments**

Effective Date: June 1, 2007
**Operating Procedure #720.2    Attachment #9**

## Medical Transfer Comments
### (Print on pink paper)

| Offender Name: | Delaney, George | | Number: | 374390 |
|---|---|---|---|---|
| Date: | 8-24-08 | | | Date of Most Recent |
| Allergies: | NKDA - Phenergan ✓ | | DNA: | 8-29-07 |
| DOB: | __ 60 | | Td: | 8-22-07 |
| Medical Code: | A-12 | | PPD: | hx past ⊕ PPDc tx 1984 |
| Location Code: | B-1 | | CXR: | ✓ (Screening 8-24-08) WNL |
| Mental Health Code: | 0 | | Physical: | 8-22-07 |

**Comments:**

**Current Medical Problems Requiring Attention:**

hx total colectomy - due to ulcerative colitis

| Current Medications | Amount | Current Medications | Amount |
|---|---|---|---|
| 1. Colace 100mg | Stock | 6. | |
| 2. Metamucil Smooth Texture | Stock | 7. | |
| 3. Tylenol 500mg | Stock | 8. | |
| 4. Ensure | ∅ | 9. | |
| 5. | | 10. | |

**Pending Appointments, Prosthesis on order, etc.:**

needs Fasting DPII - SC

| Name: | B. Hollis | Signed: | BHollister |
|---|---|---|---|
| Title: | LPN | Facility: | GRCC-S-1 MEDICAL |
| Phone Number & Ext.: | (434)535-6440 FAX (434)535-7086 | | |

noted C Smith
LPN 8/24/08 @ 1188

(1) Record Received



VIRGINIA DEPARTMENT~ ~ ~ONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
Ope...ing Procedure #720.1    Attachment #1

**Facility:** Grcc-S-1 Medical

**Offender Name:** Delaney        George        **Number:** 374390
                      *Last*          *First*

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 8-24-08 @ 1045 | 1) In medical for SEG eval. No complaints voiced. 2) wt. 159 BP 118/93 T-98.0 P-66 R-18 No visual distress noted. 3) Cleared for SEG. | |
| 8-24-08 @ 1045 | 1) Annual Screening due for this year. No complaints voiced. 2) BP 118/93 T-98.0 P-66 R-18. No visual problems noted. 3) Annual screening completed today. WNL. Offender in route to SEG. | C Bakers — |
| 9/2/08 @ 0852 | Spoke c̄ Mr. Young (Supply) Re: ensure order. Per Mr. Young no order has been received for approval. Copy of MD order dated 8/22/08 faxed to 6821 — | M Smith LPN |
| | | |
| | | |
| | | |
| | | |

## Nursing Evaluation Tool:          Abdominal Pain-Male

5140

Facility: **Greensville Correctional Center**

Offender Name: _Delaney_ _____ _George_ _____
                                    Last                              First                                    MI

Offender Number: _374390_

Date of Report: _09_ / _05_ / _2008_          Time Seen: _1325_  AM / **PM** Circle One
                          MM    DD    YYYY

**Complaint:** Chief Complaint: _Abd. pain_

Onset: _approx 1100 - 1115 today_

History: _H/o ulcerative colitis, Small Bowel obstruction_
_8/18/08, 12/20/07, at April 2007_

☐ Check Here if additional notes on back

**Pain Description:** ☑ Sharp ☐ Dull ☐ Crampy ☐ Burning          **Location:** ☑ RUQ ☑ LUQ
☐ Intermittent ☐ Constant ☐ Radiation to: _____                      ☑ RLQ ☑ LLQ
☑ Other: _Describes as "hurting"_                                           ☐ Epigastric ☐ Diffuse

**Last BM:** _Early am_ ☐ Normal ☑ Constipation ☐ Diarrhea x ___ stools  Color change: ☑ No ☐ Yes: __
**Associated symptoms:** Nausea ☐ No ☑ Yes  Vomiting ☐ No ☑ Yes (x _2_ )  Painful urination ☑ No ☐ Yes
                                Back pain ☑ No ☐ Yes  Other: _____

**Observation:**  Vital Signs: (If Indicated) T _98°_ P: _72_  RR: _18_  B/P: _129_ / _87_

**General appearance:** ☐ No acute distress ☐ Acute distress ☑ Unable to stand erect ☐ Knees drawn up
**Skin:** ☑ Warm ☐ Cool ☑ Dry ☐ Moist/clammy  Skin Color: ☑ Normal ☐ Pallor ☐ Flushed ☐ Jaundice
**Mucous Membranes:** ☑ Moist ☐ Dry

**ABDOMINAL EXAM**
**Bowel sounds:** ☐ Present ☑ Decreased ☐ Absent
**Abdomen:** ☐ Soft ☐ Guarding ☑ Distended          ☐ Non-Tender ☑ Tender _RUQ_
                                                                              Location

**Pain induced/increased with:** Walking ☐ No ☑ Yes
**Pain induced/increased with:** Gentle abdominal palpation ☐ No ☑ Yes
☑ Additional Examination: _Tolerated lunch tray c̄ vomitting._
           )

☐ Check Here if continued on back

**Assessment: (Referral Status)**
☐ ✓ Referral **Not Required**
☑ Referral **Required** due to the following: (Check all that apply)
          ☐ Abnormal Vital Signs          ☐ Distended/rigid abdomen          ☐ Persistent Nausea and/or vomiting
          ☐ Bloody or "Tarry" stools      ☐ Pallor, moist clammy skin        ☐ Recurrent Complaint (More than 2 visits for the same complaint)
☑ Other: _↓ Bowel Sounds all quads_
          You should contact a physician or nursing supervisor if you have any questions about the status of the patient.

:                  ☐ Instructions to return if condition worsens or does not improve
Check All That Apply:  ☐ Education on bowel elimination     ☐ Education on Lifestyle Modifications to prevent reflux
                       ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and signs and symptoms for
                       which they should seek additional medical attention. (Persistent vomiting, significant weakness, signs of dehydration, worsening
                       abdominal pain, fever.) as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up
                       visits)
                       ☐ OTC Meds given:
                                                      MD: _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _____
Referral Type: ☑ Urgent ☑ Emergent (if emergent who was contacted?): _Dr. Gore_          Time _1345_

x _C. Smith LPN_ _____          Name: _____
          Nurses Signature                                              Printed



VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
Operating Procedure #720.1    Attachment #1

**Facility:**    POWHATAN CORRECTIONAL CENTER

**Offender Name:** Delaney _Last_    George _First_    **Number:** 374390

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 10-8-08 | New Intake meds | |
| | Ensure ♀ PO TID x 7 days | |
| | Colace 100mg ♀♀ tabs PO qd x 7 days | 60 days |
| | Motrin 800mg PO TID prn x 7 days | |
| | Metamucel one pack PO BID x 7 days | |
| | Vicodin ♀-♀♀ tabs PO q6° prn x 7 days — Dilaggi RN | |
| | 30 days — tec 10/17/8 | |

[ 00094 ]



VIRGINIA DEPARTMENT OF C~ ~NS
**Intrasystem Transfer Medi~ ~ew, DOC 726-B**

Effective Date: January 1, 2008
rating Procedure #720.2   Attachment #4

| Offender Name | Offender Number | Date |
|---|---|---|
| Delaney, George | 374390 | 10-8-08 |
| **Received At** | **Received From** | **Allergies** |
| PCC | PMU | Phenergan |
| **Medical Code** | **Location Code** | **Mental Health Code** |
| A-12 | B-1 | Ø |
| **Last PPD (Date and Results)** | **Date of last Tetanus Diphtheria** | **DNA Drawn** |
| past (+) | 8-22-07 | No: ☐  Yes: ☒  Date: 8-29-07 |

### Vital Signs

Temperature: 97⁸  Pulse: 56  Respiration: 18
Weight: 159  Blood pressure: 100/60

### Special Diet

Yes: ☒  No: ☐
Type: Low Residue   Date: 10-08-08

### Current Medications

| | Drug | Amount Sent | | Drug | Amount Sent |
|---|---|---|---|---|---|
| 1. | Colace | Ø | 5. | | |
| 2. | Motrin | Ø | 6. | | |
| 3. | Vicodin | Ø | 7. | | |
| 4. | Metamucel | Ø | 8. | | |

**Current Medical/Dental Problems:** Small bowel obstruction & adhesiolysis

**Mental Health Problems:**
1. Any current M. H. Complaints? Pt denies
2. Any history of Substance Abuse? Pt denies
3. Any history of Treatment? Pt denies

**Mental Health Screening:**
1. Present Suicidal Ideations? Pt denies     Pt denies
2. Observed Symptoms of Psychosis ☐  Depression ☐  Anxiety ☐
   Aggression ☐? Pt denies   Pt denies   Pt denies
3. History of Suicidal Behavior? Pt denies
4. History of Inpatient/outpatient treatment? Pt denies
5. Current Mental Health Treatment? Pt denies

**Pending Appointments:** None

**Overall Comments:** (i.e. – general appearances & behavior, physical deformities, abuse, trauma, etc.)
General appearance WNL

**Medical Disposition of Offender:**
General Population: ☒   Special Housing Unit: ☐   GP with MH Referral: ☐

Emergency referral for MH Care: _____  Date: _____  Time: _____
(Name of QMHP notified)
Referral for Emergency Treatment: _____

**Nurse Signature/Date:**

D Hanson RN  10-08-08

Medical Handout Orientation Issued: _____

Dental Hygiene Handout Issued: _____



VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
Operating Procedure #720.1   Attachment #1

| Facility: | POWHATAN CORRECTIONAL CENTER | |
|---|---|---|
| Offender Name: | _Delaney_ Last    _George_ First | Number: 374390 |

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 10/14/08 1440 | (Continued) | |
| | (P.2) Please Provide Adult Diapers 10/day PRN 90 days | |
| | 3) Please Provide single cell | |
| | 4) Please Provide Selenium Sulfide Shpo 25% to be used once a week a/s scalp X 180 days | |
| | 5) Please (CAPIZ) | |
| | 6) Hemoccult Stools X3 | |
| | Please RN 10-14-08 230 | |
| | MD order | |
| | Schedule pt for f/u in 6-8 weeks EMDSC | |
| | L Krump | |
| | ow/RN 10-14-08 1823 | for f/u after sx at MW |



**VIRGINIA DEPARTMENT OF CORRECTIONS**
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
**Operating Procedure #720.1     Attachment #1**

**Facility:**   POWHATAN CORRECTIONAL CENTER

**Offender Name:**   *Delaney*                    *George*          **Number:** 374 390
                     Last                          First

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 10-14-08  2:40pm | S: Pt a 48 y/o AAm | Medication |
| 110/70 | S/P lysis of adhesions | Renew |
| 73 | 9/24/08. Pt c/o | |
| 18 | 1 year of 10-15 episodes | A) Colace 100 |
| 97⁵ | of loose stools w/ | po BID |
| WT: 160 | occasionally blood in | |
| 98% | stool. Pt c/o fecal incontinence | B) rifampel |
| | He also c/o dyspnea at rest | (pocket BID |
| | rash on scalp | |
| (PMH) | O: Pt is NAD | C) Atenolol 50 |
| A) lysis of | Heart - Nonoccluded | po Big Tab |
| adhesions | adenopathy | |
| partial for | Cardiac RRR, S₁ | D) Lisinopril |
| SBO | S₂ (N) S₃ S₄. | co |
| (MCVA 9/22/08 - 9/24/08) | Lung - CTA, no rales | |
| MW 9/5/08 to 9/8/08 | or ... | Vicodin & |
| MCVA 8/18/08 - SBO to 8/18/08 | ABD - mild diffuse abdominal | motrin |
| | tenderness | |
| | reduced bowel sounds | |
| Colectomy 1997 | A: 1) Hx of Ulcerative | |
| Ileostomy | Colitis | |
| removed 1998 | 2) S/P lysis of Adhesions | ? |
| | for SBO | |
| | P: 1) Fecal Incontinence | Adult Diaper |
| | 2) Return to PHS for | single roll TPR |
| | F/U w/ GI for | Return to GI |
| | Ulcerative Colitis | D/C |
| | (Cont'd) | Stool for Heme |

[ 00097 ]



**VIRGINIA DEPARTMENT OF CORRECTIONS**
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
Operating Procedure #720.1    Attachment #1

**Facility:**    POWHATAN CORRECTIONAL CENTER

**Offender Name:**  Delaney _____ George _____    **Number:** 374390
Last                First

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 11-5-08  2:23pm | C- I/m to medical ē complaints of swelling in rectum I/m states "alt started 4 days ago" I/m states "hydrocortisone suppository they gave me at sick call worked" O- 100/70 - 60-18-97° pulse ō 98% I/m having difficulty while sitting is in pain rates pain a 10 out of 10 I- ask RN to order suppository for I/m to insert rectally prn — D. Dunlea LPN | |
| 4/5/08 2:30 | Anusol HC supp - 25 mg Insert q12° prn X 60 days noted 11/6/08 2040 ___ L. Dunning | |
| 11-13-08  6:53pm | I/m no-show NSC ~ | D. Dunn |
| 11/19/08 11:45 | Med Renewal: (1) Colace 100mg po 2 caps daily (2) Motrin 200mg po 4 tabs TID prn (3) Tylenol 500 mg ī po BID (4) Ensure ī po TID (5) Metamucil ī pack BID | X 180 d X 180d X 60d X 180d X 60d X 180 d X 180 d |
| 11/19/08 Addendum | R/ Saavedra FNP (1) if renewing Vicodin need to d/c Tylenol et consider acetaminophen toxicity — R/ Saavedra FNP | L. Day RN |
| | noted M 1600 1100  11/20/08 0830 | |



VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
**Operating Procedure #720.1   Attachment #1**

Facility:   POWHATAN CORRECTIONAL CENTER

Offender Name: _DeLaney George_        Number: _374390_
                    *Last*        *First*

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 11-24-08 | Renew Vicodin 5-300 1-Tab PO | |
| noted 300 unknown | Q 6 Hrs PRN x 30 d | |
| 11/25/08 8:00 6pm | *(signature)* | |
| 11/26/08  0955 | C - I/m to NSC to Receive Kitchen Physical | |
| | O - 120/70 - 82 - 18 - 97⁹ Wt: 164 | |
| | TB screening Completed an placed in Chart | |
| | P - I/m not approved for Kitchen work due to fecal incontenence | D. *(signature)* |
| 12/3/08  0945 | | |
| T. 97.4 | MDSC | Colace 100 mg qd |
| P  77 | | Metamucil bid |
| R  14 | S) Pt c/o constipation on Vicodin. | |
| BP 110/64 | He takes it for PT for his finger. He c/o being unable to | |
| O₂ 99% | digest some foods; like | |
| Wt #168 | pancakes and is asking for a diet | |
| | order. Pt failed kitchen physical and wants to know why C/o FB sensation in the abdomen | |
| | O) In NAD | |
| | Lungs: CTA  Heart: S₁ S₂ | |
| | Abd: large scar, a staple is palpated SQ under the scar, ⊘redness, ⊘protrudry BS+, mild, ⊘T, ⊘D | |

[ 00099 ]



VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
Operating Procedure #720.1    Attachment #1

**Facility:**  POWHATAN CORRECTIONAL CENTER

**Offender Name:** Delaney        George        **Number:** 374 390
_Last_          _First_

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| | A) 1) S/p colectomy / obstruction | |
| | 2) Hx UC | |
| | 3) Constipation - on Colace 200 mg qd + Methan | |
| | 4) Surgical staple SQ - will observe | |
| | P) Note 1) Dulcolax T TAB PO qd X 10 d. | |
| | 2) Kitchen physical: failed 2° to colectomy / handling feces > 1 day - slip | |
| | 3) Schedule with a dietician to review diet. | |
| | | L. Kung MD |
| | | Thanh 12-4-08 1900 |
| 12/16/08 6⁸ pm | No-Show NSC | D.C. Delan |

[ 00100 ]