## Nursing Evaluation Tool: Chest P

Facility:
Inmate Name: Delaney (Last) George (First) MI
Inmate Number: 374390
Date of Report: 12/14/08 (MM DD YYYY)
Time Seen: 9:28 AM / PM (Circle One)

**Complaint:** Chief Complaint(s): Chest pain x 2 wks off & on
Onset: Unknown
Activity prior to onset:
History: none
(Continue on back if necessary)

☐ Check Here if additional not

Description of Pain: ☐ Burning ☐ Stabbing ☑ Dull/Achy ☐ Pressure-like ☐ Crushing ☐ Other:
Duration of Pain: 1-2 mins
Does anything relieve the pain? no
Onset of Pain: ☑ New onset ☑ Sudden ☐ Gradual ☐ Chronic Pain Scale: (1-10) 4-5 History of injury? ☐ YES
Radiation: ☑ No radiation ☐ Radiation to:
Aggravating Factors: ☐ Exertion ☐ Stress ☐ Food intake ☑ Movement ☐ Coughing ☐ Other:
Associated Symptoms: ☐ Nausea/Vomiting ☐ Diaphoresis ☑ Dyspnea ☐ Syncope ☐ Fever ☐ Chills ☑ Cough ☐ Sputum production ☐ Hemoptysis
Cardiac Risk Factors: ☐ Family history ☐ Smoke: ___ppd/___ years ☐ Hypertension ☐ Diabetes ☐ Hyperlipidemia ☐ CAD
History of: ☑ Peptic ulcer ☐ Illicit drug use ☐ Cardiac disease ☐ Nitroglycerin use

**Observation:** Vital Signs: T: 97.9 P: 58 RR: 16 B/P: 115/62
Pulse Ox %: 98 %

General Appearance: ☑ No acute distress ☑ Alert ☑ Oriented x 3 ☐ Anxious ☐ Acute distress
Color: ☑ Normal ☐ Pale ☐ Flushed ☐ Cyanotic ☐ Jaundiced
Skin: ☑ Warm ☐ Dry ☐ Cool ☐ Moist/Clammy
EKG ordered? ☐ YES ☐ NO
EKG interpretation / computer read or available for physician? ☐ YES ☐ NO

Lung sounds (Right):
☑ Clear
☐ Diminished
☐ Crackles
☐ Rhonchi
☐ Wheezing

☐ Additional Examination:
Continue on back if necessary)

☐ Check Here if continued or

**Intervention: (Referral Status)**
☑ Referral NOT Required
☐ Referral Required due to the following: (Check all that apply)
☐ Acute distress ☐ Abnormal vital signs ☐ Recurrent Complaint (More than 2 visits for same com
☐ Cardiac history ☐ Suspicious cardiac symptomology ☐ Cardiac Risk Factor present
☐ History of recent illicit drug use ☐ Other:

**Preliminary Determination(s):**

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsu appropriate care to be given.

Check All That Apply: *Acute distress* – arrange for immediate emergency transport
☐ Administer oxygen if in acute distress
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what t do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Instructions to return if condition worsens.
☐ Other: ___ (Describe)

OTC Medications given ☑ NO ☐ YES (If Yes List):
Referral: ☐ NO ☐ YES (If Yes, Whom/Where): Sched MD Sickcall 12/16/08 MD: Kump
Referral Type: ☐ Routine ☐ Emergent (if emergent who was contacted?): Time

[ 00101 ]

K. Brown LPN



VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2(
**Operating Procedure #720.1 Attachment**

**Facility:** POWHATAN CORRECTIONAL CENTER

**Offender Name:** Delaney (Last) George (First) **Number:** 374390

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 12/30/08 8:35Am | O/m Request 2 copies of MD diet Order dated Jan 4, 2008. 2 Copies were made O/m will receive copies during MDSC today | K Pace MRC |
| 12-30-08 0930 | MDSC | |
| BP: 98/60 P: 62 R: 18 T: 97.7 WT: 168 Pulse ox: 98% | S) Pt is here for f/u. He now c/o loose bowel d/c from his colostomy and is asking for a "special medicated powder" to thicken the discharge. He also wants to pass his kitchen physical and is angry that he failed it. | |
| | O) HEENT: PERRL, moist mucosae<br>Lungs CTA (B)<br>Heart: S1 S2 ØM/R/G<br>Abd: soft, NT, BS+<br>Extr: Øedema<br>Neuro: A/Ox3 | |
| | A) 1) Hx UC, s/p colectomy<br>2) Constipation – now c/o loose st<br>3) Does not meet criteria to work in the kitchen per d/w Ms Ray. | |
| | P) F/u in 3 mo c CCRN. | |
| | [signature] | |



VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 20
**Operating Procedure #720.1 Attachment**

**Facility:** POWHATAN CORRECTIONAL CENTER

**Offender Name:** Delaney (Last) George (First) **Number:** 374390

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 12/31/08 1500 | V/O Dr Kump / Y Carr LPN | |
| | (1) Re-eval kitchen physical – Place on NSC | Ycarr. |
| 12/31/08 1500 | I/m to medical evaluated abd - No open ostomy. Ostomy site fully closed. I/m stated no longer using briefs. No problems c̄ loose stools. Stool loose previously r/t laxatives stated I/m. Dr Kump told I/m to stop using laxatives said I/m c̄ he said he hasn't had any problem c̄ BM's being loose. | Ycarr |
| 1/2/09 9:30 | Cancel kitchen physical. L Kump | |
| 1/6/09 14:30 | UM / prereq done for OT 1/12/09 and Ortho re-eval. L. Kump | |

noted YCarr 1/1/09 1135

noted YCarr 1/3/09 1215

1-6-09

Mr. Sinns.

I was unable to make my library appointment on 1-5-09 due to having to go to M.C.V. Hospital at 7:00 Am and did not return untill 7:00pm. I am currently having a crisis with ~~diases dirra~~ diarea. I am unable to stay away from the comode. As you may be aware I have no colon. I am requesting that I be re-sheddual for the libaray for the week of -1-12-09, 1-16-09

Thank you!

[signature]



VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
**Operating Procedure #720.1 Attachment #1**

**Facility:** POWHATAN CORRECTIONAL CENTER

**Offender Name:** Delaney (Last) George (First) **Number:** 374390

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 12/30/08 0955 | Inmate requested 2 copies of a piece in his record. 2 pages given to inmate. [signature] MPT | |
| 1-8-09 1050 | Med renewal request: ① Anusol HC supp 25mg Insert ī supp. rectally q 12° PRN x 60 days | L Ray RN |
| | [signature] Noted by [signature] | 1/8/09 2011 |
| 1-16-09 12:00 | Med Renewal Request ① Motrin 400mg two tabs TID PRN x 60 days ② Tylenol ES ī po BID x 60 days | L Ray RN |
| | [signature] MD Noted by [signature] | 1/16/09 1933 |
| 2/5/09 | UM done for hand clinic 3/09. | [signature] |

## Nursing Evaluation Tool: **General Sick Call**

**Facility:**

**Inmate Name:** Delaney (Last) George (First) (MI)

**Inmate Number:** 374390

**Date of Report:** 02 / 08 / 2009 (MM DD YYYY) **Time Seen:** 0900 (AM) / PM Circle One

***Complaint*** **Chief Complaint(s):** Constipation

**Onset:** I/M States "Couple of weeks"

Brief History: I/M States "last bowel movement was the other day but its not like its supposed to be"

***Observation:*** **Vital Signs:** (As Indicated) T: 97.9 P: 74 RR: 20 B/P: 122 / 68

Examination Findings: bowel sounds present x4 Quads. abdomen Soft non-tender to touch
(Continue on back if necessary)

***Intervention:*** ***(Referral Status):***

☒ **Referral NOT REQUIRED**

☐ **Referral REQUIRED** due to the following: (Check all that apply)

☐ Recurrent Complaint (More than 2 visits for the same complaint)

☐ Other:

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

Check All That Apply:

☒ Instructions to return if condition worsens.

☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: (Describe)

OTC Medications given ☐ NO ☒ YES (If Yes List): Milk of mag. 2-4 tableSpoons p.o QhS or Am c̄ 8 oz x 5 days I/M States he can not take laxatives

Referral: ☒ NO ☐ YES (If Yes, Whom/Where): Will consult c̄ MD MD:

Referral Type: ☐ Routine ☐ Emergent (if emergent who was contacted?): Time

x [signature] Nurses Signature Name: D. Overton LPN

[ 00106 ]



VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
**Operating Procedure #720.1 Attachment #1**

**Facility:** POWHATAN CORRECTIONAL CENTER

**Offender Name:** Delaney (Last) George (First) **Number:** 374390

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 2-11-09 1:50 pm T-97.2 P-66 PO-98% BP-120/70 | I/M states he has Ulcerative Colitis and had entire colon & part of small bowel removed. States has adhesions causing obstructions. States that lack of exercise in MB causes bowels to not move adequately. PE/ No Distress. Abd - Good BS Soft. Tender along (R) side & across lower abd. No HSMegaly or Masses. Mild rebound. Imp - No clinical evidence for Obstruction. Plan - Please Notify The Appropriate Person to Expedite I/M's transfer from MB if possible (if he has in fact been rele[ased]) released). | [signature] |
| | [handwritten note, illegible] 2/13/09 1250 | |
| 2-17-09 1250 | Upon viewing med record. Inmate had an approval from DR Stephen OHS for Low Residue diet which included: (NO processed foods, spicy foods, raw vegetables, oranges, apples, corn flakes, boiled eggs, beans, peanut butter or nuts. NUTS. Consulted c̄ DR Kemp re: this diet order. ① Please order Low Residue diet as mentioned above x 1 year. V.O. Dr Kemp / [illegible] RN | |
| Noted 2-17-09 [illegible] | | |



VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
**Operating Procedure #720.1 Attachment #1**

**Facility:** POWHATAN CORRECTIONAL CENTER

**Offender Name:** Delaney (Last) George (First) **Number:** 374390

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 2/6/09 6⁰⁹pm | S- I/M seen on NSC in MB106 | |
| | I/M complains of stomach pain | |
| | states " my stomach is hard I | |
| | can't use the bathroom" | |
| | O- I/M very uncooperative | |
| | refused assesment of abdomen | |
| | and V/S stating " I can't be | |
| | in segregation everytime I'm | |
| | in segregation I get a bowel | |
| | obstruction" I/M further states | |
| | "about 11 days after each | |
| | time I'm in segregation I | |
| | end up in the hospital you'll | |
| | see I have documented | |
| | proof I can't be in segregation | |
| | you all will be liable | |
| | when I go to the hospital | |
| | I informed I/M I had nothing | |
| | to do with getting him | |
| | released from Seg. | |
| | P- I/M given milk of mag. | |
| | 30 CC BID x 5 days per NSC | |
| | protocol and referred to | |
| | MD for further eval. I/M | |
| | informed to notify medical | |
| | if symptoms get worse | [signature] |
| | | |
| | | |
| | | |
| | | |
| | | |



VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
**Operating Procedure #720.1 Attachment #1**

**Facility:** POWHATAN CORRECTIONAL CENTER

**Offender Name:** Delaney (Last) George (First) **Number:** 374390

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 2/19/09 1340 | Lactulose 30 cc bid prn x 90 d | [signature] |
| | Noted by [illegible] | RN 2/19/09 1913 |
| 3/18/09 1340 | Med Renewal Request: | |
| | (1) Motrin 400mg - Take ii PO TID as needed x 60 days | |
| | (2) Tylenol 500mg Take i PO BID x 60 days | [signature] |
| | | [signature] |
| | Noted by [illegible] | RN 3/18/09 2058 |
| PCC 3/23/09 2:55 pm | MDSC | |
| T 97.6 | | |
| P 84 | S) Pt c/o cough ⊕ green sputum. He | |
| R 20 | states he can't work as his BMs | |
| BP 110/70 | are every 15 minutes and it interferes | |
| wt 170 | with his duties. He was denied 4 job | |
| | already and asks to change his | |
| | medical code from A to D. | |
| | O) Ih NAD, talks very fast, argumentat. | |
| | Lungs: harsh BS HEENT: ø laryngeal eryth | |
| | Heart: S1 S2 ø M/R/G | |
| | Abd: soft, NT, BS | |
| | Extr: ø edema | |
| | Neuro: A/Ox3, excited | |
| | A) 1. s/p bowel resection for UC. | |
| | 2. Intermittent diarrhea / constipation | |
| | 3. Antisocial / borderline personality d/o per record. | |
| | 4. URI | |



VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
**Operating Procedure #720.1 Attachment #1**

**Facility:** POWHATAN CORRECTIONAL CENTER

**Offender Name:** Delaney (Last) George (First) **Number:** 374390

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| | P) med Amoxicillin 500 mg PO tid x 10 d | |
| | med Cough syrup 15 cc PO tid prn x 10 d | |
| | slip Change med code to B. | |
| | to medical rec. | 2/22/08 [illegible] |
| 3/27/09 | med Hold Motrin from now to 4/11/09 | |
| | slip NPO after MN 4/10/09. | |
| | MD's done for Ortho Sx and Telepace | [signature] |
| | Noted by [illegible] | [illegible] 3/27/09 |

DELANEY, GEORGE VCUHS
6185429 DOB: '60
03/16/09 M B 49Y SHAN
ISAACS MD, JONATHAN E ORTO
VIS#: 706 157842166

**PATIENT IDENTIFICATION (Patient Plate)**

VCU Health System
MCV Hospitals and Physicians
Richmond, Virginia 23298

AMBULATORY CARE
CLINIC RECORD

3/16/09
See # BP
in corner

[ 00111 ]

# SURGERY/PROCEDURE/ADMISSION INFORMATION

Inmate #: 374390

Patient N: DELANEY, GEORGE VCUHS
6185429 DOB: 03/03/60
Medical F 03/16/09 M B 49Y SHAN
ISAACS MD, JONATHAN E ORTO
VIS#: 706 157842166

Facility: State Farm Powhatan.
Facility Contact: ______
Phone #: (804)598-4251 Fax #: ( ) ___-___

| VCU Health System Telemedicine Gateway Building 1200 East Marshall Richmond, VA 23298 | Clinic: TEL PACE<br>Contact: Bernie Ammons<br>Phone #: (804) 828 - 6114<br>Fax #: (804) 828 - 8460<br>P.O. Box 980531 |
|---|---|

| VCU Health System Security Care Clinic 1213 E. Clay Street Richmond, VA 23298 | Clinic: SCC<br>Contact: Wilda<br>Phone #: (804) 325 - 2965<br>Fax#: (804) 827 - 0038<br>P.O. Box 980338 |
|---|---|

Date of Surgery/Procedure: ______ Surgeon/Physician: Dr Isaacs.

Date of Admission: ______ Type of Surgery/Procedure: ______

Reason for Surgery/Procedure/Admission: left little finger proximal Interphalangeal Joint Release Versus Arthrodesis.

**Surgery is:** ☐ Outpatient ☐ Outpatient w/ 23 Hour Observation ☐ InPatient

**Admission is:** ☐ Same Day ☐ # Days prior to Surgery

**DATE if Surgery is RESCHEDULED:** ______ ☐ # Days - Approximate Length of Stay

**DATE of Admission if Surgery Rescheduled:** ______

**If Surgery/Procedure/Admission is NOT approved or refused: Notify Scheduling Unit ASAP & fax written denial or refusal.**

## PATIENT/FACILITY SURGERY/PROCEDURE/ADMISSION INSTRUCTIONS

- [X] SHOULD avoid taking Aspirin or like products (NSAIDs, Motrin, etc.) 1-2 weeks prior to surgery; use Tylenol products PRN.
- [X] Should NOT eat or drink anything after midnight the night before surgery or the morning of surgery.
- [ ] Should NOT take insulin or diabetic medications the morning of surgery.
- [ ] SHOULD take daily am blood pressure, seizure, asthma and heart medicines with a sip of water.
- [ ] SHOULD bring inhalers to surgery.
- [X] Send current MMR with patient day of surgery/admission.

**SPECIAL INSTRUCTIONS prior to surgery or admission:** ☐ BOWEL PREP (instructions attached)

☒ PACE appointment (send pre-reg to telemedicine to schedule) ☐ CARDIOLOGY clearance (send pre-reg)

Complete the following 1 week prior to surgery ______ (date); fax to Scheduling Unit & bring day of surgery.
Send requested ACTUAL: X-RAYS with reports, LAB reports, EKG & orginal H&P with patient day of surgery/admission.

☐ CBC ☐ BMP ☐ PT ☐ Urinalysis ☐ PA & Lat Chest X-Ray
☐ CBC with Diff ☐ CMP ☐ APTT ☐ LFTs ☐ EKG
☐ H&P ☐ Other: Patient Scheduled for Surgery will Fax Date

**ADMISSION:** DATE ______ TIME ______ am/pm

[ 00112 ]

**REPORT TO:** Critical Care Hospital, SB1 Holding Area

VCU Health System, MCV Hospitals & Physicians
Richmond, VA 23298

*P831- Production*

## Orthopedic Surgery Admission H&P

DELANEY, GEORGE - 6185429

* Final Report *

Result Type: Orthopedic Surgery Admission H&P
Date: 16 March 2009 14:20
Status: Auth (Verified)
Subject: Orthopedic Surgery Admission H&P (VCUHS)
Author: LOVELAND MD, KERRY L on 16 March 2009 14:35
Electronically Signed By: LOVELAND MD, KERRY L on 16 March 2009 14:59
Encounter info: 706157842166, VCUHS, OP, 03/16/09 -

## * Final Report *

**Orthopedic Surgery Admission H&P (VCUHS)**

Patient: **DELANEY, GEORGE** MRN: **MRN - 6185429 - MRM Pool** FIN: **706157842166**
Age: **49 years** Sex: **M** DOB: **'60**
Associated Diagnoses: **None**
Author: **LOVELAND MD, KERRY L**

**Chief Complaint**

Pain and arthritis in left 5th finger

**History of Present Illness**

Pt injured finger in softball game on 4/30/08. Pt reports taking a line drive softball to his finger. At that time finger was immmobilized against ring finger. Pt reorts keeping finger immobilized for 6 months. Pt first evaluated at MCV on 11/16/08 at that time pt placed in a rubber band splint. Pt continues to have little to no flexion of the affected digit.

**Co-morbidities**

Pt has hx of ulcerative colitis s/p complete colon resection. .

**Histories**

**Past Medical History**: Pt had complete colectomy in 1997, Pt had colostomy take down and reanastamosis in 1998. Pt had exlap for adhesions in 9/08. Colectomy secondary to hx of UC.

**Procedure History (& Surgical)**: total colectomy, colostomy take down, ORIF of right ankle

**Family History**: Aunt hx of IBD.

**Social History**: Alcohol use: None, Tobacco use: Denies tobacco use and exposure, Drug use: Denies drug use, Pt reports using cocaine in past but none since 2002, no cocaine, Family/ Social situation: Single, Pt is an inamte at Powhatan correctional institute. Pt scheduled for release in 2010, Occupation.

VCU Health System, MCV Hospitals & Physicians
Richmond, VA 23298

*P831- Production*

Orthopedic Surgery Admission H&P

DELANEY, GEORGE - 6185429

* Final Report *

**Allergies / Current Medications**

**Allergies**: Phenergan - jitterness.

**Current medications**: .

Documented Medication Orders

HYDROmorphone (Dilaudid), 4 mg, PO, every 3 hours, 10, PRN
docusate, 100 mg, PO, every 12 hours, 60
docusate, 100 mg, PO, every 12 hours, 30
acetaminophen-oxycodone (acetaminophen-oxycodone 325 mg-5 mg oral tablet), 2 tab, PO, every 4 hours, 30, PRN
senna, 1 tab, PO, bedtime, 30

**Physical Examination**

**VS/Measurements**

**General**: Alert and oriented, No acute distress.

**Eye**

**HENT**: Normocephalic, Normal hearing, Oral mucosa is moist.

**Neck**: Supple, Non-tender, No jugular venous distention, No lymphadenopathy, No thyromegaly.

**Respiratory**: Lungs are clear to auscultation, No chest wall tenderness.

**Cardiovascular**: Regular rate, Normal rhythm.

**Gastrointestinal**: Soft, Non-tender, Pt has multiple scars from previous abdominal surgery.

**Genitourinary**

**Lymphatics**

**Musculoskeletal**: LUE: small finger very ttp of PIP joint, PIP in hyperextension and DIP in flexion, silt, bcr.

**Feet**

**Integumentary**

**Neurologic**

**Psychiatric**

**Pain Assessment**

**Medical Decision Making**

**Laboratory results**

**Radiology results**

**Results review**

**Review of Systems**

**Constitutional**: Negative.

**Eye**: Negative.

**Ear/Nose/Mouth/Throat**: Negative.

VCU Health System, MCV Hospitals & Physicians
Richmond, VA 23298

*P831- Production*

Orthopedic Surgery Admission H&P

DELANEY, GEORGE - 6185429

* Final Report *

**Respiratory**: Negative.
**Cardiovascular**: Negative.
**Gastrointestinal**: Negative.
**Genitourinary**: Negative.
**Hematology/Lymphatics**: Negative.
**Endocrine**: Negative.
**Musculoskeletal**: Joint pain, Pt reports fracturing ankle in 1997 s/p ORIF with 1-2 pins. .
**Psychiatric**: Negative.

**Impression and Plan**
49 y/o male hx of trauma to distal part of 5th digit on left hand. Pt has chronic swan neck deformity.
- consent pt for joint release of PIP with possibility of fusion of PIP
- have pt scheduled for surgery and return as an outpatient
- pt to follow up in prisoner clinic post op

Printed by: Hines LPN, Lorna
Printed on: 03/16/09 15:13



VIRGINIA DEPARTMENT OF CORRECTIONS
Consultation Report

Effective Date: January 1, 2008
Operating Procedure #720.2 Attachment #7

# CONSULTATION REPORT

## PLEASE BILL TO ANTHEM

| Sending Facility: | M-Bldg | | Date: | 03-02-2009 |
|---|---|---|---|---|
| Offender Name: | Delaney, George | | Offender #: | 374390 |
| SS#: | | DOB: | T/D: | |
| Allergies: | | | | |
| Current Medications: | | | | |
| Referred By: | Dr. Amonnette | | Referred To: | MCV-Hand Clinic |
| Medical Complaint: | | | | |

18399096

## CONSULTING PHYSICIAN: PLEASE COMPLETE THE FOLLOWING:

| Findings: | See attached | | |
|---|---|---|---|
| Lab or X-ray Results: | # BP | | |
| Diagnosis: | | | |
| Treatment and Medications Recommended: | | | |
| Restrictions: | | | |
| Consulting Physician: | [signature] | Date: | 3/16/09 |
| Follow-up appointment date and time: | | | |

LE 3/18/09

[ 00116 ]

P DELANEY,GEORGE VCUHS
6371281 DOB: / /60
12/16/08 M B 48Y OTHN
DEFAULT,PROVIDER PTOT
N VIS#: 706 157646681

Patient Identification (Patient Plate)

Medical College of Virginia Hospitals
Virginia Commonwealth University
Richmond, Virginia 23298

THERAPY DEPARTMENT
CASE RECORD

Visit # 4

1/5/09 1:25pm 2:29pm SBH S Pt indicating no improvement. Wants referral to Hand clinic MD.
Tx Moist heat x 20 min, hand flat in heat b/c pt could not tolerate a flexed position of PIP for heat
Manage x 8 minutes at PIP region. Flu by manual Tx to ↑ PIP A/A/PROM O/P flex 18 min SBH
(A) ex blocking for PIP flx 8 min. Splint check
A - Pt w/out ↑ in (P) ROM PIP despite extensive splint wear c̄ static progressive PIP flex. Recc f/u by Hand Surg MD to explore any surgical options. Note no current appt. Will try to facilitate such an appt c̄ therapy f/u c̄ ... at least 1 > visit. Splint c̄ good fit
P f/u OT Hand 1/12/08 Critical Care Hospital VCUHS (MCV Hospitals) 8 am Subbasement 1 Room 1300 OT/PT.

[signature] OTR/L CHT

MEDICAL RECORDS COPY

[ 00117 ]

DELANEY, GEORGE VCUHS
6185429 DOB: /60
02/02/09 M B 48Y SHAN
ISAACS MD, JONATHAN E ORTO
706157807032 T435 ANTHEM DEP

**PATIENT IDENTIFICATION (Patient Plate)**

VCU Health System
MCV Hospitals and Physicians
Richmond, Virginia 23298

AMBULATORY CARE
CLINIC RECORD

HPI: 46 yo RHD injured (L) finger 4/08, now c̄ chronic swan neck deformity. Tried Hand Management s̄ help b/c of pain c̄ motion.

PE: LUE: PIP - hyperextended Full ROM MCP
DIP - flexed
(+) TTP & tenderness c̄ attempts to move PIP joint
NVI

Imaging: Swan-neck [illegible] [illegible]

A/P: Chronic Swan neck
(1) [illegible] & brace
(2) [illegible]
(3) Films @ f/u

[signature]
4273

57-023 Form H-MR-532 (Revised 07/01)
Ambulatory Care

[ 00118 ]

# Virginia Department of Corrections / VCU Medical Center
## PRE-REGISTRATION REQUEST FORM
(To be used when requesting tests or clinic / telemedicine appointments)

DELANEY, GEORGE VCUHS
6185429 DOT /60
02/02/09 M B 48Y SHAN
ISAACS MD, JONATHAN E ORTO
706157807032 T435 ANTHEM DEP

VCUMC Medical Record Number: 6185429

MI SSN: DOB: Sex: M Race:

Correctional Facility: PCC DOC Physician:
Address: Phone:
VA Zip Code FAX:

**PAYER INFORMATION**
Company Name: *
Policy No: YTA 950
If not DOC, please indicate SELF PAY or send copy of Insurance Card.

**Please complete one of the boxes below to indicate your request for this patient.**
(A separate Pre-Registraton form is required for each clinic or test.)

Appointment for Hand Clinic
[X] On-Site(VCU-MC) [ ] Telemedicine
Reason patient needs to be seen:
[ ] New patient evaluation for:
[X] Follow-up for ____ and needs to be seen 1 month from last appointment.
[ ] Emergent (1-7days) [ ] Urgent (8-30 days) [ ] Next Available
Next available will be given unless explanation is written below to indicate reason for Urgent or Emergent appointment.
PHS Number:

Diagnostic Test or Procedure:
(May require completion of department specific form)
For CT or MRI the following information is required:
Is the patient claustrophobic? [ ] Yes [ ] No
diabetic? [ ] Yes [ ] No
If diabetic, list diabetic meds:
Any metal in the body? Specify:
Allergies: Weight:
Requesting Doctor's name:
PHS Number:

Please provide a **DIAGNOSIS and pertinent HISTORY** as it relates to this appointment or test.

F/U left finger deformity

**Appointment Process and Important Information**
- Obtain approval for visit/test/procedure if required.
- FAX this form to: (804) 827-0038
- The day before the appointment, send updated Pre-Reg. Form to the Holding Cell - FAX-(804)786-9615 or E-mail (BURKSMR)
- NOTIFY inmate schedulers (804) 628-0425 and Holding Cell (804) 786-1264 of ALL REFUSALS OR CANCELLATIONS.
- QUESTIONS?? Call (804) 325-2965 or 325-2720
- REMEMBER – SEND pertinent information with inmate to appointment. (Notes, Current Meds, Test Results, X-Ray FILMS,etc.)

**APPOINTMENT**
To be completed by VCU-MC personnel only.
[ ] VCU-MC – Date: Time:
[ ] Telemedicine – Date: Time:
[ ] At your facility [ ] Transport to:

(if checked) Please mail films ASAP to:
VCU Medical Center, Telemedicine Department
P.O. Box 980531, Richmond, VA 23298-0531

3/2/09 @ 8:00am

Please Send MMA

**Please NOTE**
For Hepatology / Possible Liver Biopsy: Complete Protocol Information and FAX to (804) 828-4945. For questions call (804) 828-4060.

00119

 VIRGINIA DEPARTMENT OF CORRECTIONS
Consultation Report

Effective Date: January 1, 2008
Operating Procedure #720.2 Attachment #7

## CONSULTATION REPORT

## PLEASE BILL TO ANTHEM

| Sending Facility: | PCC | | | Date: | 02-02-2009 |
|---|---|---|---|---|---|
| Offender Name: | Delaney, George | | | Offender #: | 374390 |
| SS#: | | DOB | -60 | T/D: | |
| Allergies: | | | | | |
| Current Medications: | | | | | |
| Referred By: | Dr. King | | Referred To: | MCV-Hand Clinic/ OT | |
| Medical Complaint: | | | | | |

#-1834372

## CONSULTING ~~PHYSICIAN~~ Therapist: PLEASE COMPLETE THE FOLLOWING:

| Findings: | See progress note | | |
|---|---|---|---|
| Lab or X-ray Results: | | | |
| Diagnosis: | | | |
| Treatment and Medications Recommended: | See progress note. Pt needs large splint returned to him in corrections | | |
| Restrictions: | | | |
| ~~Consulting Physician~~ Therapist: | Therapist | Date: | 2/2/09 |
| Follow-up appointment date and time: | No therapy f/u unless MD reorders it today | | |

[ 00120 ]



VIRGINIA DEPARTMENT OF CORRECTIONS
Consultation Report

Effective Date: January 1, 2008
Operating Procedure #720.2 Attachment #7

## CONSULTATION REPORT

**PLEASE BILL TO ANTHEM**

| | | | |
|---|---|---|---|
| **Sending Facility:** | PCC | **Date:** | 1-5-09 |
| **Offender Name:** | Delaney, George | **Offender #:** | 374390 |
| **SS#:** | **DOB:** | **T/D:** | |
| **Allergies:** | | | |
| **Current Medications:** | | | |
| **Referred By:** | | **Referred To:** | MCV / Hand Clinic |
| **Medical Complaint:** | | | |

**CONSULTING PHYSICIAN: PLEASE COMPLETE THE FOLLOWING:**

| | |
|---|---|
| **Findings:** | See attached progress note |
| **Lab or X-ray Results:** | |
| **Diagnosis:** | |
| **Treatment and Medications Recommended:** | See attached progress note Needs Hand surgery FU appt scheduled to eval for any surgical options to ↑ PIP motion |
| **Restrictions:** | |
| **Consulting Physician:** Therapist Susan B Howard OTR/L CHT | **Date:** 1-5-09 |
| **Follow-up appointment date and time:** | Next appt 1/12/09 |

8Am MCV Hospitals North Hts. Secure Care Unit

[ 00121 ]

DELANEY, GEORGE VC
6371281 DOB: 60
12/16/08 M B 48Y OTHN
DEFAULT, PROVIDER PTOT
VIS#: 706 157646681

Medical College of Virginia Hospitals
Virginia Commonwealth University
Richmond, Virginia 23298

HMC

THERAPY DEPARTMENT
CASE RECORD

Patient Identification (Patient Plate)

12/23/08 S c/o soreness p splint use
8:38 that abates immediately (minutes)
956am +2 [illegible] → 90
+6 [illegible] → 80 10 16 (P)
−20 [illegible] → 20
• Moist heat 15 min
U.S. .8 7 1.0 W/cm² II PIP region dorsal/rad
ulnar 8 min
Massage by pt to that region p
• Manual Tx 15 min to ↑ PIP (P) [illegible] + DIP (P) flex
16° (A) flex p Tx (↑6°)
25° (P) flex p Tx (↑4°)
(L) 5.0 cm girth PIP V (pt c/o ↑ girth since
(R) 5.2 cm girth
Issued 2 rolls coban to address swelling)
Orthotic check 10 minutes to change
angle of traction to continue improvements
A. [illegible] AP PIP flex p Tx adjustments
to splint should help continue to ↑ motion
Coban will help ↓ edema
P Return for f/u appt 12/29 1:00pm MCV Hospitals
Critical Care Hospital Subbasement 1 Room OT/PT
130

Susan Howard OTR/L CHT

FORM H-MR-455 (12-95)

MEDICAL RECORDS COPY

[ 00122 ]

 VIRGINIA DEPARTMENT OF CORRECTIONS
Consultation Report

Effective Date: January 1, 2008
Operating Procedure #720.2 Attachment #7

## CONSULTATION REPORT

## PLEASE BILL TO ANTHEM

| | | | |
|---|---|---|---|
| **Sending Facility:** | PCC | **Date:** | 12/23/08 |
| **Offender Name:** | Delaney, George | **Offender #:** | 374390 |
| **SS#:** | **DOB:** | **T/D:** | |
| **Allergies:** | | | |
| **Current Medications:** | | | |
| **Referred By:** | | **Referred To:** | MCV/OT |
| **Medical Complaint:** | | | |

## CONSULTING PHYSICIAN: PLEASE COMPLETE THE FOLLOWING:

| | |
|---|---|
| **Findings:** | See attached progress note |
| **Lab or X-ray Results:** | |
| **Diagnosis:** | |
| **Treatment and Medications Recommended:** | Continue Ther 1x wk to meet goals |
| **Restrictions:** | |
| **Consulting Physician:** Therapist Susan B Howard | **Date:** 12/ |
| **Follow-up appointment date and time:** OT clinic | |

Next appt 12/29 Mon 1 pm

Secure Care Unit, MCV Hospitals Subbasement

[ 00123 ]

DELANEY, GEORGE
6371281
11/19/08 DOB:
M B 48Y
DEFAULT, PROVIDER
VIS#: 706 157565919
60
OTHN
PTOT

Medical College of Virginia Hospitals
Virginia Commonwealth University
Richmond, Virginia 23298

THERAPY DEPARTMENT
CASE RECORD

12/16/08

Patient Identification (Patient Plate)

Hand Visit #2

9:23 Am
10:40 S Ø

D: Has been exercising 7x day. Can't take Vicoden because doesn't have colon & it constipates him.
PAIN least 3/10
Motrin helps

(Tx) Orthotic fit strain 1 hr 15 min to fabricate static progressive PIP flexion splint (splint level G) & med 2 tubigrip sleeves
Pt educ in don/doff & wear for 6x dy 30 minutes for [illegible] to be aware of any pressure to digit, coolness or ↓ sensation to ↓ tension/reduce splint wear time if these occur

A: Splint should help ↑ P.Rom PIP flex which home ex program was unable to do. Pt c good understanding of splint use/don/doff

P: Next appt Tues 12/23 8Am MCV Hospitals VCU Health Systems Critical Care Hospital Subbasement 1 Neuro Care Unit Room 130

Addendum: Today (A) PIP flex 0 → (P) 7°

[signature] OTR/L

FORM H-MR-455 (12-95)

MEDICAL RECORDS COPY



VIRGINIA DEPARTMENT OF CORRECTIONS
Consultation Report

Effective Date: January 1, 2008
Operating Procedure #720.2 Attachment #7

## CONSULTATION REPORT

### PLEASE BILL TO ANTHEM

| | | | |
|---|---|---|---|
| Sending Facility: | RCC | Date: | 12-16-08 |
| Offender Name: | Delaney, George | Offender #: | 374390 |
| SS#: | DOB: | T/D: | |
| Allergies: | | | |
| Current Medications: | | | |
| Referred By: | Dr. Rump | Referred To: | MCV - O.T. |
| Medical Complaint: | | | |

18308873

### CONSULTING PHYSICIAN: PLEASE COMPLETE THE FOLLOWING:

| | |
|---|---|
| Findings: | see progress note |
| Lab or X-ray Results: | |
| Diagnosis: | |
| Treatment and Medications Recommended: | Appropriate for weekly therapy f/u until MD Hand Surgery f/u appt in 2009. Needs to bring splint to each session |
| Restrictions: | |
| Consulting Physician: | Therapist Susan Howard OTR/L CHT — Date: 12/16/08 |
| Follow-up appointment date and time: | Next appt 12/23 Tuesday at 8Am |

VCU Health Systems Critical Care Hospital

[ 00125 ]