107

AN ARTIFICIAL WATERMARK IS ON THE BACK • HOLD AT AN ANGLE TO VIEW THIS MARK

Place Patient Label Here
(or Medical Record Number)

**VCU Health System**
MCV Hospitals and Physicians
Richmond, Virginia
Telepage Operator (804) 828-0951
AM 1570072

Name _George Delaney_   Date _9-19-08_

Address _____

℞

Docusate 100mg tabs
# 60
ĩ po BID

NOT ordered on admission by Ms Heathy NP per To Suture NP

Physician's Signature _VKlein NP_   M.D.

Physician's Name (Print) _Wei Kei NP_

DEA Number _MK1485451/001713864_

№ 103269

Unless the prescriber hand-writes "Brand Medically Necessary" a Voluntary Formulary product must be dispensed.

_____ Initial here for a non child-proof container.

REFILL 0 1 2 3 4 5

"RX's ON BACK ARE PRINTED IN DISAPPEARING INK, RUB BRISKLY TO ACTIVATE • CHEMICALLY SENSITIVE PAPER

---

AN ARTIFICIAL WATERMARK IS ON THE BACK • HOLD AT AN ANGLE TO VIEW THIS MARK

Place Patient Label Here
(or Medical Record Number)

**VCU Health System**
MCV Hospitals and Physicians
Richmond, Virginia
Telepage Operator (804) 828-0951
AM 1570072

Name _George Delaney_   Date _9-19-08_

Address _____

℞

Dilaudid 4mg tabs
# 50   (Fifty)
ĩ po very 3 hours prn pain

changed to Vicodin by Ms Heathy NP To Suture NP

Physician's Signature _____ NP   M.D.

Physician's Name (Print) _Wei Kei NP_

DEA Number _MK1485451/001713864_

№ 103270

Unless the prescriber hand-writes "Brand Medically Necessary" a Voluntary Formulary product must be dispensed.

_____ Initial here for a non child-proof container.

REFILL 0 1 2 3 4 5

"RX's ON BACK ARE PRINTED IN DISAPPEARING INK, RUB BRISKLY TO ACTIVATE • CHEMICALLY SENSITIVE PAPER

[ 00126 ]

**VCU Health System**
**Inpatient Depart Summary-For the Patient**

374390

---

**PERSON INFORMATION**
Name:DELANEY, GEORGE L          **Age:** 48 Years          **DO!**      1960 12:00 AM
MRN: 6185429                    **Sex:**M                  **Language:**
Admission Date:9/22/2008 4:53 AM  **Enc Type:**IP          **Acct:**706800629710

**Visit Reason:**abd pain
**Medical Service:**IP-Trauma Surgery
**Primary Care Provider:** MARSH MD, ROBERT L
**Attending Physician:**ABOUTANOS MD, MICHEL

**Address:**

**Allergy Information:**
Phenergan

**Immunizations:**

---

**VCU Health Systems thanks you for allowing us to assist you with your healthcare needs.**
**Visit our website at: www.vcuhealth.org.**
If you have any new symptoms, changes in your condition, or questions, please contact your Primary Care Provider.
If you need to reach a Health Care Provider in the hospital, call (804) 828-0951 and ask the operator to page the
Provider on call* for IP-Trauma Surgery.

---

**The following information will help you care for yourself after leaving the hospital.**

**Admitting Diagnosis:**
Partial small bowel obstruction

**You were hospitalized for the following condition(s):**

partial small bowel obstruction
adhesiolysis

**The following procedures were performed:**

**Discharged On:**                09/26/08 10:18:00

**Discharge Disposition:**         Correctional Facility

Name: DELANEY, GEORGE L                    1 of 4                    09/26/2008 13:41:15
MRN: 6185429

[ 00127 ]

## New/Changed/Refilled Medications

| Printed | Medication | Med Details |
|---|---|---|
| | **docusate** | 100 mg by mouth every 12 hours |
| * | **docusate** | 100 mg by mouth every 12 hours |
| * | **senna** | 1 tab by mouth bedtime |
| | **Hydromorphone (Dilaudid)** | 4 mg by mouth every 3 hours Pain/discomfort |
| * | **Acetaminophen-oxycodone (acetaminophen-oxycodone 325 mg-5 mg oral tablet)** | 2 tab by mouth every 4 hours Pain/discomfort |

\* indicates this medication has printed in the last 36 hours.

## DISCHARGE INFORMATION

## Provider Instructions

| | |
|---|---|
| **Dictating Provider:** | MORALES NP, LINDSAY P |
| **Provider Discharge Instructions:** | Please call 804-828-7748 for an appointment to be seen next week. Please adhere to a strict low residue diet. Please call the number given if you have any questions. You should see a doctor if you have any worsening abdominal pain, bowel movement stops with no flatus, redness or drainage from your abdominal incision. You should not lift any object greater than 10 pounds for at least 6 weeks. |
| **Med Profile Reviewed:** | Yes |
| **Call 911:** | DO NOT DRIVE yourself to the ER, If significant bleeding develops or swelling occurs |
| **Call the doctor if you have:** | Abdominal cramping/contractions, Bleeding that won't stop after 10 minutes of direct pressure, Change in mental status (unusual behavior, confusion, difficulty walking), Change in wound drainage (increased amount, foul odor, color), Difficulty breathing, shortness of breath, Lightheadedness, Nausea or vomiting, Severe abdominal pain, Severe or persistent vomiting, Shortness of breath, fluttering feeling in chest, Vomiting or diarrhea for more than 6 hours |
| **Or a temperature over:** | 101.5 DegF |
| **Discharge Diet:** | Other: Low residue diet |

Name: DELANEY, GEORGE L
MRN: 6185429

09/26/2008 13:41:15

[ 00128 ]

.tions:

work/school:

.rn to ;

No smoking.

You may return to work/school when cleared by MD.

## Nursing Instructions

## Other Instructions

### Follow-up Appointments
Appointment

Call as soon as possible to make an appointment in

Within:                           1

Week(s)

Call 804-828-7748

## Written Instructions Provided to the Patient:

## Additional Information

If you have heart failure follow the instructions from your provider. Remember to weigh yourself every morning after you go to the bathroom and write the result in a daily log. If you gain 4-5 pounds or more in a week, call your doctor.

If you or a member of your household currently smoke, or have smoked within the past 12 months, you and/or your household member are advised to quit smoking. Please ask your healthcare provider for more information. For further resources in the community visit the Smoke-Free Virginia website (www.smokefreevirginia.org) or call 1-877-856-5177.

Call your doctor if you have changes in your mental health status (unusual behavior, confusion, feelings or thoughts of suicide). You may also call the National Suicide Prevention Lifeline. This is a 24-hour, toll-free suicide prevention service available to anyone in suicidal crisis. If you need help, please dial 1-800-273-TALK (8255). You will be

routed to the closest possible crisis center in your area.

**Home care service options were reviewed with me**     \_\_\_\_**YES**     \_\_\_\_**NO**

**I understand the information given to me**     \_\_\_\_**YES**     \_\_\_\_**NO**

**I have received all my personal belongings**     \_\_\_\_**YES**     \_\_\_\_**NO**

**Patient/Caretaker:** _____ **Date:** _____

               **(signature)**

**Nurse:** _____ **Date:** _____

      **(signature)**

**Visit our website at: www.vcuhealth.org**

**Written Instructions**

**Medication Information**

09/26/2008 13:41:15

Name: DELANEY, GEORGE L
MRN: 6185429

[ 00130 ]

AN ARTIFICIAL WATERMARK IS ON THE BACK • HOLD AT AN ANGLE TO VIEW THIS MARK

MP                                                                    MP

Place Patient Label Here
(or Medical Record Number)

## VCU Health System
MCV Hospitals and Physicians
Richmond, Virginia
Telepage Operator (804) 828-0951
AM 1570072

Printed: 09/26/08 10:24
/cerner/d_cprod/print/rxreq_7065559.dat

: AM 1570072

MRN: 0138429

Fin: 706800629710

Name  Delaney, George                    Date  9/26/08

Address

Rx

Diet order: Please take low-residue
diet

Physician's Signature                                    M.D.

Adeninmi Shiyanbola
Physician's Name (Print)

REFILL  0 - 1 - 2 - 3 - 4 - 5                    DEA Number

№ 239100

Unless the prescriber hand writes "Brand
Medically Necessary" a Voluntary
Formulary product must be dispensed.
_____ Initial here for a non-child-proof container.

RX's ON BACK ARE PRINTED IN DISAPPEARING INK, RUB BRISKLY TO ACTIVATE • CHEMICALLY SENSITIVE PAPER

1770744914

**(Not valid unless signed by prescriber)**

_____ Initial here for non-childproof container

Consultation Report                                Oper:        Procedure #720.2    Attachment #7

## *CONSULTATION REPORT*

To MCV Yellow
ER
Via Life Star
per Dr. Core

## *PLEASE BILL TO ANTHEM*

VS: 96.7-72-18 - 129/87 @ 1325

| | | | |
|---|---|---|---|
| **Sending Facility:** | Greensville Corr Ctr/HU-10 Segregation | **Date:** | 9 | 5 | 08 |
| **Offender Name:** | Delaney George | **Offender #:** | 374390 |
| **SS#:** | | **DOB:** | 1 60 | **T/D:** | 8/22/07 |
| **Allergies:** | Phenergan | | |
| **Current Medications:** | Colace 100mg ÷ cap p.o. BID<br>Metamucil Smooth packet ÷ BID<br>Tylenol 500mg ÷ tab p.o. BID | | |
| **Referred By:** | Dr. V. Core | **Referred To:** | MCV - Yellow ER |
| **Medical Complaint:** | Abd pain, N+V x 2<br>↓ BS all quads | | |

## *CONSULTING PHYSICIAN: PLEASE COMPLETE THE FOLLOWING:*

| | |
|---|---|
| **Findings:** | |
| **Lab or X-ray Results:** | |
| **Diagnosis:** | |
| **Treatment and Medications Recommended:** | |
| **Restrictions:** | |
| **Consulting Physician:** | **Date:** |
| **Follow-up appointment date and time:** | |

*Revision Date: 1/17/07*

[ 00132 ]

DELANEY,GEORGE L        VCUHS
6185429          DG      /60
10/16/08    M  B 48Y    GSSC
WHELAN MD,JAMES F        TRSO
VIS#: 706 157415857

**VCU Health System**
**MCV Hospitals and Physicians**
Richmond, Virginia 23298

# Trauma Surgery
Follow-Up Visit

**Date:** 10/16/0

| Attending Physician | **Physical Examination:** (note all abnormal findings) | |
|---|---|---|
| Key Findings: | **General Appearance**  ☐ Normal Appearance  ☐ Obese  ☐ Cachectic | |
| | **Respiratory**<br>Abnormal: | ☐ Normal respiratory effort<br>☐ Normal auscultation |
| | **Cardiovascular**<br>Abnormal: | ☐ Normal sounds/rhythm<br>☐ No edema or tenderness<br>☐ Normal peripheral pulses |
| | **Lymphatic**<br>Abnormal: | ☐ Normal lymph nodes<br>(neck, supraclavicular, axillary, groin) |
| | **Skin/Surgical Site**<br>Abnormal:<br>midline c/D/I | ☑ Incision intact<br>☑ No evidence of infection or fluid collection | **GI**<br>Abnormal:<br>⊕BS, soft, slightly tender to palpation | ☐ No masses, tenderness, hernia<br>☐ Normal liver, spleen |
| | **Musculoskeletal**<br>Abnormal: | ☐ Normal muscle strength & tone | **Neuro**<br>Abnormal: | ☐ Normal orientation<br>(time, place, person) |
| | **Data Reviewed/ Ordered:** | |

**Assessment & Plan:** 48 yo ♂ s/p ex-lap + lysis of adhesions here for first postop visit. Doing well, taking PO.  ∅ further
F/u  PRN   obstruction

**Patient to return to clinic:** _____

**Resident/NP/PA Signature:** _____   **Date:** _____
printed name/ stamp or provider #: _____   **Time:** _____

**Teaching Physician/ Attending Surgeon:**
☑ I was present with the resident during the interview & examination of the patient. I repeated the critical or key portions of the exam.
I confirmed/revised the resident's history, exam, assessment and plan as noted.
☐ I was NOT present with the resident during the interview & examination of the patient. I personally interviewed the patient & repeated the
critical or key portions of the exam. I confirmed/revised the history, exam, assessment and plan as noted.
☐ No resident was involved.
**Attending Surgeon Signature:** _____   **Date:** 10/16/08
☐ Ivatury  6632   ☐ Aboutanos  5283   ☐ Duane  1599   ☐ Malhotra  0916   ☐ Krawcheck 3249   **Time:** 0945

☐ Additional note dictated     ☐ No note dictated     ☐ Letter to follow to: _____

[ 00133 ]

DELANEY,GEORGE L    VCUHS
6185429         DOB:     50  ✓
10/16/08   M B 48Y  GSSC
WHELAN MD,JAMES F        TR8O
VIS#: 706 157415857

VCU Health System
MCV Hospitals and Physicians
Richmond, Virginia 23298

**Trauma Surgery**
Follow-Up Visit

Date: 10/16/08     Time: 09:45

Referring/Requesting Physician _____  PCP _____

| Attending Physician Key Findings: | Reason for Visit: 1st p.o.v - please address ? in pt letter ③ DX/Ex tap / adhesiolysis |
|---|---|
| | Surgery/ Procedure: E.U.A (rectal) ② Flex sig    Date of Surgery/ Procedure: 9/10/8 |

Vital Signs: BP: 115/68  P: 60  Temp: 98  Wt: 164  Height: ____  BMI: ____

Pain Assessment:    Type: Intermittent  Location: abd    Pain acceptable?: ☐ No  ☐ Yes
Pain Score:    0    1    2    3    ④    5    6    7    8    9    10
              none      mild    moderate      severe      very severe    worst possible

Current Medications: record on the Ambulatory Care Summary Sheet Form

Allergies: Phenergan          ☐ NKDA          Date of last Visit: 12/4/07

Past, Family, Social History:     ☐ Unchanged from last visit
☐ Updated: see acse

Nurse's Signature: Lorna Hines Lpn    Date/Time: 10/16/8.
Printed Name: Lorna Hines Lpn

Chief Complaint:

Interval History:    ☐ No relevant interval history
Appetite returned. Return of normal bowel function
☐ diarrhea, constipation, Fevers. Back to nm activity.
. Taking PO
. Exercising

Review of Systems:    ☒ Unchanged from last visit    Date of last visit: ____
☐ Updated:

VCU Health System, MCV Hospitals & Physicians
Richmond, VA  23298

*CPROD - Production*

## Op Note, HIM

# DELANEY, GEORGE L - 6185429

\* Preliminary Report \*

| | |
|---|---|
| Result Type: | Op Note, HIM |
| Date: | 10 September 2008 13:07 |
| Status: | Transcribed |
| Subject: | HIM OPERATIVE NOTE |
| Encounter info: | 706800623521, VCUHS, IP, 9/5/2008 - 9/19/2008 |

## \* Preliminary Report \*

### HIM OPERATIVE NOTE

VCU HEALTH SYSTEM
MCV HOSPITALS AND PHYSICIANS
Richmond, Virginia 23298
OPERATIVE REPORT

Patient Name: DELANEY, GEORGE L      MR#: 6185429
Procedure Date: 09/10/2008
Attending: Therese Duane, M.D.
Clinical Service: TRAUMA SURGERY


PREOPERATIVE DIAGNOSIS:  Small bowel obstruction.

POSTOPERATIVE DIAGNOSIS:  Small bowel obstruction.

PROCEDURE PERFORMED:
1.            Diagnostic laparoscopy.  2.  Exploratory laparotomy.  3.
Adhesiolysis.

SURGEON:  Therese Duane, M.D.

RESIDENT SURGEON:  Diane Cox, M.D.

ANESTHESIA:  General endotracheal anesthesia.

ESTIMATED BLOOD LOSS:  50 cubic centimeters.

VCU Health System, MCV Hospitals & Physicians
Richmond, VA 23298

*CPROD - Production*

**Op Note, HIM**                                        DELANEY, GEORGE L - 6185429

\* Preliminary Report \*

DRAINS AND TUBES:  none.

PROSTHETIC DEVICES:  None.

INDICATIONS:  This is a 48-year-old who was hospitalized for a small bowel
obstruction.  He had had a previous colectomy and J-pouch placement and had recurrent
bouts of small bowel obstruction since then.  This one was not resolving with NG tube
placement, and therefore, a barium enema was done which showed a narrowing just
proximal to the J-pouch.  Therefore, it was elected that the patient undergo
diagnostic laparoscopy with adhesiolysis and possible exploratory laparotomy.

DETAILS OF PROCEDURE:  Informed consent was obtained.  The patient was brought to the
operating room and laid supine on the operating table.  Preoperative antibiotics were
given and general endotracheal anesthesia was induced.  A Foley catheter was placed,
and the patient's abdomen was prepped and draped in the sterile fashion.  A small
incision was made just inferior to the umbilicus in the old scar.  This was taken
down through subcutaneous tissue until the peritoneum was entered.  A blunt port was
placed and the camera was placed inside.  Immediately, we encountered dilated loops
of bowel - so many in fact that it was hard to visualize anything else.  Therefore,
it was elected that the procedure be converted to open and incision extended.  The
incision was extended from below the umbilicus to almost the pubis and taken down
through subcutaneous tissues.  The abdomen was entered and the bowel was eviscerated.
 There were several adhesions.  Adhesiolysis was begun between loops of bowel that
were distended and fluid filled.  Bowel was traced both distally and proximally.
During adhesiolysis, there was one serosal tear which was repaired in a
figure-of-eight fashion with 3-0 silk.  The most dense adhesion was located just
proximal to the J-pouch.  This adhesion was taken down both with Bovie cautery and
with Metzenbaum scissors.  The bowel appeared twisted but was released upon this
adhesiolysis.  Once these adhesions were satisfactorily lysed, the bowel was placed
back within the peritoneal cavity, and the incision was closed with an 0-looped Maxon
suture in a running fashion.  The skin was closed with staples.  The patient
tolerated the procedure well.  There were no complications during the case.  The
sponge, needle, and instrument counts were correct at the end of the case.  The
patient was awakened in the operating room and taken to the PACU in stable condition.
 The attending surgeon, Dr. Duane, was present and scrubbed for the entirety of the
case.

VCU Health System, MCV Hospitals & Physicians
Richmond, VA  23298

*CPROD - Production*

Op Note, HIM                              DELANEY, GEORGE L - 6185429

* Preliminary Report *

Therese Duane, M.D., Dictated by: Diane Cox, M.D.

DC/MedQ D09/11/2008 T09/11/2008 R
J340712460/375773

cc:                    Therese Duane, M.D.

Transcription electronically received from Medquist: 09/17/08 13:10:20
Medquist Document Number: 340712460
MQ920

VCU Health System, MCV Hospitals & Physicians
Richmond, VA 23298

*CPROD - Production*

## Op Note, HIM

## DELANEY, GEORGE L - 6185429

\* Preliminary Report \*

| | |
|---|---|
| Result Type: | Op Note, HIM |
| Date: | 10 September 2008 13:07 |
| Status: | Transcribed |
| Subject: | HIM OPERATIVE NOTE |
| Encounter info: | 706800623521, VCUHS, IP, 9/5/2008 - 9/19/2008 |

## \* Preliminary Report \*

**HIM OPERATIVE NOTE**

VCU HEALTH SYSTEM
MCV HOSPITALS AND PHYSICIANS
Richmond, Virginia 23298
OPERATIVE REPORT

Patient Name: DELANEY, GEORGE L      MR#: 6185429
Procedure Date: 09/10/2008
Attending: Therese Duane, M.D.
Clinical Service: TRAUMA SURGERY


SURGEON:  Therese Duane, M.D.

RESIDENT SURGEON:  Robert Ferguson, M.D.

OPERATIONS PERFORMED:
1.            Exam under anesthesia (rectal).  2.  Flexible sigmoidoscopy.

PREOPERATIVE DIAGNOSIS:  Stricture or stenosis of ileoanal anastomosis.

POSTOPERATIVE DIAGNOSIS:  Adhesive band causing bowel obstruction.

DRAINS AND TUBES:  None.

SPECIMENS SENT:  None.

VCU Health System, MCV Hospitals & Physicians
Richmond, VA 23298

*CPROD - Production*

**Op Note, HIM**                                    DELANEY, GEORGE L - 6185429

* Preliminary Report *

INS AND OUTS:  Total ins during the case:  200 mL of crystalloid.  Total outs:  None.

ANESTHESIA:  General with endotracheal intubation.

INDICATIONS FOR PROCEDURE:  The patient is a 48-year-old male well-known to the acute care surgery service with recurrent admissions for small bowel obstruction.  On current workup, the patient had evidence of a stenosis in the area of his ileoanal anastomosis and J-pouch which he received greater than 10 years ago after a total colectomy.

Decision was made proceed to the operating room for possible balloon or bougie dilation of this area.

PROCEDURE IN DETAIL:  After informed consent was obtained and placed on the chart, the patient was taken to the operating room and placed supine on the operating table. General anesthesia with endotracheal intubation was induced without complication. The patient was placed in the lithotomy position.

Exam under anesthesia was performed.  The anastomotic line was easily palpated. There was no evidence of stenosis.  There were no masses or obstructing lesions on exam.

A flexible sigmoidoscopy was then performed through the anus, the J pouch, and into the ileum.  There was no evidence of stenosis, stricture or other obstructing lesion within the lumen.  The sigmoidoscope was passed to approximately 45 cm.

The sigmoidoscope was then withdrawn.  The patient was reversed from general anesthesia, extubated and taken to the PACU in stable condition.

All surgical counts were correct x2 at the end of this case.

There were no immediate complications identified during this case.

ESTIMATED BLOOD LOSS FOR THIS CASE:  None.

Dr. Therese Duane was present and scrubbed throughout the entire procedure.

VCU Health System, MCV Hospitals & Physicians
Richmond, VA  23298

*CPROD - Production*

## Op Note, HIM                    DELANEY, GEORGE L - 6185429

\* Preliminary Report \*

Therese Duane, M.D., Dictated by: Robert Ferguson, M.D.

RF/MedQ D09/11/2008 T09/11/2008 R
J340712459/375775

Transcription electronically received from Medquist: 09/17/08 13:10:20
Medquist Document Number: 340712459
MQ920

## OCCUPATIONAL & PHYSICAL THERAPY

REFERRING MD: _Adams_          REFERRING CLINIC: _innale or MD_

APPOINTMENT DATE: _____     TIME*: _____
*If you cannot make your scheduled appointment, please call the clinic to reschedule.

MCVH LOCATIONS: (please check one)
- ☐  NORTH HOSPITAL OUTPATIENT CLINIC (828-0246) is located in downtown Richmond at Marshall and College Street.   The clinic is in the North Hospital Basement.
- ☐  HAND MANAGEMENT CENTER  (828-0247) is located in Nelson Clinic on the 6th floor. Nelson Clinic is at 403 North 11th Street.
- ☐  STONY POINT (560-8935) is located in the Park at Stony Point off Chippenham Pkwy.
- ☐  CHESTER SPORTS MEDICINE (796-4300) is located at 4525 Lee Street in Chester.

You must bring the following to receive therapy:
> 1) This paper(includes your prescription if your MD wrote in the box below)
> 2) Your prescription for therapy (If box below is not written in)
> 3) Your insurance card and/or your hospital financial assistance code letter
> 4) Any required insurance authorizations or referrals

We pride ourselves on treating you at your scheduled appointment time, so please arrive on time to receive your full therapy time. Allow 30 minutes for parking and registration. If you have any questions or if you need assistance in any way, please feel free to call the clinic.

## OCCUPATIONAL / PHYSICAL THERAPY ORDERS (or attach clinic prescription)

Date: _11/19/08_

```
DELANEY,GEORGE              VCUHS
6371281            DOB: 03/03/60
11/19/08      M  B 48Y   SHAN
ISAACS MD,JONATHAN E       ORTO
VISH#: 706 157451607
```

Diagnosis: _Swan neck (L) little finger_

Precautions: _NONE_

☐ Evaluation and Treatment
☐ Other (Specify)

Rx Plan: _improve ROM of (L) little PIP/DIP_

Goals: _full ROM_

MCV-4459

_____ M.D.
Physician Signature

_Scott Adams_
Physician Name (Print)

[ 00141 ]

**Virginia Department of Corrections / VCU Medical Center**
**PRE-REGISTRATION REQUEST FORM**
(To be used when requesting tests or clinic / telemedicine appointments)

VCUMC Medical Record Number: _____

DELANEY,GEORGE          VCUHS
6371281        DOB      /60
11/19/08    M   B 48Y   SHAN
ISAACS MD,JONATHAN E     ORTO
VIS#: 706 157451607

SSN: _____   DOB: _____   Sex: * ____   Race: _____

Facility: _____   PC Physician: _____

Address: _____   Phone: _____

_____ VA  Zip Code   FAX: _____

**PAYER INFORMATION**
Company Name: * _____
Policy No: _YTA 950_____
If **not** DOC, please indicate SELF PAY or send copy of Insurance Card.

## Please complete one of the boxes below to indicate your request for this patient.
(A separate Pre-Registraton form is required for each clinic or test.)

Appointment for   Hand   Clinic
☐ On-Site(VCU-MC)     ☐ Telemedicine
Reason patient needs to be seen:
☐  New patient evaluation for: _____
☒  Follow-up for  1/21/09 _____ and
   needs to be seen  2   month   from last
   appointment.
☐ Emergent (1-7days) ☐ Urgent (8-30 days) ☐ Next Available
Next available will be given unless explanation is written below to indicate reason for Urgent or Emergent appointment.
PHS Number: _____

Diagnostic Test or Procedure: [_____]
(May require completion of department specific form)
For **CT** or **MRI** the following information is required:
Is the patient claustrophobic? ☐ Yes ☐ No
           diabetic? ☐ Yes ☐ No
If diabetic, list diabetic meds: _____
_____
Any metal in the body? Specify: _____
Allergies: _____ Weight: _____
Requesting Doctor's name: _____
PHS Number: _____

Please provide a **DIAGNOSIS** and pertinent **HISTORY** as it relates to this appointment or test.

F/w  1/21/09  for  L finger deformity

**Appointment Process and Important Information**
- Obtain approval for visit/test/procedure if required.
- FAX this form to: (804) 628-3932 (Barbara and Tia).
- The day before the appointment, send updated Pre-Reg. Form to the Holding Cell - FAX-(804)786-9615 or E-mail (BURKSMR)
- NOTIFY inmate schedulers (804) 628-0425 and Holding Cell (804) 786-1264 of ALL REFUSALS OR CANCELLATIONS.
- **QUESTIONS??** Call 628-0425-Barbara or 628-3805-Tia
- **REMEMBER** – SEND pertinent information with inmate to appointment. (Notes, Current Meds, Test Results, X-Ray FILMS,etc.)

**APPOINTMENT**
To be completed by VCU-MC personnel only.
☐ VCU-MC    – Date: _____ Time: _____

☐ Telemedicine  – Date: _____ Time: _____
   ☐ At your facility  ☐ Transport to: _____

(if checked) Please mail films ASAP to:
VCU Medical Center, Telemedicine Department
P.O. Box 980531, Richmond, VA 23298-0531

*Please send MARS

**Please NOTE**
For Hepatology / Possible Liver Biopsy:  Complete Protocol Information and FAX to (804) 828-4945.  For questions call (804) 828-4060.

[ 00142 ]

DELANEY, GEORGE          VCUHS
6371281        DOB:        50
11/19/08     M  B 48Y     SHAN
ISAACS MD, JONATHAN E     ORTO
VISH: 706 157451607

**VCU Health System**
**MCV Hospitals and Physicians**
Richmond, Virginia 23298

**AMBULATORY CARE**
**CLINIC RECORD**

**PATIENT IDENTIFICATION (Patient Plate)**

11/19  11 AM

S: 48 yo RHD i-make s/p "5th finger fracture" ① hand in 4/08. Was seen by MD in prison. Was not x-rayed until May. F/u now b/c unable to make list 2° to. Pt subjectively reports fracture do.

PE:

① 5th finger       has full flex/ext MCP
   skin c/o/I
   PIP full extension ⟩ no motion
   DIP flexed        ⟶ swan neck deformity
   Sens intact LT    Passively correctable deformity
   Brisk cap refill
   Other fingers unaffected

x-ray: swan neck deformity, avulsion at PIP (little)

A/P: swan neck deformity of ① 5th finger
   ① will give pain meds prescription to use c therapy ⟶ neous lortab 7.5/500 π f
                                              b/c therapy
   ② will Prescribe hand mgmt
   ③ will digital Block + try to passively correct finger now
   ④ F/u 2 months

**Ambulatory Care Patient Screening**
**11/19/08 09:45 am Performed by Hines LPN, Lorna**
**Entered on 11/19/08 09:51 am**

**Ambulatory Screening**
**Chief Complaint:** eval deformity of left pinky finger and decreased r.o.m of rest of fingers

**Allergies**
| Allergy | Reaction |
|---------|----------|
| 1. Phenergan | |

**Measurements**
Enter height in :: Feet and inches
Height in feet: 5 ft
Height in inches: 10.0 in
Height Conversion ft & in to cm: 177.80 cm
Height type: Estimated
Enter weight in :: Pounds and Ounces
Weight (lbs):: 165.000 lb
Weight Conversion lbs to kg: 74.844 kg
Weight Conversion ou to gr: 74844.000
Weight type: Estimated
Head Circumference Conversion cm to in: 0.0
Height for Pharmacy: 177.80 cm
Weight for Pharmacy: 74.844 kg

**Educational Screening**
Learning Barriers: None
Education Preferences: Printed education materials, Video/Educational television, Demonstration,
  Verbal explanation

**Pain Assessment**
Pain Assessment
| | |
|---|---|
| Date/time pain assessed | 11/19/08 09:48 |
| Pain Score : | 6 Severe pain |
| Pain scale used | 0 - 10 |
| Pain acceptable to patient | No |
| Pain Location | Hand, Left |
| Pain quality: | Aching |

**Fall Risk Screening - Ambulatory**
Patient Age Range: Patient (greater than 10 Years)
Fall Risks - Ambulatory Screening: Other: inmate in schackles and cuffs

**Screening Options**
Amb screening-Needs Substance Use Screen: Yes
Amb screening-Needs Functional Screen: Yes
Amb screening-Needs Spiritual Screen: Yes
Amb screening-Needs Psychosocial Screen: Yes
Amb screening-Needs Community Svs Screen: Yes

**Substance Use**
Tobacco Use: No Current Use

Alcohol Use: No Current Use

Drug Use: No Current Use

**Functional Screening**
Patient is experiencing: No deficits noted at this time
**Spiritual Screening**
Religious Practices: None
**Psychosocial Screening**
Patient is/has experienced: Correctional Facility Patient
**Community Services**
Community Services: None
**Orthostatics Vital Signs**
Orthostatic VS Supine: 11/19/08 09:45
Orthostatic VS Sitting: 11/19/08 09:45
Orthostatic VS Standing: 11/19/08 09:45

---

**VCUHS** (Location:Hand Secure Cl ;  ;)
Patient Name: DELANEY, GEORGE          DOB / AGE / SEX: 03/03/60   48 Years M
Admitting Physician: ISAACS MD, JONATHAN E
Admission Date / MRN / Financial Num: 11/19/08   6371281    706157451607

To:  Teri Chrisley, Director of Nursing for Department of Corrections

From:  Bernie Ammons, BSN, RN, Clinical Nurse IV VCUHS Telemedicine Clinics

Date:  November 10, 2008

RE:  Inmate scheduling

In an effort to improve patient care and follow up, inpatients that are discharged from VCUHS will have follow up clinic appointments automatically scheduled in the Security Care Specialty clinic.  The clinic nurses at VCUHS will review clinic schedules approximately seven days prior to the appointment to verify that the inmate is coming for the appointment and that the patient has the appropriate information brought for the clinic appointment (ie MMRs, labs, xrays, CT or MRI films).  Post op follow up appointments should be automatically approved by the Department of Corrections.

Those inmates that are followed in VCUHS **security care clinic** will have follow up appointments automatically made when they leave the clinic.  The appointment date and time will be documented on the consultation form.  A pre registration form with the date, time and location of the clinic appointment will be faxed to the DOC by the Security Care Clinic staff.   Please have DOC scheduling staff notify Karen Spurlock Morrison if a follow up appointment is not approved or if the inmate is not going to come for the appointment within one week or at least 72 hours prior to the appointment time.



VIRGINIA DEPARTMENT OF CORRECTIONS
**Consultation Report**

Effective Date: January 1, 2008
Operating Procedure #720.2   Attachment #7

## *CONSULTATION REPORT*

## *PLEASE BILL TO ANTHEM*

| Sending Facility: | *PCC* | Date: | *10-16-08* |
|---|---|---|---|
| Offender Name: | *Delaney, George* | Offender #: | *374390* |
| SS#: | | DOB: | T/D: |
| Allergies: | | | |
| Current Medications: | | | |
| Referred By: | *Dr. Kump* | Referred To: | *MCV - General Surgery Clinic* |
| Medical Complaint: | | | |

## *CONSULTING PHYSICIAN: PLEASE COMPLETE THE FOLLOWING:*

| Findings: | *P̄ -op visit.* |
|---|---|
| Lab or X-ray Results: | |
| Diagnosis: | *Obstruction resolved c̄ OR* |
| Treatment and Medications Recommended: | *Cont. Exercise* |
| Restrictions: | *None* |
| Consulting Physician: | Date: *10/16/8* |
| Follow-up appointment date and time: | *PRN* |

[ 00146 ]

OCCUPATIONAL & PHYSICAL THERAPY

REFERRING MD: _Adams_   REFERRING CLINIC: _innole or Mo_

APPOINTMENT DATE: _____   TIME*: _____
*If you cannot make your scheduled appointment, please call the clinic to reschedule.

MCVH LOCATIONS: (please check one)
- ☐ NORTH HOSPITAL OUTPATIENT CLINIC (828-0246) is located in downtown Richmond at Marshall and College Street.  The clinic is in the North Hospital Basement.
- ☐ HAND MANAGEMENT CENTER (828-0247) is located in Nelson Clinic on the 6th floor. Nelson Clinic is at 403 North 11th Street.
- ☐ STONY POINT (560-8935) is located in the Park at Stony Point off Chippenham Pkwy.
- ☐ CHESTER SPORTS MEDICINE (796-4300) is located at 4525 Lee Street in Chester.

You must bring the following to receive therapy:
> 1) This paper(includes your prescription if your MD wrote in the box below)
> 2) Your prescription for therapy (if box below is not written in)
> 3) Your insurance card and/or your hospital financial assistance code letter
> 4) Any required insurance authorizations or referrals

We pride ourselves on treating you at your scheduled appointment time, so please arrive on time to receive your full therapy time. Allow 30 minutes for parking and registration. If you have any questions or if you need assistance in any way, please feel free to call the clinic.

OCCUPATIONAL / PHYSICAL THERAPY ORDERS (or attach clinic prescript)

Date: _11/19/08_

| | |
|---|---|
| DELANEY, GEORGE | VCUHS |
| 6371281 | DOB: 03/03/60 |
| 11/19/08   M  B 48Y | SHAN |
| ISAACS MD, JONATHAN E | ORTO |
| VISH: 706 157451607 | |

Diagnosis: _Swan neck (L) little finger_

Precautions: _NONE_

Evaluation and Treatment
Other (Specify)

Rx Plan: _improve ROM of (2)(L) little PIP/DIP_

Goals: _full ROM_

MCV-4459

_____ M.D.
Physician Signature

_Scot Adams_
Physician Name (Print)

[ 00147 ]



Patient Name: Delaney George
MRN: 6371281

Patient Identification

VCU Health System
MCV Hospitals and Physicians
Richmond, Virginia 23298

**Hand Management Center**
**Range of Motion – Hand**

KEY
MP=metacarpophalangeal joint
PIP=proximal interphalangeal
DIP=distal interphalangeal
TAM=total active range of motion
PROM=passive range of motion

Signature/Title         Date

Printed Name



VIRGINIA DEPARTMENT OF CORRECTIONS
Consultation Report

Effective Date: January 1, 2008
Operating Procedure #720.2    Attachment #7

## *CONSULTATION REPORT*

## *PLEASE BILL TO ANTHEM*

| Sending Facility: | PCC | | Date: | 11-19-2008 |
|---|---|---|---|---|
| Offender Name: | Delaney, George | | Offender #: | 374390 |
| SS#: | | DOB:        50 | T/D: | |
| Allergies: | | | | |
| Current Medications: | | | | |
| Referred By: | Dr. King | Referred To: | MCV-Hand Clinic | |
| Medical Complaint: | | | | |

#1822933I

## *CONSULTING PHYSICIAN: PLEASE COMPLETE THE FOLLOWING:*

| Findings: | Swan neck deformity |
|---|---|
| Lab or X-ray Results: | ✓ |
| Diagnosis: | Swan neck deformity (L) little finger |
| Treatment and Medications Recommended: | needs lortabs prior to therapy & then hand splint |
| Restrictions: | None |
| Consulting Physician: | Adams / Isaacs | Date: | 11/19/08 |
| Follow-up appointment date and time: | 2 months |

[ 00149 ]

Revision Date: 1/17/07

VCU Health System, MCV Hospitals & Physicians
Richmond, VA · 23298

*CPROD - Production*

## Depart Summary-Referring

## DELANEY, GEORGE L - 6185429

\* Final Report \*

| | |
|---|---|
| Result Type: | Depart Summary-Referring |
| Date: | 19 September 2008 13:32 |
| Status: | Modified |
| Subject: | Depart Summary-Referring |
| Author: | Griffin LPN, Linda on 19 September 2008 13:32 |
| Encounter info: | 706800623521, VCUHS, IP, 9/5/2008 - |

### \* Final Report \*

**Depart Summary-Referring (Verified)**

### VCU Health System
### Inpatient Depart Summary--For the Referring Provider

_____

## PERSON INFORMATION

**Name:** DELANEY, GEORGE L          **Age:** 48 Years          **DOB:** ᵗ960 12:00 AM
**RN:** 6185429                      **Sex:** M                 **Language:**
**Admission Date:** 9/05/2008 11:26 PM   **Enc Type:** IP       **Acct:** 706800623521

**Visit Reason:** SMALL BOWEL OBSTRUCTION
**Medical Service:** IP-Trauma Surgery
**Primary Care Provider:** MARSH MD, ROBERT L
**Attending Physician:** DUANE MD, THERESE M
**Referring Provider:** SELF MD, REFERRED

**Address:**


**Allergy Information:**
Phenergan

**Immunizations:**

_____

## Admitting Diagnosis:


| | | |
|---|---|---|
| Printed by: | Griffin LPN, Linda | Page 1 of 3<br>(Continued) |
| Printed on: | 9/19/2008 13:33 | |

[ 00150 ]