VCU Health System, MCV Hospitals & Physicians
Richmond, VA 23298

*CPROD - Production*

## Depart Summary-Referring

# DELANEY, GEORGE L - 6185429

\* Final Report \*

partial small bowel obstruction, adhesiolysis

### Principle Diagnosis-Condition making admission necessary:

partial small bowel obstruction
adhesiolysis

### The following procedures were performed:

**Discharged On:**                 09/19/08 12:20:00

**Discharge Disposition:**          Correctional Facility

### Information for Referring Provider:

---

### New/Changed/Refilled Medications

| Printed | Medication | Med Details |
|---------|------------|-------------|
|  | **docusate** | 100 mg by mouth every 12 hours |
|  | **Hydromorphone (Dilaudid)** | 4 mg by mouth every 3 hours<br>Pain/discomfort |

**\* indicates this medication has printed in the last 36 hours.**

Printed by:     Griffin LPN, Linda
Printed on:     9/19/2008 13:33

Page 2 of 3
(Continued)

[ 00151 ]

VCU Health System, MCV Hospitals & Physicians
Richmond, VA  23298

*CPROD - Production*

## Depart Summary-Referring

## DELANEY, GEORGE L - 6185429

\* Final Report \*

| | |
|---|---|
| Result Type: | Depart Summary-Refering |
| Date: | 19 September 2008 13:32 |
| Status: | Modified |
| Subject: | Depart Summary-Referring |
| Author: | Griffin LPN, Linda on 19 September 2008 13:32 |
| Encounter info: | 706800623521, VCUHS, IP, 9/5/2008 - |

## \* Final Report \*

**Depart Summary-Referring (Verified)**

**VCU Health System**
**Inpatient Depart Summary--For the Referring Provider**

---

## PERSON INFORMATION

**Name: DELANEY, GEORGE L**         **Age:** 48 Years          **DOB:** ⸱ ⸱ /1960 12:00 AM
**RN: 6185429**                      **Sex:**M                **Language:**
**Admission Date:**9/05/2008 11:26 PM  **Enc Type:**IP         **Acct:**706800623521

**Visit Reason:**SMALL BOWEL OBSTRUCTION
**Medical Service:**IP-Trauma Surgery
**Primary Care Provider:**MARSH MD, ROBERT L
**Attending Physician:**DUANE MD, THERESE M
**Referring Provider:**SELF MD, REFERRED

**Address:**

**Allergy Information:**
Phenergan

**Immunizations:**

---

## Admitting Diagnosis:

| | | |
|---|---|---|
| Printed by: | Griffin LPN, Linda | Page 1 of 3 |
| Printed on: | 9/19/2008 13:33 | (Continued) |

[ 00152 ]

Prison
Health
Services, Inc.

# UTILIZATION MANAGEMENT REFERRAL / REVIEW FORM

**PHS**

...n must be Complete and Legible. You must ....nt
*Please send this ....m with the Authorization Letter to the service provi... at the time of the Appointment*

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Today's Date: (mm/dd/yy) |
|---|---|---|
| GREENSVILLE CORRECTIONAL CENTER 019 | DELANEY, George | 09/22/08 |

| Site Phone # | Inmate # | Date of Birth: (mm/dd/yy) |
|---|---|---|
| 434 - 535 - 7000 | 374390 | 60 |

| Site Fax # | SS Number | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| 434 - 535 - 7086 | | 05/16/08 |

| Will there be a charge? | Sex | Responsible Party: |
|---|---|---|
| ☑ Yes ☐ No | ☑ Male ☐ Female | ☑ PHS  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) |
| | | ☐ Auto Ins.  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services): |

## CLINICAL DATA

**Requesting Provider:**   ☐ Physician   ☐ NP, PA   ☐ Dental

VW635 ar born /U+ ny

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☑ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy)   ____/____/____

**(This starts the approval window for the "open authorization period")**

| Multiple Visits/Treatments: | ☐ Radiation therapy |
|---|---|
| | ☐ Chemotherapy |
| Number of Visits/Treatments: _____ | ☐ Other: |

**Specialist referred to:**   GI

**Type of Consultation, Treatment, Procedure or Surgery:**
FW Ulcerative Colitis
W/o Stricture

**Diagnosis:**

**ICD-9 code:**

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**
11-m I h/p Ulcerative colitis dx colectomy '97 'recent episode of SBO & hospitalized past 3 years — Needs evaluation for bowel stricture Noted in 2003 - no further c/u

**Results of a complaint directed physical examination:**
AAM in NAD 4-5'11 wt 156
Abd-soften WNS

**Previous treatment and response (including medications):**
last VCU hospitalization
8/18 → 8/19/08 for SBO —

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested:  (See Attached)

☐ Resubmitted with requested information.

Date resubmitted:
____/____/____

**Regional Medical Director Signature, printed name and date required:**   ____/____/____  (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

[ 00153 ]

~~National Department of Corrections~~
**Consultation Report**

~~Effective Date: January 1, 2008~~
Operat~~ing~~ Procedure #720.2  Attachment #7

## CONSULTATION REPORT

*To MCV Yellow ER via Lifestar per Dr. Core*

### PLEASE BILL TO ANTHEM

VS: 96.7-72-18 - 129/87 @ 1325

| Sending Facility: | Greensville Corr Ctr/HU-10 Segregation | | Date: | 9|5|08 |
|---|---|---|---|---|
| Offender Name: | Delaney George | | Offender #: | 374390 |
| SS#: | | DOB: | T/D: | 8|22|07 |
| Allergies: | Phenergan | | | |
| Current Medications: | Colace 100mg ÷ cap p.o. BID<br>Metamucil Smooth packet ÷ BID<br>Tylenol 500mg ÷ tab p.o. BID | | | |
| Referred By: | Dr. V. Core | Referred To: | MCV - Yellow ER | |
| Medical Complaint: | Abd pain, N&V x 2<br>↓ BS all quads | | | |

## CONSULTING PHYSICIAN: PLEASE COMPLETE THE FOLLOWING:

| | |
|---|---|
| **Findings:** | |
| **Lab or X-ray Results:** | |
| **Diagnosis:** | |
| **Treatment and Medications Recommended:** | |
| **Restrictions:** | |
| **Consulting Physician:** | Date: |
| **Follow-up appointment date and time:** | |

*Revision Date: 1/17/07*

[ 00154 ]

08/04/2008 12 13 FAX                                    → GVCC              ☑ 001/001
08/04/2008  11:04    4:   J57686          CLARK & KR:                      PAGE 21/21

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**PHS**

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*
*Form must be Complete and Legible. You must Type or print*

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number** GREENSVILLE CORRECTIONAL CENTER 019 | **Patient Name: (Last, First)** DELANEY REORRO | **Today's Date:** (mm/dd/yy) 7, 28, 0? |
| **Site Phone #** 434- 535- 7000 | **Inmate #** 374390 | **Date of Birth:** (mm/dd/yy) 60 |
| **Site Fax #** 434- 535- 7046 | **SS Number** | **PHS Custody Date:** (mm/dd/yy) 05.16.08 |
| **Will there be a charge?** ☐ Yes ☐ No   **Sex** ☑ Male ☐ Female | **Responsible Party:** ☐ PHS   ☐ Health Inc.(Excludes Medicare/Medicaid Managed Care alternative plans) ☐ Auto Ins.   ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services): | AA |

## CLINICAL DATA

**Requesting Provider:**  ☐ Physician   ☐ NP, PA   ☐ Dental
SRIKORBO

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "Approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)        ☐ X-ray (XR)         ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☑ Routine                  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)**
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** ☐ Other:

**Specialist referred to:** MCV GI

**Type of Consultation, Treatment, Procedure or Surgery:**
for f/u of UC s/p surgery and BO

**Diagnosis:**

**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent documents have been attached and faxed.

**History of Illness/Injury/Symptoms with Date of Onset:**
48 yo male with hx UC - s/p colectomy and reversal colostomy 1997-1998. Had multiple admission for hospital for BO. He was seen as a GI - 2007. He was stool and pain

**Results of a complaint directed physical examination:**
rectal pain a bleeding. wt not has -15 lbs (8 mth) BBO - s/p surg. Bst heated surgical scar

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION

☐ Alternative Treatment Plan (explain here):
☑ More information Requested (See Attached):
☐ Resubmitted with request of information.

☐ Offsite Service Recommended and Authorized
Please fax pertinent old records including Decent FU (GI) note. What medication is he On currently?
Date resubmitted: __/__/__

**Regional Medical Director Signature,**
printed name and date required:
_____ Abraham Toklu   8. 4. 08 (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** N | **Med Class:** | **CPT code:** G7   99215 | **UR Auth #:** |
|---|---|---|---|

VCU Health System, MCV Hospitals & Physicians
Richmond, VA  23298

*CPROD - Production*

Depart Summary-Patient                    DELANEY, GEORGE L - 6185429

\* Final Report \*

Result Type:        Depart Summary-Patient
Date:               19 August 2008 11:54
Status:             Modified
Subject:            Depart Summary-Patient
Author:             Griffin LPN, Linda on 19 August 2008 11:54
Encounter Info:     706800616283, VCUHS, IP, 8/18/2008 -

## \* Final Report \*

**Depart Summary-Patient**

### VCU Health System
### Inpatient Depart Summary-For the Patient

---

## PERSON INFORMATION

| | | |
|---|---|---|
| **Name:**DELANEY, GEORGE L | **Age:** 49 Years | **DOI** 1959 12:00 AM |
| **MRN:** 6185429 | **Sex:**M | **Language:** |
| **Admission Date:**8/18/2008 2:54 AM | **Enc Type:**IP | **Acct:**706800616283 |

**Visit Reason:**SMALL BOWEL OBSTRUCTION
**Medical Service:**IP-Trauma Surgery
**Primary Care Provider:** MARSH MD, ROBERT L
**Attending Physician:**WHELAN JR MD, JAMES F

**Address:**

*[handwritten: BP 103/64 P 53 R-18 T98]*

**Allergy Information:**
Phenergan

*[handwritten: Orders Returen from MCU]*

**Immunizations:**

*[handwritten: Resume Meds. Oacute distress]*

---

**VCU Health Systems thanks you for allowing us to assist you with your healthcare needs.**
**Visit our website at: www.vcuhealth.org.**
If you have any new symptoms, changes in your condition, or questions, please contact your Primary Care Provider.
If you need to reach a Health Care Provider in the hospital, call (804) 828-0951 and ask the operator to page the

VCU Health System, MCV Hospitals & Physic.  is
Richmond, VA 23298

*CPROD - Production*

## Depart Summary-Patient

## DELANEY, GEORGE L - 6185429

* Final Report *

*Provider on call* for IP-Trauma Surgery.

---

**The following information will help you care for yourself after leaving the hospital.**

**Admitting Diagnosis:**
Possible Small Bowel Obstruction

**You were hospitalized for the following condition(s):**
You were admitted to the hospital with a possible small bowel obstruction.

**The following procedures were performed:**

**Discharged On:**            08/19/08 11:03:00

**Discharge Disposition:**    Correctional Facility

**New/Changed/Refilled Medications**

---

**DISCHARGE INFORMATION**

## Provider Instructions

**Dictating Provider:**           KING MD, ASHLEY B

**Provider Discharge Instructions:**    You are medically stable to be discharged from the hospital. If similar

[ 00157 ]

VCU Health System, MCV Hospitals & Physicians
Richmond, VA  23298

*CPROD - Production*

## Depart Summary-Patient

## DELANEY, GEORGE L - 6185429

* Final Report *

| | |
|---|---|
| **Provider Discharge Instructions:** | You are medically stable to be discharged from the hospital. If similar symptoms present again return to the hospital. |
| **Med Profile Reviewed:** | Yes |
| **Call 911:** | DO NOT DRIVE yourself to the ER |
| **Call the doctor if you have:** | Difficulty breathing, shortness of breath, Severe abdominal pain, Sudden, severe pain anywhere in the body |
| **Or a temperature over:** | 101.5 DegF |
| **Discharge Diet:** | Other: Resume your current diet, exclude all vegetables and include a nutritional supplement with each meal. |
| **Restrictions:** | None |
| **Exercise:** | No strenuous exercises. |
| **Lifting weight:** | No heavy lifting. |
| **Additional Info - Provider:** | Follow-up with Trauma Surgery if symptoms persist after discharge. Continue with your home medications after discharge. |

# Nursing Instructions

# Other Instructions

# Follow-up Appointments

| | | |
|---|---|---|
| Printed by: | Griffin LPN, Linda | Page 3 of 5 |
| Printed on: | 8/19/2008 11:55 | (Continued) |

VCU Health System, MCV Hospitals & Physicians
Richmond, VA  23298

*CPROD - Production*

**Depart Summary-Patient**                    DELANEY, GEORGE L - 6185429

\* Final Report \*

**Written Instructions Provided to the Patient:**

**Additional Information**

If you have heart failure follow the instructions from your provider. Remember to weigh yourself every morning after you go to the bathroom and write the result in a daily log. If you gain 4-5 pounds or more in a week, call your doctor.

If you or a member of your household currently smoke, or have smoked within the past 12 months, you and/or your household member are advised to quit smoking. Please ask your healthcare provider for more information. For further resources in the community visit the Smoke-Free Virginia website (www.smokefreevirginia.org) or call 1-877-856-5177.

Call your doctor if you have changes in your mental health status (unusual behavior, confusion, feelings or thoughts of suicide). You may also call the National Suicide Prevention Lifeline. This is a 24-hour, toll-free suicide prevention service available to anyone in suicidal crisis. If you need help, please dial 1-800-273-TALK (8255). You will be routed to the closest possible crisis center in your area.

**Home care service options were reviewed with me**          _____YES     _____NO

**I understand the information given to me**          _____YES     _____NO

**I have received all my personal belongings**          _____YES     _____NO

**Patient/Caretaker:** _____ **Date:**

_____

Printed by:     Griffin LPN, Linda
·inted on:     8/19/2008 11:55

Page 4 of 5
(Continued)

[ 00159 ]

VCU Health System, MCV Hospitals & Physicians
Richmond, VA  23298

*CPROD - Production*

Depart Summary-Patient                    DELANEY, GEORGE L - 6185429

* Final Report *

(signature)


Nurse: _____ Date: _____

_____
(signature)


**Visit our website at: www.vcuhealth.org**

_____

**Written Instructions**

**Medication Information**


Printed by:        Griffin LPN, Linda                         Page 5 of 5
inted on:          8/19/2008 11:55                          (End of Report)

[ 00160 ]

VCU Health System, MCV Hospitals & Physic... .ns
Richmond, VA  23298

*CPROD - Production*

Depart Summary-Referring                    DELANEY, GEORGE L - 6185429

\* Final Report \*

Result Type:        Depart Summary-Referring
Date:               19 August 2008 11:54
Status:             Modified
Subject:            Depart Summary-Referring
Author:             Griffin LPN, Linda on 19 August 2008 11:54
Encounter info:     706800616283, VCUHS, IP, 8/18/2008 -

## \* Final Report \*

**Depart Summary-Referring**

### VCU Health System
### Inpatient Depart Summary--For the Referring Provider

---

## PERSON INFORMATION

| | | |
|---|---|---|
| **Name:** DELANEY, GEORGE L | **Age:** 49 Years | **DOB:** /1959 12:00 AM |
| **MRN:** 6185429 | **Sex:** M | **Language:** |
| **`dmission Date:** 8/18/2008 2:54 AM | **Enc Type:** IP | **Acct:** 706800616283 |

**Visit Reason:** SMALL BOWEL OBSTRUCTION
**Medical Service:** IP-Trauma Surgery
**Primary Care Provider:** MARSH MD, ROBERT L
**Attending Physician:** WHELAN JR MD, JAMES F
**Referring Provider:** SELF MD, REFERRED

**Address:**

**Allergy Information:**
Phenergan

**Immunizations:**

---

## Admitting Diagnosis:
Possible Small Bowel Obstruction

Printed by:     Griffin LPN, Linda
'rinted on:     8/19/2008 11:56

[ 00161 ]

VCU Health System, MCV Hospitals & ⌐ ysicians
Richmond, VA  23298

*CPROD - Production*

## Depart Summary-Referring

DELANEY, GEORGE L - 6185429

\* Final Report \*

### Principle Diagnosis-Condition making admission necessary:

You were admitted to the hospital with a possible small bowel obstruction.

### The following procedures were performed:

**Discharged On:**           08/19/08 11:03:00

**Discharge Disposition:**   Correctional Facility

### Information for Referring Provider:

### New/Changed/Refilled Medications

**To reach providers in the VCU HealthSystems,**
call Telepage at 804 828-0951 and page the specific provider or have the specific provider call 1-800-762-6161.
VCUHS provider numbers can also be accessed via the web at: www.vcuhealth.org.

VCU Health System, MCV Hospitals & Physic...ns
Richmond, VA  23298

*CPROD - Production*

## Depart Summary-Referring

### DELANEY, GEORGE L - 6185429

* Final Report *

| | |
|---|---|
| Result Type: | Depart Summary-Referring |
| Date: | 19 August 2008 11:54 |
| Status: | Modified |
| Subject: | Depart Summary-Referring |
| Author: | Griffin LPN, Linda on 19 August 2008 11:54 |
| Encounter info: | 706800616283, VCUHS, IP, 8/18/2008 - |

## * Final Report *

**Depart Summary-Referring**

### VCU Health System
### Inpatient Depart Summary--For the Referring Provider

_____

## PERSON INFORMATION
**Name:** DELANEY, GEORGE L       **Age:** 49 Years        **DOE**      /1959 12:00 AM
**MRN:** 6185429                  **Sex:**M                **Language:**
**Admission Date:**8/18/2008 2:54 AM   **Enc Type:**IP     **Acct:**706800616283

**Visit Reason:**SMALL BOWEL OBSTRUCTION
**Medical Service:**IP-Trauma Surgery
**Primary Care Provider:**MARSH MD, ROBERT L
**Attending Physician:**WHELAN JR MD, JAMES F
**Referring Provider:**SELF MD, REFERRED

**Address:**

**Allergy Information:**
Phenergan

**Immunizations:**

_____

## Admitting Diagnosis:
Possible Small Bowel Obstruction

| | | |
|---|---|---|
| Printed by: | Griffin LPN, Linda | Page 1 of 2 |
| Printed on: | 8/19/2008 11:56 | (Continued) |

VCU Health System, MCV Hospitals & Physic    s
Richmond, VA  23298

*CPROD - Production*

Depart Summary-Referring                    DELANEY, GEORGE L - 6185429

* Final Report *

## Principle Diagnosis-Condition making admission necessary:

You were admitted to the hospital with a possible small bowel obstruction.

## The following procedures were performed:

**Discharged On:**              08/19/08 11:03:00

**Discharge Disposition:**      Correctional Facility

## Information for Referring Provider:

## New/Changed/Refilled Medications

**To reach providers in the VCU HealthSystems,**
call Telepage at 804 828-0951 and page the specific provider or have the specific provider call 1-800-762-6161.
VCUHS provider numbers can also be accessed via the web at: www.vcuhealth.org.

Printed by:     Griffin LPN, Linda                                    Page 2 of 2
 rinted on:     8/19/2008 11:56                                    (End of Report)

[ 00164 ]

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM
Form must be complete and Legible. You must Type or Print
*Please send this form with*   Auth   ation Letter to the service provider at the   of the appointment

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Greensville C.R. - #0019 | **Patient Name: (Last, First)** Delaney George | **Date: (mm/dd/yy)** 8, 14, 08 |
| **Site Phone #** (434 ) 535 - 7000 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** _ _ _ 1960 |
| **Site Fax #** (434 ) 535 - 7086 | **Inmate #** 374390 | **PHS Custody Date: (mm/dd/yy)** 5, 16, 08 |
| **Will there be a charge?** ☐ Yes ☐ No   **Sex** ☑ Male ☐ Female | **SS Number** | **Potential Release Date: (mm/dd/yy)** / / |

**Responsible party:**  ☐ PHS   ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )   ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☐ Physician   ☑ NP, PA   ☐ Dental
B. Ellis

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

| | | |
|---|---|---|
| ☐ Office Visit (OV) | ☐ X-ray (XR) | ☐ Scheduled Admission (SA) |
| ☐ Outpatient Surgery (OS) | ☐ Dialysis (DA) | |

☐ Routine        ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**   ☐ Radiation therapy   ☐ Chemotherapy
**Number of Visits/Treatments:** ____   ☐ Other:____

**Specialist referred to:** MCV Hand Clinic

**Type of Consultation, Treatment, Procedure or Surgery:**
Evaluation (L) hand pinky

**Diagnosis:**
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form

☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/symptoms with Date of Onset:**
48 y/o c/o deformity (L) pinky finger playing soft ball @ Augusta Corr Center April 31 '08. Was seen by MD May 1st X-ray ordered on

**Results of a complaint-directed physical examination:**
finger was bud taped. Pt was transferred to GRCC with report (L) X-ray of finger. Later X-ray report was received May 16 and was negative this is for electrocution

**Previous treatment and response (including medications):**
Pt continues to c/o pain and X-ray was reordered to MRI which showed changes the (L) 5th finger.
X-ray report attached

***For security and safety, please do not inform patient of possible follow-up appointments***
Bud tape, anesthetics

## UM DETERMINATION:

| | |
|---|---|
| ☐ Alternative Treatment Plan (explain here): | ☐ Offsite Service Recommended and Authorized |
| ☐ More Information Requested: (See Attached) | |
| ☐ Resubmitted with requested information. | **Date resubmitted:** ___/___/___ |

**Regional Medical Director Signature,**
**printed name and date required:**

_Do not write below this line. For Case Manager and Corporate Data Entry ONLY._

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

UMMD form blank.3.10.05

[ 00165 ]

NAME:            DELANEY , GEORGE
MED REC NO:      1368840
SEX:             M
DOB:                  '1959   49Y
ATTENDING MD:    DAKE,MICHAEL D
ORDERING MD:     OKIKOGBO,VICTOR
LOCATION:        OUTPATIENT
PT ACCT NO:      003119518664

UNIVERSITY OF VIRGINIA
HEALTH SYSTEM
DEPARTMENT OF RADIOLOGY
CHARLOTTESVILLE, VIRGINIA

TELERADIOLOGY
CONSULTATION REPORT
Page 1 of 2

## SIGNED FINAL REPORT

### ORDER NO: 90001

EXAMINATION:
TEL  0229 - GREEN CC, OTHER        EXAM DT/TIME: Jul 31 2008 12:21PM
Accession No: 7442592        CPT:00000    00000000

CLINICAL DATA:  GREN, DOS 7-30-08,GREN374390,L 5TH FINGER, INJURY ON 4-30-08

FULL RESULT:  Exam: 3 views of the fifth digit.

Comparison: No prior studies for comparison.

Findings: Avulsion fragments off the volar plate at the base of the middle phalanx of the 5th digit with mild dorsal ulnar subluxation. No other fractures or malalignment identified. Soft tissues are unremarkable.

IMPRESSION:
1. Avulsion fragments off the volar plate at the base of the middle phalanx of the 5th digit with mild dorsal ulnar subluxation suggesting capsular injury, age indeterminant.

Curtis Anderson M.D. PhD
Resident Physician, Radiology

TECHNOLOGIST:    ac3og
TRANSCRIBED BY:  PS4
READING MD:      CURTIS ANDERSON          DATE/TIME: Aug 5 2008 1:23P
SIGNING MD:      CHRISTOPHER M GASKIN      DATE/TIME: Aug 4 2008 2:52P
                                          DATE/TIME: Aug 5 2008 1:22P

THIS DOCUMENT WAS SIGNED ELECTRONICALLY
A COPY OF THIS DOCUMENT IS ON-LINE IN THE CARECAST ARCHIVE SYSTEM.

BY ELECTRONICALLY SIGNING THIS REPORT, I THE SIGNING PHYSICIAN ATTEST THAT I HAVE PERSONALLY REVIEWED THE
FILMS FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDING(S) AS DOCUMENTED ABOVE.

[ 00166 ]



| | | |
|---|---|---|
| NAME: | DELANEY , GEORGE | UNIVERSITY OF VIRGINIA |
| MED REC NO: | 1368840 | HEALTH SYSTEM |
| SEX: | M | DEPARTMENT OF RADIOLOGY |
| DOB: | /1959   49Y | CHARLOTTESVILLE, VIRGINIA |
| ATTENDING MD: | DAKE,MICHAEL D | |
| ORDERING MD: | OKIKOGBO,VICTOR | |
| LOCATION: | OUTPATIENT | TELERADIOLOGY |
| PT ACCT NO: | 003119518664 | CONSULTATION REPORT |
| | | Page 1 of 2 |

## SIGNED FINAL REPORT

ORDER NO: 90001

EXAMINATION:
TEL  0229 - GREEN CC, OTHER      EXAM DT/TIME: Jul 31 2008 12:21PM
Accession No: 7442592      CPT:00000_____00000000

CLINICAL DATA:  GREN, DOS 7-30-08,GREN374390,L 5TH FINGER, INJURY ON 4-30-08

FULL RESULT:  Exam: 3 views of the fifth digit.

Comparison: No prior studies for comparison.

Findings: Avulsion fragments off the volar plate at the base of the middle phalanx of the 5th digit with mild dorsal ulnar
subluxation. No other fractures or malalignment identified. Soft tissues are unremarkable.

IMPRESSION:
1. Avulsion fragments off the volar plate at the base of the middle phalanx of the 5th digit with mild dorsal ulnar subluxation
suggesting capsular injury, age indeterminant.

Curtis Anderson M.D. PhD
Resident Physician, Radiology

| | | |
|---|---|---|
| TECHNOLOGIST: | ac3og | |
| TRANSCRIBED BY: | PS4 | DATE/TIME: Aug 5 2008 1:23P |
| READING MD: | CURTIS ANDERSON | DATE/TIME: Aug 4 2008 2:52P |
| SIGNING MD: | CHRISTOPHER M GASKIN | DATE/TIME: Aug 5 2008 1:22P |

THIS DOCUMENT WAS SIGNED ELECTRONICALLY
A COPY OF THIS DOCUMENT IS ON-LINE IN THE CARECAST ARCHIVE SYSTEM.

BY ELECTRONICALLY SIGNING THIS REPORT, I THE SIGNING PHYSICIAN ATTEST THAT I HAVE PERSONALLY REVIEWED THE
FILMS FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDING(S) AS DOCUMENTED ABOVE.

[ 00168 ]



GREENSVILLE CORRECTIONAL
Delaney George
1960 Mar 03  M  374390
Acc:
2008 Jul 30
Stdy Tm: 10:08:42

Ex:

Se: 1/1
Im: 1/1

HAND

Lin:DCM / Lin:DCM / Id:ID
W:2590  L:1875

IMAGE MAY NOT BE TO SCALE
SIZES ARE APPROXIMATE

| | | |
|---|---|---|
| **NAME:** | DELANEY , GEORGE | **UNIVERSITY OF VIRGINIA** |
| **MED REC NO:** | 1368840 | **HEALTH SYSTEM** |
| **SEX:** | M | **DEPARTMENT OF RADIOLOGY** |
| **DOB:** | '1959   49Y | **CHARLOTTESVILLE, VIRGINIA** |
| **ATTENDING MD:** | DAKE,MICHAEL D | |
| **ORDERING MD:** | OKIKOGBO,VICTOR | |
| **LOCATION:** | OUTPATIENT | **TELERADIOLOGY** |
| **PT ACCT NO:** | 003119518664 | **CONSULTATION REPORT** |
| | | Page 1 of 2 |

# SIGNED FINAL REPORT

**ORDER NO: 90001**

**EXAMINATION:**
**TEL  0229 - GREEN CC, OTHER**        **EXAM DT/TIME:** Jul 31 2008 12:21PM
**Accession No:** 7442592      **CPT:**00000. . . 00000000

**CLINICAL DATA:** GREN, DOS 7-30-08,GREN374390,L 5TH FINGER, INJURY ON 4-30-08

**FULL RESULT:** Exam: 3 views of the fifth digit.

Comparison: No prior studies for comparison.

Findings: Avulsion fragments off the volar plate at the base of the middle phalanx of the 5th digit with mild dorsal ulnar subluxation. No other fractures or malalignment identified. Soft tissues are unremarkable.

**IMPRESSION:**
1. Avulsion fragments off the volar plate at the base of the middle phalanx of the 5th digit with mild dorsal ulnar subluxation suggesting capsular injury, age indeterminant.

Curtis Anderson M.D. PhD
Resident Physician, Radiology

| | |
|---|---|
| **TECHNOLOGIST:** | ac3cg |
| **TRANSCRIBED BY:** | PS4 |
| **READING MD:** | CURTIS ANDERSON |
| **SIGNING MD:** | CHRISTOPHER M GASKIN |

DATE/TIME: Aug 5 2008 1:23P
DATE/TIME: Aug 4 2008 2:52P
DATE/TIME: Aug 5 2008 1:22P

**THIS DOCUMENT WAS SIGNED ELECTRONICALLY**
**A COPY OF THIS DOCUMENT IS ON-LINE IN THE CARECAST ARCHIVE SYSTEM.**

BY ELECTRONICALLY SIGNING THIS REPORT, I THE SIGNING PHYSICIAN ATTEST THAT I HAVE PERSONALLY REVIEWED THE
FILMS FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDING(S) AS DOCUMENTED ABOVE.

NAME:        DELANEY , GEORGE
MED REC NO:   1368840
SEX:         M
DOB:         /1959   49Y
ATTENDING MD: DAKE,MICHAEL D
ORDERING MD:  OKIKOGBO,VICTOR
LOCATION:    OUTPATIENT
PT ACCT NO:   003119518664

UNIVERSITY OF VIRGINIA
HEALTH SYSTEM
DEPARTMENT OF RADIOLOGY
CHARLOTTESVILLE, VIRGINIA

TELERADIOLOGY
CONSULTATION REPORT
Page 2 of 2

Christopher Gaskin M.D.
Attending Physician, Radiology

TECHNOLOGIST:  ac3og
TRANSCRIBED BY: PS4
READING MD:    CURTIS ANDERSON
SIGNING MD:    CHRISTOPHER M GASKIN

DATE/TIME: Aug 5 2008 1:23P
DATE/TIME: Aug 4 2008 2:52P
DATE/TIME: Aug 5 2008 1:22P

THIS DOCUMENT WAS SIGNED ELECTRONICALLY
A COPY OF THIS DOCUMENT IS ON-LINE IN THE CARECAST ARCHIVE SYSTEM.

BY ELECTRONICALLY SIGNING THIS REPORT, I THE SIGNING PHYSICIAN ATTEST THAT I HAVE PERSONALLY REVIEWED THE
FILMS FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDING(S) AS DOCUMENTED ABOVE.

[ 00171 ]

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Prison
Health
Services, Inc.

*Please send this* ...nt must be Complete and Legible. You must Ty... ...nt
...ith the Authorization Letter to the service provid... ...e time of the Appointment

PH...

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** GREENSVILLE CORRECTIONAL CENTER  019 | **Patient Name: (Last, First.)** DELANEY  GEORGE | **Today's Date: (mm/dd/yy)** 7 / 28 / 08 |
| **Site Phone #** 434 - 535 - 7000 | **Inmate #** 374390 | **Date of Birth: (mm/dd/yy)** / / 60 |
| **Site Fax #** 434 - 535 - 7086 | **SS Number** - - | **PHS Custody Date: (mm/dd/yy)** / / |

Hist
7/28/08

| **Will there be a charge?** ☐ Yes ☐ No | **Sex** ☐ Male ☐ Female | **Responsible Party:** ☐ PHS  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Auto Ins.  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services): |
|---|---|---|

## CLINICAL DATA

**Requesting Provider:** ☑ Physician   ☐ NP, PA   ☐ Dental

ORIK ORBO

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☑ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** __ / __ / __

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**   ☐ Radiation therapy
**Number of Visits/Treatments:** _____   ☐ Chemotherapy
   ☐ Other:_____

**Specialist referred to:** MD V
GI

**Type of Consultation, Treatment, Procedure or Surgery:**
For f/u of UC s/p
surgery and BO.

**Diagnosis:**

**ICD-9 code:** .

You must include copies of pertinent reports such as lab results,
x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/sypmtoms with Date of Onset:**
48 yo male with hx
UC - s/p colectomy and
reversal colostomy 1997-
1998. Had multiple admission
to hospital for BO.
He was seen as GI - s/p?
... reassessment abd pain.

**Results of a complaint directed physical examination:**
rectal pain a bleeding
wt not loss - 15 lbs (3mths)
OBO - s/p, OVT, BS+ healed
surgical scar

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.   **Date resubmitted:** __ / __ / __

**Regional Medical Director Signature, printed name and date required:** __ / __ / __ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| **Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #:** |
|---|---|---|---|

[ 00172 ]

VCU Health System, MCV Hospitals & Physicians
Richmond, VA  23298
CPROD - Production

## Discharge Summary:  Interfaced

# DELANEY, GEORGE L - 6185429

\* Preliminary Report \*

| | |
|---|---|
| Result Type: | Discharge Summary:  Interfaced |
| Date: | 20 March 2003 19:45 |
| Status: | Transcribed |
| Subject: | DISCHARGE SUMMARY |
| Encounter Info: | 770005993009, VCUHS, Discharged, 2/25/2003 - 2/28/2003 |

## \* Preliminary Report \*

**DISCHARGE SUMMARY**

DELANEY, GEORGE L                     MR#:  6185429
DISCHARGE SUMMARY                     FIN#:  00035
ADMITTED:  022503
PRINCIPAL DIAGNOSIS:  CONSTIPATION.

SECONDARY DIAGNOSIS:  ULCERATIVE COLITIS, STATUS POST BOWEL
RESECTION.

HISTORY OF PRESENT ILLNESS:  MR. DELANEY IS A 46-YEAR-OLD MALE
TRANSFERRED FROM AN OUTSIDE HOSPITAL WITH COMPLAINTS OF ABDOMINAL
PAIN.  FILMS OBTAINED AT THE OUTSIDE HOSPITAL SHOWED AIR-FILLED
LOOPS OF SMALL BOWEL CONSISTENT WITH A SMALL BOWEL OBSTRUCTION.
THE PATIENT WAS RECENTLY ADMITTED TO MCV FOR SMALL BOWEL OBSTRUCTION
AND WAS DISCHARGED ON JANUARY 25, 2003, AND WAS MANAGED
CONSERVATIVELY AT THAT TIME.  ON PRESENTATION, THE PATIENT REPORTS
INTERMITTENT CRAMPINESS, SHARP ABDOMINAL PAIN IN THE RIGHT AND LEFT
LOWER QUADRANTS.  HE REPORTS HIS LAST BOWEL MOVEMENT THREE HOURS
PRIOR TO PRESENTATION AND HE IS CONTINUING TO PASS FLATUS.  HE
REPORTS THAT SINCE AUGUST, HE HAS HAD BOWEL MOVEMENTS THAT CONTAIN
UNDIGESTED FOOD PARTICLES.  ON PREVIOUS ADMISSION, THE PATIENT
REPORTS A STRICTURE WAS FOUND AT HIS BOWEL ANASTOMOSIS.  THE PATIENT
DENIES FEVER OR CHILLS.

PAST MEDICAL HISTORY:  SIGNIFICANT FOR ULCERATIVE COLITIS, STATUS
POST COLECTOMY IN 1997 WITH AN ILEOSTOMY TAKE-DOWN AND ILEOANAL
POUCH IN 1998.  ALSO A RIGHT INGUINAL HERNIA REPAIR.

CURRENT MEDICATIONS:  THE PATIENT NORMALLY TAKES METAMUCIL,
PHENERGAN, AND ANUSOL.

ALLERGIES:  PHENERGAN.

PHYSICAL EXAMINATION:  THE PATIENT IS AFEBRILE WITH NORMAL BLOOD
PRESSURE, PULSE, AND RESPIRATIONS.  HE HAS A NASOGASTRIC TUBE IN
PLACE WHICH IS DRAINING CLEAR FLUID.  HEAD AND NECK EXAMINATION IS
NORMAL AND LUNGS ARE CLEAR BILATERALLY.  HEART IS REGULAR WITH NO
MURMURS.  THE ABDOMEN IS SLIGHTLY DISTENDED WITH A MIDLINE
WELL-HEALED SCAR AND A VENTRAL FASCIAL DEFECT IS PALPABLE.  BOWEL
SOUNDS ARE PRESENT ALTHOUGH DIMINISHED.  THE ABDOMEN IS SOFT,
MINIMALLY TENDER, NO REBOUND.  THERE ARE NO INGUINAL HERNIAS AND NO

VCU Health System, MCV Hospitals & Physicians
Richmond, VA  23298
*CPROD - Production*

## Discharge Summary:  Interfaced                 DELANEY, GEORGE L - 6185429

* Preliminary Report *

STOOL IN THE VAULT.

LABORATORY DATA:  INITIAL LABORATORY STUDIES REVEALED A WHITE COUNT
OF 7.5, HEMOGLOBIN 12.5, PLATELETS 229.  URINALYSIS WAS NEGATIVE.
BMP WAS DONE WHICH WAS WITHIN NORMAL LIMITS AS WAS LIVER FUNCTION
TESTS.  AN ABDOMINAL ACUTE SERIES WAS OBTAINED WHICH REVEALED
DILATED LOOPS OF SMALL BOWEL WHICH SEEM DIMINISHED FROM THE IMAGERY
OBTAINED AT THE OUTSIDE HOSPITAL.

HOSPITAL COURSE:  THE PATIENT WAS ADMITTED TO GENERAL SURGERY FOR
CONSERVATIVE MANAGEMENT WHICH CONSISTED OF N.P.O., IV FLUIDS, FOLLOW
UP ACUTE SERIES, AND SERIAL ABDOMINAL EXAMINATIONS.

THE PATIENT DID QUITE WELL WITH CONSERVATIVE MANAGEMENT.  HE
CONTINUED TO PASS FLATUS AND HIS EXAMINATION WAS LARGELY UNCHANGED
DURING HIS HOSPITAL STAY.

ON HOSPITAL DAY #2, THE PATIENT WAS PROGRESSED TO SIPS OF CLEARS
WHICH WERE TOLERATED WELL AND THEN HE WAS BEGUN ON A GENERAL DIET.
THE N-G TUBE WAS REMOVED AND THE PATIENT TOLERATED HIS GENERAL DIET
WELL.  DURING THE HOSPITAL COURSE, THE PATIENT REMAINED AFEBRILE
WITH NORMAL VITAL SIGNS; HOWEVER, HE CONTINUED TO HAVE SOME VAGUE
LOWER ABDOMINAL PAIN WHICH SEEMED TO BE RELIEVED WITH USE OF
ADEQUATE BOWEL REGIMEN.

CONDITION ON DISCHARGE:  IMPROVED AND STABLE.

DISCHARGE INSTRUCTIONS:  1.   FOLLOW UP IN SURGERY CLINIC IN THREE
WEEKS.  2.   DIET RESTRICTIONS (TO EXCLUDE BEEF, CHEESE, CARROTS,
CORN, RED BEANS, TURKEY, POTATO SKINS, STEAMED VEGETABLES, GREEN
PEPPERS, OR ONIONS).  3.   THE PATIENT WAS TO CONTINUE ON AN ADEQUATE
BOWEL REGIMEN AND SEEK MEDICAL ATTENTION AT HIS INSTITUTION FOR ANY
RETURN OR EXACERBATION OF SYMPTOMS.


DD: 03/17/2003
DT: 03/18/2003
TL822/JOB: 1342
RD:   /  /

                              LAST PAGE
-------------------------------------------------------------------
DELANEY,GEORGE L                         DISCHARGE SUMMARY

THIS DATA WAS EXTRACTED FROM THE MIS SYSTEM ON 05/10/04 AT 09:09 AM.



VIRGINIA DEPARTMENT OF CORRECTIONS                                    Effective Date: December 1, 2007
Offender Diet Order                              Food Service Manual, Chapter #3    Attachment #4

## Offender Diet Order

_Greensville_
**Facility**

_6/2/08_
**Date**

A therapeutic diet order has been written for:

Offender Name: _DELANEY, GEORGE_        Number: _874390_

Please check diet order as written in offender medical record:

- ☐ Clear Liquid
- ☐ Full Liquid
- ☐ Mechanical Soft
- ☐ Low Sodium
- ☐ Low Fat/Low Cholesterol
- ☐ 2000 Calorie ADA Diabetic          HS Snack Bag  ☐ Yes  ☐ No
- ☐ Allergy (Food _____)     RAST Test     ☐ Yes  ☐ No
- ☑ Other  _Low Residue_               HSU Approved  ☑ Yes  ☐ No

_No Processed foods, spicy foods, raw vegetables, oranges, Apples
Cornflakes, boiled eggs, cheese, beans, peanut butter or any Nuts,_

Therapeutic diet order renewal date: _6/2/09_


_Per Dr. Stephen 1/04/08  / V. Fm._        _6/2/08_
Health Authority/Designee                     Date