## Whitlock, C. Michelle

**From:**   Stephens, Harvard W.
**Sent:**   Friday, January 04, 2008 1:57 PM
**To:**   Whitlock, C. Michelle
**Subject:** RE: Diet Order

Diet approved as requested.

---

**From:** Whitlock, C. Michelle
**Sent:** Fri 1/4/2008 9:57 AM
**To:** Stephens, Harvard W.
**Subject:** Diet Order

Inmate George Delaney #374390, DOL       60 was recently admitted to MCV for chronic ulcerative colitis.  He was discharged with a diet order for the

following:  No processed foods, spicy foods raw vegetable, oranges, apples, cornflakes, boiled eggs, cheese, beans, peanut butter or any type of nuts.

According to Food Service the Medical Department has to get approval from Richmond for this special diet.  I wasn't sure who to address this issue to.

Please let me know if I need to contact someone other than you.

Thanks

Michele

[ 00176 ]



VIRGINIA DEPARTMENT OF CO
Problem Sheet

Effective Date: Revised
...ng Procedure# 722   Attac

## PROBLEM SHEET

Institution:  Lunenburg Correctional Center

Name: Delaney, George.　　　　　No: 374890.

Allergies: NKDA.　　　　　DOB: ´    100.

**Chronic Medical History:**

( ) ASTHMATIC

( ) BLOOD PRESSURE     ( ) HYPERTENSION     ( ) HYPOTENSION

( ) CARDIAC

( ) DIABETIC     ( )INSULIN DEPENDENT     ( ) NON-INSULIN DEPENDENT

( ) HEPATITIS     ( ) A     ( ) B     ( ) C

( ) HIV/AIDS

( ) CANCER     Type:

( ) PULMONARY

( ) SEIZURE DISORDER

( ) SMOKER     ( ) NON-SMOKER

( ) HOUSING     ( ) BOTTOM BUNK

( ) CURRENT MEDICATION(S):  See Current MAR

( ) OVER 60 y/o

(X) OTHER:   Ulcerative Colitis
Colostomy  2003   (1997)

**\*WRITTEN TREATMENT PLAN—SEE CHRONIC CARE GUIDELINES**

[ 00177 ]

*Revision*

1

# Augusta Correctional Center

## Commonwealth of Virginia
## Department of Corrections

## Weight Flow Sheet

Inmate Name: _Jdewey_   Inmate #: _374390_

| Date | Weight | Signature |
|------|--------|-----------|
| ~~159~~ | 159 | J |
| | | |
| 2/24/08 | 176½ | J |
| 2/25/08 | 176½ | J |
| 2/28/08 | 174 | J |
| 3/3/08 | 174½ | J |
| 3/6/08 | 176 | J |
| 3/10/08 | 170 | J |
| 3/13/08 | No show - Says he told officer would preweigh | J |
| 3/17/08 | 170 | Ramsey J |
| 3/28/08 | Refused | J |
| 3/28/08 | | |
| 3/31/08 | 170 | J |
| 5/10/08 | 185 | Jackson |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

N1

ConsultRequest                                                              Page 1 of 1



## Virginia Department of Corrections

### QMC System: Consultation Request Form

For security reasons, inmates must not be informed of date, time or location of proposed treatment or possible hospitalization

**User: WhitlockCM; Designee**

| Inmate Number: | 374390 | Search | Request Status: | | Approved | |
|---|---|---|---|---|---|---|
| Medical ⊙   Dental ○ | | | Date Opened: | 12/07/2007 | Date Completed: | 12/09/2007 |

| | | | |
|---|---|---|---|
| **Patients Name:** Delaney, George | **Sex:** Male | **Race:** Black | |
| **DOB:** 0 /1960 **Medical Class:** Any Activity | | **Mandatory Release Date:** | 0 |
| **Patients Location:** | Augusta Correctional Center | | |

| | |
|---|---|
| **Referring Practitioners Name:** | MarshR |
| **Contact Name:** | WhitlockCM |
| **Contact Phone Number:** | |
| **Site Phone Number:** | |
| **Requesting Practitioner's No:** | 804-444-6666 |
| **Best Time to Call:** | Midnight |

**Type of Consultation, Treatment or Surgery: (Required Field)**

BE @ MCV

**History of Present Illness: (Required Field)**

47 yr. old w/ ulcerative colitis.  S/P dolostomy w/ hx. of intermittent bowel obstruction.

**Pertinent Physical Findings: (Required Field)**

Abdomen + BS, Weight stable.

**Previous Treatment and Response: (Including Medications) FAX: 888-762-7575 (Require**

Was transferred to ACC from LCC.  MCV recommended BE.

| **Additional Information Response:** | **Date Requested:** | | **Date Completed:** |
|---|---|---|---|

**QMC Response:**

[ 00179 ]
12/10/2007

M TELEMED                                    (TUE)DEC 18 2007  3:44/ST. 3:18/No. 7519432270 P  2

Jan. 24. 2005 12:27PM    TELEMED SCHD NOTES                    No.3233   P. 3/3

## Virginia Department of Corrections / VCU Medical Center
## PRE-REGISTRATION REQUEST FORM
### (To be used when requesting tests or clinic / telemedicine appointments)

Date: _12-18-07_    Inmate Number: _374390_    VCUMC Medical Record Number: _6185429_

Name: _Delaney    George_    DOB: _60_    Sex: _M_    Race: _B_

| | |
|---|---|
| Correctional Facility: _Augusta Corr._    DOC Physician: _Dr. R. Marsh_<br>Address: _1821 Estaline Valley_    Phone: _540-997-7000 Ext. 7060_<br>_Craigsville_    VA    Zip Code _24430_    FAX: _540-997-7182_ | **PAYER INFORMATION**<br>Company Name: *<br>Policy No: _YTA 950-374390_<br>If not DOC, please indicate SELF PAY or send copy of Insurance Card. |

## Please complete one of the boxes below to indicate your request for this patient.
### (A separate Pre-Registration form is required for each clinic or test.)

| | |
|---|---|
| Appointment for _Barium Enema_ Clinic<br>☑ On-Site(VCU-MC)    ☐ Telemedicine<br>Reason patient needs to be seen:<br>　☐ New patient evaluation for:_____<br>　☑ Follow-up for _Ulcerative Colitis_ and<br>　needs to be seen _____ month ___ from last<br>　appointment.<br>☐ Emergent (1-7days) ☐ Urgent (8-30 days) ☑ Next Available<br>Next available will be given unless explanation is written below to indicate reason for Urgent or Emergent appointment.<br>PHS Number:_____ | Diagnostic Test or Procedure:_____<br>(May require completion of department specific form)<br>For CT or MRI the following information is required:<br>Is the patient claustrophobic?  ☐ Yes  ☐ No<br>　　　　　diabetic?  ☐ Yes  ☐ No<br>If diabetic, list diabetic meds:_____<br><br>Any metal in the body? Specify:_____<br>Allergies:_____    Weight_____<br>Requesting Doctor's name:_____<br>PHS Number:_____ |

| |
|---|
| **Please provide a DIAGNOSIS and pertinent HISTORY as it relates to this appointment or test.**<br><br>Patient last seen in GI Clinic on 12-04-07. Recommended BE. He was transferred to ACC from LCC. Please schedule. _NPO after midnight, no breakfast am of_ |

| | |
|---|---|
| **Appointment Process and Important Information**<br>• Obtain approval for visit/test/procedure if required.<br>• FAX this form to: (804) 628-3932 (Barbara and Tia).<br>• The day before the appointment, send updated Pre-Reg. Form to the Holding Cell - FAX-(804)786-9615 or E-mail (BURKSMR)<br>• NOTIFY inmate schedulers (804) 628-0425 and Holding Cell (804) 786-1264 of ALL REFUSALS OR CANCELLATIONS.<br>• QUESTIONS?? Call 628-0425-Barbara or 628-3805-Tia<br>• REMEMBER -- SEND pertinent information with inmate to appointment. (Notes, Current Meds, Test Results, X-Ray FILMS, etc.) | **APPOINTMENT**<br>To be completed by VCU-MC personnel only.<br>VCUMC    – Date:_____    Time:_____<br><br>Telemedicine    – Date:_____    Time:_____<br>At your facility    Transport to:_____<br><br>(If checked) Please mail films ASAP to:<br>VCU Medical Center, Telemedicine Department<br>P.O. Box 980531, Richmond, VA 23198-0531<br><br>12/26/07<br>930 |

| |
|---|
| **Please NOTE**<br>For Hepatology / Possible Liver Biopsy: Complete Protocol Information and FAX to (804)828-4945. For questions call (804) 828-4060. |

804-628-3805

M TELEMED                          〈TUE〉DEC 18 2007 22:20/ST. 22:20/No. 7519492932 P  2

Jan.24. 2005 12:27PM    ELEMED SCHD IMTES                    No 3233  P. 3/3

## Virginia Department of Corrections / VCU Medical Center
## PRE-REGISTRATION REQUEST FORM
(To be used when requesting tests or clinic / telemedicine appointments)

Date: 12-18-07    Inmate Number: 374390    VCUMC Medical Record Number: 6185429

Name: Delaney   George   MI    SSN    DOB: -60   Sex: M   Race: B

| Corrections | PAYER INFORMATION |
|---|---|
| Facility: Augusta Corr.   DOC Physician: Dr. R. Marsh | Company Name: |
| Address: 1821 Estaline Valley   Phone: 540-997-7000 Ext. 7060 | Policy No: YTA 950-374390 |
| Craigsville   VA Zip Code 24430   FAX: 540-997-7182 | If not DOC, please indicate SELF PAY or send copy of Insurance Card. |

## Please complete one of the boxes below to indicate your request for this patient.
(A separate Pre-Registration form is required for each clinic or test.)

| | |
|---|---|
| Appointment for Barium Enema Clinic | Diagnostic Test or Procedure: |
| ☑On-Site (VCU-MC)   ☐Telemedicine | (May require completion of department specific form) |
| Reason patient needs to be seen: | For GI or MRI the following information is required: |
| New patient evaluation for | Is the patient claustrophobic? ☐Yes ☐No |
| Follow-up for Ulcerative Colitis and | diabetic? ☐Yes ☐No |
| needs to be seen ___ month from last | If diabetic, list diabetic meds: |
| appointment. | |
| ☐Emergent (1-7days) ☐Urgent (8-30 days) ☑Next Available | Any metal in the body? Specify: |
| Next available will be given unless explanation is written below to indicate reason for Urgent or Emergent appointment. | Allergies: ___ Weight: ___ |
| | Requesting Doctor's name: |
| PHS Number: | PHS Number: |

| Please provide a DIAGNOSIS and pertinent HISTORY as it relates to this appointment or test. |
|---|
| Patient last seen in GI clinic on 12-04-07. Recommended BE. He was transferred to ACC from LCC. Please schedule. NPO after midnight no breakfast am of |

| | |
|---|---|
| **Appointment Process and Important Information** | APPOINTMENT |
| • Obtain approval for visit/test/procedure if required. | |
| • FAX this form to: (804) 628-3932 (Barbara and Tia). | kesch |
| • The day before the appointment, send updated Pre-Reg. Form to the Holding Cell - FAX (804)786-9615 or E-mail (BURKSMR) | 12/28/07 |
| • NOTIFY inmate schedulers (804) 628-0425 and Holding Cell (804) 786-1264 of ALL REFUSALS OR CANCELLATIONS. | @ 8:30 |
| • QUESTIONS?? Call 628-0425-Barbara or 628-3805-Tia | |
| • REMEMBER - SEND pertinent information with inmate to appointment. (Notes, Current Meds, Test Results, X-Ray FILMS, etc.) | |

| **Please NOTE** |
|---|
| For Hepatology / Possible Liver Biopsy: Complete Protocol Information and FAX to (804)828-4945. For questions call (804) 828-4060. |

[ 00181 ]

# AMC

**Augusta Medical Center**
78 Medical Center Drive
Fishersville, VA 22939

Department of Radiology
(540) 332-4400
(540) 932-4400

John Marsh
c/o Augusta Correctional Ctr, 1821 Estaline Valley Rd
Craigsville, VA 22430

374390

| Patient: DELANEY,GEORGE FREDERICK | Acct #: M00031599848 | MR #: M0315182 |
|---|---|---|
| | Status: REG CLI | |
| Tech: RAD.CSS | Age/Sex: 47M | Loc: RAD |
| Report #: 1220-0240 | Phys: John Marsh | Pat phone #: (540)997-7000 |
| Transcriptionist: deh | Dict Date: 12/20/07 1323 | Trans Date: 12/20/07 1326 |

**Date of Service: 12/20/07**
**Exam(s): 1220-0073 DXR/DXR KUB Abdomen AP View**
DOB: ( /1960    Dictating Radiologist: Shashank C. Parekh
Diagnosis: ABD PAIN
Reason for Exam: ABD PAIN

**KUB  12/20/07**

There are multiple dilated small bowel loops in the abdomen. There is no significant air in the large bowel. No pathologic calcification is seen. There are surgical sutures in the abdomen.

**IMPRESSION: Findings suggestive of small bowel obstruction. Surgical consult is recommended.**

Dictated by Shashank Parekh, MD

Wet reading called to Dr. Marsh at 1335 on 12/20/07.

Reported by: Shashank C. Parekh , M.D.
Signed by: PARS   <<Signature on File>>
Date/Time signed: 12/20/07 1842

C: John Marsh

Ordering Physician copy
Page 1 of 1

RADIOLOGY REPORT

**Signed**

[ 00182 ]

Order Date 12/27/07 07:26  Printed: 12/27/07 07:26
wh09x922h1

## VCU Health System
### Virginia Commonwealth University

## MCV Hospitals and Physicians
Richmond, VA 23298

**1250 E. Marshall St., Richmond, Va. (804)828-0951 DEA: AM 1570072**

Patient Name: DELANEY, GEORGE L.                 W9W                 MRN: 0185429

| | | |
|---|---|---|
| Birthdate: 1959 | Sex: M | Fin: 706156292551 |
| Height(Cm):177.80   12/21/07 | Weight(Kg):78.926 12/21/07 | |
| Allergies: **Phenergan** | | |

Pt Address:   AUGUSTA CORRECTIONAL CENTER, 1821 ESTALINE VALLEY, CRAIGSVILLE, VA 24430
Home Phone:   5409977000   Work Phone:

**Rx: Dilaudid**
SIG:          2 mg PO every 3 hours PRN as needed for pain

X

Prescribed by: **L**INDSAY P MORALES, NP (4433) DEA #: MH1383001
**(Not valid unless signed by prescriber)**
_____ Initial here for non-childproof container

**Lindsay Morales, ACNP**
**#4433**

**DEA# MH1383001**
**Rx# 0017138503**

VCU    alth System, MCV Hospitals & Phy.    ans
Richmond, VA  23298

*CPROD - Production*

## Discharge Information Form

DELANEY, GEORGE L - 6185429

Result Type:          Discharge Information Form
Date:                 02 January 2008 12:54
Status:               Auth (Verified)
Author:               Bowen RN, Christine on 02 January 2008 12:54
Electronically Signed By: Bowen RN, Christine on 02 January 2008 12:54
Encounter info:       706156292551, VCUHS, IP, 12/20/2007 -

# DISCHARGE INFORMATION FOR REFERRING PROVIDERS

**Admission Date:**                              12/20/07   10:25 pm
**Disposition:**                                 Correctional Facility
**Discharge on:**                                12/27/07   01:00 pm

**Coexistent Problems/Diagnoses:**               small bowel obstruction resolved with
conservative management

**Referring Provider:**                          BOST MD, MICHAEL A

**Discharging Attending Physcian:**              MALHOTRA MD, AJAI K
**Primary Care Provider:**                       MARSH MD, ROBERT L

  **rinciple DX- Condition making admission necessary:**     small bowel obstruction

**New / Changed / Refilled Medications:**
**Dilaudid (HYDROmorphone):** 2mg, by mouth, every 3 hours, as needed,

**Home Medications:**

**To reach providers in the VCU Health Systems, call Telepage at 804 828-0951 and page the specific provider or
have the specific provider call 1-800-762-6161. VCUHS provider numbers can also be accessed via the web at :
www.vcuhealth.org**

VCU    alth System, MCV Hospitals & Phy.    ans
Richmond, VA  23298

*CPROD - Production*

Discharge Information Form                      DELANEY, GEORGE L - 6185429

## Discharge Information for Patient

**VCU Health System thanks you for allowing us to assist you with your healthcare needs.**
**Visit our website at: www.vcuhealth.org**
**If you have any new symptons, changes in your condition, or questions, please contact your Primary Care**
**Provider. If you need to reach a Health Care Provider in the hospital, call (804)828-0951 and ask the operator to**
**page the *Provider on call* for IP-Trauma Surgery**

**The following information will help you care for yourself after leaving the hospital.**
**You were admitted to the hospital on**  12/20/07 at 10:25 pm

**You were hospitalized for the following condition(s):** small bowel obstruction resolved with conservative
management
**The following procedures were performed:**

**Allergies:**                                              **Reactions:**
Phenergan

**Additional Discharge Instructions:**
"table to be discharged to correctional facility. Small bowel obstruction resolved with conservative management.

**Take the medications listed in both of the following groups:**
**New / Changed / Refilled Medications:**
**Dilaudid (HYDROmorphone):**  2mg, by mouth, every 3 hours, as needed,

**Also continue taking these medications:**

### Call 911/MD

**Call 911** DO NOT DRIVE yourself to the ER, For sudden onset of shortness of breath
**Call the doctor if you have** Chest or upper abdominal pain or pressure, Difficulty breathing, shortness of breath,
Severe abdominal pain, Severe or persistent vomiting, Shortness of breath, fluttering feeling in chest, Sudden, severe
pain anywhere in the body
**Call 911** DO NOT DRIVE yourself to the ER, For sudden onset of shortness of breath
**Call the doctor if you have** Chest or upper abdominal pain or pressure, Difficulty breathing, shortness of breath,
Severe abdominal pain, Severe or persistent vomiting, Shortness of breath, fluttering feeling in chest, Sudden, severe
pain anywhere in the body

### Diet

**Discharge Diet** Other: Due to his intestinal disease, pt may not have processed foods, spicy foods, raw vegetables,
oranges, apples, corn flakes, boiled eggs, cheese, beans, peanut butter, or any type of nuts.

Printed by:   Bowen RN, Christine                                      Page 2 of 4
Printed on:   1/2/2008 12:55                                           (Continued)

[ 00185 ]

VCU Health System, MCV Hospitals & Physicians
Richmond, VA  23298

*CPROD - Production*

## Discharge Information Form                    DELANEY, GEORGE L - 61 85429

### Medications

**Med Profile Reviewed** Yes

### Clinic Appointments

**Clinic:** Surgery/General/Trauma Surgery/STRU-Trauma Surgery Clinic
Call to make an appointment if your condition has not improved in/804-828-7748

VCU Health System, MCV Hospitals & Physicians
Richmond, VA  23298

*CPROD - Production*

## Discharge Information Form

DELANEY, GEORGE L - 6185429

**Home care service options were reviewed with me** ____Yes ____No

If you or a member of your household currently smoke, or have smoked within the past 12 months, you and/or your household member are advised to quit smoking. Please ask your healthcare provider for more information. For further resources in the community visit the Smoke-Free Virginia website ( www.smokefreevirginia.org) or call 1-877-856-5177.

**I understand the information given to me** ____Yes ____No

**I have received all my personal belongings** ____Yes ____No

**Patient/Caretaker:**_____ **Date:**_____
(signature)

**Nurse:**_____ **Date:**_____
(signature)

**Visit our website at: www.vcuhealth.org**

Printed by:  Bowen RN, Christine
Printed on:  1/2/2008 12:55

MR# 6185429

DOB: - -60

SS# - - -

**Commonwealth of Virginia**
**DEPARTMENT OF CORRECTIONS**

**DOC 708**
Revised 3/92

## CONSULTATION FORM

Sending Institution _Augusta Con. Center_    Date _12-28-07 @ 8:30AM_

Inmate Name _George Deltmey_    Inmate # _374390_

Referred By _Dr. R. March, 1821 Eastalino Vally_ Referred To _MCV, X-Ray Dept., 3rd F)_

Medical Problem _Barium Enema._

_Inmate @ MCV - Admit. Called Holding Unit_
_and informed Tanya about appt.    (M. Shutlook)_

**Consulting Physician: Please complete the following, whether positive or negative.**

Findings: _____

_____

_____

_____

Laboratory or X-ray Results: _____

_____

Diagnosis: _____

_____

Treatment and Medications Recommended: _____

_____

_____

_____

_____

_____

Restrictions: _____

_____

Follow-Up Appointment: _____

_____

| Date | Consulting Physician |
|------|---------------------|

[ 00188 ]

Anthem.

ADMINISTERED BY MEDCO HEALTH

GROUP #
BCBSVAI
BIN #
610014

medcohealth
*live life well*

Identification No.

YTA950 374 390

DOB: _____ -60

| Group No. | BS Plan | BC Plan | Covered Since |
|---|---|---|---|
| 20471754 | 923 | 423 | |
| COB Type | | | |

Post Office Box 27401
Richmond, Virginia 23279

**Offender Only**

PLEASE FOLD ALONG THIS LINE—DO NOT DETACH

**Augusta Correctional Center
Bill with Prefix YTA950+ Offender
Number, and the above group number
for full reimbursement up to the contract
allowances.
Pre-Admission Review Required:
1-800-242-7277
Customer Serv: 1-877-332-8198
Network: Hosp/Physician   PPO1**

IMPORTANT PHONE NUMBERS ON BACK

Jan. 24. 2005 17:27P.   ELEMED SCHD IMTES          No 3233   P. 3/3

## Virginia Department of Corrections / VCU Medical Center
### PRE-REGISTRATION REQUEST FORM
(To be used when requesting tests or clinic / telemedicine appointments)

Date: __12-18-07__    Inmate Number: __3 7 4 3 9 0__    VCUMC Medical Record Number: __618E429__

Name: __Delaney   George__    Sex: __M__   Race: __B__

| | |
|---|---|
| Correctional Facility: __Augusta Corr.__  DOC Physician: __Dr. R Marsh__  Address: __1821 Estaline Valley__  Phone: __540-997-7000__ Ext. __7060__  __Craigsville__  VA Zip Code __24430__  FAX: __540-997-7182__ | **PAYER INFORMATION**  Company Name: *  Policy No.: __XTA 950 374390__  If not DOC, please indicate SELF PAY or send copy of Insurance Card. |

## Please complete one of the boxes below to indicate your request for this patient.
(A separate Pre-Registration form is required for each clinic or test.)

| | |
|---|---|
| Appointment for __Barium Enema__ Clinic  ☑On-Site(VCU-MC)   ☐Telemedicine  Reason patient needs to be seen:  New patient evaluation for: ____  Follow-up for __Ulcerative Colitis__ and needs to be seen ____ month ____ from last appointment:  ☐Emergent (1-7days)  ☐Urgent (8-30 days) ☑Next Available  Next available will be given unless explanation is written below to indicate reason for Urgent or Emergent appointments.  PHS Number: ____ | Diagnostic Test or Procedure: ____  (May require completion of department specific form)  For CT or MRI the following information is required:  Is the patient claustrophobic? ☐ Yes ☐No  diabetic? ☐Yes ☐No  If diabetic, list diabetic meds: ____  Any metal in the body? Specify: ____  Allergies: ____ Weight: ____  Requesting Doctor's name: ____  PHS Number: ____ |

### Please provide a DIAGNOSIS and pertinent HISTORY as it relates to this appointment or test.

Patient last seen in GI Clinic on 12-04-07. Recommended BE. He was transferred to ACC from LCC. Please schedule

NPO after midnight no breakfast am of

| | |
|---|---|
| **Appointment Process and Important Information**  • Obtain approval for visit/test/procedure if required.  • FAX this form to (804) 628-3932 (Barbara and Tia).  • The day before the appointment, send updated Pre-Reg. Form to the Holding Cell - FAX-(804)786-9615 or Email (BURKSMR)  • NOTIFY inmate schedulers (804) 628-0425 and Holding Cell (804) 786-1264 of ALL REFUSALS OR CANCELLATIONS.  • QUESTIONS!? Call 628-0425-Barbara or 628-3805-Tia  • REMEMBER — SEND pertinent information with inmate to appointment. (Notes, Current Meds, Test Results, X-Ray FILMS, etc.) | **APPOINTMENT**  besch  12/28/07  @  830 |

| |
|---|
| **Please NOTE**  For Hepatology / Possible Liver Biopsy:  Complete Protocol Information and FAX to (804) 828-4945.  For questions call (804) 828-4060. |

[ 00190 ]



VIRGINIA DEPARTMENT OF CORRECTIONS
AUGUSTA CORRECTIONAL CENTER
PROBLEM SHEET

Effective Date: November 15, 2006
Operating Procedure#722   Attachment #2

## PROBLEM SHEET *DOB*  -60

Institution: ___Augusta Correctional Center___

Name: __DELANEY  G.__  No: __37880__

Allergies: __NKA__

Chronic
MedicalHistory: __Ulcertive Colitis__  __Coleostomy 2003.__

☒ Allergies: __Phenergan__

☐ Asthmatic

☐ Cardiac

☐ Diabetic

☐ Hepatitis

☐ HIV

☐ Hypertension

☐ Malignancies

☐ Pulmonary

☐ Seizure Disorder

☐ Smoker

☒ Non-Smoker

☐ Housing   ☐ Lower Bunk   ☐ Lower floor   ☐ Lower level   ☐ Single cell

☐ Current Medication:  See current MAR

☒ Other __Ulcerative Colitis__

Nurse's signature: __DV Miller RN__     Date: __12-5-07__

[ 00191 ]

Commonwealth of Virginia
DEPARTMENT OF CORRECTIONS

DOC 708
Revised 3/92

### CONSULTATION FORM

Sending Institution _Lunenburg Correctional_    Date _12-4-07_

Inmate Name _George Delaney_    Inmate # _374390_

Referred By _Dr Paul Ohai_    Referred To _MCU-GI Surgical Clinic_

Medical Problem _Ulcerative colitis s/p ileoceal anastomosis_

**Consulting Physician: Please complete the following, whether positive or negative.**

Findings: _____

Laboratory or X-ray Results: _Will need Barium Enema_

Diagnosis: _possible stricture of anastomosis_

Treatment and Medications Recommended: _____
- _BE to evaluate for strictures_
- _Pt must be on a true low residue diet_ — _medically_ _Nighttime_ _Shake_
- _May require exam under anesthesia_
  _once radiology study complete_

Restrictions: _Low Residue diet only_

Follow-Up Appointment: _after Gastrograffin enema completed_

_12/4/07_
**Date**

_Ohai_
**Consulting Physician**

_P Ohai MD_
_12-04-2007_

[ 00192 ]

Low Fiber Low Residue Diet



JACKSON | SIEGELBAUM
Gastroenterology

Home | Jackson Siegelbaum Gastro | Patient Education



Patient Education
Diseases
Procedures
Diets
Drugs
Endoscopy
Images
Links

## Low Fiber Low Residue Diet



**Purpose**
Dietary fiber is the undigestible part of plants that maintains the structure of the plant. Dietary fiber includes cellulose, hemicellulose, polysaccharides, pectins, gums, mucilages, and lignins. Although they are chemically unrelated, they all resist digestion by the human body. It is this resistance that makes these fibers important in both the normal functioning and in disorders of the large intestine or colon.

In certain medical conditions, it is important to restrict fiber. These include acute or subacute diverticulitis, and the acute phases of certain inflammatory conditions of the bowel -- ulcerative colitis or Crohn's disease. After some types of intestinal surgery, a low fiber, low residue diet may be used as a transition to a regular diet. A low fiber diet is also used for a period of time after a colostomy or ileostomy is performed.

**Nutrition Facts**
Depending upon individual food selection, the Low Fiber, Low Residue Diet is adequate in all nutrients (National Research Council's Recommended Dietary Allowance). If the diet must be strict and followed over a long period of time, the intake of fruits and vegetables may not be adequate; and/or on a low residue diet, there may not be enough calcium included. In these cases, a multi-vitamin supplement or liquid nutritional supplement may be needed.

## Special Considerations
If a low fiber or low residue diet results in abdominal cramps or discomfort, notify the dietitian or physician immediately.

| Food Groups | | |
|---|---|---|
| **Group** | **Recommend** | **Avoid** |
| **Milk & milk** | all milk products | Low Residue Diet only 2 |

Low Fiber Low Residue Diet

| | | cups daily of all milk products |
|---|---|---|
| products (2 or more cups daily) | | |
| Vegetables (3 or more servings daily) | lettuce; vegetable juice without pulp; the following cooked vegetables: yellow squash (without seeds), green beans, wax beans, spinach, pumpkin, eggplant, potatoes, without skin, asparagus, beets, carrots | vegetable juices with pulp, raw vegetables except lettuce, cooked vegetables not on **Recommend** list |
| Fruits (2 or more servings daily) | fruit-juices without pulp, canned fruit except pineapple, ripe bananas, melons | fruit-juices with pulp, canned pineapple, fresh fruit except those on **Recommend** list, prunes, prune juice, dried fruit, jam, marmalade |
| Starches-Bread & grains (4 or more servings daily) | bread and cereals made from refined flours, pasta, white rice | whole-grain breads, cereals, rice, pasta; bran cereal; oatmeal |
| Meat or meat substitutes (5 to 6 oz daily) | meat, poultry, eggs, seafood | chunky peanut butter, nuts, seeds, dried beans, dried peas |
| Fats and oils (servings depend on caloric needs) | all oils, margarine, butter | coconut |
| Sweets and desserts (servings depend on caloric needs) | all not on **Avoid** list | desserts containing nuts, coconut |
| Miscellaneous | all not on **Avoid** list | popcorn, pickles, horseradich, relish |

## Sample Menu

| Breakfast | Lunch | Dinner |
|---|---|---|
| • orange juice *1/2 cup*<br>• cornflakes *1 cup*<br>• poached egg<br>• white toast *1 slice*<br>• margarine *1 tsp*<br>• jelly *1 Tbsp*<br>• skim milk *1 cup*<br>• coffee *3/4 cup*<br>• sugar *1 tsp*<br>• non-dairy creamer<br>• salt/pepper | • fish *3 oz*<br>• mashed potatoes *1/2 cup*<br>• cooked green beans *1/2 cup*<br>• white bread *1 slice*<br>• margarine *1 tsp*<br>• jelly *1 Tbsp*<br>• applesauce *1/2 cup*<br>• coffee *3/4 cup*<br>• sugar *1 tsp*<br>• non-dairy creamer<br>• salt/pepper | • chicken breast *3 oz*<br>• medium baked potato without skin<br>• cooked carrots *1/2 cup*<br>• white bread *1 slice*<br>• margarine *1 tsp*<br>• jelly *1 Tbsp*<br>• canned peaches *1 /2 cup*<br>• skim milk *1/2 cup*<br>• coffee *3/4 cup*<br>• sugar *1 tsp*<br>• non-dairy creamer |

[ 00194 ]

12/4/2007

Low Fiber Low Residue Diet

- salt/pepper

| This Sample Diet Provides the Following | | | |
|---|---|---|---|
| Calories | 1576 | Fat | 45 gm |
| Protein | 89 gm | Sodium | 2817 mg |
| Carbohydrates | 215 gm | Potassium | 3510 mg |

**Related Diseases**
Diarrhea | Crohn's Disease | Ulcerative Colitis | Anal fissure, Fistula and Abscess | Rectal Bleeding

**Related Procedures**
Astomy

This material does not cover all information and is not intended as a subsitute for professional care. Please consult with your physician on any matters regarding your health.

© Copyright Chek Med Systems®, Inc., All Rights Reserved.

Patient Ed | Diseases | Procedures | Diets | Drugs | Endoscopy Images | Links

**Jackson Siegelbaum Gastroenterology**
423 North 21st Street, Suite 100
Camp Hill, PA 17011
(717) 761-0930
*We can NOT provide medical care over the phone. Please contact us to make an appointment if needed.*
**Fax:** (717) 761-0465
**Email:** contact@gicare.com
**Web:** gicare.com

2626 North 3rd Street., Suite 3A
Harrisburg, PA 17110
Phone: (717) 238-3111

© Copyright 2006 Jackson Siegelbaum Gastroenterology. All Rights Reserved.

DELANEY,GEORGE L          VCUHS
6185429              DC      '59
12/04/07    M B 48Y      GENC
SHAH MD,NISHIT S          GNSO
VIS#: 706 156197342

**VCU Health System**
MCV Hospitals and Physicians
Richmond, Virginia 23298

**DIAGNOSTIC TESTING ORDER FORM 1**

## PATIENT DATA: MUST COMPLETE ALL DATA FOR ALL TESTS

DOB: ,59
AMBULATORY? ☑Yes ☐ No   HT: _____ WT: _____ lbs

Reason for Tests: need to evaluate for structure of ileoanal anastomosis

Patient CURRENT Phone #: _____

Diagnosis: Ulcerative colitis

**ICD-9 KEY**
List ICD-9 Code(s) Below:
(Write & Circle Corresponding
number next to each test) ②
1. _____
2. _____
3. _____
4. _____
5. _____

### RADIOLOGY (Xray, Plain Films 86831)
1) ☐ CXR-PA & Lat.   ⟶ Astrografin Enema #4 with gastrografin please
2)
3)

### GI/RADIOLOGY (828-6831)
☐ Esophagram   ☐ Request Tablet   ☐ Modified Esophagram (video)   ☐ Upper GI Series
☐ Upper GI Small Bowel follow-through   ☐ GI Transit Study   ☐ Enteroclysis
☐ Barium Enema ☐ Single   ☐ ACBE   ☐ Virtual Colonoscopy
☐ Defecogram   ☐ T-Tube cholangiogram   ☐ Pegogram
☐ Defecogram   ☐ VFistulogram   ☐ Pegogram

### CT P: 628-3580 • F: 628-3593
Appt. Date: ___/___/___   Time: ___:___   ☐ AM ☐ PM Location: _____
For **CT** scan only / Creatinine Result within 1 month
Allergies? ☐Y ☐ N
History of: ☐Asthma ☐Contrast dye ☐Diabetes ☐Insulin ☐Metformin ☐Heart Disease
☐Kidney Disease ☐Multiple Myeloma ☐Pheochromocytoma ☐Seizure Disorder ☐Sickle Cell Anemia

### MRI P: 628-3580 • F: 628-3593
Appt. Date: ___/___/___   Time: ___:___   ☐ AM ☐ PM Location: _____
**For MRI only**--answer: Pacemaker? ☐Y ☐ N  Metal Implants? ☐Y ☐ N  Claustrophobic? ☐Y ☐ N
If Claustrophobic, Pt needs sedation. Specify what sedation _____
☐ Biological Stimulator   ☐ Hearing Aid   ☐ Pacemaker   ☐ Shunt   ☐ Stapes Prosthesis   ☐ Stent
☐ Cardiovascular Catheter ☐ Electrode ☐ Heart Valve Replacement ☐ IUD ☐ IVC filter ☐ Penile Implant
☐ Transdermal Patch   ☐ Ever worked with grinding metal   ☐ Metal Fragments   ☐ Aneurysm Clips
☐ Aortic or Carotid Clips   ☐ Brain Surgery Clips   ☐ Bullet Fragments   ☐ Fracture, Metal Treated
☐ Harrington Rods ☐ Infusion Pump ☐ Joint Replacement ☐ Limb prosthesis ☐ Metal Mesh ☐ Piercings

| TYPE | CT | CTA | MRI | MRA |
|------|----|-----|-----|-----|
| Head | | | | |
| Abdomen | | | | |
| Chest | | | | |
| Pelvis | | | | |
| Spine: Cervical | | | | |
| Thoracic | | | | |
| Lumbar | | | | |
| Joints/Specify: | | | | |
| Other: | | | | |
| Other: | | | | |

### NUCLEAR MEDICINE: P:828-6828  F: 628-0275
Appt. Date: ___/___/___   Time: ___:___   ☐ AM ☐ PM Location: _____

**Genitourinary: (no prep)**
☐ Renal functional imaging
  ☐ with Lasix
  ☐ with Captopril
☐ (VCUG) Voiding Cysto Urethragram
☐ Renal anatomical imaging
☐ Other_____

**Bone Imaging:**
☐ Three phase imaging
☐ Whole body imaging
☐ Limited imaging
☐ Other_____

**Gastrointestinal: (NPO 4-6 hours)**
☐ Infant liquid gastric emptying and reflux evaluation
☐ Liquid gastric emptying ☐ Child ☐ Adult
☐ Solid gastric emptying ☐ Child ☐ Adult
☐ Hepatobiliary imaging with gallbladder function
☐ GI Bleeding Scan
☐ Other_____
**Miscellaneous: (Call for prep)**
☐ Infection Localization with WBCs
  ☐ Whole body   ☐ Limited
☐ Gallium imaging ☐ Whole body ☐ Limited
☐ Lymphoscintigraphy
☐ Sentinel Node Localization
  Location _____

**Endocrine:** ☐ Parathyroid imaging
☐ Thyroid Studies ☐ Thyroid Uptake & Scan only ☐ Thyroid Uptake, Scan & Rx with ¹³¹I ☐ Consult with patient
Thyroid Results / Date:_____ TSH _____ Total T₄ _____ Free T₄ _____ Total or Free T₃ _____
Is the patient taking any interfering medicines?   ☐ Yes ☐ No
☐ Methimazole   ☐ PTU   ☐ Thyroid Hormone
☐ Iodide or iodide containing medication
Has patient had in the past 3 months any study in which an iodinated contrast agent was given? ☐ Yes ☐ No
**Lung Imaging (no patient prep)**
☐ Perfusion only   ☐ Ventilation/Perfusion (V/Q)   ☐ Other_____
  ☐ Send patient for CXR PA & LAT prior to VQ Scan   OR   ☐ Patient bringing recent outside film
Disposition of patient after urgent imaging lung or GI Bleed study and review of study findings by
nuclear medicine physician:  ☐Send home   ☐ Send back to my office   ☐ Hold and call me

### PET SCAN: P: 628-6828  F: 628-0275
Appt. Date: ___/___/___   Time: ___:___   ☐ AM ☐ PM Location: _____
Indications for PET Scan: (please check one)
Diagnosis of: ☐ Colorectal Cancer   ☐ Esophageal Cancer   ☐ Head & Neck Cancer   ☐ Lymphoma
  ☐ Melanoma   ☐ Non Small Cell Lung Cancer
Characterization of: ☐ Solitary Pulmonary Nodule
Staging of: ☐ Breast Cancer Metastasis   ☐ Cervical Cancer   ☐ Colorectal Cancer
  ☐ Esophageal Cancer   ☐ Head & Neck Cancer   ☐ Lymphoma   ☐ Melanoma
  ☐ Non Small Cell Lung Cancer   ☐ Thyroid Cancer Follicular Cell
Restaging of: ☐ Breast Cancer/Monitoring   ☐ Colorectal Cancer   ☐ Esophageal Cancer
  ☐ Head & Neck Cancer   ☐ Lymphoma   ☐ Melanoma   ☐ Non Small Cell Lung Cancer
Other:_____
Is Patient Diabetic? ☐ No   ☐ Yes: Insulin? ☐ Yes ☐ No
Previous CT/MRI? ☐ No   ☐ Yes   Location: ☐VCUHS   ☐ Other_____
Please ask your patient to bring any non-VCUHS CT or MRI scans on the day of the PET scan.

### ULTRASOUND
Appt. Date: ___/___/___   Time: ___:___   ☐ AM ☐ PM Location: _____
☐ Doppler Abdomen Vessel (eg: aorta)
☐ Abdomen complete
☐ Abdomen right upper quadrant
☐ Gall Bladder
☐ Liver
☐ Renal
☐ Other:
☐ Other:

### FAX OR MAIL COPIES OF ALL REPORTS GENERATED BY THIS REQUEST TO:
Referring Provider _Marilus Marinello_   _Dr Nshit Shah_
                    Signature                Print
☐ PCP          Beeper # _____          Date: 12/4/07
Dept: _____   Dept. Contact: _____   PO Box: _____   Phone: _____   Fax: _____

HMR 0899 (12/06)
FAMILY MEDICINE

MEDICAL RECORD COPY

[ 00196 ]



| | | |
|---|---|---|
| N | DELANEY, GEORGE L ✓  VCUHS   S7 | VCU health System |
| N | 6185429         DOE    /59 | MCV Hospitals and Physicians |
| | 12/04/07    M  B 48Y   GENC | Richmond, Virginia 23298 |
| | SHAH MD,NISHIT S        GNSO | **General Surgery** |
| | VIS#: 706 156197342 | ☐ Consultation ☐ Initial Visit ☐ H&P |

(30) +inmate

Date: _____

Referring/Requesting Physician _____ PCP _____

Reason For Consult/Visit:
✓ here to see doctor about my stomach pain ↔
× past month. Has history of ileo-anal stricture —
Unable to stay on correct diet @ facility —

| | |
|---|---|
| Attending Physician | **Vital Signs:** BP: 108/72  Temp: 97⁸  Pulse: 68  Resp: ___  Height: 5'10  Wt: 178 BMI: ___ |
| Key Findings: | w/ restraints |

**Past Surgical History:**
12/97 ileostomy, hartmann's pouch
4/98 total colostomy
2006 - tonsillectomy
1997 - (R) ankle (2° sports injury)

**Past Medical History:**
"hx of strictures in
pouch area"
hospitalized Sentara VA Beach
4/07 for obstruction.
ulcerative colitis

| | |
|---|---|
| ☐ Diabetes | ☐ GERD |
| ☐ Hypertension | ☐ Urinary incontinence |
| ☐ COPD/Asthma | ☐ Kidney Problems |
| ☐ CAD/MI/CHF | ☐ High chol/TG |
| ☐ Deg Joint Disease | ☐ Cancer |

☐ Back Pain
☐ Venous Stasis
☐ Sleep Apnea
☐ DVT/PE
☐ Stroke/Seizures

**Pain Assessment:**              Pain acceptable? ☐ No ☐ Yes
Location: (R) side abdomen  Quality: 'pressure'  Duration: comes + goes (sometimes 10/10)
Pain Score:   0    1    2    ③    4    5    6    7    8    9    10
            none    mild    moderate    severe    very severe    worst possible

**Allergies:** ?                                    ☐ NKDA

**Current Medications:** record on the **Ambulatory Care Summary Sheet Form** or
**Interdisciplinary Admission Medication History Form** for inpatient

**Social History:** Education: GED, 1yr college  Occupation: unemployed — inmate
Marital Status: Ⓢ M D W   Support Person: mother
Religious/Cultural Barriers: none noted  Evidence of Abuse: Ø noted
Tobacco: ☑ No ☐ Yes _____ packs/day  ETOH: ☐ No ☑ Yes beer drinks/day  Last use #7 mos ago
Drugs: ☐ No ☐ Cocaine ☐ Heroin  Last use: 1998  ☐ In recovery: alcohol or addiction
Dilaudid (for abdominal pain)

**Family History:**
unknown family med hx

Nurse's Signature: Susan Lewis RN   Date: 12/4/07
Printed Name: Susan Lewis   Time: 11:20/A

Form H-MR-0907   (01/07)                    Page 1 of 4                    Medical Record Copy
General Surgery

| N: | | VCU Health System |
|---|---|---|
| M | DELANEY,GEORGE L        VCUHS<br>6185429           DOB:      /59<br>12/04/07    M  B 48Y   GENC<br>SHAH MD,NISHIT S           GNSO<br>VIS#: 706 156197342 | MCV Hospitals and Physicians<br>Richmond, Virginia 23298<br>**General Surgery**<br>☐ Consultation ☐ Initial Visit ☐ H&P |

Date: _____

**Respiratory:**              ☑ Normal respiratory effort      ☐ Normal ausculation

Abnormal:

**Cardiovascular:**                              ☐ Normal auscultation: regular rate and rhythm with no murmur

Abnormal:                                         ☐ Normal peripheral pulses, no edema

**Lymphatic:**                                   ☐ Normal lymph nodes (neck, axillae, groin, or other)

Abnormal:

**Skin/Surgical Site:** ~~Soft NTND~~           ☐ Normal inspection and/or palpation of skin

Abnormal:                                         ☐ No previous surgical incisions

*well healed incisions*

**Gastrointestinal:**        ☐ No masses or tenderness      ☐ Normal exam of liver and spleen

                             ☐ No hernia                    ☐ Stool sample for occult blood test

Abnormal:

*Soft NTND*
*Rectal: pain on exam*

**Genitourinary/ Breast:**                       ☐ Normal rectal exam

Abnormal:                                         ☐ Normal breast exam    ☐ Deferred

                                                 ☐ Normal pelvic exam    ☐ Deferred

**Neurological:**        ☐ Normal orientation (time, place and person)   **Psychiatric:**   ☐ Normal mood & affect (no depression, anxiety or agitation)

Abnormal:                                                    Abnormal:

**Musculoskeletal:**     ☐ Normal muscle strength & tone   ☐ Normal gait & station

Abnormal:

## Medical Decision Making

**1. Amount/Complexity of Data Reviewed/ordered:**                    ☐ Prescriptions written:

☐ Reviewed previous records/labs/tests          ☐ Radiology Orders

☐ Blood Work Ordered                            ☐ Other



**VIRGINIA DEPARTMENT OF CORRECTIONS**                                          Effective Date: February 1, 2007
**Consent for Release of Confidential Health Information**        Operating Procedure #701.3   Attachment #3

DOC Facility Name: __Mecklenburg Correctional Facility__          CW131592

Address: __P. O. Box 500  Boydton, VA  23917__                    4/13/07 IP

Telephone #: __(434-738-6114 Extension 123__ Fax #:) Fax 434-738-0080

| Offender Name: _Delaney, George_ | DOC #: 324390 | |
|---|---|---|
| DOB: _60_ | SS#: _71_ | |

I hereby authorize: _Sentara_ __Va Beach General__      457-345-8000   757-345-8785
                     _Name and title of organization/practitioner/person_    Phone #     Fax #

_____ __Va Beach__   __VA__ _____
_Street Address_                City          State   ZIP

to release/use/disclose the following information: (Check all that apply)  ☑ Entire Medical Record
☐ Discharge Summary      ☐ Psychiatric Evaluation       ☐ Psychological Evaluations
☐ Consultations          ☐ Progress Notes               ☐ Physician Orders
☐ Lab Work               ☐ Treatment Plans              ☐ Risk Assessments
☐ History and Physical   ☐ Substance Abuse Information   ☐ Verbal communication
☐ Other: _____

To: __Mecklenburg Correctional Center__        (434-738-6114    (434-738-0080
    _Name and title of organization/practitioner_   Phone # Extension:  Fax #
                                                              123
    __960 Prison Road- P. O. Box 500__      __Boydton,__        __VA__  __23917__
    _Street Address_                          City             State    ZIP

Purpose of release/use/disclosure of information is: ☑ Diagnosis/Treatment   ☐ Discharge Planning   ☐ (other) _____

As the person signing this authorization, I acknowledge that I am giving permission to the above named individual or facility to disclose and use protected health care information. I have been informed that:

* DOC cannot make the provision of treatment to me conditional upon my signing of this authorization
* The original of this authorization shall be included in my health care record and a notation concerning the persons or agencies to which disclosure was made shall be included with my original records
* I have the right to revoke this authorization at any time. I understand that the revocation is not effective until delivered in writing to the person in possession of my records
* There is a potential for any information disclosed pursuant to this authorization to be subject to re-disclosure by the recipient and, therefore, no longer protected to the same extent as such health information was protected by law while solely in the possession of the health care entity.
* If this information is being disclosed from records protected by the Federal substance abuse confidentiality rules (42 CFR part 2), the Federal rules prohibit the recipient from making any further disclosure of this information unless further disclosure is expressly permitted by your written authorization or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Unless revoked, this authorization will expire: (specify date or event): __8-22-08__

This information may be disclosed effective:  ☑ Immediately   ☐ _____ (specify date)

_[signature]_                                            _____
Signature (Offender)                                      Date

_B. Layton LPN_          _B. LAYTON, LPN_                  _8-22-07_
Signature (Witness)      Printed Name (Witness)            Date

cc: Health Record (original); Central Criminal Record

_____
                                                                    Revision Date:

RECEIVED MED 23 2007 MEDICAL                [ 00199 ]

Sentara Healthcare - Confidential Information
PATIENT: GEORGE F DELANEY
DOB:      1/1960
SSN:
ID(s): PTMRN: 229139071

-----------------------------------------------------------------------------------------
PATIENT NAME:    DELANEY, GEORGE F          ADMIT DATE:    04/05/2007 11:30 PM
AGE:             47y                        FACILITY:      Sentara Virginia Beach Gener
GENDER:          M                          LOCATION:      UNIT:DISCH
MRN:                                        ATTENDING:     Gelpi, Juan R
-----------------------------------------------------------------------------------------
DOCUMENT TYPE:    Discharge Summary         DICTATED BY:      Gelpi, Juan R
SOURCE SYSTEM:    EDIX                       DATE DICTATED:    04/13/2007 02:02 PM
FACILITY:         Sentara Virginia Beach    DATE TRANSCRIBED: 04/14/2007 04:27 AM
ACCOUNT NUMBER:   4159657095                 SIGNED BY:        Gelpi, Juan R
EXTERN DOC NUMBER: 20070413134126360U        STATUS:           Legally Authenticated
-----------------------------------------------------------------------------------------

DISCHARGE SUMMARY

LOCATION OF PATIENT:
Room: 0469 - Sentara Virginia Beach

DATE OF ADMISSION:
4/5/2007

DATE OF DISCHARGE:
4/13/2007

CHIEF COMPLAINT:
Abdominal pain with nausea and vomiting.

HISTORY OF PRESENT ILLNESS:
The patient is a 47-year-old African American male who presents
to Virginia Beach General Emergency Department with complaints of
increasing abdominal pain and distention, nausea, and vomiting.
The patient denies any flatus, denies any bowel movements,
denies any blood per rectum. Currently resides in jail. He is
present with deputy, and the patient is currently cuffed to the
bed.

HOSPITAL COURSE:
The patient was admitted on 4/5/2007 and diagnosed with a
small-bowel obstruction. NG tube was placed to low wall suction.
GI consult was obtained, and NG tube with decompression was
continued until 4/8/2007. The patient was started on steroids by
the gastroenterologist. Actually, he is improved. On 4/9, NG
tube gravity trial was completed and was successful. On 4/10/07,
the patient was tolerating a clear liquid diet. A small-bowel
follow-through was ordered. On 4/11, the small bowel
demonstrated some evidence of stricture in the ileum proximal to
the area of anastomosis. It was recommended that the patient
undergo colonoscopy to further evaluate and for possible
dilatation and is planned for 4/12. However, the patient ate 2
full trays for breakfast and was unable to undergo the procedure.
The patient's PCA was discontinued, and he was started on p.o.

This information is confidential. Any unauthorized use or disclosure is prohibited
law, and may be subject to disciplinary action and/or prosecution.

[ 00200 ]