08/23/2007  12:03    7573958785          RELEASE OF INFORMATN          PAGE  03/19
                                                                      Page 2 of 2

Sentara Healthcare - Confidential Information
PATIENT: GEORGE F DELANEY
DOB:        1960
SSN:
ID(s): PTMRN: 229133071
medications.

Due to tolerance of diet, the patient was felt safe to return for
colonoscopy as an outpatient and further followup with Dr. Janson
at that time.  The patient is to be discharged to the custody of
the sheriff.  He is to follow up with Dr. Janson in 7 to 10 days.
He is to follow up with Dr. Hoffman, who he reports is his
surgeon at Sentara Leigh Hospital, as needed with the results of
the colonoscopy.


DICTATED BY:  Carrie McGroarty, PA-C


_____
SIGNED: Juan R Gelpi, MD*


JRG:Spheris23772
D: 04/13/07 14:02 T: 04/16/07 04:27 DOCUMENT: 200704131341263600


CC: Carrie McGroarty, PAC
Signed by Juan R Gelpi 04/18/2007 12:24 PM

This information is confidential. Any unauthorized use or disclosure is prohibited l
law, and may be subject to disciplinary action and/or prosecution.

[ 00201 ]

08/23/2007  12:03    7573956795          RELEASE OF INFORMATN          PAGE  04/19
                                                                        Page 1 of 1

Sentara Healthcare - Confidential Information
PATIENT: GEORGE F DELANEY
DOB:      /1960
SSN:
ID(s): PTMRN: 229139071
-------------------------------------------------------------------------------
PATIENT NAME:  DELANEY, GEORGE F          ADMIT DATE:  04/05/2007 11:30 PM
AGE:           47y                        FACILITY:    Sentara Virginia Beach Genen
GENDER:        M                          LOCATION     UNIT:DISCH
MRN:                                      ATTENDING:   Gelpi, Juan R
-------------------------------------------------------------------------------
DOCUMENT TYPE:     Radiology-Diagnostic   DICTATED BY:      Kalantar, Seyed Mohsen
SOURCE SYSTEM:     CERNER_MILL            DATE DICTATED:    04/11/2007 11:16 AM
FACILITY:          Sentara Virginia Beach DATE TRANSCRIBED: 04/11/2007 11:16 AM
ACCOUNT NUMBER:    4159657095             SIGNED BY:
EXTERN DOC NUMBER: 90445471               STATUS:           Final
-------------------------------------------------------------------------------

DOCUMENT NUMBER: FL-07-011076
ORDERED BY:      Shahwali S Arezo
EXAM COMPLETED:  04/11/07 11:09

PROCEDURE:       Small Bowel Series

REASON FOR EXAM: bowel obstruction

DIAGNOSTIC INTERPRETATION:

SMALL BOWEL SERIES:
Indication:  Status-post total colectomy.  Small bowel obstruction.
The loops of jejunum and proximal ileum are not dilated and show no evidence of
mucosal thickening, filling defect or constricting lesion.  There is a markedly
distended gas-filled segment of the mid ileum located proximal to an area of
stricture in the distal ileum, few centimeters proximal to the Hartmann's pouch.
   This area of stricture does not appear to correspond with the site of
anastomosis however is in correlation with CT findings.  There is no total
obstruction and the head of barium reached the Hartmann's pouch.


IMPRESSION:

As above.

—

Dictated by: Kalantar, M.D., Mohsen S        Hampton Roads Radiology Associates,
P.C.
Transcribed on: 11-APR-2007 11:07
Finalized on:   11-APR-2007 11:16
Finalized by: Mohsen S. Kalantar, M.D.       Hampton Roads Radiology Associates,
P.C.

                  *** FINAL REPORT ***

This information is confidential.  Any unauthorized use or disclosure is prohibited by
law, and may be subject to disciplinary action and/or prosecution.

Sentara Healthcare - Confidential Information
PATIENT: GEORGE F DELANEY
DOB:       /1960
SSN:
ID(s): PTMRN: 229139071

| | | | |
|---|---|---|---|
| PATIENT NAME: | DELANEY, GEORGE F | ADMIT DATE: | 04/05/2007 11:30 PM |
| AGE: | 47y | FACILITY: | Sentara Virginia Beach Gener. |
| GENDER: | M | LOCATION: | UNIT:DISCH |
| MRN: | | ATTENDING: | Gelpi, Juan R |

| | | | |
|---|---|---|---|
| DOCUMENT TYPE: | Radiology-Diagnostic | DICTATED BY: | HALISTA, KEVIN D |
| SOURCE SYSTEM: | CERNER_MILL | DATE DICTATED: | 04/09/2007 09:06 AM |
| FACILITY: | Sentara Virginia Beach | DATE TRANSCRIBED: | 04/09/2007 09:06 AM |
| ACCOUNT NUMBER: | 4159657095 | SIGNED BY: | |
| EXTERN DOC NUMBER: | 90266969 | STATUS: | Final |

DOCUMENT NUMBER: DX-07-115284
ORDERED BY:     Jan A Janson
EXAM COMPLETED: 04/09/07 08:10

PROCEDURE:     Abdomen Flat/Upright

REASON FOR EXAM: --F/U SBO

DIAGNOSTIC INTERPRETATION:

Indication: As above
Comparison: Prior study of 8 April 2007
Findings:
Supine and upright abdomen: There is air present within a loop of bowel in the
mid abdomen. This bowel loop is somewhat contourless but probably represents
large bowel. Postoperative changes are again present in the pelvis. The
appearance of the abdomen is relatively stable. No soft tissue masses are
identified. No organomegaly is present. There are no worrisome calcifications
anywhere in the abdomen or pelvis. There is no free air seen on the upright
view. There is an NG tube again present with its tip in the stomach.

IMPRESSION:

Nonspecific abnormal appearing bowel loops which appear relatively stable
-

Dictated by: Halista, M.D., Kevin D          Hampton Roads Radiology Associates,
P.C.
Transcribed on: 09-APR-2007 09:02
Finalized on:  09-APR-2007 09:06
Finalized by: Kevin D. Halista, M.D.          Hampton Roads Radiology Associates,
P.C.

                    *** FINAL REPORT ***

This information is confidential. Any unauthorized use or disclosure is prohibited
law, and may be subject to disciplinary action and/or prosecution.

[ 00203 ]

Sentara Healthcare - Confidential Information
PATIENT: GEORGE F DELANEY
DOB:      .1960
SSN:
ID(s): PTMRN: 229139071
-----------------------------------------------------------------------------------------
PATIENT NAME:   DELANEY, GEORGE F        ADMIT DATE:   04/05/2007 11:30 PM
AGE:            47y                      FACILITY:     Sentara Virginia Beach Gener.
GENDER:         M                        LOCATION:     UNIT:DISCH
MRN:                                     ATTENDING:    Gelpi, Juan R
-----------------------------------------------------------------------------------------
DOCUMENT TYPE:     Radiology-Diagnostic  DICTATED BY:       White, Jonathan C
SOURCE SYSTEM:     CERNER_MILL            DATE DICTATED:     04/08/2007 11:48 AM
FACILITY:          Sentara Virginia Beach DATE TRANSCRIBED: 04/08/2007 11:48 AM
ACCOUNT NUMBER:    4159657095            SIGNED BY:
EXTERN DOC NUMBER: 90263726              STATUS:            Final
-----------------------------------------------------------------------------------------

DOCUMENT NUMBER: DX-07-115225
ORDERED BY:    Juan R Gelpi
EXAM COMPLETED:  04/08/07 10:31

PROCEDURE:      Abdomen Flat/Upright

REASON FOR EXAM: --F/U SBO

DIAGNOSTIC INTERPRETATION:

Indication:  Follow-up small bowel obstruction.
Comparison:  04/07/07.
Findings:  Erect and supine views of the abdomen and pelvis are provided.  A
nasogastric tube projects within the stomach.  There is persistent gaseous
dilatation of the proximal small bowel with scattered air-fluid levels.  The
degree of small bowel dilatation may be slightly less than on the prior study.
There is a paucity of distal large bowel gas.  Surgical anastomotic staple
lines are noted in the pelvis.

IMPRESSION:

Persistent small bowel obstruction.

--

Dictated by: White, M.D., Jonathan C        Hampton Roads Radiology Associates,
P.C.
Transcribed on: 08-APR-2007 11:46
Finalized on:   08-APR-2007 11:48
Finalized by: Jonathan C. White, M.D.        Hampton Roads Radiology Associates,
P.C.

                    *** FINAL REPORT ***

This information is confidential. Any unauthorized use or disclosure is prohibited
law, and may be subject to disciplinary action and/or prosecution.

[ 00204 ]

Sentara Healthcare - Confidential Information
PATIENT: GEORGE F DELANEY
DOB: /1960
SSN:        1
ID(s): FTMRN: 229139071
----------------------------------------------------------------------

| PATIENT NAME: | DELANEY, GEORGE F | ADMIT DATE: | 04/05/2007 11:30 PM |
| AGE: | 47y | FACILITY: | Sentara Virginia Beach Gener; |
| GENDER: | M | LOCATION: | UNIT:DISCH |
| MRN: | | ATTENDING: | Gelpi, Juan R |

----------------------------------------------------------------------

| DOCUMENT TYPE: | Radiology-Diagnostic | DICTATED BY: | HALISTA, KEVIN D |
| SOURCE SYSTEM: | CERNER_MILL | DATE DICTATED: | 04/07/2007 04:14 PM |
| FACILITY: | Sentara Virginia Beach | DATE TRANSCRIBED: | 04/07/2007 04:14 PM |
| ACCOUNT NUMBER: | 4159657095 | SIGNED BY: | |
| EXTERN DOC NUMBER: | 90228567 | STATUS: | Final |

----------------------------------------------------------------------

DOCUMENT NUMBER: DX-07-114705
ORDERED BY:   Jan A Janson
EXAM COMPLETED: 04/07/07 16:06

PROCEDURE:    Abdomen/KUB

REASON FOR EXAM: --FOLLOW UP RE: SBO

DIAGNOSTIC INTERPRETATION:

Indication: As above
Comparison:  CT of the abdomen and pelvis from 5 April 2007
Findings: A single AP view of the abdomen was performed.  The NG tube tip is in
the stomach.  There is still bowel distention present involving the proximal
small bowel.  This appears mildly less distended than on the prior study.  No
gross free air is demonstrated.  Surgical clips are present in the pelvis.  The
rest of the abdomen appears unremarkable.

IMPRESSION:

There are still obstructive change is present although the bowel distention is
slightly less
—

Dictated by: Halista, M.D., Kevin D          Hampton Roads Radiology Associates,
P.C.
Transcribed on: 07-APR-2007 16:12
Finalized on:   07-APR-2007 16:14
Finalized by: Kevin D. Halista, M.D.          Hampton Roads Radiology Associates,
P.C.

                    *** FINAL REPORT ***

This information is confidential. Any unauthorized use or disclosure is prohibited l
law, and may be subject to disciplinary action and/or prosecution.

[ 00205 ]

Sentara Healthcare - Confidential Information
PATIENT: GEORGE F DELANEY
DOB:        960
SSN:
ID(s): PTMRN: 229139071
----------------------------------------------------------------------

PATIENT NAME:   DELANEY, GEORGE F      ADMIT DATE:    04/05/2007 11:30 PM
AGE:            47y                    FACILITY:      Sentara Virginia Beach Gener
GENDER:         M                      LOCATION:      UNIT:DISC5
MRN:                                   ATTENDING:     Gelpi, Juan R
----------------------------------------------------------------------

DOCUMENT TYPE:       Consultation                DICTATED BY:      Janson, Jan A
SOURCE SYSTEM:       EDIX                         DATE DICTATED:    04/07/2007 12:57 PM
FACILITY:            Sentara Virginia Beach DATE TRANSCRIBED: 04/07/2007 02:23 PM
ACCOUNT NUMBER:      4159657095                  SIGNED BY:        Janson, Jan A
EXTERN DOC NUMBER:   2C0704071340840300          STATUS: Legally Authenticated with Edit
----------------------------------------------------------------------

CONSULTATION

REQUESTED PHYSICIAN:  Juan R Gelpi, MD*
CONSULTING PHYSICIAN: Jan A Janson, MD**

LOCATION OF PATIENT:
Room: 0469 - Sentara Virginia Beach

DATE OF CONSULTATION:
April 7, 2007

GASTROENTEROLOGY CONSULTATION

CONSULTING PHYSICIAN:
Jan A. Janson, M.D.

REFERRING PHYSICIAN:
Juan R. Gelpi, M.D.

CHIEF COMPLAINT:
Abdominal pain and rectal pain.

HISTORY OF PRESENT ILLNESS:
This is a 47-year-old black male who has a history of ulcerative
colitis and underwent a total proctocolectomy with an ileoanal
pouch anastomosis in two stages in 1997 and 1998 by Dr. Sugarman
in Richmond.  He apparently had long-standing severe colitis.  He
has had problems with intermittent obstruction, has had
admissions 5 or 6 times and has been treated conservatively each
time.  He has apparently had some pouch edema before, treated
with steroids, suppositories, also intravenous steroids and has
been on Flagyl in the past which makes me think that he has had
pouchitis previously.

Five days ago he ate some potatoes and then developed problems
with nausea, vomiting, abdominal distention and pain.  His bowel
movements stopped.  He would usually move his bowels up to 10
times a day, formed stool, and then it came to nothing.  He uses

This information is confidential. Any unauthorized use or disclosure is prohibited
law, and may be subject to disciplinary action and/or prosecution.

08/23/2007  12:03   7573958785          RELEASE OF INFORMATN

Sentara Healthcare - Confidential Information
PATIENT: GEORGE F DELANEY
DOB      /1960
SSN:
ID(s): PTMRN: 229139071

Metamucil three times a day on a regular basis to keep his stools
formed.  He continued to have abdominal pain and distention with
nausea and vomiting and subsequently presented to admission here
by Dr. Gelpi on 4/5/07.

CT scan of the abdomen was performed which does show small bowel
obstruction.  It appears to be an area in the pelvis.  There also
appears to be some region in the anal anastomosis with probable
stricture.  GI consultation is now requested.

PAST MEDICAL HISTORY:
He denies adult medical illnesses.  He denies hypertension, heart
disease, asthma, pneumonia, bronchitis, diabetes, liver or kidney
disease.  He has had tonsillectomy in 2006.  He has had pins in
his ankle from trauma.

MEDICATIONS:
Just Metamucil.

FAMILY HISTORY:
Family history notable for an aunt who has ulcerative colitis.
There is no family history of colon cancer.

SOCIAL STATUS:
He smokes a pack a cigarettes a day, drinks up to six beers a
day.  He did use recreational drugs.  He is now incarcerated
since August of 2006 for some sort of driving infraction.

ALLERGIES:
PHENERGAN AND INAPSINE.

REVIEW OF SYSTEMS:
Please see hospital records.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE:  Physical examination reveals a
well-developed black man in no acute distress.  He has a
nasogastric tube in place.
VITAL SIGNS:  Temperature 101.8, pulse 107, respiratory rate 16,
blood pressure 117/71.
SKIN:  Warm, dry and anicteric.
HEENT:  Exam reveals lack of scleral icterus with moist and pink
mucous membranes.  Pupils are reactive to light, extraocular
muscles are intact.  Oropharynx is unremarkable   Mallampati
Class 1.  He has a nasogastric tube in the left nares.
RESPIRATORY:  Chest is clear without wheezing, rales or rhonchi

CARDIOVASCULAR:  Exam is regular without murmur, rub, or gallop.

GASTROINTESTINAL:  The abdomen is distended, high pitched, with
frequent bowel sounds consistent with obstruction.  Tenderness in

This information is confidential.  Any unauthorized use or disclosure is prohibited
law, and may be subject to disciplinary action and/or prosecution.

[ 00207 ]

Sentara Healthcare - Confidential Information
PATIENT: GEORGE F DELANEY
DOB:      /1960
SSN:
ID(s): PTMRN: 229139071

all four quadrants, slight rebound in the right lower quadrant.
RECTAL: Exam reveals very stenotic, edematous anus which only
allowed passage of the small finger with the patient complaining
about pain.
EXTREMITIES: Without clubbing, cyanosis or edema.

LABORATORY DATA:
White blood count on admission 6,600, hemoglobin 14.8, hematocrit
44.7, platelet count is 238,000, pro time 11.4, with PTT of 31,
sodium 140, potassium 4.6, chloride 98, $CO_2$ 32, BUN 20,
creatinine 1.1, glucose 104.. AST 54, ALT 83, alkaline
phosphatase 62, bilirubin 0.9, albumin is 4.8, amylase 60, lipase
17. Urinalysis: Occasional white cells, otherwise, negative.

CT scan as above, also notable for hemangioma of the liver.

IMPRESSION:
1.  Abdominal pain with small bowel obstruction.  I would agree
with conservative therapy for approximately 72 hours and if no
improvement I would consider surgery, consider a small bowel
series first.  Would check an abdominal x-ray today.
2.  Question of pouchitis.  The patient does have edema and pain
at the ileoanal anastomosis.  At this point would give _hydrocortisone_____
suppositories, give IV Solu-Medrol.  Consider sigmoidoscopy.

SIGNED: Jan A Janson, MD**


JAJ:Spheris14032
D: 04/07/07 12:57 T: 04/07/07 14:23 DOCUMENT: 200704071340840300
Signed by Jan A Janson, MD 04/18/2007 05:12 PM

This information is confidential. Any unauthorized use or disclosure is prohibited
law, and may be subject to disciplinary action and/or prosecution.

Sentara Healthcare - Confidential Information
PATIENT: GEORGE F DELANEY
DOB:  /1960
SSN:
ID(s): PTMRN: 229139071

-------------------------------------------------------------------------------
PATIENT NAME:   DELANEY, GEORGE F        ADMIT DATE:   04/05/2007 11:30 PM
AGE:            47y                      FACILITY:     Sentara Virginia Beach General
GENDER:         M                        LOCATION:     UNIT:DISCH
MRN:                                     ATTENDING:    Gelpi, Juan R
-------------------------------------------------------------------------------
DOCUMENT TYPE:      History and Physical   DICTATED BY:       Gelpi, Juan R
SOURCE SYSTEM:      EDIX                    DATE DICTATED:     04/06/2007 12:43 PM
FACILITY:           Sentara Virginia Beach DATE TRANSCRIBED:  04/06/2007 01:30 PM
ACCOUNT NUMBER:     4159657095             SIGNED BY:         Gelpi, Juan R
EXTERN DOC NUMBER:  200704061340775900     STATUS:            Legally Authenticated
-------------------------------------------------------------------------------

HISTORY AND PHYSICAL

LOCATION OF PATIENT:
Room: EAU2 - Sentara Virginia Beach

DATE OF ADMISSION:
April 5, 2007.

CHIEF COMPLAINT:
Abdominal pain times four days, increasing in nature with
increasing abdominal distention, constipation.

HISTORY OF PRESENT ILLNESS:
Patient is a 47-year-old male who presents to Virginia Beach
General Emergency Department with complaints of abdominal pain
that began Monday.  The pain has been increasing and he has noted
increasing abdominal distention and constipation.  Patient denies
any flatus, denies any blood per rectum.  Patient currently
resides in jail.  He is present with deputy.  Patient is
currently cuffed.

PAST MEDICAL HISTORY:
Patient's past medical history is significant for a total
colectomy secondary to colitis with ileal pouch anal anastomosis.
Patient has history of small bowel obstruction resolved with NG
tube decompression.

PAST SURGICAL HISTORY:
Patient's past surgical history is as above.

FAMILY HISTORY:
Family history is significant for ulcerative colitis.

SOCIAL HISTORY:
Patient reports previous use of marijuana, cocaine, and alcohol;
however, denies tobacco, alcohol, or illicit drug use while in
jail.

This information is confidential. Any unauthorized use or disclosure is prohibited
law, and may be subject to disciplinary action and/or prosecution.

[ 00209 ]

Sentara Healthcare - Confidential Information
PATIENT: GEORGE F DELANEY
DOB:       1960
SSN:
ID(s): PTMRN: 229139071
REVIEW OF SYSTEMS:
Review of systems negative except as per HPI.


PHYSICAL EXAMINATION:
GENERAL:  On physical exam, patient is in no acute distress.
VITAL SIGNS:  His temperature is 97.8, heart rate is 98,
respiratory rate 18, and blood pressure is 134/68.
HEENT: Normocephalic, atraumatic.  PERRLA. EOMI.  There is no
scleral icterus.
NECK:  Supple with full range of motion.  There is no JVD.
 Trachea midline, no cervical lymphadenopathy and no thyromegaly.

LUNGS:  Clear to auscultation bilaterally.
HEART:  Regular rate and rhythm with no murmurs, rubs, or
gallops.
ABDOMEN:  Soft, distended, nontender.  NG tube output has been
approximately 500 mL since placement approximately 8 hours ago.
RECTAL:  Not performed secondary to patient shackled to the bed
EXTREMITIES:  Without cyanosis, clubbing, or edema.
NEUROLOGICAL:  Grossly intact.  Patient is A and O times three
with no focal motor or sensory deficits.


LABORATORY DATA:
Current laboratory evaluation includes WBC 5.1, H and H 14.5 and
47.5 and platelets 228.  PT is 11.4, INR 1.15. APTT is 31.
 Sodium 137, potassium 4.4, chloride 97, CO2 29, BUN 19,
creatinine 1.0, glucose 121, calcium 10.2.  Total bilirubin 1.0.
 AST is 47, ALT 84, alkaline-phosphatase 63.  Amylase is 60,
lipase is 17.  UA is negative.

CT of the abdomen and pelvis demonstrates a (??heterodense??)
_____ lesion on the diaphragmatic surface of the liver that has
_____ peripheral enhancement demonstrating mild filling on
delayed imaging, likely to be a hemangioma and other multiple
cystic lesions in both lobes of the liver believe to represent
simple cysts.  Patient has findings of small bowel obstruction
with two separate areas of stricture, first in the superior mid
pelvis, second stricture in the distal GI tract at the anus with
multiple surgical clips suggesting a stricture at the
reanastomosis.  He also has narrowing of the central canal at
L4-5 with associated degenerative changes.


IMPRESSION:
Patient is a 47-year-old male who presents with small bowel
obstruction status post total abdominal colectomy secondary to
ulcerative colitis.  Patient has noted changes at L4-5 with no
associated clinical symptoms and is stable.


PLAN:
Plan is to continue NG tube decompression, bowel rest,  IV fluid
hydration and monitor for return of GI function.


This information is confidential. Any unauthorized use or disclosure is prohibited i
law, and may be subject to disciplinary action and/or prosecution.

08/23/2007  12:03    7573958785              RELEASE OF INFORMATN          PAGE  13/19
                                                                          Page 3 of 3

Sentara Healthcare - Confidential Information
PATIENT: GEORGE F DELANEY
DOB:      /1960
SSN:          -
ID(s): PTMRN: 229139071

Dictated by:  Carrie McGroarty, PA-C


SIGNED: Juan R Gelpi, MD*


JRG:Spheris16872
D: 04/06/07 12:43 T: 04/06/07 13:30 DOCUMENT: 200704061340775900


CC: Carrie  McGroarty, PAC
Signed by Juan R Gelpi 04/08/2007 12:04 PM

This information is confidential. Any unauthorized use or disclosure is prohibited
law, and may be subject to disciplinary action and/or prosecution.

[ 00211 ]

Sentara Healthcare - Confidential Information
PATIENT: GEORGE F DELANEY
DOB:      /1960
SSN:
ID(s): PTMRN: 229139071
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PATIENT NAME:   DELANEY, GEORGE F          ADMIT DATE:   04/05/2007 11:30 PM
AGE:            47y                         FACILITY:     Sentara Virginia Beach Gener.
GENDER:         M                           LOCATION:     UNIT:DISCH
MRN:                                        ATTENDING:    Gelpi, Juan R
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DOCUMENT TYPE:    Radiology-CT              DICTATED BY:      Loiacono, Andrew Patric
SOURCE SYSTEM:    CERNER_MILL               DATE DICTATED:    04/05/2007 11:11 PM
FACILITY:         Sentara Virginia Beach    DATE TRANSCRIBED: 04/05/2007 11:11 PM
ACCOUNT NUMBER:   4159657095                SIGNED BY:
EXTERN DOC NUMBER: 90111802                 STATUS:           Final
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DOCUMENT NUMBER: CT-07-046296
ORDERED BY:      Jeffrey P Smith
EXAM COMPLETED:  04/05/07 21:02

PROCEDURE.       CT Abdomen/Pelvis w/ Contrast

REASON FOR EXAM: PAIN

DIAGNOSTIC INTERPRETATION:

CT ABDOMEN AND PELVIS
HISTORY: Pain
COMPARISON: None
Technique: Helically acquired C.T. scan of the abdomen and pelvis from the base
the lungs through the proximal femurs was performed with intravenous contrast.
Delayed images through the kidneys were also provided.  Oral contrast was also
administered.
FINDINGS:
Lung bases: Bilateral dependent atelectasis is present.  No consolidative
opacities.
Hepatobiliary, Pancreas, Gallbladder \T\ Spleen: At the diaphragmatic surface
of the hepatic segment four is a 2.28 center hypodense lesion with nodular
peripheral enhancement demonstrating mild in filling on delayed imaging likely
hemangioma.  Multiple subcentimeter hypodense cystic lesions are present in
both lobes of liver measuring up to 5 mm, too small to accurately characterize
by CT criteria but, statistically represent simple cysts.  The pancreas, spleen
and gallbladder are otherwise unremarkable.
Genitourinary: The adrenal glands are unremarkable.  The kidneys enhance
symmetrically without evidence of obstruction.  No hydroureter.  The urinary
bladder is fluid-filled and unremarkable.
Retroperitoneum \T\ peritoneum: No free fluid or pneumoperitoneum.  The aortic
unremarkable size, caliber and position.  No abdominal or retroperitoneal
lymphadenopathy.
Bowel: The patient is status post total colectomy with postoperative
reanastomosis of the distal small bowel.  The small bowel is markedly dilated
with air-fluid levels present measuring up to 5.6 cm.  There are two focal
areas of narrowing in the distal small bowel.  The first is in the mid pelvis
image 55-56, series 2)  just proximal to the postsurgical distal small bowel

This information is confidential. Any unauthorized use or disclosure is prohibited
law, and may be subject to disciplinary action and/or prosecution.

[ 00212 ]

Sentara Healthcare - Confidential Information
PATIENT: GEORGE F DELANEY
DOB:  r   :/1960
SSN:
ID(s): PTMRN: 229139071
pouch.  It is unclear whether this is a segment just proximal to the
postsurgical pouch or involving a proximal segment.  The second area of
narrowing is at the anastomosis with the anus (image 84, series 2).  The
proximal small bowel pouch is distended containing an air-fluid level.
Osseous \T\ Soft tissues: Mild to moderate degenerative changes of the lower
lumbar axial skeleton most notable at L4-5 with severe stenosis of the central
canal measuring 9 mm (image 56, series 2).

IMPRESSION:

1. Findings of small bowel obstruction with two separate areas of stricture.
The first is in the superior mid pelvis.  A second stricture is present
distally at the anus with multiple surgical clips suggesting reanastomosis with
the anus, and may represent a anastomotic stricture.
2.  Status post total colectomy with reanastomosis of the small bowel suspected
to the anus.
3.  Severe narrowing of the central canal at L4-5 with associated degenerative
changes.  Further evaluation with MRI is recommended if clinically warranted.
4. Likely Hepatic hemangioma.
--

Dictated by: Loiacono, M.D., Andrew P        Hampton Roads Radiology Associates,
  P.C.
Transcribed on: 05-APR-2007 22:47
Finalized on:   05-APR-2007 23:11
Finalized by: Andrew P. Loiacono, M.D.        Hampton Roads Radiology Associates,
  P.C.

                    *** FINAL REPORT ***

This information is confidential. Any unauthorized use or disclosure is prohibited l
law, and may be subject to disciplinary action and/or prosecution.

Sentara Healthcare - Confidential Information
PATIENT: GEORGE P DELANEY
DOB.
SSN:
ID(s): PTMRN: 229139071

<< < 1 > >>

| TEST NAME | 04/09/07 01:05AM | 04/07/07 06:30AM | 04/07/07 04:30AM | 04/05/07 08:20PM | 04/05/07 08:15PM | 04/05/07 02:26PM |
|---|---|---|---|---|---|---|
| **General Chemistry** | | | | | | |
| GLUC | 139 H | | | 121 H | | 104 H |
| BUN | 24 H | | | 19 | | 20 |
| CREAT | 0.9 | | | 1.0 | | 1.1 |
| NA | 139 | | | 137 | | 140 |
| K | 4.7 | | | 4.4 | | 4.6 |
| CL | 101 | | | 97 L | | 98 |
| CO2 | 32 H | | | 29 | | 32 H |
| CALCIUM | 8.8 | | | 10.2 | | 9.7 |
| SGOT | 15 | | | 46 H | | 54 H |
| SGPT | 25 | | | 84 H | | 83 H |
| ALK PHOS | 62 | | | 63 | | 62 |
| AMY | | | | 60 | | |
| BILI T | 0.2 | | | 1.0 | | 0.9 |
| ALB | 3.7 | | | 4.8 | | 4.8 |
| TOT PR | 7.0 | | | 8.9 H | | 8.2 |
| GLOBULIN | 3.3 | | | 4.1 H | | 3.4 |
| A/G RAT | 1.1 | | | 1.2 | | 1.4 |
| ANION GAP | 6.0 | | | 11.0 | | 10.0 |
| **General Hematology** | 04/09/07 01:05AM | 04/07/07 06:30AM | 04/07/07 04:30AM | 04/05/07 08:20PM | 04/05/07 08:15PM | 04/05/07 02:26PM |
| WBC | 7.8 | | 5.4 | 5.1 | | 6.6 |
| RBC | 4.64 | | 5.57 | 5.33 | | 5.22 |
| HGB | 13.2 | | 15.5 | 15.4 | | 14.8 |
| HCT | 39.7 | | 48.8 | 47.5 | | 44.7 |
| MCV | 86 | | 88 | 86 | | 86 |
| MCH | 28 | | 28 | 29 | | 28 |
| MCHC | 33 | | 32 | 33 | | 33 |
| RDW | 14.0 | | 15.3 | 14.3 | | 14.8 |
| PLT | 219 | | 229 | 228 | | 238 |
| MPV | 7.7 | | 8.2 | 7.6 | | 7.5 |
| SED RATE | 55 H | | | | | |
| SEGS | | | | 70 | | 72 |
| LYMPHS | | | | 11 L | | 13 L |
| MONOS | | | | 18 H | | 14 H |
| EOS | | | | 0 | | 1 |
| BASO | | | | 1 | | 1 |
| **Urine Studies** | 04/09/07 01:05AM | 04/07/07 06:30AM | 04/07/07 04:30AM | 04/03/07 08:20PM | 04/05/07 08:15PM | 04/05/07 02:26PM |
| SOURCE | | CL CATCH | | | CL CATCH | |
| **Urinalysis** | | | | | | |

This information is confidential. Any unauthorized use or disclosure is prohibited by law, and may be subject to disciplinary action and/or prosecution.

[ 00214 ]

Sentara Healthcare - Confidential Information
PATIENT: GEORGE F DELANEY
DOB:        1960
SSN:
ID(s): PTMRN: 229139071

| SOURCE | | CL CATCH | | | CL CATCH | |
|---|---|---|---|---|---|---|
| SOURCE | | | | | | |
| PH | | 5.5 | | | 5.5 | |
| SPECIFIC GRAVITY | | >=1.030  * | | | >=1.030  * | |
| PROTEIN | | >=300  * | | | 30  * | |
| GLUCOSE | | NEG | | | NEG | |
| KETONES | | TRACE  * | | | 15  * | |
| BILE | | NEG | | | NEG | |
| OCCULT BLD | | SMALL  * | | | NEG | |
| NITRATE | | POS  * | | | NEG | |
| ULEUKE | | NEG | | | NEG | |
| UROBILINOG | | 0.2 | | | 0.2 | |
| ICTOTEST | | NEGATIVE | | | NEGATIVE | |
| U WBC | | RARE | | | OCCASSNL  * | |
| U RBC | | RARE | | | NEGATIVE | |
| HY CAST | | NEGATIVE | | | NEGATIVE | |
| UFGRANC | | 0-5 | | | | |
| UBACTERIA | | FEW | | | | |
| CA OX CRY | | PRESENT | | | | |
| Blood Cultures | 04/09/07 01:05AM | 04/07/07 06:30AM | 04/07/07 04:30AM | 04/05/07 08:20PM | 04/05/07 09:15PM | 04/05/07 02:26PM |
| C BLOOD RO | | | See Report | | | |
| **Special Enzymes** | | | | | | |
| LIPASE | | | | 17 | | |
| **Coagulation** | | | | | | |
| PT | | | | 11.4 | | |
| INR | | | | 1.15  | | |
| APTT | | | | 31 | | |

This information is confidential. Any unauthorized use or disclosure is prohibited by law, and may be subject to disciplinary action and/or prosecution.

<< < 1 > >>

Sentara Healthcare - Confidential Information
PATIENT: GEORGE F DELANEY
DOB:      /1960
SSN:
ID(s): PTMRN: 229139071
---------------------------------------------------------------------------
DOCUMENT TYPE:      Microbiology          DICTATED BY:
SOURCE SYSTEM:      CERNER_LABS
FACILITY:           Sentara               OBSERVATION DATE: 04/07/2007 04:30 AM
ACCOUNT NUMBER:     4159657095            SIGNED BY:
EXTERN DOC NUMBER: 0000709701757          STATUS:          Final
---------------------------------------------------------------------------

ROUTINE BLOOD CULTURE
Updated:04/13/07   0901
LAB ACC#:07-097-01757       Source: BLOOD
FreeText Source
--FINAL REPORT--
  NO GROWTH AFTER 5 DAYS

This information is confidential. Any unauthorized use or disclosure is prohibited l
law, and may be subject to disciplinary action and/or prosecution.

Age: 46 Years DELANEY, GEORGE Male Race: White 08-Jul-2006 04:47:19

Dept: Cardiac Diagnostic Center
Room: 227
Oper: MAC

| | | |
|---|---|---|
| Rate | 48 | . Sinus bradycardia, rate 48 |
| RR | 1250 | |
| PR | 190 | |
| QRSD | 83 | |
| QT | 372 | |
| QTc | 333 | |

PERITONSILLAR AS

-- AXIS --

| | |
|---|---|
| P | 59 |
| QRS | 74 |
| T | 51 |

- BORDERLINE ECG -

Standard 12
Requested By: DR. HOLLADAY
Confirmed by: Sanjay Shah MD 07/09/2006 11:03:26

Sentara Healthcare - SBH (1-03-01)

Device: Speed: 25 mm/sec Limb: 10 mm/mV Chest: 10 mm/mV F 60~ 0.5-40 Hz W PH0708 P?



VCU Health System, MCV Hospitals & Physicians
Richmond, VA 23298
CPROD - Production

## Discharge Summary:  Interfaced

### DELANEY, GEORGE L - 6185429

* Preliminary Report *

Result Type:          Discharge Summary:  Interfaced
Date:                 20 March 2003 20:04
Status:               Transcribed
Subject:              DISCHARGE SUMMARY
Encounter Info:       770005993009, VCUHS, Discharged, 2/25/2003 - 2/28/2003

## * Preliminary Report *

**DISCHARGE SUMMARY**

DELANEY,GEORGE L              MR#: 6185429
DISCHARGE SUMMARY            FIN#: 00035
ADMITTED: 022503
PRINCIPAL DIAGNOSIS:  CONSTIPATION.

SECONDARY DIAGNOSIS:  ULCERATIVE COLITIS, STATUS POST BOWEL
RESECTION.

HISTORY OF PRESENT ILLNESS:  MR. DELANEY IS A 46-YEAR-OLD MALE
TRANSFERRED FROM AN OUTSIDE HOSPITAL WITH COMPLAINTS OF ABDOMINAL
PAIN.  FILMS OBTAINED AT THE OUTSIDE HOSPITAL SHOWED AIR-FILLED
LOOPS OF SMALL BOWEL CONSISTENT WITH A SMALL BOWEL OBSTRUCTION.
THE PATIENT WAS RECENTLY ADMITTED TO MCV FOR SMALL BOWEL OBSTRUCTION
AND WAS DISCHARGED ON JANUARY 25, 2003, AND WAS MANAGED
CONSERVATIVELY AT THAT TIME.  ON PRESENTATION, THE PATIENT REPORTS
INTERMITTENT CRAMPINESS, SHARP ABDOMINAL PAIN IN THE RIGHT AND LEFT
LOWER QUADRANTS.  HE REPORTS HIS LAST BOWEL MOVEMENT THREE HOURS
PRIOR TO PRESENTATION AND HE IS CONTINUING TO PASS FLATUS.  HE
REPORTS THAT SINCE AUGUST, HE HAS HAD BOWEL MOVEMENTS THAT CONTAIN
UNDIGESTED FOOD PARTICLES.  ON PREVIOUS ADMISSION, THE PATIENT
REPORTS A STRICTURE WAS FOUND AT HIS BOWEL ANASTOMOSIS.  THE PATIENT
DENIES FEVER OR CHILLS.

PAST MEDICAL HISTORY:  SIGNIFICANT FOR ULCERATIVE COLITIS, STATUS
POST COLECTOMY IN 1997 WITH AN ILEOSTOMY TAKE-DOWN AND ILEOANAL
POUCH IN 1998.  ALSO A RIGHT INGUINAL HERNIA REPAIR.

CURRENT MEDICATIONS:  THE PATIENT NORMALLY TAKES METAMUCIL,
PHENERGAN, AND ANUSOL.

ALLERGIES:  PHENERGAN.

PHYSICAL EXAMINATION:  THE PATIENT IS AFEBRILE WITH NORMAL BLOOD
PRESSURE, PULSE, AND RESPIRATIONS.  HE HAS A NASOGASTRIC TUBE IN
PLACE WHICH IS DRAINING CLEAR FLUID.  HEAD AND NECK EXAMINATION IS
NORMAL AND LUNGS ARE CLEAR BILATERALLY.  HEART IS REGULAR WITH NO
MURMURS.  THE ABDOMEN IS SLIGHTLY DISTENDED WITH A MIDLINE
WELL-HEALED SCAR AND A VENTRAL FASCIAL DEFECT IS PALPABLE.  BOWEL
SOUNDS ARE PRESENT ALTHOUGH DIMINISHED.  THE ABDOMEN IS SOFT,
MINIMALLY TENDER, NO REBOUND.  THERE ARE NO INGUINAL HERNIAS AND NO

VCU Health System, MCV Hospitals & Physicians
Richmond, VA 23298
*CPROD - Production*

## Discharge Summary:  Interfaced                    DELANEY, GEORGE L - 6185429

* Preliminary Report *

STOOL IN THE VAULT.

LABORATORY DATA:  INITIAL LABORATORY STUDIES REVEALED A WHITE COUNT
OF 7.5, HEMOGLOBIN 12.5, PLATELETS 229.  URINALYSIS WAS NEGATIVE.
BMP WAS DONE WHICH WAS WITHIN NORMAL LIMITS AS WAS LIVER FUNCTION
TESTS.  AN ABDOMINAL ACUTE SERIES WAS OBTAINED WHICH REVEALED
DILATED LOOPS OF SMALL BOWEL WHICH SEEM DIMINISHED FROM THE IMAGERY
OBTAINED AT THE OUTSIDE HOSPITAL.

HOSPITAL COURSE:  THE PATIENT WAS ADMITTED TO GENERAL SURGERY FOR
CONSERVATIVE MANAGEMENT WHICH CONSISTED OF N.P.O., IV FLUIDS, FOLLOW
UP ACUTE SERIES, AND SERIAL ABDOMINAL EXAMINATIONS.

THE PATIENT DID QUITE WELL WITH CONSERVATIVE MANAGEMENT.  HE
CONTINUED TO PASS FLATUS AND HIS EXAMINATION WAS LARGELY UNCHANGED
DURING HIS HOSPITAL STAY.

ON HOSPITAL DAY #2, THE PATIENT WAS PROGRESSED TO SIPS OF CLEARS
WHICH WERE TOLERATED WELL AND THEN HE WAS BEGUN ON A GENERAL DIET.
THE N-G TUBE WAS REMOVED AND THE PATIENT TOLERATED HIS GENERAL DIET
WELL.  DURING THE HOSPITAL COURSE, THE PATIENT REMAINED AFEBRILE
WITH NORMAL VITAL SIGNS; HOWEVER, HE CONTINUED TO HAVE SOME VAGUE
LOWER ABDOMINAL PAIN WHICH SEEMED TO BE RELIEVED WITH USE OF
ADEQUATE BOWEL REGIMEN.

CONDITION ON DISCHARGE:  IMPROVED AND STABLE.

DISCHARGE INSTRUCTIONS:  1.  FOLLOW UP IN SURGERY CLINIC IN THREE
WEEKS.  2.  DIET RESTRICTIONS (TO EXCLUDE BEEF, CHEESE, CARROTS,
CORN, RED BEANS, TURKEY, POTATO SKINS, STEAMED VEGETABLES, GREEN
PEPPERS, OR ONIONS).  3.  THE PATIENT WAS TO CONTINUE ON AN ADEQUATE
BOWEL REGIMEN AND SEEK MEDICAL ATTENTION AT HIS INSTITUTION FOR ANY
RETURN OR EXACERBATION OF SYMPTOMS.


DD: 03/17/2003
DT: 03/18/2003
TL822/JOB: 1342
RD: 03/19/2003

                              LAST PAGE
------------------------------------------------------------------------
DELANEY,GEORGE L                    DISCHARGE SUMMARY
     D

THIS DATA WAS EXTRACTED FROM THE MIS SYSTEM ON 05/10/04 AT 09:09 AM.

VCU Health System, MCV Hospitals & Physicians
Richmond, VA 23298
*CPROD - Production*

## Discharge Summary: Interfaced

# DELANEY, GEORGE L - 6185429

\* Preliminary Report \*

Result Type:      Discharge Summary: Interfaced
Date:             20 March 2003 19:45
Status:           Transcribed
Subject:          DISCHARGE SUMMARY
Encounter Info:   770005993009, VCUHS, Discharged, 2/25/2003 - 2/28/2003

## \* Preliminary Report \*

**DISCHARGE SUMMARY**

```
DELANEY,GEORGE L              MR#: 6185429
DISCHARGE SUMMARY             FIN#: 00035
ADMITTED: 022503
PRINCIPAL DIAGNOSIS:  CONSTIPATION.
```

SECONDARY DIAGNOSIS:  ULCERATIVE COLITIS, STATUS POST BOWEL
RESECTION.

HISTORY OF PRESENT ILLNESS:  MR. DELANEY IS A 46-YEAR-OLD MALE
TRANSFERRED FROM AN OUTSIDE HOSPITAL WITH COMPLAINTS OF ABDOMINAL
PAIN.  FILMS OBTAINED AT THE OUTSIDE HOSPITAL SHOWED AIR-FILLED
LOOPS OF SMALL BOWEL CONSISTENT WITH A SMALL BOWEL OBSTRUCTION.
THE PATIENT WAS RECENTLY ADMITTED TO MCV FOR SMALL BOWEL OBSTRUCTION
AND WAS DISCHARGED ON JANUARY 25, 2003, AND WAS MANAGED
CONSERVATIVELY AT THAT TIME.  ON PRESENTATION, THE PATIENT REPORTS
INTERMITTENT CRAMPINESS, SHARP ABDOMINAL PAIN IN THE RIGHT AND LEFT
LOWER QUADRANTS.  HE REPORTS HIS LAST BOWEL MOVEMENT THREE HOURS
PRIOR TO PRESENTATION AND HE IS CONTINUING TO PASS FLATUS.  HE
REPORTS THAT SINCE AUGUST, HE HAS HAD BOWEL MOVEMENTS THAT CONTAIN
UNDIGESTED FOOD PARTICLES.  ON PREVIOUS ADMISSION, THE PATIENT
REPORTS A STRICTURE WAS FOUND AT HIS BOWEL ANASTOMOSIS.  THE PATIENT
DENIES FEVER OR CHILLS.

PAST MEDICAL HISTORY:  SIGNIFICANT FOR ULCERATIVE COLITIS, STATUS
POST COLECTOMY IN 1997 WITH AN ILEOSTOMY TAKE-DOWN AND ILEOANAL
POUCH IN 1998.  ALSO A RIGHT INGUINAL HERNIA REPAIR.

CURRENT MEDICATIONS:  THE PATIENT NORMALLY TAKES METAMUCIL,
PHENERGAN, AND ANUSOL.

ALLERGIES:  PHENERGAN.

PHYSICAL EXAMINATION:  THE PATIENT IS AFEBRILE WITH NORMAL BLOOD
PRESSURE, PULSE, AND RESPIRATIONS.  HE HAS A NASOGASTRIC TUBE IN
PLACE WHICH IS DRAINING CLEAR FLUID.  HEAD AND NECK EXAMINATION IS
NORMAL AND LUNGS ARE CLEAR BILATERALLY.  HEART IS REGULAR WITH NO
MURMURS.  THE ABDOMEN IS SLIGHTLY DISTENDED WITH A MIDLINE
WELL-HEALED SCAR AND A VENTRAL FASCIAL DEFECT IS PALPABLE.  BOWEL
SOUNDS ARE PRESENT ALTHOUGH DIMINISHED.  THE ABDOMEN IS SOFT,
MINIMALLY TENDER, NO REBOUND.  THERE ARE NO INGUINAL HERNIAS AND NO

**VCU Health System, MCV Hospitals & Physicians**
**Richmond, VA 23298**
CPROD - Production

## Discharge Summary: Interfaced               DELANEY, GEORGE L - 6185429

\* Preliminary Report \*

STOOL IN THE VAULT.

LABORATORY DATA:  INITIAL LABORATORY STUDIES REVEALED A WHITE COUNT
OF 7.5, HEMOGLOBIN 12.5, PLATELETS 229.  URINALYSIS WAS NEGATIVE.
BMP WAS DONE WHICH WAS WITHIN NORMAL LIMITS AS WAS LIVER FUNCTION
TESTS.  AN ABDOMINAL ACUTE SERIES WAS OBTAINED WHICH REVEALED
DILATED LOOPS OF SMALL BOWEL WHICH SEEM DIMINISHED FROM THE IMAGERY
OBTAINED AT THE OUTSIDE HOSPITAL.

HOSPITAL COURSE:  THE PATIENT WAS ADMITTED TO GENERAL SURGERY FOR
CONSERVATIVE MANAGEMENT WHICH CONSISTED OF N.P.O., IV FLUIDS, FOLLOW
UP ACUTE SERIES, AND SERIAL ABDOMINAL EXAMINATIONS.

THE PATIENT DID QUITE WELL WITH CONSERVATIVE MANAGEMENT.  HE
CONTINUED TO PASS FLATUS AND HIS EXAMINATION WAS LARGELY UNCHANGED
DURING HIS HOSPITAL STAY.

ON HOSPITAL DAY #2, THE PATIENT WAS PROGRESSED TO SIPS OF CLEARS
WHICH WERE TOLERATED WELL AND THEN HE WAS BEGUN ON A GENERAL DIET.
THE N-G TUBE WAS REMOVED AND THE PATIENT TOLERATED HIS GENERAL DIET
WELL.  DURING THE HOSPITAL COURSE, THE PATIENT REMAINED AFEBRILE
WITH NORMAL VITAL SIGNS; HOWEVER, HE CONTINUED TO HAVE SOME VAGUE
LOWER ABDOMINAL PAIN WHICH SEEMED TO BE RELIEVED WITH USE OF
ADEQUATE BOWEL REGIMEN.

CONDITION ON DISCHARGE:  IMPROVED AND STABLE.

DISCHARGE INSTRUCTIONS:  1.  FOLLOW UP IN SURGERY CLINIC IN THREE
WEEKS.  2.  DIET RESTRICTIONS (TO EXCLUDE BEEF, CHEESE, CARROTS,
CORN, RED BEANS, TURKEY, POTATO SKINS, STEAMED VEGETABLES, GREEN
PEPPERS, OR ONIONS).  3.  THE PATIENT WAS TO CONTINUE ON AN ADEQUATE
BOWEL REGIMEN AND SEEK MEDICAL ATTENTION AT HIS INSTITUTION FOR ANY
RETURN OR EXACERBATION OF SYMPTOMS.


DD: 03/17/2003
DT: 03/18/2003
TL822/JOB: 1342
RD:   /   /

                              LAST PAGE
-------------------------------------------------------------------
DELANEY,GEORGE L                        DISCHARGE SUMMARY

THIS DATA WAS EXTRACTED FROM THE MIS SYSTEM ON 05/10/04 AT 09:09 AM.


Printed by:   Hammel, James R
Printed on:   8/29/2007 10:22

VCU Health System, MCV Hospitals & Physicians
Richmond, VA 23298

CPROD - Production

## Discharge Summary: Interfaced

DELANEY, GEORGE L - 6185429

* Preliminary Report *

Result Type:       Discharge Summary: Interfaced
Date:              04 February 2003 15:38
Status:            Transcribed
Subject:           DISCHARGE SUMMARY
Encounter Info:    770005911019, VCUHS, Discharged, 1/16/2003 - 1/25/2003

## * Preliminary Report *

**DISCHARGE SUMMARY**

DELANEY,GEORGE L            MR#: 6185429
DISCHARGE SUMMARY          FIN#: 00034
ADMITTED: 011603
INDICATION FOR ADMISSION:  SMALL BOWEL OBSTRUCTION.

ADMISSION HISTORY AND PHYSICAL:  MR. GEORGE DELANEY IS A 43-YEAR-OLD
AFRICAN-AMERICAN MALE WITH A HISTORY OF ULCERATIVE COLITIS, STATUS
POST COLECTOMY WITH ILEOSTOMY AND CONVERSION TO ILEOANAL ANASTOMOSIS
IN 1998.  PATIENT PRESENTS WITH APPROXIMATE 10 DAY HISTORY OF
ABDOMINAL PAIN AND NAUSEA.  LAST BOWEL MOVEMENT WAS THE MORNING OF
ADMISSION, WITH WATERY DIARRHEA.  NO BLOOD PER RECTUM BUT COMPLAINED
OF TENESMUS FOR SEVERAL WEEKS.  DENIES WEIGHT LOSS.  A SMALL AMOUNT
OF EMESIS ON DAY OF ADMISSION.  PAST HISTORY OF COLECTOMY WITH STOMA
CONVERTED TO ILEOANAL.  MEDS INCLUDE METAMUCIL AND ANUSOL P.R.N.

EXAM:  PATIENT APPEARS NONTOXIC.  NG TUBE IN PLACE WITH LOW VOLUME
OF DRAINAGE.  PATIENT IS AFEBRILE.  VITAL SIGNS STABLE.  MUCOUS
MEMBRANES ARE MOIST.  SCLERA ANICTERIC.  CHEST IS CLEAR BILATERALLY.
CARDIOVASCULAR EXAM - NO MURMURS, RUBS OR GALLOPS.  THERE IS A
REGULAR RATE AND RHYTHM.  ABDOMEN WITH MILD TENDERNESS DIFFUSELY.
NORMAL BOWEL SOUNDS, NO INVOLUNTARY GUARDING.  RECTAL EXAM WAS VERY
TENDER, NO GROSS BLOOD.  ZERO PERIPHERAL EDEMA.

LABS ON ADMISSION:  WHITE COUNT 7.0, HEMOGLOBIN TO 14, PLATELETS
231.

HOSPITAL COURSE:  MR. GEORGE DELANEY WAS ADMITTED TO GENERAL SURGERY
ON 1/16/2003 FOR A SMALL BOWEL OBSTRUCTION.  BEGUN ON IV FLUIDS.  AN
NG TUBE WAS PLACED AND PATIENT WAS ALSO BEGUN ON IV FLAGYL 500 MG
Q.6H.  PATIENT PLACED ON BOWEL REST AND MONITORED.  PATIENT RECEIVED
A KUB WHICH SHOWED DILATED LOOPS OF BOWEL.  PATIENT WAS CONTINUED TO
BE MANAGED CONSERVATIVELY WITH ZERO ABDOMINAL EXAMS.  PATIENT HAD A
RECTAL TUBE PLACED FOR DECOMPRESSION OF HIS INTESTINES.  PATIENT'S
PAIN WAS MANAGED WITH DILAUDID.  PATIENT ALSO BEGUN ON LOVENOX FOR
DVT PROPHYLAXIS.  PATIENT HAD UPPER GI WITH SMALL BOWEL
FOLLOW-THROUGH ON THE 1/24/2003 WHICH WAS READ AS NORMAL.  PATIENT
HAD BOWEL MOVEMENT AFTER PROCEDURE.  PATIENT WAS TOLERATED GENERAL
DIET.  PAIN WAS WELL-CONTROLLED AND RECTAL TUBE HAD BEEN DC'D PRIOR
TO DISCHARGE.  PATIENT WAS DISCHARGED TO HANESVILLE CORRECTIONAL
FACILITY IN IMPROVED AND STABLE CONDITION.  PATIENT WAS STARTED ON

VCU Health System, MCV Hospitals & Physicians
Richmond, VA 23298
*CPROD - Production*

## Discharge Summary: Interfaced                    DELANEY, GEORGE L - 6185429

\* Preliminary Report \*

PSYLLIUM HYDROPHILIC MUCILLOID ONE TABLESPOON BY MOUTH TWICE A DAY.
PATIENT WAS TO MAKE APPOINTMENT IN TWO WEEKS WITH GENERAL SURGERY
CLINIC AT 828-0368.   PATIENT WAS TO MAKE APPOINTMENT SOONER IF PAIN
RETURNED.


DD: 02/01/2003
DT: 02/01/2003
TL829/JOB: 0327
RD: 02/04/2003


                              LAST PAGE
-----------------------------------------------------------------------
DELANEY,GEORGE L                              DISCHARGE SUMMARY

THIS DATA WAS EXTRACTED FROM THE MIS SYSTEM ON 05/10/04 AT 09:09 AM.

**VCU Health System, MCV Hospitals & Physicians**
Richmond, VA 23298
*CPROD - Production*

## Discharge Summary: Interfaced

# DELANEY, GEORGE L - 6185429

* Preliminary Report *

Result Type:        Discharge Summary: Interfaced
Date:               04 February 2003 15:38
Status:             Transcribed
Subject:            DISCHARGE SUMMARY
Encounter Info:     770005911019, VCUHS, Discharged, 1/16/2003 - 1/25/2003

## * Preliminary Report *

**DISCHARGE SUMMARY**

DELANEY, GEORGE L              MR#: 6185429
DISCHARGE SUMMARY              FIN#: 00034
ADMITTED: 011603
INDICATION FOR ADMISSION:   SMALL BOWEL OBSTRUCTION.

ADMISSION HISTORY AND PHYSICAL: MR. GEORGE DELANEY IS A 43-YEAR-OLD
AFRICAN-AMERICAN MALE WITH A HISTORY OF ULCERATIVE COLITIS, STATUS
POST COLECTOMY WITH ILEOSTOMY AND CONVERSION TO ILEOANAL ANASTOMOSIS
IN 1998. PATIENT PRESENTS WITH APPROXIMATE 10 DAY HISTORY OF
ABDOMINAL PAIN AND NAUSEA. LAST BOWEL MOVEMENT WAS THE MORNING OF
ADMISSION, WITH WATERY DIARRHEA. NO BLOOD PER RECTUM BUT COMPLAINED
OF TENESMUS FOR SEVERAL WEEKS. DENIES WEIGHT LOSS. A SMALL AMOUNT
OF EMESIS ON DAY OF ADMISSION. PAST HISTORY OF COLECTOMY WITH STOMA
CONVERTED TO ILEOANAL. MEDS INCLUDE METAMUCIL AND ANUSOL P.R.N.

EXAM: PATIENT APPEARS NONTOXIC. NG TUBE IN PLACE WITH LOW VOLUME
OF DRAINAGE. PATIENT IS AFEBRILE. VITAL SIGNS STABLE. MUCOUS
MEMBRANES ARE MOIST. SCLERA ANICTERIC. CHEST IS CLEAR BILATERALLY.
CARDIOVASCULAR EXAM - NO MURMURS, RUBS OR GALLOPS. THERE IS A
REGULAR RATE AND RHYTHM. ABDOMEN WITH MILD TENDERNESS DIFFUSELY.
NORMAL BOWEL SOUNDS, NO INVOLUNTARY GUARDING. RECTAL EXAM WAS VERY
TENDER, NO GROSS BLOOD. ZERO PERIPHERAL EDEMA.

LABS ON ADMISSION: WHITE COUNT 7.0, HEMOGLOBIN TO 14, PLATELETS
231.

HOSPITAL COURSE: MR. GEORGE DELANEY WAS ADMITTED TO GENERAL SURGERY
ON 1/16/2003 FOR A SMALL BOWEL OBSTRUCTION. BEGUN ON IV FLUIDS. AN
NG TUBE WAS PLACED AND PATIENT WAS ALSO BEGUN ON IV FLAGYL 500 MG
Q.6H. PATIENT PLACED ON BOWEL REST AND MONITORED. PATIENT RECEIVED
A KUB WHICH SHOWED DILATED LOOPS OF BOWEL. PATIENT WAS CONTINUED TO
BE MANAGED CONSERVATIVELY WITH ZERO ABDOMINAL EXAMS. PATIENT HAD A
RECTAL TUBE PLACED FOR DECOMPRESSION OF HIS INTESTINES. PATIENT'S
PAIN WAS MANAGED WITH DILAUDID. PATIENT ALSO BEGUN ON LOVENOX FOR
DVT PROPHYLAXIS. PATIENT HAD UPPER GI WITH SMALL BOWEL
FOLLOW-THROUGH ON THE 1/24/2003 WHICH WAS READ AS NORMAL. PATIENT
HAD BOWEL MOVEMENT AFTER PROCEDURE. PATIENT WAS TOLERATED GENERAL
DIET. PAIN WAS WELL-CONTROLLED AND RECTAL TUBE HAD BEEN DC'D PRIOR
TO DISCHARGE. PATIENT WAS DISCHARGED TO HANESVILLE CORRECTIONAL
FACILITY IN IMPROVED AND STABLE CONDITION. PATIENT WAS STARTED ON

VCU Health System, MCV Hospitals & Physicians
Richmond, VA 23298
*CPROD - Production*

## Discharge Summary: Interfaced

DELANEY, GEORGE L - 6185429

* Preliminary Report *

```
PSYLLIUM HYDROPHILIC MUCILLOID ONE TABLESPOON BY MOUTH TWICE A DAY.
PATIENT WAS TO MAKE APPOINTMENT IN TWO WEEKS WITH GENERAL SURGERY
CLINIC AT 828-0368.   PATIENT WAS TO MAKE APPOINTMENT SOONER IF PAIN
RETURNED.
```

```
DD: 02/01/2003
DT: 02/01/2003
TL829/JOB: 0327
RD:   /  /
```

LAST PAGE
-----------------------------------------------------------------------
DELANEY, GEORGE L                          DISCHARGE SUMMARY

THIS DATA WAS EXTRACTED FROM THE MIS SYSTEM ON 05/10/04 AT 09:09 AM.