VCU Health System, MCV Hospitals & Physicians
Richmond, VA 23298
CPROD - Production

## Discharge Summary: Interfaced

DELANEY, GEORGE L - 6185429

\* Preliminary Report \*

Result Type: Discharge Summary: Interfaced
Date: 07 July 1998 14:31
Status: Transcribed
Subject: DISCHARGE SUMMARY
Encounter info: 000026692640, VCUHS, IP, 4/15/1998 - 4/30/1998

## \* Preliminary Report \*

**DISCHARGE SUMMARY**
0000020759DISCHARGE SUMMARY          TERRANOVA, STEVEN, M.D.
DELANEY, GEORGE L                    MR#: 6185429
DISCHARGE SUMMARY                    FIN#:
ADMITTED:   041598
DISCHARGED: 04/30/98

ADMISSION DIAGNOSIS:  ULCERATIVE COLITIS.

DISCHARGE DIAGNOSIS:  ULCERATIVE COLITIS.

HISTORY OF PRESENT ILLNESS:  THE PATIENT IS A 39-YEAR-OLD BLACK MALE DIAGNOSED WITH ULCERATIVE COLITIS IN 3/95.  THE PATIENT IS STATUS POST TOTAL COLECTOMY WITH HARTMANN'S PATCH ILEOSTOMY IN 12/97.  THE PATIENT HAD ILEOSTOMY PROLAPSE IN 3/98, WHICH WAS REPAIRED AT AN OUTSIDE HOSPITAL.  HE SUBSEQUENTLY DEVELOPED SEVERE ABDOMINAL PAIN, REQUIRING INCREASED AMOUNT OF NARCOTICS AND A SMALL BOWEL OBSTRUCTION.  THE PATIENT PRESENTS TO THE GENERAL SURGERY SERVICE FOR ILEO-ANAL PULL THROUGH.  ON 4/17/98, THE PATIENT WAS TAKEN TO THE OPERATING ROOM AND UNDERWENT A COMPLETION PROCTECTOMY, TAKE DOWN ILEOSTOMY AND ILEO-ANAL ANASTOMOSIS, AS WELL AS RIGID SIGMOIDOSCOPY AND ILEO-ANAL ANASTOMOSIS AND TOTAL COLECTOMY.  POSTOPERATIVELY, THE PATIENT'S PAIN WAS MANAGED WITH A DILAUDID PCA.  THE PATIENT WAS KEPT NPO AND WAS GIVEN IV FLUIDS.  THE PATIENT WAS GIVEN TPN FOR NUTRITION FOR PROLONGED ILEUS AND PROLONGED NPO STATUS.  ON POSTOPERATIVE DAY #10; HOWEVER, THE PATIENT WAS ADVANCED TO A FULL LIQUID DIET.  THE PATIENT REMAINED STABLE AND AFEBRILE ON THE FLOOR, WITH HIS PAIN UNDER CONTROL AND TOLERATING A GENERAL DIET.  THE PATIENT WAS DISCHARGED TO HOME ON POSTOPERATIVE DAY #13 IN IMPROVED CONDITION.

DISCHARGE MEDICATIONS:  DOCUSATE 100 MG ONE P.O. B.I.D.
PERCOCET ONE TO TWO P.O. Q.4 TO 6 HOURS P.R.N. PAIN.
ALBUTEROL INHALER.

RESTRICTIONS:  THE PATIENT WAS INSTRUCTED TO DO NO STRENUOUS EXERCISE AND NO HEAVY LIFTING OVER FIVE POUNDS FOR SIX WEEKS AND NO DRIVING FOR SIX WEEKS.

Printed by:   Hammel, James R
Printed on:   8/29/2007 10:23

Page 1 of 2
(Continued)

[ 00226 ]

VCU Health System, MCV Hospitals & Physicians
Richmond, VA 23298
*CPROD - Production*

## Discharge Summary: Interfaced

**DELANEY, GEORGE L - 6185429**

\* Preliminary Report \*

```
FOLLOWUP:  THE PATIENT WAS INSTRUCTED TO FOLLOWUP TWO WEEKS
AFTER DISCHARGE WITH TRAUMA CLINIC.
ATTENDING: HARVEY J. SUGERMAN, M.D.
DD: 06/25/98
DT: 06/29/98
JOB: 2304/TLB97
UNIQUE ID: S1APHU1DL0
```

```
                              LAST PAGE
------------------------------------------------------------------
DELANEY, GEORGE L                          DISCHARGE SUMMARY
 0
```

THIS DATA WAS EXTRACTED FROM THE MIS SYSTEM ON 08/12/01 AT 02:05 PM.

Printed: 08/29/07 10:24
Pt:       DELANEY, GEORGE L           Loc:    W9W 921E
MRN:      6185429                     RegDt   02/25/2003
DOB:         3/1959                   Serv:   IP-General Surgery
Gender: M /Age:         48 years      AttMD:  SUGERMAN MD, HARVEY J
FinNum: 770005993009                  RefMD:  SELF, REFERRAL, DOCTOR

MCV Hospitals and Physicians
Richmond VA 23298

## HIM ANCILLARY RESULTS AND PATIENT CARE DOCUMENTATION

### Diagnostic Radiology – RadPlus

**Test Name**                                      **Test Date**
Abd: Acute series xray                             02/24/2003 15:59:00

ABD, ACUTE SERIES
REASON FOR TEST: R/O OBSTRUCTION
 AUTHOR: SHAH, SIDDHI
DEPARTMENT: EMER340
PROCEDURE(S): 10020 - ABD: ACUTE SERIES

RESULT:
ACUTE SERIES OF THE ABDOMEN 2/24/03

HISTORY: R/O OBSTRUCTION.

AN ACUTE SERIES OF THE ABDOMEN WAS OBTAINED. THE TRACHEA IS
MIDLINE. THE CARDIOMEDIASTINAL SILHOUETTE IS NORMAL. THE LUNGS ARE CLEAR.

THERE IS NO FREE AIR.


THERE IS A STAPLE LINE IN THE PELVIS CONSISTENT WITH AN ILEOANAL POUCH.

THE STOMACH IS DILATED.

THERE ARE ALSO SEVERAL LOOPS OF DILATED BOWEL IN THE MID ABDOMEN.

THERE IS CONTRAST IN THE
BLADDER.

IMPRESSION:

DILATED STOMACH AND DILATED LOOPS OF SMALL BOWEL IN THE MID ABDOMEN WHICH
ARE BEST SEEN ON THE SUPINE FILM. THE PATIENT HAS A HISTORY OF TOTAL COLLECTOMY
WITH ILEOANAL POUCH.
THESE FINDINGS ARE CONCERNING FOR EARLY SMALL BOWEL OBSTRUCTION.

H-MR-631C                        Permanent Chart Document                  Medical Record Co
DELANEY, GEORGE L                                                          ChtReqId: 89155
MRN: 6185429                        Page 1 of 12                           FMT=14720082 (Rev 12/200

[ 00228 ]

Printed: 08/29/07 10:24
Pt:     DELANEY, GEORGE L           Loc:    W9W  921E
MRN:    6185429                     RegDt   02/25/2003
DOB:    3/1959                      Serv:   IP-General Surgery
Gender: M /Age:          48 years   AttMD:  SUGERMAN MD, HARVEY J
FinNum: 770005993009                RefMD:  SELF, REFERRAL, DOCTOR


Richmond VA 23298

## HIM ANCILLARY RESULTS AND PATIENT CARE DOCUMENTATION

### Diagnostic Radiology - RadPlus

**Test Name**                                      **Test Date**
Abd: Acute series xray                             02/24/2003 15:59:00


I HAVE REVIEWED THIS STUDY AND CONCUR WITH THE RESIDENT'S INTERPRETATION.


REPORT ELECTRONICALLY VERIFIED*
02/24/2003/DSW APPROVED DICTATED BY: MALCOLM SYDNOR APPROVED BY: SIDDHI J SHAH




THIS DATA WAS EXTRACTED FROM THE MIS SYSTEM ON 05/10/04 AT 09:09 AM
THE REQUISITION NUMBER WAS I055-0769.

**Test Name**                                      **Test Date**
Abd: Acute series xray                             02/25/2003 01:47:00

ACUTE SERIES
REASON FOR TEST: PT WITH PARTIAL SMALL BOWEL OBSTRUCTION
ADD'L REASON: INTERVAL CHANGE
AUTHOR: TURNER,MARY
DEPARTMENT: MAIN332
PROCEDURE(S): 10020 - ABD: ACUTE SERIES

RESULT:
ACUTE SERIES 02/25/2003

CLINICAL INDICATION: PARTIAL SMALL BOWEL OBSTRUCTION, ASSESS INTERVAL CHANGE.

FINDINGS: THERE IS A
NASOGASTRIC TUBE IN PLACE. THERE IS MILD TO MODERATE DILATATION IN MULTIPLE
SMALL BOWEL LOOPS. THE PATTERN IS CONSISTENT WITH LOW-GRADE PARTIAL SMALL
BOWEL OBSTRUCTION. THE AMOUNT OF DISTENTION HAS

H-MR-631C                        Permanent Chart Document              Medical Record Co|
DELANEY, GEORGE L                                                      ChtReqId: 89155
MRN: 6185429                        Page 2 of 12                       FMT=14720082 (Rev 12/200

[ 00229 ]

Printed: 08/29/07 10:24
Pt:      DELANEY, GEORGE L
MRN:     6185429
DOB:     /1959
Gender:  M /Age:      48 years
FinNum:  770005993009

Loc:     W9W  921E
RegDt    02/25/2003
Serv:    IP-General Surgery
AttMD:   SUGERMAN MD, HARVEY J
RefMD:   SELF, REFERRAL, DOCTOR


MCV Hospitals
Richmond VA 23298

## HIM ANCILLARY RESULTS AND PATIENT CARE DOCUMENTATION

### Diagnostic Radiology – RadPlus

**Test Name**
Abd: Acute series xray

**Test Date**
02/25/2003 01:47:00

IMPROVED COMPARED TO PREVIOUS FILM FROM 02/24/2003. THERE ARE STAPLES OVER THE LOWER PELVIS CONSISTENT WITH PREVIOUS TOTAL COLECTOMY AND ILEOANAL POUCH RECONSTRUCTION. A NASOGASTRIC TUBE IS IN PLACE IN THE STOMACH. NO EXTRALUMINAL AIR IS IDENTIFIED.

CONCLUSIONS:
IMPROVEMENT IN DEGREE OF SMALL BOWEL DISTENTION COMPARED TO PRIOR FILMS. PATTERN CONSISTENT WITH PARTIAL SMALL BOWEL OBSTRUCTION.

REPORT ELECTRONICALLY VERIFIED*
02/27/2003/TR APPROVED DICTATED BY: MARY ANN TURNER APPROVED BY: MARY ANN TURNER

THIS DATA WAS EXTRACTED FROM THE MIS SYSTEM ON 05/10/04 AT 09:09 AM
THE REQUISITION NUMBER WAS I056-0017.

**Test Name**
Upper GI w/Small bowel

**Test Date**
02/26/2003 18:59:00

UGI + SMALL BOWEL SERIES
REASON FOR TEST: H/O STRICTURE, PARTIAL SBO
ADD'L REASON: ASSESS FOLLOW THROUGH, STRICTURE
    AUTHOR: CARUCCI, LAURA
DEPARTMENT: MAIN332

H-MR-631C
DELANEY, GEORGE L
MRN: 6185429

Permanent Chart Document

Page 3 of 12

Medical Record Co
ChtReqId: 89155
FMT=14720082 (Rev 12/200

[ 00230 ]

Printed: 08/29/07 10:24
Pt:      DELANEY, GEORGE L
MRN:     6185429
DOB:           1959
Gender: M /Age:        48 years
FinNum: 770005993009

Loc:     W9W  921E
RegDt    02/25/2003
Serv:    IP-General Surgery
AttMD:   SUGERMAN MD, HARVEY J
RefMD:   SELF, REFERRAL, DOCTOR


MCV Hospital and Physicians
Richmond VA 23298

## HIM ANCILLARY RESULTS AND PATIENT CARE DOCUMENTATION

### Diagnostic Radiology - RadPlus

**Test Name**
Upper GI w/Small bowel

**Test Date**
02/26/2003 18:59:00

PROCEDURE(S): 41230 - UPPER GI W/SMALL BOWEL

RESULT:
UPPER GI WITH SMALL BOWEL STUDY: 2/27/03

CLINICAL HISTORY: THE PATIENT IS A 43-YEAR-OLD MALE WITH A HISTORY OF ULCERATIVE COLITIS, STATUS POST TOTAL COLECTOMY WITH ILEOANAL ANASTOMOSIS SEVERAL YEARS AGO. THE PATIENT NOW HAVE INTERMITTENT ABDOMINAL PAIN. THE PATIENT WAS ADMITTED TO THE HOSPITAL APPROXIMATELY ONE MONTH
AGO FOR SMALL BOWEL OBSTRUCTION.

COMMENTS: SCOUT RADIOGRAPH OF THE ABDOMEN SHOWS STOOL WITHIN THE RECTUM WITH A SUTURE LINE IN THE REGION OF THE ILEORECTAL ANASTOMOSIS. THERE ARE DILATED LOOPS OF
SMALL BOWEL WITHIN THE MID ABDOMEN. IN COMPARISON WITH A PLAIN FILM FROM 2/25/03, THE DEGREE OF SMALL BOWEL DILATATION HAS SLIGHTLY INCREASED. SMALL BOWEL DILATATION WAS NOT SEEN ON THE SMALL BOWEL
FOLLOW THROUGH STUDY FROM 1/24/03.

A SINGLE CONTRAST UPPER GASTROINTESTINAL EXAMINATION WITH SMALL BOWEL FOLLOW THROUGH WAS PERFORMED.

BR THE ESOPHAGUS IS NORMAL IN CONTOUR WITHOUT EVIDENCE OF STRICTURE OR MASS LESION. THERE IS MILD INCOMPLETE RELAXATION OF THE CRICOPHARYNGEUS. THERE IS A PATULOUS GASTROESOPHAGEAL JUNCTION. THE
STOMACH AND DUODENUM ARE UNREMARKABLE.

THERE WAS SLIGHTLY PROLONGED TRANSIENT TIME OF BARIUM THROUGH THE SMALL BOWEL TAKING ABOUT 2 D HOURS. NOTE THAT ON THE PREVIOUS EXAMINATION WAS 1/24/03,
TRANSIENT THROUGH THE SMALL BOWEL WAS RAPID.

H-MR-631C
DELANEY, GEORGE L
MRN: 6185429

Permanent Chart Document

Page 4 of 12

Medical Record Co|
ChtReqId: 89155
FMT=14720082 (Rev 12/200

[ 00231 ]

```
Printed: 08/29/07 10:24          Loc:    W9W  921E
Pt:      DELANEY, GEORGE L       RegDt   02/25/2003
MRN:     6185429                 Serv:   IP-General Surgery
DOB:            1959             AttMD:  SUGERMAN MD, HARVEY J
Gender: M /Age:      48 years    RefMD:  SELF, REFERRAL, DOCTOR
FinNum: 770005993009
```

MCV Hospitals and Physicians
Richmond VA 23298

## HIM ANCILLARY RESULTS AND PATIENT CARE DOCUMENTATION

### Diagnostic Radiology - RadPlus

**Test Name**  
Upper GI w/Small bowel

**Test Date**  
02/26/2003 18:59:00

THERE ARE A FEW LOOPS OF MODERATELY DILATED SMALL BOWEL WITHIN THE MID ABDOMEN. A TRANSITION POINT IS SEEN WITHIN THE LOWER ABDOMEN JUST TO THE LEFT OF
THE MIDLINE. IN THIS LOCATION, THERE ARE MULTIPLE LOOPS OF BOWEL THAT APPEAR TETHERED AND ANGULATED SUGGESTING UNDERLYING ADHESIONS. BARIUM DOES FLOW DISTAL TO THIS POINT THROUGH THE ILEORECTAL
ANASTOMOSIS AND INTO THE RECTUM. THE ILEORECTAL ANASTOMOSIS APPEARS TO BE PATENT WITH J-POUCH FORMATION. OVERLYING LOOPS OF OPACIFIED BOWEL PARTIALLY LIMIT EVALUATION OF THE ANASTOMOSIS.
IF THERE IS CONCERN FOR A SUBTLE AREA OF NARROWING, AT THE DISTAL ANASTOMOSIS, RETROGRADE BARIUM INJECTION MAY BE PERFORMED.

IMPRESSION:

1. STATUS POST COLECTOMY WITH LOW ILEORECTAL ANASTOMOSIS.

2. MILD SMALL BOWEL OBSTRUCTION WITH TRANSITION POINT IN THE LOWER ABDOMEN JUST TO THE LEFT OF THE MIDLINE, MOST LIKELY DUE TO ADHESIONS. THE DEGREE OF SMALL BOWEL DILATATION HAS
INCREASED IN COMPARISON WITH THE SBFT FROM 1/24/03 AND FROM A PLAIN FILM FROM 2/25/03.

3. NO DEFINITE EVIDENCE OF STRICTURE AT THE ILEORECTAL ANASTOMOSIS. HOWEVER, PLEASE NOTE THAT THIS AREA WAS
DIFFICULT TO EVALUATE DUE TO OVERLYING SMALL BOWEL LOOPS AND WOULD BE BETTER EVALUATED WITH RETROGRADE BARIUM INJECTION.

4. MILD INCOMPLETE RELAXATION OF THE CRICOPHARYNGEUS MUSCLE.

H-MR-631C
DELANEY, GEORGE L
MRN: 6185429

Permanent Chart Document

Page 5 of 12

Medical Record Co
ChtReqId: 89155
FMT=14720082 (Rev 12/200

[ 00232 ]

Printed: 08/29/07 10:24
Pt:     DELANEY, GEORGE L
MRN:    6185429
DOB:    )/1959
Gender: M /Age:         48 years
FinNum: 770005993009

Loc:    W9W  921E
RegDt   02/25/2003
Serv:   IP-General Surgery
AttMD:  SUGERMAN MD, HARVEY J
RefMD:  SELF, REFERRAL, DOCTOR


MCV Hospitals and Physicians
Richmond VA 23298

## HIM ANCILLARY RESULTS AND PATIENT CARE DOCUMENTATION

### Diagnostic Radiology – RadPlus

**Test Name**
Upper GI w/Small bowel

**Test Date**
02/26/2003 18:59:00

REPORT ELECTRONICALLY VERIFIED*
02/28/2003/JAM APPROVED DICTATED BY: LAURA CARUCCI APPROVED BY: LAURA CARUCCI

THIS DATA WAS EXTRACTED FROM THE MIS SYSTEM ON 05/10/04 AT 09:09 AM
THE REQUISITION NUMBER WAS I057-0873.

H-MR-631C
DELANEY, GEORGE L
MRN: 6185429

Permanent Chart Document

Page 6 of  12

Medical Record Co|
ChtReqId: 89155
FMT=14720082 (Rev 12/200

[ 00233 ]

Printed: 08/29/07 10:24
Pt: DELANEY, GEORGE L
MRN: 6185429
DOB 3/1959
Gender: M /Age: 48 years
FinNum: 770005993009

Loc: W9W 921E
RegDt: 02/25/2003
Serv: IP-General Surgery
AttMD: SUGERMAN MD, HARVEY J

Richmond, Va 23298

## HIM Lab Results

### Chemistry

| | Procedure Units Ref Range | Sodium mmol/L [135-145] | Potassium mmol/L [3.6-5.1] | Chloride mmol/L [101-111] | Carbon Dioxide mmol/L [21-31] | Anion Gap mmol/L [9-18] |
|---|---|---|---|---|---|---|
| 02/24/2003 | 17:10:00 | 141 | 3.7 | 103 | 29 | 9 |
| 02/25/2003 | 03:50:00 | 139 | 4.1 | 106 | 27 | 7 L |

| | Procedure Units Ref Range | Glucose L mg/dL [65-110] | BUN mg/dL [6-22] | Creatinine mg/dL [0.7-1.4] | AST U/L [0-50] | ALT U/L [0-75] | Alk Phos U/L [0-120] |
|---|---|---|---|---|---|---|---|
| 02/24/2003 | 17:10:00 | 76 | 6 | 1.0 | 27 | 28 | 82 |
| 02/25/2003 | 03:50:00 | 86 | 9 | 0.9 | | | |

| | Procedure Units Ref Range | Bilirubin, Conjugated mg/dL [0.0-0.3] | Bilirubin, Unconjugated mg/dL [0.0-1.1] | Calcium L mg/dL [9.2-10.7] | Amylase L U/L [0-150] |
|---|---|---|---|---|---|
| 02/24/2003 | 17:10:00 | 0.0 | 0.9 | 8.8 L | 92 |
| 02/25/2003 | 03:50:00 | | | 8.8 L | |

| | Procedure Units Ref Range | Lipase L U/L [23-300] |
|---|---|---|
| 02/24/2003 | 17:10:00 | 130 |

### Hematology

| | Procedure Units Ref Range | WBC 10e9/L [3.2-11.0] | RBC 10e12/L [4.30-5.65] | Hemoglobin g/dL [13.1-16.4] | HCT % [38.0-48.5] | MCV fL [82.0-95.5] |
|---|---|---|---|---|---|---|
| 02/24/2003 | 17:10:00 | 6.7 | 4.52 | 13.2 | 38.8 | 86.0 |
| 02/25/2003 | 03:50:00 | 6.3 | 4.22 L | 12.3 L | 36.5 L | 86.6 |

H-MR –632C Med. Records Committee    Permanent Chart Document    Medical Records Cop
Legend: A – Abnormal; C – critical; H – high; L - low; f-Interpretation/comment; X – corrected result; Date = collected date
DELANEY, GEORGE L                                                                      ChtReqID: 8915544
MRN: 6185429                                    Page 1 of 3                      FMT: 14720078 (Rev. 12/2005)

[ 00234 ]

Printed:: 08/29/07 10:24
Pt: DELANEY, GEORGE L
MRN: 6185429
DOB: '1959
Gender: M Age: 48 years
Fin. Num.: 770005993009

Loc: W9W 921E
RegDt: 02/25/2003
Serv: IP-General Surgery
AttMD: SUGERMAN MD, HARVEY J

Richmond, Va. 23298

## HIM LAB RESULTS

### Hematology

| | Procedure<br>Units<br>Ref Range | MCH<br>pg<br>[26.0-32.0] | MCHC<br>g/dL<br>[31.0-35.6] | RDW<br>%<br>[10.6-12.8] | PLT<br>10e9/L<br>[165-350] | MPV<br>fL<br>[6.7-11.0] |
|---|---|---|---|---|---|---|
| 02/24/2003 | 17:10:00 | 29.1 | 33.9 | 12.8 | 216 | 7.2 |
| 02/25/2003 | 03:50:00 | 29.2 | 33.7 | 12.7 | 210 | 7.5 |

| | Procedure<br>Units<br>Ref Range | % Neu<br>%<br>[32.0-72.0] | % Lym<br>%<br>[19.5-52.0] | % Mono<br>%<br>[5.4-12.0] | % Eos<br>%<br>[0.6-7.0] | % Baso<br>%<br>[0.0-1.1] | NEU<br>10e9/L<br>[1.3-7.5] |
|---|---|---|---|---|---|---|---|
| 02/24/2003 | 17:10:00 | 52.0 | 37.2 | 9.6 | 1.1 | 0.1 | 3.5 |

| | Procedure<br>Units<br>Ref Range | LYM<br>10e9/L<br>[1.2-3.6] | MONO<br>10e9/L<br>[0.2-0.9] | EOS<br>10e9/L<br>[0.0-0.5] | BASO<br>10e9/L<br>[0.0-0.1] |
|---|---|---|---|---|---|
| 02/24/2003 | 17:10:00 | 2.5 | 0.6 | 0.1 | 0.0 |

### Urinalysis

| | Procedure<br>Units<br>Ref Range | Color,U | Transparency,U | Protein,U<br><br>[Negative] | Leu,U<br><br>[Negative] | Nitrite,U<br><br>[Negative] |
|---|---|---|---|---|---|---|
| 02/24/2003 | 18:05:00 | Yellow | Clear | Negative | Negative | Negative |

| | Procedure<br>Units<br>Ref Range | Blood,U<br><br>[Negative] | Glucose,U<br><br>[Negative] | Ketone,U<br><br>[Negative] | pH,U<br><br>[4.8-7.5] | SpGravity,Urine<br><br>[1.001-1.038] |
|---|---|---|---|---|---|---|
| 02/24/2003 | 18:05:00 | Negative | Negative | Negative | 6.0 | 1.033 |

H-MR-632C Med. Records Committee     Permanent Chart Document         Medical Records Co
Legend: A – Abnormal; C – critical; H – high; L – low; f - Interpretation/comment; X – corrected result; Date = collected date
DELANEY, GEORGE L                                                      Chart Req ID: 8915544
MRN: 6185429                         Page 2 of 3                       FMT=14720078 (Rev. 04/2005)

[ 00235 ]

Printed::   08/29/07 10:24
Pt:         DELANEY, GEORGE L
MRN:        6185429
DOB:        /1959
Gender:     M  Age: 48 years
Fin. Num:   770005993009

Loc:     W9W  921E
RegDt:   02/25/2003
Serv:    IP-General Surgery
AttMD:   SUGERMAN MD, HARVEY J

Richmond, Va. 23298

## HIM LAB RESULTS

### Urinalysis

|            | Procedure Units Ref Range | Bilirubin,U [Negative] | Urobilinogen,U EU/dL [0.1-1.0] | MicroExam,U St |
|------------|---------------------------|------------------------|--------------------------------|----------------|
| 02/24/2003 | 18:05:00                  | Negative               | 0.2                            | Not performed. |

H-MR-632C Med. Records Committee        Permanent Chart Document                                Medical Records Co
Legend: A – Abnormal; C – critical; H – high; L – low; f - Interpretation/comment; X – corrected result; Date = collected date
DELANEY, GEORGE L                                                                               Chart Req ID: 8915544
MRN: 6185429                                Page 3 of 3                                         FMT=14720078 (Rev. 04/2005)

[ 00236 ]



```
            23  pgs                       000144
*********AUTO**ALL FOR ADC 230
000000144 05 AB    1.247
ATTN: MECKLENBURG CORRECTIONAL
MECKLENBURG CORRECTIONAL
PO BOX 500
BOYDTON VA  23917-0500
```

# ATTENTION
## Confidential information enclosed.
## To be viewed by authorized persons only.

# If you have questions regarding these records or any other information you have requested from SDS, please call the phone number on the attached invoice

The enclosed health information was reproduced by SDS, a health information outsourcing service. Your health care facility contracts with SDS to process authorized copies of medical records.

The reproductions have been made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover.

Some medical records contain sensitive information that cannot be released without specific patient authorization. If you need this information, please provide such authorization. If the patient has questions about the need for specific authorization, he/she must contact the medical records department of the facility.

Since this facility has chosen to outsource its medical records reproduction function, SDS serves at the facility's instruction. Future requests for medical records must continue to be directed to the facility.

[ 00237 ]

**Smart Document Solutions (SDS)**
P.O. Box 409822
Atlanta, GA 30384-9822
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Date |
|---|
| 08/31/2007 |
| Request ID # |
| 0042327601 |

**Requested By:** MECKLENBURG CORRECTIONAL
**Patient Name:** DELANEY GEORGE
**DOB:** 030360
**SSN:** 229139071

Ship to:

MECKLENBURG CORRECTIONAL
MECKLENBURG CORRECTIONAL
PO BOX 500
BOYDTON, VA 23917

Records from:

V C U HEALTH SYSTEM M C V HOSP
PO BOX 980679
403 N 13 ST ROOM 302
RICHMOND, VA 23298-0679

## This is **NOT** a bill !

---

SDS
P.O. Box 1813
Alpharetta, GA 30023-1812
Attn: Marketing

SDS processes thousands of requests for health information at over 6,500 health care facilities nationwide.
If you would like to learn more about SDS or how our services can benefit your facility, please visit our website at:
**www.sdshealth.com** or email us at: **marketing@sdshealth.com**

Your Name _____

Title _____

Facility Name _____

Phone Number ( ____ ) _____

Address _____

_____

City _____   State ____ Zip _____

# of Physicians _____   Specialty _____

# of Beds _____   # of Admits _____

[ 00238 ]

08/24/2007  07:56   8048288355                                                          PAGE 01/01
08/23/2007  10:28   4347380527          MECKLENBURG CORR P1                             PAGE 01

**VIRGINIA DEPARTMENT OF CORRECTIONS**
Consent for Release of Confidential Health Information

Effective Date: February 1, 2007
Operating Procedure #701.3   Attachment #3

DOC Facility Name: Mecklenburg Correctional Facility   MAILTO

Address: P. O. Box 500  Boydton, VA  23917

Telephone #: 434-738-6114 Extension 123  Fax #: 434-738-0080

| Offender Name: | DELANEY, GEORGE | DOC #: | 374398 |
| DOB: | -60 | SS#: | |

I hereby authorize: MCV Hospital                                                  804-828-8355
                    Name and title of organization/practitioner/person    Phone #    Fax #   05 5344

                    _____     Richmond     VA
                    Street Address                City        State   ZIP

to release/use/disclose the following information: (Check all that apply) ☒ Entire Medical Record
☐ Discharge Summary    ☐ Psychiatric Evaluation    ☐ Psychological Evaluations
☐ Consultations        ☐ Progress Notes            ☐ Physician Orders
☐ Lab Work             ☐ Treatment Plans           ☐ Risk Assessments
☐ History and Physical ☐ Substance Abuse Information ☐ Verbal communication
☐ Other: _____

To: Mecklenburg Correctional Center              (434-738-6114  (434-738-0080
    Name and title of organization/practitioner    Phone #  Extension:  Fax #
                                                            123
    960 Prison Road - P. O. Box 500        Boydton,     VA       23917
    Street Address                          City         State     ZIP

Purpose of release/use/disclosure of information is: ☒ Diagnosis/Treatment ☐ Discharge Planning ☐ (other) _____

As the person signing this authorization, I acknowledge that I am giving permission to the above named individual or facility to disclose and use protected health care information. I have been informed that:
- DOC cannot make the provision of treatment to me conditional upon my signing of this authorization
- The original of this authorization shall be included in my health care record and a notation concerning the persons or agencies to which disclosure was made shall be included with my original records
- I have the right to revoke this authorization at any time. I understand that the revocation is not effective until delivered in writing to the person in possession of my records
- There is a potential for any information disclosed pursuant to this authorization to be subject to re-disclosure by the recipient and, therefore, no longer protected to the same extent as such health information was protected by law while solely in the possession of the health care entity.
- If this information is being disclosed from records protected by the Federal substance abuse confidentiality rules (42 CFR part 2), the Federal rules prohibit the recipient from making any further disclosure of this information unless further disclosure is expressly permitted by your written authorization or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Unless revoked, this authorization will expire: (specify date or event):  8-22-08              SMA
This information may be disclosed effective: ☒ Immediately  ☐ _____ (specify date)  JR

X _George Delaney_____                      8-22-07                                 8/2
Signature (Offender)                                   Date

_B. Layton LPN_        B. Layton, LPN                  8-22-07                                AR
Signature (Witness)    Printed Name (Witness)          Date

cc: Health Record (original), Central Criminal Record

Revision Date
P 00239

1H23904



# Attention:

## The following reproductions were made from the facility's original medical records.

## This is the best image available for these documents.

[ 00240 ]

Case 7:08-cv-00465-gec -mfu   Document 59-11    Filed 05/08/09   Page 16 of 17


VIRGINIA DEPARTMENT OF CORREC.
Problem Sheet

Effective Date: Revised May, 2005
Operating Procedure# 722   Attachment # 2

# PROBLEM SHEET

**Institution:** MCC

**Name:** Delaney, George     **No:** 374390

**Allergies:**

**Chronic Medical History:**

*WRITTEN TREATMENT PLAN—SEE CHRONIC CARE GUIDELINES  [ 00241 ]

*Revision Date: May 2005*

GR[...]
P[...] I
B U[...]

**MOBILE DIAGNOSTICS, P.C.**
P.O. Box 861
VERONA, VA 24482
(540) 248-8477

Delaney, George        05-06-08   Augusta Correctional Center   ID# 374390

CLINICAL INDICATION: Pain

LEFT HAND: No fracture or dislocation is identified.

AFK/jcs

Thank you for this referral.

_____
Alan F. Knull, M.D.

received
6/16/08

05-10-08

[ 00242 ]