CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED
for Roanoke
JAN - 4 2010
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **GEORGE FREDERICK DELANEY,** <br> Plaintiff, | Civil Action No. 7:08-cv-00465 |
| v. | **ORDER** |
| **ROBERT MARSH, M.D., et al.,** <br> Defendants. | By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that defendants Maclam's and Braxton and Schilling's motions for summary judgment (docket #56, 58) are **GRANTED** and Maclam, Braxton, and Schilling are **TERMINATED** as defendants to this action.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 4th day of ~~December, 2009~~ January, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge