UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

GEORGE FREDERICK DELANEY,

    *Plaintiff*

v.                                            Civil Action No.: 7:08-cv-00465

ROBERT MARSH, ET AL.,

    *Defendants*.

## DEFENDANT JOHN O. MARSH, M.D.'S MOTION
## FOR PROTECTIVE ORDER

    Defendant John O. Marsh, M.D., by counsel, moves this Court for an order protecting it from discovery and states as follows:

    1.    Plaintiff is a *pro se* prisoner who has filed a 42 U.S.C. § 1983 action against Dr. Marsh for deliberate indifference to a serious medical condition.

    2.    Defendant filed an Answer asserting among defenses qualified immunity. Defendant intends to file a motion for summary judgment and memorandum in support on the basis of qualified immunity.

    3.    Plaintiff served counsel on March 28, 2010 with Request for Production of Documents.

LAW OFFICES
TIMBERLAKE, SMITH,
THOMAS & MOSES, P.C.
STAUNTON, VIRGINIA
540/885-1517
fax:  540/885-4537

4.     Discovery should not be allowed to proceed in this case until the question of qualified immunity is resolved. Mitchell v. Forsythe, 472 U.S.511, 526 (1986); Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982).     The qualified immunity doctrine " 'permits the resolution of many insubstantial claims on summary judgment' and to avoid 'subjecting governmental officials either to the cost of trial or to the burdensome of broad reaching discovery' in cases where the legal norms the officials are alleged to have violated were not clearly established at the time." Mitchell, 472 U.S. 526, citing, Harlow, 457 U.S. at 817 - 818. "Unless the plaintiff's allegations state a claim of violation of clearly established law, a defendant pleading qualified immunity is entitled to dismissal before the commencement of discovery."    See id., at 818; See also, Cloaniger v. McDevitt, 555 F. 3d 324 (4th Cir. 2009).

5.     Discovery at this early stage before the issue of qualified immunity has been resolved should not be permitted.

FOR THESE REASONS, defendant respectfully requests that this Court grant his motion and enter an order protecting him from answering the discovery propounded and prohibiting further discovery until such time as this Court determines the issue of qualified immunity.

                                        JOHN O. MARSH, M.D.

                                        By Counsel

LAW OFFICES
TIMBERLAKE, SMITH,
THOMAS & MOSES, P.C.
STAUNTON, VIRGINIA
540/885-1517
fax:  540/885-4537

Timberlake, Smith, Thomas & Moses, P. C.
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax:    540/885-4537

By:  s/s James D. Mayson
      James D. Mayson
      VSB # 47152

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, postage prepaid to plaintiff on April 22, 2010, and I have electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>George Delaney #374390
>Powhatan Correctional Center
>3600 Woods Way
>State Farm. VA 23160
>
>Erin Williams Hapgood
>415 S. College Avenue
>Salem, VA 24153
>
>Richard Carson Vorhis
>Office of the Attorney General
>900 Est Main Street
>Richmond, VA 23219

      s/s James D. Mayson
      James D. Mayson

F:\61\JDM\Piedmont\Delaney v. Marsh\Pleadings\Federal Pleadings\Motion for Protective Order.wpd

LAW OFFICES
TIMBERLAKE, SMITH,
THOMAS & MOSES, P.C.
STAUNTON, VIRGINIA
540/885-1517
fax: 540/885-4537

3