CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 17 2012

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **GEORGE FREDERICK DELANEY,** | CASE NO. 7:08CV00465 |
| **Plaintiff,** | |
| | ORDER |
| vs. | |
| **JOHN MARSH,** | By: Glen E. Conrad |
| | Chief United States District Judge |
| **Defendant.** | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Plaintiff's motion to amend his motion for new trial (ECF No. 236) is **GRANTED** and the motion is amended as stated; and

2. Plaintiff's motion (ECF No. 234) for new trial under FED. R. CIV. P. 59(a), as amended, is **DENIED**.

ENTER: This 16th day of April, 2012.

_____
Chief United States District Judge